**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | **Civil Action 3:25-CV-02885-L-BN** |
| *Plaintiffs,* | **Consolidated with 3:25-CV-3097-L** |
| **v.** | |
| **SOUTHWEST AIRLINES CO.,** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

## AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures," "IV," or "Plaintiffs"), in their Amended Complaint for patent infringement against Defendant Southwest Airlines Co. ("Southwest" or "Defendant"), hereby allege as follows:

## NATURE OF THE ACTION

1.      This is a civil action for the infringement of United States Patent No. 8,332,844 ("the '844 Patent"), United States Patent No. 8,407,722 ("the '722 Patent"), United States Patent No. 8,027,326 ("the '326 Patent), United States Patent No. 7,324,469 ("the '469 Patent"), United States Patent No. 7,257,582 ("the '582 Patent"), United States Patent No. 7,712,080 ("the '080 Patent"), United States Patent No. 7,721,282 ("the '282 Patent"), and United States Patent No. 11,032,000 ("the '000 Patent") (collectively, the "Patents-in-Suit") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

### Intellectual Ventures

2.     Plaintiff Intellectual Ventures I LLC ("Intellectual Ventures I") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

3.     Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures II") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

4.     Intellectual Ventures I is the owner of all rights, title, and interest in and to the '722, '582, and '326 Patents, and is the exclusive licensee of the '080 Patent.

5.     Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844, '282, '469, and '000 Patents.

### Southwest Airlines

6.     Upon information and belief, Defendant Southwest Airlines ("Southwest") is a Texas corporation with its principal place of business at 2702 Love Field Drive, Dallas, TX 75235. Southwest may be served with process through its registered agent, Corporation Service Company at 211 E. 7th Street Suite 620, Austin, TX 78701.  Southwest is registered to do business in the State of Texas and has been since at least 1967.  On information and belief, Southwest does business in the State of Texas and the Northern District of Texas.

7.     Upon information and belief, Southwest makes, utilizes, services, tests, distributes, sells, offers, and/or offers for sale in the State of Texas and the Northern District of Texas products, services, and technologies ("Accused Products and Services") that infringe the Patents-in-Suit,

contributes to the infringement by others, and/or induces others to commit acts of patent infringement in the State of Texas and the Northern District of Texas.

8.     On information and belief, Southwest has derived substantial revenue from infringing acts in the Northern District of Texas, including from the sale and use of the Accused Products and Services as described in more detail below.

## JURISDICTION AND VENUE

9.     This is an action for patent infringement arising under the patent laws of the United States.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10.     This Court has personal jurisdiction over Southwest because Southwest conducts business in and has committed acts of patent infringement, contributed to infringement by others, and/or induced others to commit acts of patent infringement in this District, the State of Texas, and elsewhere in the United States, and has established minimum contacts with this forum state such that the exercise of jurisdiction over Southwest would not offend the traditional notions of fair play and substantial justice.  Upon information and belief, Southwest transacts substantial business with entities and individuals in the State of Texas and the Northern District of Texas, by, among other things, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the Patents-in-Suit, as well as by providing service and support to its customers in this District.  Southwest also places certain of the Accused Products and Services into the stream of commerce with the knowledge and expectation that they will be sold in the State of Texas, including this District.  For example, Southwest provides Wi-Fi service for its customers and/or employees on Southwest airplanes within this District.

11.     Southwest is subject to this Court's general and specific jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to Southwest's substantial business in

the State of Texas and this District, including maintaining a principal place of business at 2702 Love Field Drive, Dallas, TX 75235, through its past infringing activities, because Southwest regularly does and solicits business herein, and/or because Southwest has engaged in persistent conduct and/or has derived substantial revenues from goods and services provided to customers in the State of Texas and this District.

12.    Upon information and belief, Southwest does business itself, or through its subsidiaries, affiliates, and agents, in the State of Texas and the Northern District of Texas.

13.    Upon information and belief, Southwest flies to 10 destinations[1] within Texas.

14.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because Southwest has both established places of business in this judicial district and has committed acts of infringement in this judicial district.

15.    Upon information and belief, Southwest maintains regular and established places of business via terminals, airplanes, operations centers, and ticket counters, as well as other equipment and facilities, at airports located in this District.  Southwest has regular and established places of business at which it has committed acts of infringement and placed the Accused Products and Services into the stream of commerce, throughout the State of Texas and the Northern District of Texas.  For example, Southwest operates flights at multiple airports throughout this District, including at least: (1) Dallas Love Field Airport (DAL) – located at 8008 Herb Kelleher Way, Dallas, TX 75235; (2) Lubbock Preston Smith International Airport (LBB) – located at 5401 Martin Luther King Boulevard, Lubbock, TX 79401; (3) Rick Husband Amarillo International

---

[1] https://www.swabiz.com/route-map/?clk=RTMAPMAP (Last Accessed on December 22, 2025).

(AMA) – located at 10801 Airport Blvd, Amarillo, TX 79111 (collectively "Southwest Airport Locations").

16.     Upon information and belief, Southwest holds its Southwest Airport Locations to be regular and established places of business of Southwest in this District by operating flights, selling tickets, and servicing customers at these locations.

17.     Upon information and belief, the Southwest Airport Locations in this District are regular, continuous, and established physical places of business of Southwest, being established, ratified, and/or controlled by Southwest as authorized locations, which are places of business at which Southwest makes, utilizes, services, tests, distributes, offers and/or offers for sale the Accused Products and Services.

18.     Upon information and belief, Southwest ratifies and holds its Southwest Airport Locations out as regular and established places of business of Southwest in this District by listing them on Southwest's website, including, *e.g.,* as shown below:[2]

---

[2] https://www.southwest.com/route-map/?clk=GSUBNAV-AIR-ROUTEMAP (Last Accessed on December 22, 2025).



19.     Upon information and belief, Southwest has established, ratified, and holds these Southwest Airport Locations out as regular and established places of business of Southwest by directing and controlling these Southwest Airport Location's actions and services in the foregoing manner, and has consented to these Southwest Airport Locations acting on Southwest's behalf and being Southwest's places of business whereby the Accused Products and Services are utilized, serviced, tested, distributed, offered and/or offered for sale and placed into the stream of commerce in this District, and these Southwest Airport Locations have consented to act on Southwest's behalf pursuant to the foregoing terms of control and direction in order to, among other things, be able to offer flight services that utilize the Accused Products and Services.

## FACTUAL BACKGROUND

20.     Intellectual Ventures Management, LLC ("Intellectual Ventures Management") was founded in 2000.  Since then, Intellectual Ventures Management has been involved in the business of inventing.  Intellectual Ventures Management facilitates invention by inventors and the filing of patent applications for those inventions, collaboration with others to develop and patent inventions, and the acquisition and licensing of patents from individual inventors, universities, corporations, and other institutions.  A significant aspect of Intellectual Ventures Management's business is managing the Plaintiffs in this case, Intellectual Ventures I and Intellectual Ventures II.

21.     One of the founders of Intellectual Ventures Management is Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in a variety of executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996.  While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts.  Between 1986 and 2000, Microsoft became the world's largest technology company.

22.     Under Dr. Myhrvold's leadership, Intellectual Ventures acquired more than 70,000 patents covering many important inventions used in the airline and avionics industries.

23.     Southwest offers various types of airline and avionics related services and technologies to its customers, partners, vendors, and/or third parties.  Southwest's products and services utilize and/or support various technologies, including but not limited to Kafka, Docker, Spark, Hadoop, In-Flight and Ground Connectivity, and Internet Hotspots.  Certain of these products and services, such as In-Flight and Ground Connectivity and Internet Hotspots, are offered to Southwest's customers and/or employees and use WiFi and cellular technologies,

managed by Southwest, to enable Southwest products and services that it further offers to its customers and/or employees.  Certain of these products and services, such as Kafka, Docker, Spark, and Hadoop, are technologies used and managed by Southwest to enable the various products and services that Southwest offers to its customers.  Southwest makes, utilizes, services, tests, distributes, offers, and/or offers for sale these products and services throughout the world, including in the United States and Texas.

## THE PATENTS-IN-SUIT

### *U.S. Patent No. 8,332,844*

24.    On December 11, 2012, the PTO issued the '844 Patent, titled "Root Image Caching and Indexing for Block-Level Distributed Application Management."  The '844 Patent is valid and enforceable.  A copy of the '844 Patent is attached as Exhibit 1.

25.    Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '844 Patent.

### *U.S. Patent No. 8,407,722*

26.    On March 26, 2013, the PTO issued the '722 Patent, titled "Asynchronous Messaging Using a Node Specialization Architecture in the Dynamic Routing Network."  '722 Patent is valid and enforceable.  A copy of the '722 Patent is attached as Exhibit 2.

27.    Intellectual Ventures I is the owner of all rights, title, and interest in and to the '722 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '722 Patent.

*U.S. Patent No. 8,027,326*

28.    On September 27, 2011, the PTO issued the '326 Patent, titled "Method and System for High Data Rate Multi-Channel WLAN Architecture." The '326 Patent is valid and enforceable. A copy of the '326 Patent is attached as Exhibit 3.

29.    Intellectual Ventures I is the owner of all rights, title, and interest in and to the '326 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '326 Patent.

*U.S. Patent No. 7,324,469*

30.    On January 29, 2008, the PTO issued the '469 Patent titled "Satellite Distributed High Speed Internet Access." The '469 Patent is valid and enforceable. A copy of the '469 Patent is attached as Exhibit 4.

31.    Intellectual Ventures II is the owner of all rights, title, and interest in and to the '469 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '469 Patent.

*U.S. Patent No. 7,257,582*

32.    On August 14, 2007, the PTO issued the '582 Patent titled "Load Balancing with Shared Data." The '582 Patent is valid and enforceable. A copy of the '582 Patent is attached as Exhibit 5.

33.    Intellectual Ventures I is the owner of all rights, title, and interest in and to the '582 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '582 Patent.

*U.S. Patent No. 7,712,080*

34.    On May 4, 2010, the PTO issued the '080 Patent, titled "Systems and Methods for Parallel Distributed Programming." The '080 Patent is valid and enforceable. A copy of the '080 Patent is attached as Exhibit 16.

35.    Intellectual Ventures I LLC is the exclusive licensee under the '080 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '080 Patent.

*U.S. Patent No. 7,721,282*

36.    On May 18, 2010, the PTO issued the '282 Patent, titled "Block-Level I/O Subsystem For Distributed Application Environment Management." The '282 Patent is valid and enforceable. A copy of the '282 Patent is attached as Exhibit 17.

37.    Intellectual Ventures II LLC is the owner of all rights, title, and interest in and to the '282 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '282 Patent.

*U.S. Patent No. 11,032,000*

38.    On June 8, 2021, the PTO issued the '000 Patent, titled "Communications in a Wireless Network." The '000 Patent is valid and enforceable. A copy of the '000 Patent is attached as Exhibit 18.

39.    Intellectual Ventures II LLC is the owner of all rights, title, and interest in and to the '000 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '000 Patent.

## COUNT I

(Southwest's Infringement of U.S. Patent No. 8,332,844)

40.    Paragraphs 1 through 40 are incorporated by reference as if fully set forth herein.

41.    **Direct Infringement.**  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '844 Patent, by making, utilizing, servicing, testing, distributing, selling offering, and/or offering for sale the Accused Products and Services that infringe the '844 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 50 below, into this Count (collectively, "Example Southwest Count I Products and Services") that infringe at least the example claims of the '844 Patent identified in the chart incorporated into this Count (the "Example '844 Patent Claims") literally or by the doctrine of equivalents.

42.    On information and belief, Southwest has also infringed and continues to directly infringe literally or under the doctrine of equivalents, the Example '844 Patent Claims, by internal testing and use of the Example Southwest Count I Products and Services.

43.    Each claim of the '844 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  For example, the '844 Patent is related to root image caching and indexing for block-level distributed application management.  The '844 Patent discloses and claim systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of updating the boot image(s) for the cluster, among other issues.  For example, the '844 Patent describes at column 1 lines 64-67 that "[r]egardless of which of the preceding methods is used, both suffer from the same major problem-updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image."  The '844 Patent addressed this technical problem and others with a technical solution that is reflected in the asserted claims, including for example claim 7.  Additionally, the claims of the '844 Patent are novel and non-obvious and recite elements and steps that were not routine or

conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 7 were not routine or conventional, as evidenced by the '844 Patent file history: "said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image" and "wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes."

44.     Each claim of the '844 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '844 Patent.

45.     Southwest has known that its infringing products and services, such as the Example Count I Products and Services, cannot be used without infringing the technology claimed in the '844 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

46.     **Willful Blindness.** Southwest knew of the '844 Patent, or should have known of the '844 Patent, but was willfully blind to its existence. Southwest has had actual knowledge of the '844 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date. By the time of trial, Southwest will have known (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '844 Patent. *See* Exhibit 6 (Notice Letter).

47.     **Induced Infringement.** Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '844 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count I Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers,

and/or third parties to infringe the '844 Patent. For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count I Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '844 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count I Products and Services.

48.     Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '844 Patent with knowledge of the '844 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '844 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count I Products and Services to infringe the '844 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count I Products and Services.

49.     **Contributory Infringement.** Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia,* knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '844 Patent by its customers, partners, vendors, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in

infringement of the '844 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

50.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third parties' infringement of the '844 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count I Products and Services for use in a manner that infringes one or more claims of the '844 Patent.  Example Southwest Count I Products and Services are especially made or adapted for infringing the '844 Patent and have no substantial non-infringing use.

51.    Exhibit 7 (claim chart) includes the Example Southwest Count I Products and Services and Example '844 Patent Claims.  As set forth in the chart, the Example Southwest Count I Products and Services practice the technology claimed by the '844 Patent.  Accordingly, the Example Southwest Count I Products and Services incorporated in the chart satisfies all elements of the Example '844 Patent Claims.

52.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 7.

53.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '844 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

54.    Further, Defendant's infringement of Intellectual Ventures' rights under the '844 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

55.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

<div align="center">

**COUNT II**

</div>

<div align="center">

(Southwest's Infringement of U.S. Patent No. 8,407,722)

</div>

56.    Paragraphs 1 through 56 are incorporated by reference as if fully set forth herein.

57.    **Direct Infringement.**  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '722 Patent, by making, utilizing, servicing, testing, distributing, and/or offering the Accused Products and Services that infringe the '722 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 66 below, into this Count (collectively, "Example Southwest Count II Products and Services") that infringed at least the example claims of the '722 Patent identified in the chart incorporated into this Count (the "Example '722 Patent Claims") literally or by the doctrine of equivalents.

58.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '722 Patent Claims, by internal testing and use of the Example Southwest Count II Products and Services.

59.    Each claim of the '722 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  For example, the '722 Patent is related to a dynamic content routing network that routes update messages including updates to properties of live objects to clients.  The

'722 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of dynamically updating content at a client device, among other issues. For example, the '722 Patent describes at column 2 lines 17 to 35 "substantial limitations" with "dynamically updating content in a web page at a client device," including a lack of "efficient updating of data at the client devices."' The '722 Patent also describes prior "simple web programming techniques" for attempting to update content on a client device at column 2 line 36 to column 3 line 3, but these approaches suffer from an "unalterable trade off in a client-driven approach." The '722 Patent further describes that there is a need for "an efficient way to provide dynamic content to a web page at a client device" at column 3 lines 4-5. The '722 Patent addresses this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims, including claim 14. Additionally, the claims of the '722 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 14 were not routine or conventional, as evidenced by the '722 Patent file history: "providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and causing the client device to respond to the live object of the data representation by determining an object identifier (ID) of the live object and to register for updates of the live object with the routing network …"; "sending, using the processing device of the input source, an update message to the routing network, wherein the update message identifies the live object and contains update data that updates a property of the live object"; and "wherein a gateway device at the routing network is configured to identify a category of the update message based on

the input source, to determine a node type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network."

60.    Each claim of the '722 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '722 Patent.

61.    Southwest has known that its infringing products and services, such as the Example Southwest Count II Products and Services, cannot be used without infringing the technology claimed in the '722 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

62.    **Willful Blindness.**  Southwest knew of the '722 Patent, or should have known of the '722 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '722 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '722 Patent.  *See* Exhibit 6 (Notice Letter).

63.    **Induced Infringement**.  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '722 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count II Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '722 Patent.  For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count II Products and Services.

Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '722 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count II Products and Services.

64.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '722 Patent with knowledge of the '722 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '722 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count II Products and Services to infringe the '722 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count II Products and Services.

65.    **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia,* knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '722 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '722 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

66.     Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '722 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count II Products and Services for use in a manner that infringes one or more claims of the '722 Patent.  Example Southwest Count II Products and Services are especially made or adapted for infringing the '722 Patent and have no substantial non- infringing use.

67.     Exhibit 8 (claim chart) includes the Example Southwest Count II Products and Services and Example '722 Patent Claims.  As set forth in the chart, the Example Southwest Count II Products and Services practice the technology claimed by the '722 Patent.  Accordingly, the Example Southwest Count II Products and Services incorporated in the chart satisfies all elements of the Example '722 Patent Claims.

68.     Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 8.

69.     Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '722 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

70.     Further, Southwest's infringement of Intellectual Ventures' rights under the '722 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

71.    As a result of Southwest's acts of infringement, Intellectual Ventures has suffered and will continue to suffer damages in an amount to be proven at trial.

### COUNT III

(Southwest's Infringement of U.S. Patent No. 8,027,326)

72.    Paragraphs 1 through 72 are incorporated by reference as if fully set forth herein.

73.    **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '326 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '326 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 98 below, into this Count (collectively, "Example Southwest Count III Products and Services") that infringe at least the example claims of the '326 Patent identified in the chart incorporated into this Count (the "Example '326 Patent Claims") literally or by the doctrine of equivalents.

74.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '326 Patent Claims, by internal testing and use of the Example Southwest Count III Products and Services.

75.    Each claim of the '326 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  For example, the '326 Patent is related to increasing Wi-Fi bandwidth using a dual-channel form for increased flexibility and performance.  The '326 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of increasing Wi-Fi traffic demand and corresponding need to increase bandwidth, among other issues.  For example, the

'326 Patent describes at column 1 lines 65 to column 2 line 1 that radios compliant with IEEE 802.11a or 802.11g use "Orthogonal Frequency Division Multiplexing (OFDM) modulation in which a stream of data is transmitted over multiple small frequency sub-channels." Based on the requirement of backward compatibility in IEEE 802.11 (WiFi), this includes all subsequent versions, meaning this OFDM mode is required to be supported in all WiFi hardware today. The patent further describes that "[l]egacy radios" were designed with several assumptions, including relatively stable channels, frames were "bursty in nature and relatively short," and "initial channel estimate information determined at the start of each frame was assumed to be sufficiently accurate for that frame" at column 3 lines 41-47. The patent describes that, with an emphasis on "mobility and/or accuracy," there is a greater need for "improved accuracy [that] can improve transmission speed and enable a higher transmission rate with a lower packet error rate (PER)" at column 3 lines 47-55. The '326 Patent addressed this technical problem and others with a technical solution that is described in the specification, for example at column 3 lines 59 to 67, and captured by for example claim 1. Additionally, the claims of the '326 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '326 Patent file history: "partially filling the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the frequency gap such that the one or more guard bands are at least partially filled with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform."

76.    Each claim of the '326 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '326 Patent.

77.    Southwest has known that its infringing products and services, such as the Example Southwest Count III Products and Services, cannot be used without infringing the technology claimed in the '326 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

78.    **Willful Blindness.**  Southwest knew of the '326 Patent, or should have known of the '326 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '326 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '326 Patent.  *See* Exhibit 6 (Notice Letter).

79.    **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '326 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count III Products and Services, in an infringing manner as described above, including encouraging and instructing its customers, partners, vendors, customers, and/or third parties to infringe the '326 Patent.  For example, on information and belief, Southwest offers Wi-Fi service through one or more providers such as

Viasat and Anuvu,[3] and Southwest uses hardware and/or software from these providers that support Wi-Fi, including IEEE 802.11n and 802.11ac protocols.[4]

80.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '326 Patent with knowledge of the '326 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '326 Patent. Southwest has actively induced others, including, but not limited to, customers, partners, vendors, customers, and/or third parties who use the Example Southwest Count III Products and Services to infringe the '326 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count III Products and Services.

81.    **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '326 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '326 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

---

[3] https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I (Last Accessed on December 22, 2025).
[4] https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf; https://fcc.report/FCC-ID/U6YRDAA8190/5344017.pdf. (Last Accessed on December 22, 2025).

82.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their customers, partners', vendors', and/or third-parties' infringement of the '326 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count III Products and Services for use in a manner that infringes one or more claims of the '326 Patent.  Example Southwest Count III Products and Services are especially made or adapted for infringing the '326 Patent and have no substantial non-infringing use.

83.    Exhibit 9 (claim chart) includes the Example Southwest Count III Products and Services and Example '326 Patent Claims.  As set forth in the chart, the Example Southwest Count III Products and Services practice the technology claimed by the '326 Patent.  Accordingly, the Example Southwest Count III Products and Services incorporated in the chart satisfies all elements of the Example '326 Patent Claims.

84.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 9.

85.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '326 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

86.    Further, Southwest's infringement of Intellectual Ventures' rights under the '326 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

87. As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT IV

(Southwest's Infringement of U.S. Patent No. 7,324,469)

88. Paragraphs 1 through 88 are incorporated by reference as if fully set forth herein.

89. **Direct Infringement**. Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '469 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '469 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 114 below, into this Count (collectively, "Example Southwest Count IV Products and Services") that infringe at least the example claims of the '469 Patent identified in the chart incorporated into this Count (the "Example '469 Patent Claims") literally or by the doctrine of equivalents.

90. On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '469 Patent Claims, by internal testing and use of the Example Southwest Count IV Products and Services.

91. Each claim of the '469 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. For example, the '469 Patent is related to an improved satellite distributed high-speed Internet Hotspot. The '469 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of distributed Internet Hotspots and providing Internet access to users who are in transient, among other issues. For example, the '469 Patent describes at column

1 lines 14-30 that the development of "high speed wireless Internet connections" has "greatly increased the volume and efficiency of work, both commercial and personal," but that individuals in transit, "such as salesmen, executives, truckers, and private individuals [have] virtually no access while traveling, especially in rural areas," and obtaining Internet access in such environments is "time consuming, costly and severely limits the benefits of the Internet."  The '469 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims including claim 24.  Additionally, the claims of the '469 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.  For example, the following claim limitations recited in claim 24 were not routine or conventional, as evidenced by the '469 Patent file history: "a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet"; "wherein the satellite dish, at least one router and the subscriber access unit are located in a remote location a experiencing a relatively high volume of transient traffic"; and "wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router."

92.    Each claim of the '469 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '469 Patent.

93.    Southwest has known that its infringing products and services, such as the Example Southwest Count IV Products and Services, cannot be used without infringing the technology

26

claimed in the '469 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

94.      **Willful Blindness.**  Southwest knew of the '469 Patent, or should have known of the '469 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '469 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '469 Patent.  *See* Exhibit 6 (Notice Letter).

95.      **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '469 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count IV Products and Services, in an infringing manner as described above, including encouraging and instructing its customers, partners, vendors, customers, and/or third parties to infringe the '469 Patent.  For example, on information and belief, Southwest offers Wi-Fi service, including satellite-based Wi-Fi, through one or more providers such as Viasat and Anuvu,[5] and Southwest uses hardware and/or software from these providers that support Internet Hotspots using Wi-Fi.[6]

96.      Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '469 Patent with knowledge of the '469 Patent and

---

[5] https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I (Last Accessed on December 22, 2025).
[6] https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. (Last Accessed on December 22, 2025); https://fcc.report/FCC-ID/U6YRDAA8190/5344017.pdf. (Last Accessed on December 22, 2025).

knowledge that the induced acts constitute infringement of one or more claims of the '469 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count IV Products and Services to infringe the '469 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count IV Products and Services.

97.    **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '469 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '469 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

98.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their customers, partners', vendors', and/or third-parties' infringement of the '469 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count IV Products and Services for use in a manner that infringes one or more claims of the '469 Patent.  Example Southwest Count IV Products and Services are especially made or adapted for infringing the '469 Patent and have no substantial non-infringing use.

99.    Exhibit 10 (claim chart) includes the Example Southwest Count IV Products and Services and Example '469 Patent Claims.  As set forth in the chart, the Example Southwest Count

IV Products and Services practice the technology claimed by the '469 Patent. Accordingly, the Example Southwest Count IV Products and Services incorporated in the chart satisfies all elements of the Example '469 Patent Claims.

100.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 10.

101.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '469 Patent and will continue to be damaged by such infringement. Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

102.    Further, Southwest's infringement of Intellectual Ventures' rights under the '469 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

103.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT V

(Southwest's Infringement of U.S. Patent No. 7,257,582)

104.    Paragraphs 1 through 104 are incorporated by reference as if fully set forth herein.

105.    **Direct Infringement**. Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '582 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '582 Patent,

including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 130 below, into this Count (collectively, "Example Southwest Count V Products and Services") that infringe at least the example claims of the '582 Patent identified in the charts incorporated into this Count (the "Example '582 Patent Claims") literally or by the doctrine of equivalents.

106.     On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '582 Patent Claims, by internal testing and use of the Example Southwest Count V Products and Services.

107.     Each claim of the '582 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  The '582 Patent is related to improving load balancing by parallel processing of partitioned data.  The '582 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of enabling parallel processing involving linear processes, among other issues.  The '582 Patent addressed this technical problem and others with a technical solution that is described in the specification, for example at column 1 lines 48-57, which reads that objects "of the present invention [include] enable[ing] the decomposition of a certain type of linear processes that currently use a single computer, into equivalent parallel processes that can efficiently use any number of potentially heterogeneous computers, taking the available capacity of each of these computers into account while optimizing execution …, improv[ing] processing efficiency of certain processes ..., [and] obtain[ing] better processor utilization," and captured by one or more claims.  Additionally, the claims of the '582 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.  For example, the following claim limitations recited in claim 1 were not routine

or conventional, as evidenced by the '582 Patent file history: "distributing descriptions of all of said partitions to each of a plurality of subtask processors," "simultaneously executing at least a respective one of the subtasks … in each of at least some of said processors on a respective one of the partitions …," and "thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis."

108.    Each claim of the '582 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '582 Patent.

109.    Southwest has known that its infringing products and services, such as the Example Southwest Count V Products and Services, cannot be used without infringing the technology claimed in the '582 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

110.    **Willful Blindness.**  Southwest knew of the '582 Patent, or should have known of the '582 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '582 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '582 Patent.  *See* Exhibit 6 (Notice Letter).

111.    **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '582 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count V Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers,

and/or third parties to infringe the '582 Patent. For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count V Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '582 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count V Products and Services.

112.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '582 Patent with knowledge of the '582 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '582 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count V Products and Services to infringe the '582 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count V Products and Services.

113.    **Contributory Infringement.** Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '582 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in

infringement of the '582 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

114.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '582 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count V Products and Services for use in a manner that infringes one or more claims of the '582 Patent.  Example Southwest Count V Products and Services are especially made or adapted for infringing the '582 Patent and have no substantial non-infringing use.

115.    Exhibits 11 and 12 (claim charts) includes the Example Southwest Count V Products and Services and Example '582 Patent Claims.  As set forth in these charts, the Example Southwest Count V Products and Services practice the technology claimed by the '582 Patent. Accordingly, the Example Southwest Count V Products and Services incorporated in these charts satisfy all elements of the Example '582 Patent Claims.

116.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim charts of Exhibits 11 and 12.

117.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '582 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

118.   Further, Southwest's infringement of Intellectual Ventures' rights under the '582 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

119.   As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

<div align="center"><b><u>COUNT VI</u></b></div>

<div align="center">(Southwest's Infringement of U.S. Patent No. 7,712,080)</div>

120.   Paragraphs 1 through 120 are incorporated by reference as if fully set forth herein.

121.   **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '080 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '080 Patent, including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 146 below, into this Count (collectively, "Example Southwest Count VI Products and Services") that infringe at least the example claims of the '080 Patent identified in the charts incorporated into this Count (the "Example '080 Patent Claims") literally or by the doctrine of equivalents.

122.   On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '080 Patent Claims, by internal testing and use of the Example Southwest Count VI Products and Services.

123.   Each claim of the '080 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  The '080 Patent is related to systems and methods for parallel distributed programming over multiple processors and multiple memories including a distributed shared variable.  The '080 Patent discloses and claims systems and methods that address technical

problems that are inherent in and derive from prior art methods and systems involving the problems

of efficiently programming tasks and threads in a parallel distributed program, among other issues.

For example, the '080 Patent describes in column 1 at lines 25-30 that software "for operation on

multiple processors that uses multiple memory areas" is "more complex" and are generally referred

to as "parallel distributed programs." The Patent further describes different approaches to

developing such programs at column 1 line 31 to column 2 line 2, but that existing approaches

were problematic because developing source code "may be burdensome to develop because

programming the multiple tasks and threads and having them send and receive messages to each

other may dramatically change the code structure and data structure of the original algorithm" or

are "generally not as efficient" because they "may require a transfer of large amounts of data from

the memory" on different processor(s) and "thus may not satisfy the need for high performance

parallel computing." The '080 Patent further describes that "improved systems and methods for

parallel distributed programming are desirable" at column 2 lines 3-4. The '080 Patent addressed

this technical problem and others with a technical solution that is described in the specification

and captured by the asserted claims, including claim 1. Additionally, the claims of the '080 Patent

are novel and non-obvious and recite elements and steps that were not routine or conventional at

the time of the invention, either individually or in combination. For example, the following claim

limitations recited in claim 9 were not routine or conventional, as evidenced by the '080 Patent

file history: "transforming the at least one distributed sequential computing program into at least

one distributed parallel computing program by spawning at least one child distributed sequential

computing program from the at least one distributed sequential computing program when at least

one intermediate condition occurs within the at least one distributed sequential computing

program, wherein the at least one distributed parallel computing program concurrently uses the at

35

least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation."

124.    Each claim of the '080 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '080 Patent.

125.    Southwest has known that its infringing products and services, such as the Example Southwest Count VI Products and Services, cannot be used without infringing the technology claimed in the '080 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

126.    **Willful Blindness.**  Southwest knew of the '080 Patent, or should have known of the '080 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '080 Patent.  By the time of trial, Southwest will have known and intended that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '080 Patent.

127.    **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count VI Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '080 Patent.  For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are

associated with backend functionality provided by the Example Southwest Count VI Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count VI Products and Services.

128.     Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '080 Patent with knowledge of the '080 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '080 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count VI Products and Services to infringe the '080 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count VI Products and Services.

129.     **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '080 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '080 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

130.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '080 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count VI Products and Services for use in a manner that infringes one or more claims of the '080 Patent.  Example Southwest Count VI Products and Services are especially made or adapted for infringing the '080 Patent and have no substantial non-infringing use.

131.    Exhibit 13 (claim chart) includes the Example Southwest Count VI Products and Services and Example '080 Patent Claims.  As set forth in these charts, the Example Southwest Count VI Products and Services practice the technology claimed by the '080 Patent.  Accordingly, the Example Southwest Count VI Products and Services incorporated in these charts satisfy all elements of the Example '080 Patent Claims.

132.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 13.

133.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '080 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

134.    Further, Southwest's infringement of Intellectual Ventures' rights under the '080 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

135.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT VII

(Southwest's Infringement of U.S. Patent No. 11,032,000)

136.    Paragraphs 1 through 136 are incorporated by reference as if fully set forth herein.

137.    **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '000 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '000 Patent, including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 194 below, into this Count (collectively, "Example Southwest Count VII Products and Services") that infringe at least the example claims of the '000 Patent identified in the charts incorporated into this Count (the "Example '000 Patent Claims") literally or by the doctrine of equivalents.

138.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '000 Patent Claims, by internal testing and use of the Example Southwest Count VII Products and Services.

139.    Each claim of the '000 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  The '000 Patent is related to improving user equipment (UE) devices by improving UE uplink channel control.  The '000 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of lack of correlation between uplink and downlink path loss, among other issues.  For example, the '000 Patent describes at column 1 lines 29-40 channel reciprocity, which "gives equipment the ability to derive information about uplink channel

conditions from downlink channel conditions based on upon signals received by the user equipment (UE)." The Patent further describes that channel reciprocity "cannot always be guaranteed," for example when "TDD transmissions [are not] permitted in certain frequency spectrum allocations," resulting in losing "correlation between uplink and downlink channels" at column 1 lines 53-64. The Patent further describes that, "in high speed mobile applications, the time delay between downlink and uplink transmissions may exceed the coherence time of the channel," which can be tolerated only to a certain degree, and the "use of multiple transmit and/or receive antennas at the network and/or the mobile terminal can introduce unintentional decorrelation between the uplink and downlink channels" at column 1 line 65 to column 2 line 7. The Patent then describes that "it would be advantageous to find a substitute for channel reciprocity" where correlation between an uplink and downlink path loss is not guaranteed at column 2 lines 8 -11. The '000 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims including claim 1. Additionally, the claims of the '000 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 14 were not routine or conventional, as evidenced by the '000 Patent file history: "the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval"; and "the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the

control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE."

140.    Each claim of the '000 Patent recites an independent invention.   Neither the example claims described nor any other individual claim is representative of all claims in the '000 Patent.

141.    Southwest has known that its infringing products and services, such as the Example Southwest Count VII Products and Services, cannot be used without infringing the technology claimed in the '000 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

142.    **Willful Blindness.**  Southwest knew of the '000 Patent, or should have known of the '000 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '000 Patent.  By the time of trial, Southwest will have known and intended that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '000 Patent.

143.    **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '000 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count VII Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '000 Patent.  For example, on information and belief,

Southwest offers products and services to its customers and third parties that are associated with wireless functionality provided by the Example Southwest Count VII Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '000 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with wireless functionality provided by the Example Southwest Count VII Products and Services.

144.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '000 Patent with knowledge of the '000 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '000 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count VII Products and Services to infringe the '000 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count VII Products and Services.

145.    **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '000 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in

infringement of the '000 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

146.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '000 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count VII Products and Services for use in a manner that infringes one or more claims of the '000 Patent.  Example Southwest Count VII Products and Services are especially made or adapted for infringing the '000 Patent and have no substantial non-infringing use.

147.    Exhibit 14 (claim chart) includes the Example Southwest Count VII Products and Services and Example '000 Patent Claims.  As set forth in these charts, the Example Southwest Count VII Products and Services practice the technology claimed by the '000 Patent.  Accordingly, the Example Southwest Count VII Products and Services incorporated in these charts satisfy all elements of the Example '000 Patent Claims.

148.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 14.

149.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '000 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

150.    Further, Southwest's infringement of Intellectual Ventures' rights under the '000 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

151.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT VIII

(Southwest's Infringement of U.S. Patent No. 7,721,282)

152.    Paragraphs 1 through 152 are incorporated by reference as if fully set forth herein.

153.    **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '282 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '282 Patent, including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 210 below, into this Count (collectively, "Example Southwest Count VIII Products and Services") that infringe at least the example claims of the '282 Patent identified in the charts incorporated into this Count (the "Example '282 Patent Claims") literally or by the doctrine of equivalents.

154.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '282 Patent Claims, by internal testing and use of the Example Southwest Count VIII Products and Services.

155.    Each claim of the '282 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  The '282 Patent is related to distributing an application environment to a compute node involving root nodes and leaf nodes in a clustered computer system.  The '282 Patent discloses and claims systems and methods that address technical problems that are inherent

in and derive from prior art methods and systems involving the problems of improving boot or bring-up time in clustered computing systems and reducing wasted disk space, among other issues. For example, the '282 Patent describes at column 1 lines 54-57 that "[r]egardless of which of the preceding methods is used, both suffer from the same major problem-updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image." The '282 Patent addressed this technical problem and others with a technical solution that is reflected in the asserted claims, including for example claim 1. Additionally, the claims of the '282 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '282 Patent file history: "wherein the union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit."

156.    Each claim of the '282 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '282 Patent.

157.    Southwest has known that its infringing products and services, such as the Example Southwest Count VIII Products and Services, cannot be used without infringing the technology claimed in the '282 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

158.    **Willful Blindness.** Southwest knew of the '282 Patent, or should have known of the '282 Patent, but was willfully blind to its existence. Southwest has had actual knowledge of the '282 Patent. By the time of trial, Southwest will have known and intended that its continued

actions would infringe and actively induce and contribute to the infringement of one or more claims of the '282 Patent.

159.     **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '282 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count VIII Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '282 Patent.  For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count VIII Products and Services.  Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '282 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count VIII Products and Services.

160.     Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '282 Patent with knowledge of the '282 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '282 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count VIII Products and Services to infringe the '282 Patent, literally and/or by the doctrine of equivalents, throughout the United States,

including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count VIII Products and Services.

161.    **Contributory Infringement.**    Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '282 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '282 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

162.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '282 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count VIII Products and Services for use in a manner that infringes one or more claims of the '282 Patent.  Example Southwest Count VIII Products and Services are especially made or adapted for infringing the '282 Patent and have no substantial non-infringing use.

163.    Exhibit 15 (claim chart) includes the Example Southwest Count VIII Products and Services and Example '282 Patent Claims.  As set forth in these charts, the Example Southwest Count VIII Products and Services practice the technology claimed by the '282 Patent.  Accordingly, the Example Southwest Count VIII Products and Services incorporated in these charts satisfy all elements of the Example '282 Patent Claims.

164.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 15.

165.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '282 Patent and will continue to be damaged by such infringement. Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

166.    Further, Southwest's infringement of Intellectual Ventures' rights under the '282 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

167.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## MARKING

168.    Plaintiffs do not make or sell products and thus have no products to mark.

169.    To the extent any of the Patents-in-Suit include only asserted method claims, the marking requirement of 35 U.S.C. § 287 for those Patents-in-Suit does not apply. Therefore, Plaintiff has complied with all applicable requirements of § 287 for those Patents-in-Suit, such that it is entitled to past damages for infringement.

170.    Plaintiffs have entered into settlement licenses with other entities. None of the settlement licenses were to produce a patented article for Plaintiffs or under the Patents-in-Suit. Duties of confidentiality prevent disclosure of settlement licenses and their terms in this Complaint, but discovery will show that Plaintiffs have substantially complied with 35 U.S.C.

§ 287(a).  Furthermore, each of the entities in the settlement licenses denied infringing any of the Patents-in-Suit and thus were not entering into the settlement license to produce a patented article for Plaintiffs or under the Patents-in-Suit.

171.     Each settlement license that was entered into between an entity and Plaintiffs was negotiated in the face of continued litigation and while Plaintiffs believe there was infringement, no defendant entity agreed or admitted that it was infringing.

## DEMAND FOR JURY TRIAL

172.     Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

A.     A judgment that the Patents-in-Suit are valid and enforceable;

B.     A judgment that Defendant directly infringes, contributorily infringes, and/or actively induces infringement of one or more claims of *each of* the Patents-in-Suit;

C.     A judgment that awards Plaintiffs all damages adequate to compensate them for Defendant's direct infringement, willful infringement, contributory infringement, and/or induced infringement of the Patents-in-Suit, including all pre- judgment and post- judgment interest at the maximum rate permitted by law;

D.     A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's past infringement with respect to the Patents-in-Suit;

E.     A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's infringement of the '844 Patent, '722 Patent, '326 Patent, '469 Patent, '582 Patent, '080 Patent, '282 Patent, and '000 Patent, which continue to

damage Plaintiffs' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court;

F.    A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's continuing or future infringement, up until the date such judgment is entered with respect to the Patents-in-Suit, including ongoing royalties, pre- and post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284;

G.    A judgment that this case is exceptional under 35 U.S.C. § 285;

H.    An accounting of all damages not presented at trial; and

I.    A judgment that awards Plaintiffs their costs, disbursements, attorneys' fees, and such further and additional relief as is deemed appropriate by the Court.

Dated: December 22, 2025                   RESPECTFULLY SUBMITTED,


                                      By: */s/ William D. Ellerman*
                                           William D. Ellerman (TX Bar No. 24007151)
                                           wellerman@CJSJLAW.com
                                           Mark D. Siegmund (TX Bar No. 24117055)
                                           msiegmund@cjsjlaw.com
                                           **CHERRY JOHNSON SIEGMUND**
                                           **JAMES PC**
                                           7901 Fish Pond Rd., 2nd Floor
                                           Waco, Texas 76710
                                           Telephone: 254-732-2242
                                           Facsimile: 866-627-3509

                                           ***Attorneys for Plaintiffs***
                                           ***INTELLECTUAL VENTURES I LLC and***
                                           ***INTELLECTUAL VENTURES II LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, via email, on this 22nd day of December, 2025.

By: _/s/ William D. Ellerman_____
    William D. Ellerman

# **<u>Exhibit 1</u>**



US008332844B1

(12) **United States Patent**
Kulkarni et al.

(10) Patent No.: **US 8,332,844 B1**
(45) Date of Patent: **Dec. 11, 2012**

(54) **ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT**

(75) Inventors: **Pradip Kulkarni**, Pune (IN); **Mukul Kumar**, Pune (IN); **Adhir Potdar**, Pune (IN); **Richard Au**, Woodside, CA (US); **Tung Nguyen**, Cupertino, CA (US)

(73) Assignee: **Emendable Assets Limited Liability Company**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1193 days.

(21) Appl. No.: **11/709,477**

(22) Filed: **Feb. 21, 2007**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/395,816, filed on Mar. 30, 2006, now Pat. No. 7,721,282, which is a continuation-in-part of application No. 11/026,622, filed on Dec. 30, 2004, now abandoned.

(51) **Int. Cl.**
*G06F 9/445* (2006.01)

(52) **U.S. Cl.** ...................................... **717/176**

(58) **Field of Classification Search** ................. 345/557; 717/176
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,113,523 | A | 5/1992 | Colley |
| 5,127,104 | A | 6/1992 | Dennis |
| 5,175,852 | A | 12/1992 | Johnson et al. |
| 5,764,902 | A | 6/1998 | Rothrock |
| 5,974,547 | A | 10/1999 | Klimenko |
| 5,999,734 | A | 12/1999 | Willis |
| 6,018,747 | A | 1/2000 | Burns |

| | | | |
|---|---|---|---|
| 6,101,576 | A | * | 8/2000 | Kobayashi et al. ........... 711/122 |
| 6,195,680 | B1 | | 2/2001 | Goldszmidt |
| 6,292,941 | B1 | | 9/2001 | Jollands |
| 6,421,777 | B1 | * | 7/2002 | Pierre-Louis et al. ........... 713/2 |
| 6,442,605 | B1 | | 8/2002 | Rodriguez |
| 6,502,238 | B1 | | 12/2002 | Pavan et al. |
| 6,597,956 | B1 | | 7/2003 | Aziz |
| 6,606,744 | B1 | | 8/2003 | Mikurak |
| 6,745,192 | B1 | | 6/2004 | Libenzi |
| 6,751,658 | B1 | * | 6/2004 | Haun et al. .................... 709/222 |
| 6,779,177 | B1 | | 8/2004 | Bahrs |
| 6,871,219 | B2 | | 3/2005 | Noordergraaf |
| 6,938,057 | B2 | | 8/2005 | Gusler |
| 6,986,005 | B2 | | 1/2006 | Vo |
| 6,990,513 | B2 | | 1/2006 | Belfiore |

(Continued)

OTHER PUBLICATIONS

Calzarossa, M., and M. Kubát, "Processor Allocation in Parallel Systems," Proceedings of the IEEE International Conference on Computer Systems and Software Engineering (COMPEURO '91), Bologna, Italy, May 13-16, 1991, pp. 133-137.

(Continued)

*Primary Examiner* — Edward Martello
(74) *Attorney, Agent, or Firm* — Christensen O'Connor Johnson Kindness PLLC

(57) **ABSTRACT**

Described herein is technology for, among other things root image caching and indexing for block-level distributed application management. The technology involves storing blocks of a root image on a first storage unit and storing blocks of leaf images on respective second storage units. The leaf images include additional data blocks not previously contained in the root image and changes made by respective compute nodes to the blocks of the root image. The technology includes caching blocks of the root image that have been accessed by at least one compute node. The technology also includes receiving indexing results pertaining to the root image from one compute node and providing the results for other compute nodes.

**27 Claims, 6 Drawing Sheets**



## US 8,332,844 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,990,573 | B2 | 1/2006 | Cherian |
| 7,127,712 | B1 | 10/2006 | Noble |
| 7,150,015 | B2 | 12/2006 | Pace |
| 7,155,714 | B2 | 12/2006 | Makris |
| 7,200,715 | B2 | 4/2007 | Kleiman |
| 7,246,221 | B1 | 7/2007 | Soltis |
| 7,246,351 | B2 | 7/2007 | Bloch |
| 7,263,551 | B2 | 8/2007 | Belfiore |
| 7,269,664 | B2 | 9/2007 | Hutsch et al. |
| 7,290,258 | B2 | 10/2007 | Steeb |
| 7,331,047 | B2 | 2/2008 | Chu |
| 7,334,157 | B1 | 2/2008 | Graf |
| 7,430,610 | B2 | 9/2008 | Pace |
| 7,454,462 | B2 | 11/2008 | Belfiore |
| 7,467,293 | B2 | 12/2008 | Zhang |
| 7,475,274 | B2 | 1/2009 | Davidson |
| 7,496,739 | B1 | 2/2009 | Raghavan |
| 7,499,988 | B2 | 3/2009 | Keohane |
| 7,536,686 | B2 | 5/2009 | Tan |
| 7,549,055 | B2 | 6/2009 | Zimmer |
| 7,590,653 | B2 | 9/2009 | Sparks |
| 7,668,938 | B1 | 2/2010 | Phillips |
| 7,685,148 | B2 | 3/2010 | Enquist |
| 7,870,106 | B1 * | 1/2011 | Nguyen et al. ................ 707/694 |
| 2002/0016891 | A1 | 2/2002 | Noel |
| 2002/0083120 | A1 | 6/2002 | Soltis |
| 2002/0087813 | A1 | 7/2002 | Harris |
| 2002/0087846 | A1 | 7/2002 | Nickolls |
| 2003/0046511 | A1 | 3/2003 | Buch |
| 2003/0126242 | A1 * | 7/2003 | Chang ............................ 709/222 |
| 2003/0130832 | A1 | 7/2003 | Schulter |
| 2003/0233648 | A1 | 12/2003 | Earl |
| 2004/0015899 | A1 | 1/2004 | May |
| 2004/0078779 | A1 | 4/2004 | Dutt |
| 2004/0088473 | A1 | 5/2004 | Ogle |
| 2004/0199919 | A1 | 10/2004 | Tovinkere |
| 2005/0128319 | A1 | 6/2005 | Morino |
| 2005/0131962 | A1 | 6/2005 | Deshpande |
| 2006/0173993 | A1 | 8/2006 | Henseler |
| 2008/0229040 | A1 | 9/2008 | Honma |

### OTHER PUBLICATIONS

Chen, D., et al., "Exploiting High-Level Coherence Information to Optimize Distributed Shared State," Proceedings of the 9th ACM Symposium on Principles and Practice of Parallel Programming, San Diego, Jun. 11-13, 2003, pp. 131-142.

Cohen, A., and M. Woodring, "Win32 Multithreaded Programming," O'Reilly Online Catalog, Chapter 1, <http://www.oreilly.com/catalog/multithread/excerpt/ch01.html> [retrieved Nov. 21, 2006], pp. 1-8.

Couturier, R., et al., "A Compiler for Parallel Unity Programs Using OpenMp," Proceedings of the International Conference on Parallel and Distributed Processing Techniques and Applications, Las Vegas, Nevada, Jun. 28-Jul. 1, 1999, pp. 1992-1998.

Ismail, I.M., and J.A. Davis, "Program-Based Static Allocation Policies for Highly Parallel Computers," Proceedings of the 1995 IEEE Fourteenth Annual International Phoenix Conference on Computers and Communications, Scottsdale, Arizona, Mar. 28-31,1995, pp. 61-68.

Kandemir, M., et al., "Minimizing Data and Synchronization Costs in One-Way Communication," IEEE Transactions on Parallel and Distributed Systems 11(12):1232-1251, Dec. 2000.

Li, K.-C., et al., "Design Issue of a Novel Toolkit for Parallel Application Performance Monitoring and Analysis in Cluster and Grid Environments," Proceedings of the 8th International Symposium on Parallel Architectures, Algorithms and Networks (ISPAN'05), Las Vegas, Nev., Dec. 7-9, 2005, 6 pages.

Nguyen, T.M., et al., "Branching Store File System," U.S. Appl. No. 11/026,622, filed Dec. 30, 2004.

Ohta, K., et al., "Improving Parallel Write by Node Level Request Scheduling," Proceedings of the 9th IEEE/ACM International Symposium on Cluster Computing and the Grid, Shanghai, May 18-21, 2009, pp. 196-203.

OpenMP Fortran Application Program Interface (Version 2.0), Nov. 2000, <http://www.openmp.org/drupal/mp-documents/fspec20. pdf>, pp. 1-3 and 34-36.

OpenMP Fortran Application Program Interface (Version 2.0), Nov. 2000, <http://www.openmp.org/drupal/mp-documents/fspec20. pdf>, pp. 1-3, 18-19, 25-27, 34-37, and 67.

"Sequent's NUMA-Q SMP™ Architecture," Sequent Computer Systems, Inc., 1997, <http://parallel.ru/ftp/computers/sequent/NUMA__SMP__REV.pdf>, pp. 1-18.

Sivathanu, G., et al., "Ensuring Data Integrity in Storage: Techniques and Applications," Proceedings of the 2005 ACM Workshop on Storage Security and Survivability (StorageSS '05), Alexandria, Va., Nov. 7-10, 2005, pp. 26-36.

Zhu, T., et al., "Scheduling Divisible Loads in the Dynamic Heterogeneous Grid Environment," Proceedings of the First International Conference on Scalable Information Systems, Hong Kong, May 29-Jun. 1, 2006, 10 pages.

* cited by examiner



FIG. 1



**FIG. 2**



**FIG. 3A**

300



**FIG. 3B**

<u>345</u>



**FIG. 4**

U.S. Patent          Dec. 11, 2012          Sheet 6 of 6          US 8,332,844 B1

500



510 — Receive data blocks of a file system.

520 — Index a root image portion of the file system.

530 — Store the indexing results on a shared storage unit accessible by another compute node.

540 — Provide the indexing results to another compute node.

550 — Index a leaf image portion of the file system.

560 — Re-index the file system by re-indexing the leaf image portion and merging the re-indexing results with the indexing results of the root portion.

# FIG. 5

US 8,332,844 B1

**1**

# ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT

## CLAIM OF PRIORITY UNDER 35 U.S.C. §120

The present application for patent is a continuation-in-part of application Ser. No. 11/395,816, entitled "BLOCK-LEVEL I/O SUBSYSTEM FOR DISTRIBUTED APPLI-CATION ENVIRONMENT MANAGEMENT," filed Mar. 30, 2006, now U.S. Pat. No. 7,721,282, assigned to the assignee hereof and hereby expressly incorporated by reference herein.

## REFERENCE TO CO-PENDING APPLICATIONS FOR PATENT

The present application for patent is related to the following U.S. patent application:

"VIRUS SCANNING FOR BLOCK-LEVEL DISTRIB-UTED APPLICATION MANAGEMENT," by Kulkarni et al., filed Feb. 28, 2007, now U.S. Pat. No. 8,065,737, assigned to the assignee hereof and expressly incorporated by reference herein.

## BACKGROUND

### Background

Over the years, as the internet has expanded and computers have multiplied, the need for clustered computing such as High Performance Computing (HPC) has increased. Clustered computing involves multiple compute nodes, usually a server grid, that work together to achieve a common task. For example, several (typically hundreds of) compute nodes may be clustered together to share the load of serving a high-traffic website. In large-scale systems such as this, a trend in software deployment is to centralize data management on a globally accessible file system with stateless computing nodes. A common example of this is Operating System (OS) software image management, where the compute nodes are activated with the distributed application environment by either diskless booting protocols or remote software installation to local storage. Under this architecture, a boot image is required for each compute node in the cluster. The boot image necessarily contains the kernel; it may additionally contain the application software that is intended to be run on the compute node.

The primary concern in clustered computing is low cluster bring-up time. The software that provides the boot images for the cluster typically stores a master boot image. It may then either pre-create clones of this master image for each such server, or it may create them "on the fly."

Creating a boot image on the fly involves copying the entire contents of the master image, which are typically in the range of 5-15 GB. Even with a significant amount of bandwidth by today's standards, this method will result in a large bring-up time.

Pre-creating a boot image for each server is advantageous from the point of view of cluster bring-up time. However, since one often does not know in advance how many servers will ever be booted, this scheme may result in wasted disk space.

Regardless of which of the preceding methods is used, both suffer from the same major problem—updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image.

**2**

Additionally, once some compute nodes have booted, they will often engage in redundant activities with respect to each other. For example, assume that a cluster involves 20 compute nodes each running the same operating system and using substantially similar hardware. The 20 compute nodes will generally need to access much of the same data (e.g., drivers, library files, etc.). Moreover, when each of the 20 compute nodes index their file systems, the index results will only vary slightly to the extent that each compute node has developed its own "personality." Thus, to the extent that there is redundancy in the operations of the compute nodes, CPU resources, disk space, and data bus bandwidth are wasted.

In a branching store file system, a read-only base image (or "root" image) of the application environment is created. The root image is accessible by all compute nodes in the cluster. Changes made by a compute node to the root image are stored in a "leaf" image unique to that compute node. A filter operates between the compute nodes and the file system(s), which merges the changes recorded on the leaf images with the root image and delivers the result to the appropriate compute node. From the point of view of the compute node, it is running its own unique and cohesive instance of the application environment. While this system allows for creation of boot images on the fly without severely diminishing bring-up time, a separate version of the system must be created for each unique operating system because data is stored at the file system level (i.e., on a "per file basis"). Thus, migrating a computing cluster from one operating system to another is much more complicated than simply installing a new root image containing the new OS.

## SUMMARY

Described herein is technology for, among other things, root image caching and indexing for block-level distributed application management. The technology involves storing blocks of a root image on a first storage unit and storing blocks of leaf images on respective second storage units. The leaf images include additional data blocks not previously contained in the root image and changes made by respective compute nodes to the blocks of the root image. The technology includes caching blocks of the root image that have been accessed by at least one compute node. The technology also includes receiving indexing results pertaining to the root image from one compute node and providing the results for other compute nodes.

Thus, embodiments of the present disclosure provide an operating system-independent system and method for distributing an application environment to a compute node. By utilizing a root-leaf system of application environment storage, embodiments of the present disclosure allow creation of boot images on the fly without significantly diminishing bring-up time. This is due to the fact that creating a new boot image does not require copying the contents of the root image. Rather it involves registering a new UBD with the system, which occurs very quickly. Bring up time, and access time in general, can be further improved by caching commonly accessed portions of the root image. Moreover, updating the boot image for the entire cluster simply involves updating the root image. Additionally, because of the commonality of the root image and the fact that its contents are not directly changed, certain operations performed on the root image (e.g., indexing) only need to be performed once by one compute node. Thereafter, the results of that operation can be

US 8,332,844 B1

3

shared with the other compute nodes in the cluster, thus saving the other compute nodes valuable time and resources.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram of a suitable system on which embodiments may be implemented.

FIG. **2** is a diagram of a system, for root image caching and indexing in a block-level distributed application environment, in accordance with various embodiments of the present disclosure.

FIGS. **3**A-**3**B are flowcharts illustrating a process for root image caching and indexing in a block-level distributed application environment, in accordance with various embodiments of the present disclosure.

FIG. **4** illustrates a flowchart for a process for updating the cache based on a read request, in accordance with an embodiment of the present disclosure.

FIG. **5** illustrates a flowchart for a process for indexing a root image, in accordance with various embodiments of the present disclosure.

## DETAILED DESCRIPTION

Reference will now be made in detail to various embodiments of the disclosure, examples of which are illustrated in the accompanying drawings. While the disclosure will be described in conjunction with the various embodiments, it will be understood that they are not intended to limit the scope of the claims to these embodiments. On the contrary, the disclosure is intended to cover alternatives, modifications and equivalents, which may be included within the spirit and scope of the disclosure as defined by the claims. Furthermore, in the detailed description of the present disclosure, numerous specific details are set forth in order to provide a thorough understanding of the present disclosure. However, it will be obvious to one of ordinary skill in the art that the present disclosure may be practiced without these specific details. In other instances, well-known methods, procedures, components, and circuits have not been described in detail so as not to unnecessarily obscure aspects of the present disclosure.

Some portions of the detailed descriptions that follow are presented in terms of procedures, logic blocks, processing, and other symbolic representations of operations on data bits within a computer or digital system memory. These descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. A procedure, logic block, process, etc., is herein, and generally, conceived to be a self-consistent sequence of steps or instructions leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these physical manipulations take the form of electrical or Magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated in a computer system or similar electronic computing device. For reasons of convenience, and with reference to common usage, these signals are referred to as bits, values, elements, symbols, characters, terms, numbers, or the like with reference to the present disclosure.

It should be borne in mind, however, that all of these terms are to be interpreted as referencing physical manipulations and quantities and are merely convenient labels and are to be interpreted further in view of terms commonly used in the art. Unless specifically stated otherwise as apparent from the discussion herein, it is understood that throughout discussions of the present embodiment, discussions utilizing terms

4

such as "determining" or "outputting" or "transmitting" or "recording" or "locating" or "storing" or "displaying" or "receiving" or "recognizing" or "utilizing" or "generating" or "providing" or "accessing" or "checking" or "notifying" or "delivering" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data. The data is represented as physical (electronic) quantities within the computer system's registers and memories and is transformed into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission, or display devices.

Briefly stated, described herein is technology for, among other things root image caching and indexing for block-level distributed application management. The technology involves storing blocks of a root image on a first storage unit and storing blocks of leaf images on respective second storage units. The leaf images include additional data blocks not previously contained in the root image and changes made by respective compute nodes to the blocks of the root image. The technology includes caching blocks of the root image that have been accessed by at least one compute node. The technology also includes receiving indexing results pertaining to the root image from one compute node and providing the results for other compute nodes.

Example Compute Node Operating Environment

With reference to FIG. **1**, an example system for implementing embodiments includes a general purpose computing system environment, such as compute node **100**. In its most basic configuration, compute node **100** typically includes at least one processing unit **102** and memory **104**. Depending on the exact configuration and type of compute node, memory **104** may be volatile (such as RAM), non-volatile (such as ROM, flash memory, etc.) or some combination of the two. This most basic configuration is illustrated in FIG. **1** by dashed line **106**. Additionally, compute node **100** may also have additional features/functionality. For example, compute node **100** may also include additional storage (removable and/or non-removable) including, but not limited to, magnetic or optical disks or tape. Such additional storage is illustrated in FIG. **1** by removable storage **108** and non-removable storage **110**. Computer storage media includes volatile and nonvolatile, removable and non-removable media implemented in any method or technology for storage of information such as computer readable instructions, data structures, program modules or other data. Memory **104**, removable storage **108** and nonremovable storage **110** are all examples of computer storage media. Computer storage media includes, but is not limited to, RAM, ROM, EEPROM, flash memory or other memory technology, CD-ROM, digital versatile disks (DVD) or other optical storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by compute node **100**. Any such computer storage media may be part of compute node **100**.

Compute node **100** may also contain communications connection(s) **112** that allow it to communicate with other devices. Communications connection(s) **112** is an example of communication media. Communication media typically embodies computer readable instructions, data structures, program modules or other data in a modulated data signal such as a carrier wave or other transport mechanism and includes any information delivery media. The term "modulated data signal" means a signal that has one or more of its characteristics set or changed in such a manner as to encode information in the signal. By way of example, and not limi-

**5**

tation, communication media includes wired media such as a wired network or direct-wired connection, and wireless media such as acoustic, RF, infrared and other wireless media. The term computer readable media as used herein includes both storage media and communication media. Compute node **100** may also have input device(s) **114** such as a keyboard, mouse, pen, voice input device, touch input device, etc. Output device(s) **116** such as a display, speakers, printer, etc. may also be included. All these devices are well known in the art and need not be discussed at length here.
Example Systems

FIG. **2** is a diagram of a system **200** for root image caching and indexing in a block-level distributed application environment, in accordance with various embodiments of the present disclosure. In one embodiment, system **200** is implemented in a multi-computer system, such as an HPC cluster. In one embodiment, the application environment includes an operating system. In other embodiments, the application environment may contain other applications. System **200** has a number of compute nodes **220**a-n coupled to first storage unit **240** and a corresponding second storage unit **250**a-n though a corresponding union block device (UBD) **230**a-n. To the compute nodes **220**a-n, it appears that they have access to their own version of a distributed application environment. However, a separate and complete boot image is not created and stored for each compute node **220**a-n.

System **200** has a first storage unit **240** for storing blocks of a root image of an application environment. The root image contains data initially common to the compute nodes **220**a-n. The root image is not changed by compute nodes **220**a-n. For example, in one embodiment, compute nodes **220**a-n have read-only access to the first storage unit **240**.

Moreover, each compute node **220**a-n has a corresponding second storage unit **250**a-n for storing a leaf image. The first storage unit **240** and second storage units **250**a-n may each be contained on separate physical storage devices, on separate logical spaces on the same storage device, or any combination thereof. Regardless, the first storage unit **240** and the second storage units **250**a-n may be contained within a single storage appliance. The leaf image may contain blocks of new data, blocks of changed data, or other blocks of data unique to the individual compute node. The leaf image may also contain a block modification log. In other words, a leaf image will describe the changes made by the respective compute node **220**a-n to its instance of the application environment. Thus, when a compute node (e.g., node **220**a) makes changes involving the root image, modifications are made to that compute node's leaf image (e.g., leaf image stored on second storage device **250**a). With respect to changes to the root image, only the specific blocks that are changed are stored in the leaf image. For example, a particular file on the root image may comprise twenty blocks of data (e.g., blocks **1-20**). One compute node (e.g., compute node **220**a) desires to make a change to this file which involves a modification of only a few specific blocks of the file (e.g., blocks **4-9**). In this example, only the modified blocks (e.g., blocks **4-9**) will be stored in the compute node's leaf image (e.g., leaf image stored on second storage device **250**a) plus some small overhead.

A compute node **220**a-n mounts its instantiation of the application environment via its respective UBD **230**a-n. In one embodiment, UBDs **230**a-n are effectively low-level drivers that operate as an interface between the first and second storage devices and the file system of each compute node **220**a-n. The file system may reside on the server side of the system **200**. The file system may also reside on each of the compute nodes **220**a-n. Because UBDs **230**a-n operate below the file system, they are concerned merely with the blocks of

**6**

data themselves, rather than files they form. As a result, system **200** is completely file system, and thus operating system, independent.

UBDs **230**a-n determine what leaf image (from the appropriate second storage unit **250**) is needed for portions of the application environment that their respective compute nodes **220**a-n have changed. UBDs **230**a-n also locate the portions of the application environment that are not changed by their respective compute nodes **220**a-n. These portions may reside in the root image. There may also be intermediate images (not depicted in FIG. **2**) comprising versions of the root image from which a compute node's instance of the application environment is derived. Further, UBDs **230**a-n create a new leaf image on a respective second storage unit **250**a-n when their respective compute nodes **220**a-n make changes to their instantiations of the application environment. In one embodiment, the UBDs **230**a-n obtain the information necessary to create the application environment from a block modification log located in its respective leaf image.

UBDs **230**a-n may also modify the leaf image in response to their respective compute node's access to its instance of the application environment. For example, upon receiving a write request from their respective compute nodes for a sector X, the UBDs **230**a-n will create an appropriate persistent mapping for sector X and then write sector X onto their respective second storage units **250**a-n, where sector X can then be modified. It will be appreciated that the data block being modified may already exist in the leaf image, in which case it does not need to be mapped and copied from the root image before modification.

By providing an application environment to multiple compute nodes via a branching store system, embodiments allow for a more streamlined update/patch procedure. In one embodiment, first storage device **240** may be refreshed with a new operating system patch, thereby automatically refreshing the image for all dependent compute nodes.
Caching

An embodiment of the present disclosure provides for caching of portions of the root image. Because several compute nodes in a cluster may often access the same data (e.g., same drivers, same library files, etc.) on the root image, tremendous speed improvements can be realized by caching such data in cache **260**. For example, by current standards, it is common for a storage disk to achieve a data transfer rate around 76 MB/s, whereas cache memory can achieve speeds up to and greater than 800 MB/s. In one embodiment, the cache may be contained within a single storage appliance, along with the first storage unit **240** and the second storage units **250**a-n.

The value of such caching becomes even more apparent in the context of initial boot sequences. For example, a cluster of 20 compute nodes may be booted for the first time. Since it is a first boot, the cache is empty. The first compute node to boot (e.g., compute node **220**a) will therefore load its data directly from the pertinent disks (e.g., first storage unit **240** and second storage unit **250**a). While the first compute node is loading its data, it reads are intercepted and cached on a per-block basis in cache **260**. Thereafter, when a second compute node (e.g., compute node **220**b) goes to boot, any data required by the second compute node that was previously accessed by the first compute node can be served out of the cache **260** rather than the first storage unit. It is appreciated that to the extent that the configurations of the first and second compute nodes are substantially the same, the relationship between the data requested by the second compute node and the data stored in the cache **260** approaches a 1:1 ratio (i.e., a greater than ten-fold improvement in root image access time is realized).

US 8,332,844 B1

7

It is further appreciated that the entire contents of the root image may not necessarily be accessed to achieve a boot (e.g., unused drives and the like). Therefore, the data capacity of cache **260** can be much less than that of the first storage unit **240**.

As new data is accessed on the root image that is not currently stored in the cache **260**, the cache **260** may thereafter be updated with the new data. Moreover, as the amount of data in the cache **260** approaches or exceeds a threshold value, certain data will need to be removed from the cache **260** to make way for the new data. The data to be removed, deleted, overwritten, etc., may be selected the basis of, for example, how recently the data was accessed, how frequently the data has been accessed, or a combination of both. It should be appreciated that other cache arbitration algorithms known in the art may similarly be used.

Indexing

An embodiment of the present disclosure provides for indexing the root image. From the standpoint of seek time, it is beneficial for a compute node to have access to an index of its file system. In a traditional clustered computing situation, each compute node would independently index its file system. To the extent that each compute node in a cluster has similar operating environments to the others, indexing performed on common data is therefore redundant.

As an added benefit of the architecture **200** depicted in FIG. **2**, because the data stored in the root image is by definition common to all the compute nodes **220***a-n*, one compute node (e.g., compute node **220***a*) can index the contents of the root image and then provide the indexing results to the other compute nodes (e.g., compute nodes **220***b-n*). Thereafter, the compute nodes **220***a-n* need only be concerned with indexing their respective leaf image, which are relatively small compared to the root image. Moreover, in embodiments where the first storage unit **240** is read-only, the root image will not have to be re-indexed because the contents of the root image do not change. It is appreciated that the indexing results can be provided to the other compute nodes in a number of ways. For example, the results may be stored on a shared storage unit (such as, but not limited to, cache **260**), the results may provided directly to the other compute nodes, etc. Moreover, the initial indexing of the root image does not have to be performed by a compute node. For example, the indexing may be performed by a dedicated indexing host.

Example Methods

FIGS. **3A-3B** are flowcharts illustrating a process **300** for root image caching and indexing in a block-level distributed application environment, in accordance with various embodiments of the present disclosure. Although specific operations are disclosed in process **300**, such operations are exemplary. Process **300** may not include all of the operations illustrated by FIGS. **3A-3B**. Also, process **300** may include various other operations and/or variations of the operations shown by FIGS. **3A-3B**. Likewise, the sequence of the operations of process **300** can be modified. Steps of process **306** may be stored as instructions on a computer readable medium and executed on a computer processor.

Step **310** involves storing blocks of a root image of the compute node on a first storage unit. By storing data at the block level, embodiments are able to operate beneath the file system and thus are designed to be file system and operating system independent.

Step **320** involves storing a leaf image on a second storage unit. The leaf image includes, but is not limited to, new data blocks for the compute node and blocks of the root image that the compute node has changed. The leaf image includes a block modification log in one embodiment.

8

Step **322** involves caching blocks of the root image that have been accessed by a compute node. In doing so, embodiments improve the access time for subsequent compute nodes requesting to access the same blocks of data.

Step **324** involves receiving a read request from a compute node. At step **326**, a determination is made as to whether the data requested by the compute node is currently stored in the cache. If a portion of the data is currently stored in the cache, that portion is then served from the cache (step **328**), thus improving the access time with respect to that portion of data as compared to otherwise retrieving it from a storage unit such as a hard disk.

Step **330** involves merging the blocks of the root image, the blocks of the leaf image, and the relevant blocks of the cache, if any, to create the application environment. In other words, the merging occurs at an operational level between the file system of a compute node and the first storage unit, the corresponding second storage unit, and the cache. Once the application environment has been created, it will appear to the compute node as one cohesive image rather than a base image plus its additions, deletions, and modifications. To the compute node, it appears that it has access to its own unique version of an application environment. However, a separate and complete boot image is not actually stored for the compute node.

Step **340** involves delivering the application environment to the compute node. Step **340** may comprise a low-level driver determining which data blocks are needed for the compute node's instance of the application environment and delivering the application environment to the compute via the compute node's file system.

Step **345** involves updating the cache based on the read request. For instance, to the extent that a compute node has accessed root image data not currently stored in the cache, the cache should be updated to include that cache. In some cases, the amount of data in the cache may approach a capacity limit, either due to the physical capacity of the cache itself or due to threshold limit set in software.

FIG. **4** illustrates a flowchart for a process **345** for updating the cache based on a read request, in accordance with an embodiment of the present disclosure. It should be appreciated that the steps illustrated in FIG. **4** are exemplary and the updating performed in block **345** of process **300** may be achieved in many other ways as well. Process **345** may not include all of the operations illustrated by FIG. **4**. Also, process **345** may include various other operations and/or variations of the operations shown by FIG. **4**. Likewise, the sequence of the operations of process **345** can be modified. Steps of process **345** may be stored as instructions on a computer, readable medium and executed on a computer processor.

At step **410**, a determination is made as to whether the amount of data currently in the cache plus new data to be added exceeds a threshold value (physical or software-imposed). If the threshold value will be exceeded, the least recently accessed data is removed from the cache (step **420**). This sequence repeats until there is adequate headroom in the cache to accommodate the new data. Once it is determined that the amount of data currently in the cache plus the new data to be added will not exceed the threshold value, FIG. **4** proceeds to step **430**. Step **430** involves caching the portion of the requested data that is not currently stored in the cache (i.e., the "new data").

With reference again to FIG. **3B**, step **350** involves modifying the leaf image in response to the compute node's access to its instance of the application environment. The modifying of the leaf image may include copying one or more data

US 8,332,844 B1

**9**

blocks from the root image to the leaf image, and modifying the data block in the leaf image. It will be appreciated that the data block being modified may already exist in the leaf image, in which case it does not need to be copied from the root image before modification.

Step **352** involves receiving indexing results pertaining to the root image from a compute node. Step **356** involves providing the indexing results to other compute nodes. It is appreciated that this may be done in a number of ways. For example, the indexing results may be provided directly to the compute nodes. Alternatively, the indexing results may be stored on a shared storage unit (step **354**) and then provided to the compute nodes via the shared storage unit. By receiving the indexing result of the root image from one compute node and providing it to the rest of the compute nodes, valuable time, resources, and bandwidth are saved for the other compute nodes. Since the root image is common to all the compute nodes, any re-indexing of the root image would be redundant and a waste of resources.

Step **360** involves reconciling the root image and the leaf image to form a new root image. This may be desirable if, for example, the leaf image has grown to exceed a particular disk quota. Furthermore, if there are multiple compute nodes that access the root image, each having their own respective leaf image, and there is substantial commonality between the leaf images, it may also be beneficial to reconcile the leaf images with the root image.

FIG. **5** illustrates a flowchart for a process **500** for indexing a root image, in accordance with various embodiments of the present disclosure. Although specific operations are disclosed in process **500**, such operations are exemplary. Process **500** may not include all of the operations illustrated by FIG. **5**. Also, process **500** may include various other operations and/or variations of the operations shown by FIG. **5**. Likewise, the sequence of the operations of process **500** can be modified. Steps of process **500** may be stored as instructions on a computer readable medium and executed on a computer processor.

Step **510** involves receiving data blocks of a file system at a compute node. The data blocks include a root image portion in the leaf image portion. As described above, the leaf image portion includes additional data blocks not previously contained in the root image portion and also changes made by the compute node to the blocks of the root image. Thus, the file system actually seen by the compute node is a product of merging the root image portion in the leaf image portion together at the block level.

Step **520** involves the compute node indexing the root image portion of its file system. In such a case, the compute node is to some extent agnostic to the fact that its file system is divided between a root image portion and a leaf image portion. At step **540**, the compute node provides the indexing results of the root image portion to another compute node. It is appreciated that this may be achieved a number of ways. For example, the first compute node may simply provide the indexing results to the second compute node directly. Alternatively, the first compute node may store the indexing results on a shared storage unit that is accessible by the second compute node (step **530**).

Thereafter, the compute node may complete its indexing of its file system by indexing the leaf image portion of the file system (step **550**). Further down the road, the benefits of indexing the root image separately from the leaf image are realized when the compute node requires that its file system be re-indexed. At step **560**, the compute node re-indexes its file system by re-indexing its corresponding leaf image portion with the previous indexing results of the root portion.

**10**

Thus, by operating at the block level, embodiments of the present disclosure provide file system and operating system independent systems and methods for distributing an application environment to a compute node. By utilizing a branching store system of application environment distribution, embodiments of the present disclosure allow creation of boot images on the fly without significantly diminishing bring-up time. This is due to the fact that creating a new boot image does not require copying the contents of the root image, but rather it involves registering a new UBD with the system, which occurs very quickly. Bring up time, and access time in general, can be further improved by caching commonly accessed the portions of the root image. Moreover, updating the boot image for the entire cluster simply involves updating the root image.

Embodiments of the present disclosure also allow for scalability and redundancy. For example, a server containing the root image may only have the resources to supply the root image to 100 compute nodes. Thus, in order to implement a 200-compute node system, two servers, each containing a copy of the root image, are used. This scalability provided by embodiments also lends itself to dynamic scaling. In other words, the number of root images required for a specific configuration can change based on the I/O workload, and new root images can be created on the fly accordingly. Moreover, additional servers containing the root image may be added into the system to provide redundancy and increase reliability. For example, and with reference to FIG. **2**, cache **261**, first storage unit **241**, and second storage units **251***a-n* provide failover/redundancy security for system **200**. As an added security measure, some of the root nodes may be located remotely from each other (e.g., half located in a main office and half in a satellite office). In addition, it is possible to copy the contents of one or more leaf nodes into a non-UBD (regular block device) copy (e.g., for use as an isolated backup).

Moreover, because of the commonality of the root image and the fact that its contents are not directly changed, certain operations performed on the root image (e.g., indexing) only need to be performed once by one compute node. Thereafter, the results of that operation can be shared with the other compute nodes in the cluster, thus saving the other compute nodes valuable time and resources.

The previous description of the disclosed embodiments is provided to enable any person skilled in the art to make or use the present disclosure. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the disclosure. Thus, the present disclosure is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

What is claimed is:

**1**. A system for providing data to a plurality of compute nodes, the system comprising:

a first storage unit configured to store blocks of a root image of said compute nodes;

a plurality of second storage units configured to store leaf images of respective compute nodes, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of said root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

US 8,332,844 B1

**11**

a cache configured to cache blocks of said root image previously accessed by at least one of said compute nodes.

**2**. The system as recited in claim **1** wherein said cache is configured to store X most recently accessed blocks of said root image, and wherein X represents a cache threshold value.

**3**. The system as recited in claim **1** wherein said first storage unit, said second storage units, and said cache are contained within a single storage appliance.

**4**. The system as recited in claim **1** further comprising:

a plurality of union block devices configured to interface between respective compute nodes and said first storage unit, respective second storage units, and said cache to distribute application environments to the compute nodes, wherein said union block devices are configured to create said application environments by merging the blocks of said root image with the blocks of respective leaf images.

**5**. The system as recited in claim **4** wherein said union block devices comprise low-level drivers for interfacing between the file systems of respective compute nodes and said first storage unit, respective second storage units, and said cache.

**6**. The system as recited in claim **1** wherein said first storage unit is read-only.

**7**. A method for providing data to a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.

**8**. The method as recited in claim **7** further comprising:

receiving a read request from at least one of said compute nodes, wherein a first portion of the data requested is currently stored in said cache memory; and

providing said first portion of said data to said at least one of said compute nodes from said cache memory.

**9**. The method as recited in claim **8** further comprising:

updating said cache memory based on said read request.

**10**. The method as recited in claim **9** wherein a second portion of the data requested is not currently stored in said cache memory and said updating comprises:

caching said second portion in said cache memory; and

removing the least recently accessed data from said cache memory if the amount of data in said cache memory is above a threshold value.

**11**. The method as recited in claim **7** further comprising:

merging the blocks of said root image with the blocks of respective leaf images to create cohesive respective application environments.

**12**. The method as recited in claim **11** wherein said merging occurs at an operational level between file systems of the respective compute nodes and said first storage unit, respective second storage units, and said cache memory.

**13**. The method as recited in claim **7** wherein said first storage unit is read-only.

**14**. A system for indexing file systems for a plurality of compute nodes, the system comprising:

**12**

a first storage unit configured to store blocks of a root image of said compute nodes;

a plurality of second storage units configured to store leaf images of respective compute nodes, said leaf images comprising only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of said root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and

a plurality of union block devices corresponding to said compute nodes, said union block devices configured to interface between said compute nodes and said first and second storage units to distribute said file systems to said compute nodes, wherein said union block devices are configured to create said file systems by merging the blocks of said root image stored on the first storage unit with the blocks of respective leaf images stored on respective second storage units, and wherein further at least one of said compute nodes is configured to index said root image and provide the indexing results to another of said compute nodes.

**15**. The system as recited in claim **14** wherein said first storage unit and said second storage units are contained within a single storage appliance.

**16**. The system as recited in claim **14** further comprising:

a plurality of union block devices configured to interface between respective compute nodes and said first storage unit and respective second storage units, said union block devices configured to distribute application environments to the compute nodes, wherein said union block devices are configured to create said application environments by merging the blocks of said root image with the blocks of respective leaf images.

**17**. The system as recited in claim **16** wherein said union block devices comprise low-level drivers for interfacing between the file systems of respective compute nodes and said first storage unit, respective second storage units, and said cache.

**18**. The system as recited in claim **14** wherein said first storage unit is read-only.

**19**. A method for indexing file systems for a plurality of compute nodes, comprising:

storing blocks of a root image of said compute nodes on a first storage unit;

storing leaf images for respective compute nodes on respective second storage units, said leaf images comprising only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of said root image, wherein said leaf images for respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes;

merging the blocks of said root image with the blocks of respective leaf images stored on respective second storage units to create respective file systems of respective compute nodes;

receiving indexing results pertaining to said root image from one of said compute nodes; and

providing said indexing results to the others of said compute nodes.

**20**. The method as recited in claim **19** further comprising: storing said indexing results on a shared storage unit.

**21**. The method as recited in claim **19** wherein said merging occurs at an operational level between respective file systems of the compute nodes and said first storage unit and respective second storage units.

US 8,332,844 B1

**13**

**22**. The method as recited in claim **19** wherein said first storage unit is read-only.

**23**. A computer-readable storage medium having instructions stored thereon that, in response to execution by at least one computing device, cause the at least one computing device to:

receive data blocks of a file system, said data blocks comprising a root image portion and leaf image portion, said leaf image portion comprising only additional data blocks not previously contained in said root image portion and, changes made by said first compute node to the blocks of said root image, wherein said leaf image portion does not include blocks of said root image that are unchanged by said first compute node, wherein said file system is the result of merging said root image portion and said leaf image portion together at the block-level;

index said root image portion; and

provide the results of said indexing to a second compute node, wherein said logic encoded in the one or more

**14**

tangible media comprise computer executable instructions executed by the first compute node.

**24**. The computer-readable storage medium of claim **23**, wherein the instructions further cause the at least one computing device to store said results of said indexing on a shared storage unit accessible by said second compute node.

**25**. The computer-readable storage medium of claim **23**, wherein the instructions further cause the at least one computing device to index said leaf image portion.

**26**. The computer-readable storage medium of claim **25**, wherein the instructions further cause the at least one computing device to re-index said file system by re-indexing said leaf image portion and merging the results of said re-indexing of said leaf image portion with said results of said indexing of said root image portion.

**27**. The computer-readable storage medium of claim **23** wherein said root image portion is read-only.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,332,844 B1                                                Page 1 of 1
APPLICATION NO.     : 11/709477
DATED               : December 11, 2012
INVENTOR(S)         : Kulkarni et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title Page 2, item (56), under "OTHER PUBLICATIONS", in Column 2, Lines 28-30, delete "OpenMP Fortan..............34-36.".

In the Specifications:

In Column 3, Line 8, delete "system," and insert -- system --, therefor.

In Column 3, Line 54, delete "Magnetic" and insert -- magnetic --, therefor.

In Column 7, Line 55, delete "306" and insert -- 300 --, therefor.

In Column 8, Line 50, delete "computer, readable" and insert -- computer readable --, therefor.

In the Claims:

In Column 13, Line 11, in Claim 23, delete "and," and insert -- and --, therefor.

Signed and Sealed this
Eleventh Day of June, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

# **<u>Exhibit 2</u>**



US008407722B2

(12) **United States Patent**　(10) **Patent No.:**　　**US 8,407,722 B2**
Tuttle et al.　　　　　　　　　　(45) **Date of Patent:**　　**Mar. 26, 2013**

(54) **ASYNCHRONOUS MESSAGING USING A NODE SPECIALIZATION ARCHITECTURE IN THE DYNAMIC ROUTING NETWORK**

(75) Inventors: **Timothy Tuttle**, San Francisco, CA (US); **Karl E. Rumelhart**, Palo Alto, CA (US)

(73) Assignee: **Shaw Parsing L.L.C.**, Las Vegas, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1127 days.

(21) Appl. No.: **11/396,251**

(22) Filed: **Mar. 30, 2006**

(65) **Prior Publication Data**

US 2007/0239822 A1　　Oct. 11, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/105,018, filed on Mar. 21, 2002, now Pat. No. 7,051,070, which is a continuation-in-part of application No. 10/017,182, filed on Dec. 14, 2001, now Pat. No. 7,043,525.

(Continued)

(51) **Int. Cl.**
　　*G06F 3/00*　　　　(2006.01)
　　*G06F 15/16*　　　(2006.01)
(52) **U.S. Cl.** ........................................ **719/316**; 709/206
(58) **Field of Classification Search** .................. 709/203, 709/219; 719/309
　　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,230,048 A * | 7/1993 | Moy | ................................ 707/1 |
| 5,535,335 A | 7/1996 | Cox et al. | |
| 5,692,193 A | 11/1997 | Jagannathan et al. | |
| 5,699,523 A | 12/1997 | Li et al. | |
| 5,706,516 A | 1/1998 | Chang et al. | |
| 5,732,219 A | 3/1998 | Blumer et al. | |
| 5,754,939 A | 5/1998 | Herz et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 733 983 A2 | 9/1996 |
| EP | 0 749 081 A1 | 12/1996 |

(Continued)

OTHER PUBLICATIONS

Franklin et al., "Dissemination-Based Information Systems," IEEE Data Engineering Bulletin, vol. 19, No. 3, Sep. 1996, 9 pages.

(Continued)

*Primary Examiner* — Andy Ho
*Assistant Examiner* — Tuan Dao
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **ABSTRACT**

A network routes update messages containing updates to properties of live objects from input sources to clients having the objects. When the clients receive live objects, the clients identify the object IDs associated with the objects and register the object IDs with the routing network. The routing network is adapted to selectively send update messages to nodes in the network and the nodes forward the messages to the clients. One implementation uses a hierarchy of registries to indicate which nodes and clients receive which update messages. Another implementation assigns update messages to one or more of N categories and nodes to one or more of M types, and the gateways maintain mapping between categories and types. To ensure that clients receive all of the update messages for which they register, the clients connect to client proxies that in turn connect to at least one node of each type.

**37 Claims, 12 Drawing Sheets**



**US 8,407,722 B2**

Page 2

### Related U.S. Application Data

(60) Provisional application No. 60/256,613, filed on Dec. 18, 2000, provisional application No. 60/276,847, filed on Mar. 16, 2001, provisional application No. 60/278,303, filed on Mar. 21, 2001, provisional application No. 60/279,608, filed on Mar. 28, 2001, provisional application No. 60/280,627, filed on Mar. 29, 2001.

### (56)          **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,822,543 A | 10/1998 | Dunn et al. | |
| 5,845,324 A | 12/1998 | White et al. | |
| 5,878,420 A | 3/1999 | de la Salle | |
| 5,886,643 A | 3/1999 | Diebboll et al. | |
| 5,919,247 A | 7/1999 | Van Hoff et al. | |
| 5,933,429 A | 8/1999 | Bubenik et al. | |
| 5,938,733 A | 8/1999 | Heimsoth et al. | |
| 5,964,839 A | 10/1999 | Johnson et al. | |
| 5,974,457 A | 10/1999 | Waclawsky et al. | |
| 6,018,619 A | 1/2000 | Allard et al. | |
| 6,029,175 A | 2/2000 | Chow et al. | |
| 6,052,447 A | 4/2000 | Golden et al. | |
| 6,055,493 A | 4/2000 | Ries et al. | |
| 6,091,724 A * | 7/2000 | Chandra et al. | 370/390 |
| 6,094,681 A | 7/2000 | Shaffer et al. | |
| 6,112,240 A | 8/2000 | Pogue et al. | |
| 6,138,158 A | 10/2000 | Boyle et al. | |
| 6,173,406 B1 | 1/2001 | Wang et al. | |
| 6,233,600 B1 | 5/2001 | Salas et al. | |
| 6,240,451 B1 | 5/2001 | Campbell et al. | |
| 6,253,167 B1 | 6/2001 | Matsuda et al. | |
| 6,256,747 B1 | 7/2001 | Inohara et al. | |
| 6,292,835 B1 | 9/2001 | Huang et al. | |
| 6,308,209 B1 | 10/2001 | Lecheler | |
| 6,314,459 B1 * | 11/2001 | Freeman | 709/220 |
| 6,324,587 B1 * | 11/2001 | Trenbeath et al. | 719/310 |
| 6,363,421 B2 | 3/2002 | Barker et al. | |
| 6,366,926 B1 * | 4/2002 | Pohlmann et al. | 707/104.1 |
| 6,405,245 B1 | 6/2002 | Burson et al. | |
| 6,408,282 B1 | 6/2002 | Buist | |
| 6,418,448 B1 | 7/2002 | Sarkar | |
| 6,418,467 B1 | 7/2002 | Schweitzer et al. | |
| 6,446,257 B1 | 9/2002 | Pradhan et al. | |
| 6,449,638 B1 | 9/2002 | Wecker et al. | |
| 6,460,036 B1 | 10/2002 | Herz | |
| 6,484,143 B1 | 11/2002 | Swildens et al. | |
| 6,502,131 B1 | 12/2002 | Vaid et al. | |
| 6,510,323 B1 * | 1/2003 | Stocker et al. | 455/466 |
| 6,539,427 B1 | 3/2003 | Natarajan et al. | |
| 6,553,413 B1 | 4/2003 | Leighton et al. | |
| 6,560,611 B1 | 5/2003 | Nine et al. | |
| 6,567,411 B2 | 5/2003 | Dahlen | |
| 6,577,328 B2 | 6/2003 | Matsuda et al. | |
| 6,606,596 B1 | 8/2003 | Zirngibl et al. | |
| 6,606,643 B1 | 8/2003 | Emens et al. | |
| 6,609,138 B1 | 8/2003 | Merriam | |
| 6,654,804 B1 | 11/2003 | Fleming | |
| 6,658,652 B1 | 12/2003 | Alexander et al. | |
| 6,687,729 B1 | 2/2004 | Sievert et al. | |
| 6,691,165 B1 | 2/2004 | Bruck et al. | |
| 6,725,446 B1 | 4/2004 | Hahn et al. | |
| 6,728,747 B1 | 4/2004 | Jenkins et al. | |
| 6,751,663 B1 | 6/2004 | Farrell et al. | |
| 6,760,324 B1 | 7/2004 | Scott et al. | |
| 6,769,009 B1 | 7/2004 | Reisman | |
| 6,789,115 B1 | 9/2004 | Singer et al. | |
| 6,792,458 B1 | 9/2004 | Muret et al. | |
| 6,829,642 B1 | 12/2004 | Giroir et al. | |
| 6,832,222 B1 | 12/2004 | Zimowski | |
| 6,836,886 B2 | 12/2004 | Tuerke et al. | |
| 6,871,346 B1 | 3/2005 | Kumbalimutt et al. | |
| 6,918,084 B1 | 7/2005 | Slaughter et al. | |
| 6,970,924 B1 | 11/2005 | Chu et al. | |
| 7,020,082 B2 | 3/2006 | Bhagavath et al. | |
| 7,043,525 B2 | 5/2006 | Tuttle et al. | |
| 7,051,070 B2 | 5/2006 | Tuttle et al. | |
| 7,107,326 B1 | 9/2006 | Fijolek et al. | |
| 7,127,720 B2 | 10/2006 | Cano et al. | |
| 7,139,844 B2 | 11/2006 | Smith et al. | |
| 7,159,034 B1 | 1/2007 | Rai | |
| 7,207,043 B2 | 4/2007 | Blythe et al. | |
| 7,209,959 B1 * | 4/2007 | Campbell et al. | 709/219 |
| 7,249,197 B1 | 7/2007 | Roestenburg et al. | |
| 7,263,547 B2 | 8/2007 | Kloba et al. | |
| 7,277,917 B2 | 10/2007 | Tuttle et al. | |
| 7,293,074 B1 * | 11/2007 | Jellinek et al. | 709/218 |
| 7,350,213 B2 | 3/2008 | Deutesfeld et al. | |
| 7,412,518 B1 | 8/2008 | Duigou et al. | |
| 7,426,721 B1 | 9/2008 | Saulpaugh et al. | |
| 7,430,610 B2 | 9/2008 | Pace et al. | |
| 7,516,177 B2 | 4/2009 | Knapp et al. | |
| 7,565,359 B2 | 7/2009 | Nazem et al. | |
| 2001/0012299 A1 | 8/2001 | Dahlen | |
| 2001/0047426 A1 | 11/2001 | Hunter | |
| 2002/0010757 A1 | 1/2002 | Granik et al. | |
| 2002/0013852 A1 | 1/2002 | Janik | |
| 2002/0024536 A1 | 2/2002 | Kahan et al. | |
| 2002/0056004 A1 | 5/2002 | Smith et al. | |
| 2002/0073165 A1 | 6/2002 | McNulty et al. | |
| 2002/0078251 A1 | 6/2002 | Lewis | |
| 2002/0087630 A1 * | 7/2002 | Wu | 709/203 |
| 2002/0095399 A1 | 7/2002 | Devine et al. | |
| 2002/0120717 A1 * | 8/2002 | Giotta | 709/219 |
| 2002/0165977 A1 * | 11/2002 | Novaes | 709/238 |
| 2003/0026254 A1 | 2/2003 | Sim | |
| 2003/0041110 A1 | 2/2003 | Wenocur et al. | |
| 2003/0120817 A1 | 6/2003 | Ott et al. | |
| 2003/0140111 A1 | 7/2003 | Pace et al. | |
| 2004/0139433 A1 | 7/2004 | Blythe et al. | |
| 2004/0148606 A1 | 7/2004 | Hosoe | |
| 2004/0199926 A1 | 10/2004 | Gilgen et al. | |
| 2004/0215493 A1 | 10/2004 | Koppes et al. | |
| 2005/0027815 A1 | 2/2005 | Christodoulou et al. | |
| 2005/0033841 A1 | 2/2005 | McCarthy et al. | |
| 2005/0125557 A1 | 6/2005 | Vasudevan et al. | |
| 2005/0278726 A1 | 12/2005 | Cano et al. | |
| 2006/0031282 A1 | 2/2006 | Tuttle et al. | |
| 2006/0031283 A1 | 2/2006 | Tuttle et al. | |
| 2006/0041681 A1 | 2/2006 | Rumelhart | |
| 2006/0075279 A1 | 4/2006 | Cameros et al. | |
| 2006/0117318 A1 | 6/2006 | Rumelhart et al. | |
| 2006/0265488 A1 | 11/2006 | Tuttle et al. | |
| 2007/0033293 A1 | 2/2007 | Rumelhart | |
| 2007/0050519 A1 | 3/2007 | Cano et al. | |
| 2007/0061811 A1 | 3/2007 | Rumelhart et al. | |
| 2009/0077173 A1 | 3/2009 | Lowery et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 889 421 A1 | 1/1999 |
| WO | WO 97/16796 A1 | 5/1997 |
| WO | WO 01/63837 A2 | 8/2001 |
| WO | WO 2005/046184 A1 | 5/2005 |

#### OTHER PUBLICATIONS

Nagami et al., "Toshiba's Flow Attribute Notification Protocol (FANP) Specification," Apr. 1997, RFC 2129, Internet RFC/STD/FYI/BCP Archives [online], [retrieved on May 16, 2002]. Retrieved from the Internet: <landfield.com/rfcs/rfc2129.html>, 16 pages.

Strom et al., "Gryphon: An Information Flow Based Approach to Message Brokering," International Symposium on Software Reliability Engineering '98, 1998, 2 pages.

Sturman et al., "Reflection in the Gryphon Message Brokering System," Reflection Workshop of the 13.sup.th ACM Conference on Object Oriented Program Systems, Languages and Applications (OOPSLA '98), 1998, 5 pages.

International DOI Foundation, "Introduction to the Digital Object Identifier," [online]. Apr. 1998 [retrieved on May 16, 2002]. Retrieved from the Internet: <doi.org/introduction.html.>, 4 pages.

Aksoy et al., "Research in Data Broadcast and Dissemination", Proc. 1st Int'l Conf. on Advanced Multimedia Content Processing, Osaka University, Osaka, Japan, Nov. 1998.

**US 8,407,722 B2**

Page 3

Banavar et al., "An Efficient Multicast Protocol for Content-Based Publish-Subscribe Systems," Proc. of the 19th International Conference on Distributed Computing Systems, 1999, 9 pages.

Banavar et al., "Information Flow Based Event Distribution Middleware," Proceedings of the 1999 ICDCS Workshop on Electronic Commerce and Web-Based Applications, 1999, 8 pages.

Aguilera et al., "Matching Events in a Content-based Subscription System," Eighteenth ACM Symposium on Principles of Distributed Computing (PODC '99), Atlanta, GA, May 4-6, 1999, 9 pages.

Banavar et al., "A Case for Message Oriented Middleware," Distributed Computing, 13.sup.th International Symposium, Bratislava, Slavak Republic, Sep. 27-29, 1999, 18 pages.

Aguilera et al., "Efficient Atomic Broadcast Using Deterministic Merge," Symposium on Principles of Distributed Computing, 2000, 10 pages.

Opyrchal et al., "Exploiting IP Multicast in Content-Based Publish-Subscribe Systems," Proceedings of the IFIP/ACM International Conference on Distributed Systems Platforms (Middleware 2000), Apr. 2000, 23 pages.

Caplin Systems Ltd., White Paper "Real Time Text Protocol (RTTP)," Version 1.1, Sep. 2000, 11 pages.

Reuters, "Reuters Market Data Systems and the Trading Solutions Architecture," Version 1.0, Jan. 12, 2001, 51 pages.

Ramamrithan et al., "Dissemination of Dynamic Data on the Internet," [online]. Powerpoint Presentation, Spring 2001, [retrieved on Feb. 6, 2002], 5 pages. Retrieved from the Internet <.cs.umbc.edu/courses/graduate/CMSC691T/spring.sub.—2001/rlist/amit.ppt>.

ComputerLetter, vol. 17, No. 23, Jul. 16, 2001, pp. 1-8.

ComputerLetter, vol. 17, No. 31, Sep. 24, 2001, pp. 1-6.

ComputerLetter, vol. 17, No. 35, Nov. 5, 2001, pp. 1-6.

Tuttle et al., "Upstream Delivery of Information in a Digital Network", U.S. Appl. No. 09/901,582, filed Jul. 9, 2001.

"Repackaging the Net", ComputerLetter, vol. 17, No. 35, Nov. 5, 2001, pp. 1-5.

"Reckoning with IP", ComputerLetter, vol. 17, No. 37, Nov. 19, 2001, pp. 1-6.

"Persistence Counts", ComputerLetter, vol. 17, No. 23, Jul. 16, 2001, pp. 1, 5-7.

Zhao et al., "A Workflow-centric Study of Organizational Knowledge Distribution;" Proceedings of the 33rd Hawaii International Conference on System Sciences; 2000; pp. 1-10; IEEE.

Gribble, et al.; "The Ninja Architecture for Robust Internet-scale Systems and Services;" Computer Networks; 2001; pp. 473-497; vol. 35; Elsevier Science B.V.

Carmona, David; "Programming the Thread Pool in the .NET Framework"; 'Online' Jun. 2002, pp. 1-17, XP002357234; retrieved on Dec. 1, 2005 from the Internet: URL:http://msdn.microsoft.com/library/default.asp?url=/library/en-us/dndotnet/hmtl/progthrepool.asp>, pp. 1-17.

Welsh, Matthew D.; "An Architecture for Highly Concurrent, Well-Conditioned Internet Services"; URL: http://www.eecs.harvard.edu/{mdw/papers/mdw-phdthesis/pdf>, 2005, pp. 48-54, 101, and 113-114.

Written Opinion of the International Searching Authority for International Application No. PCT/US2005/029162, recorded Jan. 17, 2006, 7 pages.

Written Opinion of the International Searching Authority for International Application No. PCT/US2005/029021, recorded Dec. 14, 2005, 10 pages.

Written Opinion of the International Searching Authority for International Application No. PCT/US2005/029158, recorded Jan. 25, 2006, 7 pages.

Non-Final Office Action dated Oct. 26, 2009, U.S. Appl. No. 11/205,263, Rumelhart et al., filed Aug. 15, 2005.

Final Office Action dated Nov. 24, 2009, U.S. Appl. No. 11/205,237, Rumelhart et al., filed Aug. 15, 2005.

Non-Final Office Action dated May 3, 2005, 8 pages in U.S. Appl. No. 10/017,182, Tuttle et al., filed Dec. 14, 2001.

Notice of Allowance dated Jan. 3, 2006, U.S. Appl. No. 10/105,018, Tuttle et al., filed Mar. 21, 2002.

Notice of Allowance dated Jul. 5, 2006, U.S. Appl. No. 10/105,018, Tuttle et al., filed Mar. 21, 2002.

Non-Final Office Action dated Aug. 9, 2005, U.S. Appl. No. 10/213,269, Cano et al., filed Aug. 5, 2002.

Final Office Action dated Jan. 26, 2006, U.S. Appl. No. 10/213,269, Cano et al., filed Aug. 5, 2002.

Notice of Allowance dated Jun. 6, 2006, U.S. Appl. No. 10/213,269, Cano et al., filed Aug. 5, 2002.

Non-Final Office Action dated Feb. 3, 2009, U.S. Appl. No. 11/205,233, Rumelhart et al., filed Aug. 15, 2005.

Non-Final Office Action dated Aug. 6, 2009, U.S. Appl. No. 11/205,233, Rumelhart et al., filed Aug. 15, 2005.

Non-Final Office Action dated Apr. 22, 2008, U.S. Appl. No. 11/205,237, Cameros et al., filed Aug. 15, 2005.

Non-Final Office Action dated Apr. 29, 2009, U.S. Appl. No. 11/205,237, Cameros et al., filed Aug. 15, 2005.

Final Office Action dated Nov. 25, 2008, U.S. Appl. No. 11/205,237, Cameros et al., filed Aug. 15, 2005.

Notice of Allowance dated May 22, 2007, U.S. Appl. No. 11/347,802, Tuttle et al., filed Feb. 3, 2006.

Non-Final Office Action dated Jan. 26, 2007, U.S. Appl. No. 11/347,802, Tuttle et al., filed Feb. 3, 2006.

Non-Final Office Action dated Mar. 6, 2009, U.S. Appl. No. 11/515,233, Rumelhart et al., filed Aug. 31, 2006.

Final Office Action dated Oct. 7, 2009, U.S. Appl. No. 11/515,233, Rumelhart et al., filed Aug. 31, 2006.

Non-Final Office Action dated Jan. 7, 2010, U.S. Appl. No. 11/205,233, Rumelhart et al., filed Aug. 15, 2005.

Non-Final Office Action dated Feb. 22, 2010, U.S. Appl. No. 11/515,233, Rumelhart et al., filed Aug. 31, 2006.

Final Office Action dated Mar. 23, 2010, U.S. Appl. No. 11/205,263, Rumelhart et al., filed Aug. 15, 2005.

U.S. Appl. No. 13/617,168, Tuttle et al., "Asynchronous Messaging Using A Node Specialization Architecture in the Dynamic Routing Network," filed Sep. 14, 2012.

Non-Final Rejection mailed Aug. 9, 2005 for U.S. Appl. No. 10/213,269, filed Aug. 5, 2002; 11 pages.

Final Rejection mailed Jan. 26, 2006 for U.S. Appl. No. 10/213,269, filed Aug. 5, 2002; 8 pages.

Notice of Allowance mailed Jun. 6, 2006 for U.S. Appl. No. 10/213,269, filed Aug. 5, 2002; 4 pages.

Non-Final Rejection mailed Aug. 26, 2010 for U.S. Appl. No. 11/515,366, filed Aug. 31, 2006; 16 pages.

Final Rejection mailed Feb. 17, 2011 for U.S. Appl. No. 11/515,366, filed Aug. 31, 2006; 30 pages.

Notice of Allowance mailed Nov. 10, 2005 for U.S. Appl. No. 10/017,182, filed Dec. 14, 2001; 6 pages.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3





Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12

US 8,407,722 B2

**1**

## ASYNCHRONOUS MESSAGING USING A NODE SPECIALIZATION ARCHITECTURE IN THE DYNAMIC ROUTING NETWORK

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/105,018 filed Mar. 21, 2002 (now U.S. Pat. No. 7,051, 070), which is a continuation-in-part of U.S. application Ser. No. 10/017,182 filed Dec. 14, 2001 now U.S. Pat. No. 7,043, 525, which claims the benefit of U.S. Provisional Application No. 60/256,613, filed Dec. 18, 2000, U.S. Provisional Application No. 60/276,847, filed Mar. 16, 2001, U.S. Provisional Application No. 60/278,303, filed Mar. 21, 2001, U.S. Provisional Application No. 60/279,608, filed Mar. 28, 2001, and U.S. Provisional Application No. 60/280,627, filed Mar. 29, 2001, all of which are hereby incorporated by reference herein.

### BACKGROUND

1. Field of the Invention

This invention pertains in general to transferring information through digital networks and in particular to transferring information for remotely updating content at client devices through the digital networks.

2. Background Art

The Internet is a digital network of computers. An individual computer on the Internet is typically identified by an internet protocol (IP) address. A computer on the Internet sends a packet of information to another computer by routing the packet to a logical port at the destination computer's IP address. The destination computer interprets the packet according to one of several possible protocols determined by the port to which the packet was sent.

The World Wide Web (the "Web") is a collection of technology and content available on the Internet that allows the content to be routed from server computers to particular destination computers. The Web includes a large number of web pages residing on many different servers. Web pages contain one or more files, or references to one or more files, specifying instructions for presenting the web page and content, such as text, images, applets, video, and/or audio.

Web pages use a variety of definitional and programming languages to control how information is presented. The most fundamental of these is the Hypertext Markup Language (HTML). HTML uses a system of "tags" to specify how content should be displayed. Recent advances in HTML introduce "style sheets" which help separate content information from display information. HTML has also been modified and extended to provide new capabilities. For example, Extensible Markup Language (XML) adds semantic content to web pages. In addition, Dynamic HTML (DHTML) adds some dynamic content to web pages.

A web page may also include one or more programs for controlling how the web page is displayed. For example, JAVA® applets and JAVASCRIPT® scripts may be used to control the display of a web page. In addition, DHTML uses scripts to control the dynamic content. Thus, a web page designer can use applets and scripts to produce animation effects or modify the display based on user interaction. For example, the designer can write a script that changes the color of a piece of text when a user clicks on a button.

Devices that display/execute web pages are often called "client devices" or simply "clients." Client devices include personal computers, web-enabled set-top boxes and televi-

**2**

sions, cellular telephones, personal digital assistants and other handheld devices, and special-purpose web-browsing appliances. Client devices typically employ a program called a "web browser" for interpreting the HTML or other display instructions in the web page and displaying the content accordingly. Most web browsers include special functionality, such as a Java Virtual Machine, for executing JAVA® applets and/or other applets or scripts embedded in the web pages.

A client device specifies a web page or other document on the web using a Uniform Resource Locator (URL). A URL has the form "service://server/path/file." Here "service" refers to the protocol to be used, such as the file transfer protocol (FTP) or the hypertext transport protocol (HTTP). "Server" is the IP address of the server containing the page, and "path/file" specifies the particular web page on the server.

The Web suffers from a substantial limitation with respect to dynamically updating content in a web page at a client device. The Web's only mode of operation is for a client device to first request a page from a server and then for the server to send the requested page to the client device. Once the server delivers the page to the client, it typically terminates its connection to the client, and does not retain any information about the client or the page that was sent. For this reason, servers are typically "stateless." As a result, client devices drive and control the flow of information around the Web. While client-side control is appropriate in some situations, it does not permit efficient updating of data at the client devices. For example, if a web page contains information that may change, such as the score of a baseball game or a stock quote, the server has no way to inform the client devices that are viewing the page of the change. Instead, the client devices must ask the server for the updated information. However, the client devices do not know when the information on the web page has changed, and thus do not know to ask for the update.

There are some simple web programming techniques that attempt to update content on client device-side web pages. One approach that web designers use is to rely on the client devices to periodically re-request web pages. This updating can be performed as the result of user action (such as pressing the "refresh" button) or can be automated to occur on a particular schedule (such as by using the HTML Meta Refresh tag to cause the client device to request the page every 'X' seconds). Although this technique provides client devices with more up-to-date information, it is very wasteful of resources. In particular, the web server must resend the page even if nothing has changed, and, even when something has changed, it must resend the entire web page rather than just the updated information, which may be only a very small part of the page. Further, attempting to reduce unnecessary requests by decreasing the request rate results in decreasing the currency of the data. This is an unalterable trade off in a client-driven approach.

The performance of automatic refreshing can be improved somewhat by putting information that may change in a separate frame from information that is less likely to change, and only refreshing the separate frame. A few web designers even write custom JAVA applets to limit refreshing to individual components on a page, such as the score of a soccer game. A willingness to go to such effort illustrates the serious drain of resources caused by frequent refreshing. Nevertheless, even custom JAVA applets are not a meaningful attack on this problem. Custom applets require a large separate development effort for each item on each page that might need to be updated. More importantly, most custom applets still update content based upon client-driven requests, although it is possible to design an applet that accepts "pushed" messages. This

US 8,407,722 B2

**3**

solution is not scalable to provide updated information for large numbers of client devices and for large numbers of web pages.

Therefore, there is a need in the art for an efficient way to provide dynamic content to a web page at a client device.

## DISCLOSURE OF THE INVENTION

The above need is met by a dynamic content routing network that routes messages containing data for updating properties of live objects to clients displaying web pages or other representations of data containing the live objects. The web server that initially provides the web pages to the clients does not need to track which clients are currently displaying the live objects. Instead, the information provider or a dynamic content provider (generically referred to as an "input source") that provided the live object simply sends an update message to the routing network. This routing utilizes bandwidth efficiently because the update messages are provided to the clients only when the live objects change.

The routing network is adapted to selectively send messages to the nodes in the network. In one embodiment, a hierarchy of registrations is used. Each gateway in the routing network maintains the mappings between the live objects and the nodes that have registered for the live objects. Each node in the routing network, in turn, maintains the mappings between the live objects and the clients that display them. An input source provides a message to a gateway in each cluster in the routing network. Each gateway forwards to each node only messages that reference the objects for which it has registered. Each node forwards to each client only messages that reference the objects for which it has registered. Adding node functionality to the gateway and client functionality to the node advantageously allows the routing network to decide which nodes should receive an update message. As a result, messages are sent to only nodes that have registered for the messages. Furthermore, each node receives all the messages that the clients connected to that node are interested in.

In another embodiment, all messages from an input source are assigned to one or more of N categories. Also, the nodes are assigned to one or more of M types, and mappings are created between message categories and node types. Each gateway keeps track of these mappings. When a gateway receives messages from input sources, the gateway identifies the categories of the messages and routes the messages to the nodes of the types to which the categories are mapped. To ensure that clients have access to the messages they need, clients are allowed to communicate with nodes of several types using client proxies connected between the clients and the nodes. There are at least two ways to implement the client proxy embodiment. The implementations differ primarily in where the client registration information is stored. In the first implementation, client registration information is stored at the nodes, and the client proxy merely passes messages among the clients and nodes. When a node directs a message to the client, the node passes the message to the client proxy along with a pointer to the client socket. When the client proxy receives the message, it simply pushes it to the client socket.

In the second implementation of the client proxy embodiment, the client proxy stores client registration information. In this embodiment, each node stores the object IDs registered by client proxies connected to the node. The client proxy registers with the nodes for all objects for which it needs to receive updates. The nodes receive the messages from the input sources, determine which client proxies have registered for the messages, and send the messages to the appropriate

**4**

client proxies. The client proxies, in turn, transmit the messages to the clients that have registered for the messages.

The features and advantages described in this summary and the following detailed description are not all-inclusive, and particularly, many additional features and advantages will be apparent to one of ordinary skill in the art in view of the drawings, specification, and claims hereof.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a high-level block diagram illustrating an environment containing a dynamic content routing network;

FIG. **2** is an interaction diagram illustrating interactions among a server, information provider, dynamic content provider, client, and routing network to update a property of a live object on a web page;

FIG. **3** is a high-level diagram graphically indicating the many-to-many mapping performed by the routing network;

FIG. **4** illustrates two different web pages containing sports scores;

FIG. **5** is a block diagram illustrating an input source and the tools available to it for generating the update messages;

FIG. **6** is a flow chart illustrating the steps performed by an embodiment of an activation module;

FIG. **7** is a block diagram illustrating a lower-level view of the routing network according to an embodiment of the present invention;

FIG. **8** is a flow chart illustrating steps performed by a gateway and a node in a cluster to perform object-based routing of a message received from an input source in an embodiment using a hierarchy of registries;

FIG. **9** is a block diagram illustrating a high-level view of the routing network in an embodiment adapted to use message categories, node types, and client proxies;

FIG. **10** is a flow chart illustrating steps performed by a gateway, a node that stores client registration information, and a pass-through client proxy to perform object-based routing of a message received from an input source;

FIG. **11** is a block diagram illustrating a high-level view of the routing network for an embodiment in which the client proxy stores the client registration information; and

FIG. **12** is a block diagram illustrating a high-level view of the routing network for an embodiment in which the nodes adopt client proxy functionality.

The figures depict an embodiment of the present invention for purposes of illustration only. One skilled in the art will readily recognize from the following description that alternative embodiments of the structures and methods illustrated herein may be employed without departing from the principles of the invention described herein.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. **1** is a high-level block diagram illustrating an environment **100** containing a dynamic content routing network **110** (hereafter referred to as the "routing network"). The environment **100** also contains a server **112** in communication with a client **114**, an information provider **108**, and a dynamic content provider **116**. Although a typical environment **100** will have hundreds of servers **112** and information providers **108**, thousands (or even millions) of clients **114**, and multiple dynamic content providers **116**, FIG. **1** illustrates only one of each of these entities in order to enhance the clarity of this description.

The server **112**, client **114**, information provider **108**, dynamic content provider **116**, and routing network **110** are

US 8,407,722 B2

5

preferably in communication via conventional communications links **117** such as those comprising the Internet. The communications links **117** include known wired communications media, such as dedicated or shared data, cable television or telephone lines, and/or known wireless communications media, such as communications over the cellular telephone network using protocols such as the global system for mobile communications (GSM), code division multiple access (CDMA), time division multiple access (TDMA), etc.

In one embodiment, the entities may each be in communication with one or more Internet Service Providers (ISPs) (not shown) that provide each entity with access to other computers on the Internet. In addition, the server **112**, client **114**, information provider **108**, dynamic content provider **116**, and routing network **110** are preferably each identified by at least one Internet Protocol (IP) address such as "66.35.209.224." The IP address may also have one or more domain names associated with it, such as "bangnetworks.com." Alternative embodiments of the present invention may use alternative addressing schemes and/or naming conventions instead of, or in addition to, those described herein. For example, embodiments wherein one or more of the clients are cellular telephones or other portable devices may rely on different addressing schemes.

Preferably, the information provider **108** provides web pages or other representations of data to the server **112**. The web pages contain one or more "live objects," which are designated to be real-time dynamically-updateable objects. Each live object is identified by an object identifier, or object ID. Preferably, the server **112** provides the web pages **118** to multiple clients **114**. The clients **114** contact the routing network **110** and register for update messages for the object IDs on the web page. The routing network **110**, in turn, preferably maintains a registry indicating which clients have registered for which object IDs.

The information provider **108** and/or dynamic content provider **116** send update messages to the routing network **110**. These messages can be sent any time the information provider **108** or dynamic content provider **116** wants to update a property of a live object. Each update message preferably identifies a live object and contains data for updating a property of the identified live object. The routing network **110** accesses the registry and determines which clients have registered for the identified object. Then, the routing network **110** routes the update message to the appropriate clients. Upon receipt of an update message, the clients **114** update the specified property of the live object.

The routing network **110** provides an efficient one-to-many mapping of objects to clients (and by inference of information, a many-to-many mapping of information providers **108**/ dynamic content providers **116** to clients) through object-based routing. Messages provided by the information provider **108** and/or dynamic content provider **116** to the routing network **110** are not routed to the clients **114** based entirely on a specified destination; more specifically, they are not routed based on the IP address of the client, as in conventional IP routing schemes. Instead, the messages are routed based on the live objects referenced by the message.

The mapping and object-based routing provided by the routing network **110** allow the information provider **108** and dynamic content provider **116** to update properties of live objects at a dynamically changing cross-section of clients in real-time, without requiring the information provider or dynamic content provider to track the clients or web pages being viewed by the clients. The clients **114**, in turn, do not need to have any a priori knowledge of object IDs—they

6

"discover" which IDs they should register when they receives the web pages **118** from the server **112**.

Object-based routing also allows information providers **108** to dynamically update content on web pages without requiring the clients **114** to re-request the content, and without requiring the information providers **108** or servers **112** to maintain connections with the clients. In this manner, significantly more clients can receive updated content from a given information provider **108** than would be possible utilizing conventional client-side request-driven transmission control protocol/Internet Protocol (TCP/IP) connections between the clients and the server **112**.

Turning now to the individual entities illustrated in FIG. **1**, the server **112** is preferably a conventional computer system configured to act as a web server and serves web pages **118** and other data representations to clients **114**. The web pages **118** provided by the server **112** are associated with one or more information providers **108**.

An information provider **108** is an entity providing one or more web pages **118**, information contained in web pages, and/or other representations of data served by the server **112**. The information provider **108** preferably has a conventional computer system coupled to the Internet. In one embodiment, the server **112** is directly controlled by the information provider **108** (e.g., the server is physically located at the information provider and/or is dedicated to serving only the information provider's web pages). In this embodiment, the server **112** and information provider **108** can be treated as the same entity. In an alternative embodiment, the server **112** serves web pages from multiple information providers.

As is known in the art, the web pages **118** and other content on the server **112** are specified by uniform resource locators (URLs) having the form "service://server/path/web page." Typically, web pages **118** are obtained via the hypertext transport protocol (HTTP) and thus an exemplary URL for retrieving the web page "b1.html" from the web server having the domain name "www.bangnetworks.com" is "http://www-.bangnetworks.com/news/b1.html."

As used herein, a "web page" is a block of data available from the server **112**. In the simplest case, a web page is a file written in the hypertext markup language (HTML). The web page may also contain or refer to one or more other blocks of data, such as other files, text, images, applets, video, and/or audio. In addition, the web page may contain instructions for presenting the web page and its content, such as HTML tags and style sheets. The instructions may also be in the Extensible Markup Language (XML), which is related to HTML and adds semantic content to web pages or the Dynamic HTML (DHTML), which adds some dynamic content to web pages. Additionally, the instructions may take the form of one or more programs such as JAVA® applets and JAVAS-CRIPT® and/or DHTML scripts.

As used herein, the phrase "web page" also refers to other representations of data served by the server **112** regardless of whether these data representations include characteristics of conventional web pages. These data representations include, for example, application programs and data intended for the web browser **120** or other application programs residing at the clients **114** or elsewhere, such as spreadsheet or textual (e.g., word processing) data, etc.

In a preferred embodiment, objects at the client, such as web pages and elements of web pages, can be designated as "live" by the information provider **108**. Properties of a live object can be dynamically updated in real-time at the client **114** by the information provider **108** or another entity acting on behalf of the information provider. As used herein, an "object" is any datum or data at the client **114** that can be

US 8,407,722 B2

7

individually identified or accessed. Examples of objects include elements of web pages such as text characters and strings, images, frames, tables, audio, video, applets, scripts, HTML, XML, and other code forming the web page, variables and other information used by applets, scripts and/or code, URLs embedded in the web page, etc. Application and operating system constructs are also objects. For example, cells of spreadsheets, text in word processor documents, and title bars and messages displayed by the operating system or applications are objects. Preferably, multiple objects can be grouped together into a single, logical object. Thus, an object can be defined at any desired or useful level of granularity.

Since content on a web page is conceptualized and organized by "object," the present invention essentially abstracts web pages and web page content, and other modules and/or functionality at the client **114**, away from the HTML code or other conventional representation. This abstraction allows the information provider **108** to update a property of an object without concern for the location, display format, or other specifics of how the data is being represented at the client **114**.

Live objects have associated "properties" which include any modifiable data related to the object or referenced with respect to the object. The information provider **108** typically, but not necessarily, provides initial settings for the properties of live objects provided to the client **114**. The properties may or may not affect the visual representation of the object in the web page or other data representation. A property may affect an internal aspect of the object and, thus, a change to the property may not have any direct effect on a web page containing the object. For example, the property may affect whether particular aspects of the object are modifiable, how the object responds to user input or other stimuli, etc. Additionally, a property may also have a direct effect on how the object is displayed at the client **114**. For example, the property may affect the content, color, typeface, size, formatting, or other attribute of text, images, or other data displayed by the object. Other properties may occupy parts of the spectrum between having no effect on the visible representation of the object and having a direct effect on the visible representation of the object. For example, a web page showing scores of football games may include a list of games and the current scores of the games as of the time the server **112** serves the web page. The list of games, subset of games to be displayed, and the scores of the games can be designated as live objects (or properties of a single live object) and updated as necessary or desired.

A property can also preferably include instantiating an instance of the object or invoking functionality of the object. For example, a property of a browser window object may include functionality for instantiating another browser window. This function can be invoked as a logical change to a property of the object. The second browser window can be referenced through the original browser window (i.e., object) or designated as a new live object.

An information provider **108** or other entity preferably updates a live object at a client **114** via an update message. In general, an update message identifies the live object and, if necessary, the property of the live object, and contains data for updating the property. In one embodiment, the data may be the actual value for the property or executable code for causing the object's property to be updated. For example, the data may be a simple numerical or textual value, e.g., "4," to which the property should be set, and/or the data may be JAVASCRIPT® code or a call to a JAVASCRIPT® function at the client that effects the desired change to the property of the object.

8

The update message preferably implicitly or explicitly identifies a handler at the client **114** for use in updating the live object's property. In one embodiment, the client **114** utilizes a default handler when the message implicitly specifies the handler (e.g. when the message does not identify a specific handler). In one embodiment, if the update message specifies the actual value for the property, a default handler generates JAVASCRIPT® code for changing the property to the specified value. If the data in the update message are JAVASCRIPT® code, the default handler does not perform any processing of the code. In either case, the default handlers preferably use LiveConnect to execute the JAVASCRIPT® code in a Java Virtual Machine (JVM) **122** at the client **114** and thereby update the property of the live object.

For certain objects and/or data types, the default handlers are not appropriate. In these cases, the message preferably explicitly identifies a handler for performing the update. For example, the message may explicitly specify a function to call on the data or the message may explicitly identify the environment in which the data should be executed. For example, the data in the update message may include code for execution by a software "plug-in" such as MACROMEDIA FLASH® and the message may explicitly identify FLASH as the handler.

The information provider **108** preferably designates an object as "live" by including a unique identifier for the object, the object ID, in the web page or other data representation provided to the client **114**. In one embodiment, the information provider **108** encodes the object ID in an object's corresponding HTML "ID" attribute using the following HTML expression:

ID="elementIdentifier,"

where "elementIdentifier" is the object ID and is preferably a string. The string can encode any information desired by the information provider **108** or other entity establishing the object ID and in one embodiment is a simple textual and/or numeric identifier. In one embodiment, the information provider **108** begins the object ID with a predefined token, such as "Bang$," in order to distinguish live objects from other objects that happen to have defined ID attributes. For example, an object can have the object ID "Bang$elementIdentifier."

In the preferred embodiment, each information provider **108** optionally encodes a unique information provider ID in its object IDs in order to prevent naming collisions between the object IDs of different information providers. In one embodiment, the information provider ID is a textual and/or numeric identifier. The information provider **108** may specify the information provider ID and the object ID as part of a hierarchical namespace. For example, in one embodiment objects are named as follows: "$namespace1$ [namespace2$ . . . $namespaceN$]objectId," where "$namespace1" is the information provider ID and the "$" operates as the name separator and defines additional optional levels of a namespace hierarchy. One embodiment of the system **100** supports typical directory services functionality. For example, two dollar sign characters appearing together, "$$," refers to the top level of the namespace hierarchy.

Thus, the object ID for a live object is preferably formed from a combination of the predefined token, the information provider ID namespace, and a value assigned by the information provider **108**. For example, the object ID for a live object representing the real time price of a stock having the symbol "BANG" might be: "Bang$$informationProviderID-$equities$realtime$bang." In this example, "Bang$" is the predefined token that signifies a live object, "$information-ProviderID" is the ID identifying the information provider,

US 8,407,722 B2

9

"$equities$realtime$" defines levels of a namespace hierarchy, and "bang" identifies the specific object.

In some embodiments and situations, the object ID utilizes relative names. For example, an information provider **108** referring to its own object IDs is implicitly in its own namespace. Accordingly, the information provider **108** does not need to include the information Provider ID in the object IDs it utilizes internally. In one embodiment, the information provider ID is not explicitly encoded into the object ID. Instead, the information provider ID is encoded elsewhere in the web page in order to provide scope to the page's object IDs.

In one embodiment, the object ID identifies a point (i.e., a node in a tree) in a Document Object Model (DOM) representation of a web page or other document at the client **114**. The DOM is a platform- and language-neutral interface that represents a document as a hierarchy of objects. The DOM also provides an interface that allows programs and scripts to dynamically access and update properties of the objects. Object properties can be inherited by descendent objects.

In this embodiment, the client **114** preferably executes an update message in the context of the specified point in the DOM representation. The update may specify a change to a property of the object at the identified point. The update also may specify a change to a parent or descendent of the object at the identified point. In each case, the update is executed relative to the specified point in the DOM representation. In one embodiment, points in the DOM representation specify how to update properties of live objects located at those points. Thus, the same update may be interpreted differently depending upon the identified live object's location in the DOM representation.

For example, assume there is an object in the DOM representation identified as "window.document.frame[3].ObjectID." Also assume that the object has an "innerText" property located at "window.document.frame[3].ObjectID.innerText" that specifies the text displayed by the object. An update message can change the text displayed by the object by specifying "ObjectID" and the new value for the innerText property.

An advantage of utilizing object IDs to specify objects is that the information provider **108** or other entity providing the update message can access and change properties of objects without knowing the object's actual location in the DOM representation. Indeed, the object may be in different locations in different DOM representations and/or in multiple locations in the same DOM representation. In any of these cases, the update message will change the specified properties of all of the objects having the given object ID.

Depending upon the particular embodiment of the environment **100**, the information provider **108** and/or the dynamic content provider **116** provides update messages to the routing network **110**. The dynamic content provider **116** is preferably a conventional computer system operated by an entity that provides real-time information, such as stock prices and/or sports scores. In one embodiment, the information provider **108** receives updated properties for the live objects from the dynamic content provider **116** or another source (or generates the updated properties internally). Then, the information provider **108** sends an update message specifying the object ID and the change to the object property to the routing network **110**. In this embodiment, the dynamic content provider **116** may be absent from the environment **100**.

In another embodiment, the dynamic content provider **116** provides the object IDs for live objects to one or more information providers **108** and the information providers **108** distribute the live objects to the clients **114**. Then, the dynamic

10

content provider **116** sends messages specifying the changes to the properties of the live objects to the routing network **110**. For example, the dynamic content provider **116** distributes an object ID associated with the score of a particular baseball game to the information providers **108**. Then, the dynamic content provider **116** sends a message specifying the object ID and an update to a property of the object that controls the displayed score of the particular baseball game to the routing network **110**. These two embodiments are not mutually exclusive and, therefore, some updates may be provided to the routing network **110** by the information provider **108** while others are provided by the dynamic content provider **116**.

The client **114** is a device that retrieves web pages **118** and/or other information from the server **112**. In one embodiment, the client **114** is a conventional personal computer used by a person to access information on the Internet. In alternative embodiments, the client **114** is a different consumer electronic device having Internet connectivity, such as an Internet-enabled television, a cellular telephone, a personal digital assistant (PDA), a web browsing appliance, etc. The client **114** preferably, but not necessarily, has an associated display device.

The client **114** preferably executes a web browser **120**, such as MICROSOFT INTERNET EXPLORER®, for retrieving web pages and displaying them on the display device. In embodiments where the client receives data representations from the server **112** other than conventional web pages, the web browser **120** does not necessarily share similarities with conventional web browsers. Preferably, the web browser **120** contains a JVM **122** for executing JAVA® applets and/or scripts. The web browser **120** also preferably contains Dynamic HTML capabilities, such as support for JAVASCRIPT® (or another scripting language, such as VBScript) and the Document Object Model (DOM), and enables communications between JAVA® and the scripting languages. In one embodiment, the web browser **120** supports the LiveConnect standard for enabling communication between JAVA® applets and scripts written in the supported scripting languages. The web browser **120** can also be extended through software plug-ins such as MACROMEDIA FLASH®, REAL NETWORKS REALPLAYER®, and/or APPLE QUICKTIME®. In alternative embodiments, the functionality of the JVM **122** and/or other aspects of the web browser **120** are provided by one or more other functional units within the client **114**. The term "module" is used herein to refer to software computer program code and/or any hardware or circuitry utilized to provide the functionality attributed to the module. The web browser **120** and JVM **122** are examples of modules in the client **114**.

In some embodiments, the client **114** does not necessarily have a display device, web browser **120** and/or other components associated with a typical consumer device. The client **114**, for example, may be a dedicated purpose device having certain aspects of web connectivity such as an embedded HTTP client in a web-enabled appliance or in a controller for an automobile, audio-visual equipment, or some other device.

A web page **118** provided from the server **112** to the client **114** preferably includes instructions for enabling the live objects on the web page. The instructions cause the client **114** to automatically and transparently (i.e., without user interaction) contact the routing network **110** and download an activation module **124** for activating the live objects. In one embodiment, the instructions comprise a URL specifying the location of the activation module **124** at the routing network **110**. In an alternative embodiment, the client **114** obtains the activation module **124** from the server **112** or another source.

US 8,407,722 B2

**11**

The activation module **124** preferably contains JAVA® instructions for execution by the JVM **122**. However, alternative embodiments of the module **124** may encode the instructions in the web page **118** and/or the activation module **124** using different languages and/or techniques. For example, the instructions and/or activation module **124** can be embedded in the web browser **120** or operating system, either as native code or as plug-ins. In these alternative embodiments, the web browser **120** does not have to download the activation module **124** from an external source.

The activation module **124** preferably registers object IDs from the web page **118** downloaded by the client **114** with the routing network **110** and updates the live objects in response to update messages received from the network. The routing network **110** records the registrations in the registry **125**. The client's registrations preferably remain in effect as long as the client is displaying the associated web page **118**, although other embodiments of the system **100** may use different criteria for determining when to terminate the client's registrations.

FIG. **2** is an interaction diagram illustrating interactions among the server **112**, information provider **108**/dynamic content provider **116** (generically referred to as an "input source **210**"), client **114**, and the routing network **110** to update a property of a live object. Initially, the client **114** sends **212** a web page request to the server **112**. In response, the server **112** provides **214** to the client **114** the web page containing or otherwise identifying the one or more live objects. Instructions encoded in the web page preferably cause the client **114** to transparently request **216** the activation module **124** from the routing network **110**. In response, the routing network **110** sends **218** the activation module **124**. The client **114** executes **220** the activation module **124**, which identifies the object IDs of the live objects at the client and registers **222** the object IDs with the routing network **110**. The routing network **110** updates **223** its registry to identify the object IDs for which the client **114** has registered.

At some point, the input source **210** sends **224** an update message to the routing network **110** in order to change a property of a live object at the client **114**. In one embodiment, the message from the input source **210** to the routing network **110** contains only a single object ID and an update to a property of the identified object. In another embodiment, the message contains multiple object IDs and the corresponding property updates. In this latter embodiment, the message may have an associated "Batch ID" that identifies the message as having multiple object IDs and updates. Preferably, the information provider **108** can include a batch ID in a web page **118** in the same manner as including an object ID. Likewise, the client **114** can preferably register for a batch ID with the routing network **110** in the same manner as an object ID. In fact, the batch ID can be the same as the object ID so that the client **114** registers for both batch and non-batch messages by registering one ID. Alternatively, separate procedures can be established for registering batch messages. The client **114** preferably processes the component messages of a batch as if each message were delivered separately.

The routing network **110**, in turn, routes **226** the message to each client **114** that has registered for the specified object ID, preferably by utilizing standard Internet communications protocols, such as IP addresses, etc. The activation module **124** at the client **114** processes the message and updates **228** the property of the identified live object. If live objects having the same object ID appear in multiple locations at the client **114** (e.g., at multiple locations on a web page being displayed at the client), the activation module **124** preferably updates each of the live objects having the specified ID. As a result, the

**12**

routing network **110** allows live objects at the client **114** to be dynamically updated. Preferably, this routing and updating happens quickly enough to be considered "real-time" for the purposes of the input source **210**.

This update process, indicated within the dashed box **230** in FIG. **2**, can repeat an indefinite number of times and is fully asynchronous as to the information provider **210** and client **114**. For example, the input source **210** may send regular update messages to the routing network **110** as the score of a sporting event changes or a stock price fluctuates, but may stop sending update messages once the sporting event ends or stock market closes. When the client **114** ends the display of a web page containing the live object, or otherwise no longer desires to receive update messages, the client preferably closes **232** the connection with the routing network **110**. The routing network **110**, in turn, updates **234** the registry **125** to remove the client's object registrations. In another embodiment, the client **114** sends messages to the routing network **110** that selectively register and/or de-register the client from one or more objects yet leaves the connection open in order to receive update messages pertaining to other objects.

FIG. **3** is a high-level diagram graphically indicating the many-to-many mapping performed by the routing network **110**. Multiple input sources (labeled **210**A-C) send update messages to the routing network **110**. Each update message preferably specifies at least one object ID and an update to a property of the identified object. The routing network **110**, in turn, selectively routes the update messages to the clients **114** that have registered for the given object ID from the given input source **210**. In FIG. **3**, assume for example that clients **312**A and **312**B have registered for a given object ID while the other clients have not registered for the object ID. Accordingly, the routing network **110** routes the update message to clients **3** **12**A and **312**B, but does not route the message to clients **312**C-**312**H.

FIG. **4** illustrates an example of the capabilities of the dynamic content routing network **110**. FIG. **4** illustrates two different web pages **410**, **412** containing sports scores. Although the web pages are formatted differently, each page contains the same scores for two professional football games and two professional baseball games. Web page **410** contains all four games under the heading "Local Sports Scores" while web page **412** contains the baseball games under the heading "Baseball Scores" and the football games under the heading "Football Scores."

There are various ways to internally represent the games and scores in the web pages using live objects. In one embodiment, a "game" object is defined having properties for the two teams involved in the game and the score associated with each team. The game object is placed at a selected position in the web page and the properties of the object cause the information about the game to be displayed on the page. In another embodiment, "team" and "score" objects are defined, with the team object having a property defining the name of a team and the score object having a property defining a score. In this second embodiment, the team and score objects are placed at selected locations on the page so that the proper teams and scores are aligned when the page is rendered. In yet another embodiment, an object is defined having properties for the name of one team and a score associated with that team. Then, pairs of the objects are placed in the page in the proper alignment to indicate the games and scores. In another embodiment, an object is defined having properties specifying names of two teams and a separate object is defined having properties specifying two scores. In this last embodiment, the two objects are placed in the page so that the names

US 8,407,722 B2

13

of the teams align with the associated scores. Obviously, additional variations of these representations are possible.

Assume for the example of FIG. **4** that the names of teams in a game are specified by a "names" object having properties for the two team names and the scores in the game are specified by a "scores" object having properties for two scores. In web page **410**, a names object **414** having properties set to identify the "SF 49ers" and the "STL Rams" is located directly under the "Local Sports Scores" heading. A scores object **416** having a property set to identify the score of the game as "42" to "7" is directly to the right of the names object **414**. In web page **412**, the properties of the second names object **418** identify the same game using slightly different terminology: "SF" and "STL." However, this names object **418** is aligned with the same scores object **416** as is utilized in web page **410**.

Thus, the same scores object **416** is utilized in different positions in each web page **410**, **412**. In order to update the score of the San Francisco 49ers vs. St. Louis Rams football game on both web pages, the input source **210** simply sends an update message to the routing network **110** specifying the object ID for the scores object **416** and the update to the score property. The routing network **110** routes the update message to the appropriate clients **114**, and the clients update the appropriate score regardless of the particular page layout.

The input source **210**, i.e., the information provider **108** and/or dynamic content provider **116** can use a variety of tools to generate the update messages. FIG. **5** is a block diagram illustrating an input source **210** and the tools available to it for generating the update messages. Other tools can be utilized in addition to or instead of the ones described herein.

Preferably, the tools allow the input source **210** to access an application programming interface (API) provided by the routing network **110** for accepting messages. In one embodiment, the messages sent by the input source **210** are in the same format as utilized by the activation module **124** at the client **114**. In an alternative embodiment, the messages provided to the routing network **110** are in a different format and the routing network translates the messages into the format utilized by the activation module **124**.

In one embodiment, the input source **210** utilizes a data pump module **510** to access the API. The data pump module **510** reads an extensible markup language (XML) file containing one or more object IDs and the new values for the identified objects at regular intervals and automatically generates API calls that send messages representing changes to object properties to the routing network **110**. In another embodiment, the data pump module **510** is event-driven and reads the XML file in response to a change in the file or some other occurrence.

In another embodiment, the input source **210** utilizes a director console module **512** to access the API. Preferably, the director console module **512** presents an administrator with a graphical interface displaying the contents of the web page **118**. For example, the administrator may use the director console **512** to edit textual data, images, and/or any objects or properties of objects on the web page. After editing, the administrator uses a "send update" button or similar technique to cause the director console module **512** to send messages for the changed objects and properties to the routing network **110** via the API.

In another embodiment, the information provider **108** and dynamic content provider **116** work together as the input source **210** by using a content management system module **514** to access the API. Preferably, the content management system module **514** resides at the information provider **108**

14

and receives object property updates from the dynamic content provider **116**. The content management system module **514** preferably updates the properties of the live objects in the web page **118** stored at the server **112** and also sends messages for the changed properties to the routing network **110**. In this manner, the web page **118** at the server **112** and the web page displayed at the client **114** are updated almost simultaneously. In one embodiment, the dynamic content provider **116** sends the update messages to the routing network **110** instead of to the information provider **108**. Embodiments of the system **100** can also utilize any combination of the content management techniques described herein.

For example, the tools described above can generate a message having the following code for updating the text displayed by a score object to "2":

LiveObject    score=new    LiveObject("Bang$homeScoreID");

score.setProperty("innerText", "2").

This code sets the innerText property of the object having object ID "Bang$homeScoreID" to "2." The tools use the API to pass this message to the routing network **110**.

Turning now to the actions performed at the client **114**, FIG. **6** is a flow chart illustrating the steps performed by an embodiment of the activation module **124**. Those of skill in the art will recognize that different embodiments may perform the steps of FIG. **6** in different orders. The activation module **124** generally performs three functions: register object IDs with the routing network **110**, handle messages received by the client **114** from the network in order to update the properties of live objects, and control communications between the client and the network.

In order to register object IDs, the activation module **124** preferably parses **610** the web page **118** received from the server **112** and identifies the object IDs of the live objects. In an alternative embodiment, the activation module **124** identifies only a subset of the object IDs, such as the IDs of only live objects that are currently being displayed by the web browser **120**. Alternatively, a list of object IDs may be pre-encoded in the web page in addition to the objects themselves, thereby enabling easy identification by the activation module **124**. In yet another embodiment, a user of the client **114** selects the object IDs to register.

The activation module **124** preferably opens **612** a connection between the client **114** and the routing network **110**. The activation module **124** can open **612** this connection before or after the activation module receives and/or parses the web page **118**. In some cases, the client **114** is located behind a firewall that puts a restriction on the types of connection requests the client can make. A firewall might, for example, block all non-HTTP traffic. For this reason, the activation module **124** preferably wraps the connection request in an HTTP header in order to get the request to the routing network **110** through the firewall.

The activation module **124** uses the connection between the client **114** and routing network **110** to register **614** the object IDs by communicating to the routing network **116** a vector (e.g., a list or array) containing the identified object IDs. In order to accomplish this task through the firewall, the activation module **124** preferably puts the vector into a string, referred to as "object data," and then preferably creates an HTTP message to communicate the object data to the routing network **110**. A schematic example is as follows:

POST/HTTP/1.\r\n

Content-Length: <length of object data>\r\n

\r\n

<object data>

US 8,407,722 B2

15

where <object data> is the object ID list. When the routing network **110** receives such an HTTP request, it extracts the object data and updates the registry **125** to indicate that the client **114** has registered for the identified objects.

If the web browser **120** loads **616** a new page, or otherwise terminates display of the objects on the initial page, the activation module **124** associated with the initial web page preferably terminates **618** the client's connection with the routing network **110**. Those of skill in the art will recognize that this termination **618** can occur asynchronously with the other steps illustrated in FIG. **6**. Thus, the location of steps **616** and **618** represents only one possible place in the sequence of steps where the termination may occur.

If the connection is not terminated, the activation module **124** preferably waits until it receives **618** a message from the routing network **110** specifying an object ID and an update to a property of the identified object. In one embodiment, this message is received as HTTP data. Upon receipt of the message, the activation module **124** preferably extracts **620** the object ID and update from the HTTP data. Then, the activation module **124** updates **622** the property of the identified object, or causes the object to be updated, as specified by the message.

The sequence of receiving messages **618**, extracting data **620**, and updating objects **622** is preferably repeated until a new page is loaded **616** or the connection with the routing network **110** is otherwise terminated. Although not shown in FIG. **6**, in certain circumstances, such as when a user action with respect to the web page **118** activates a new live object, the activation module **124** may register new object IDs with the routing network **110** without first downloading and parsing a new page. In one embodiment, if the newly-loaded page contains live objects, then the process of downloading the activation module **124** and updating the objects as described by FIG. **6** is repeated. In an alternative embodiment, the activation module **124** remains active at the client **114** and, therefore, the client does not re-download the activation module from the routing network **110**. Instead, the already-present activation module **124** performs the live-enabling process on the new page.

FIG. **7** is a block diagram illustrating a lower-level view of the routing network **110** according to one embodiment of the present invention. FIG. **7** illustrates multiple input sources (labeled **710**A-D) representative of sources providing messages to the routing network **110**, such as an information provider **710**A and a dynamic content provider **710**B. FIG. **7** also illustrates multiple clients (labeled **712**A-F) representative of the many clients in communication with the routing network **110** at any given instant.

Internally, the routing network **110** is preferably divided into one or more clusters **714**. In FIG. **7**, the routing network **110** has three clusters **714**A, **714**B, **714**C, although the number of clusters can vary depending upon the processing needs of the network. An input-side global load balancer **716** preferably routes messages from the input sources **710** to the clusters **714**. Similarly, a client-side global load balancer **718** preferably routes connection requests from the clients **712** to the clusters **714**. The load balancers **716**, **718** are designed to ensure that load is distributed among the clusters **714** according to a predetermined heuristic. For example, the load may be distributed evenly among the clusters **714** or a more powerful cluster may be distributed a majority of the load. In one embodiment, one load balancer performs the functions of the input-side **716** and client-side **718** load balancers and utilizes conventional Domain Name System-(DNS-) based load balancing.

16

Each cluster **714**, of which cluster **714**A is representative, preferably contains an input-side cluster load balancer **720**A and a client-side cluster load balancer **722**A. The cluster load balancers **720**A, **722**A function similarly to the corresponding global load balancers **716**, **718** in that the input-side cluster load balancer **720**A balances and routes incoming messages among one or more gateways **724**A and the client-side cluster load balancer **722**A balances and routes incoming connection requests among one or more nodes **726**A and application servers **728**A. The gateways **724**A are connected to the nodes **726**A. In one embodiment every gateway **724**A is connected to every node **726**A and in another embodiment certain gateways are connected to only certain nodes.

Preferably, the routing network **110** utilizes conventional single-processor computer systems executing the Linux operating system (OS). Preferably, each component of the routing network **110** is implemented by a separate, dedicated computer system in order to enable the separate optimization of the components. The input/output (I/O) functionality of the OS is preferably enhanced through the use of a non-blocking OS package such as NBIO available from the University of California, Berkeley, Calif. Based on the assumption that connections with the nodes **728** are long-lived, the OS is preferably configured to not allocate resources toward monitoring idle connections. Instead, the well-known/dev/poll patch is preferably applied to the OS in order to provide advanced socket polling capabilities.

Those skilled in the art will recognize that there are many ways to use the functionality of the routing network **110** to route update messages to clients **710**. For example, in one embodiment, every message is distributed to every node **726**. In another embodiment, the routing network **110** selectively sends messages to the nodes **726** in the routing network **110**. Selectively sending messages to the nodes in the routing network presents at least the two difficulties. First, for a given message, a decision needs to be made as to which nodes should receive it. Second, a client must receive all messages in which it is interested. There are at least two approaches meeting these difficulties. The first approach uses a hierarchy of registries at the gateways and nodes to respectively keep track which messages to send to the nodes and clients. The second approach assigns messages to one or more categories, assigns nodes to one or more types, and maintains mappings between categories and types. This latter approach also uses client proxies to allow clients **712** to communicate with multiple nodes of different types.

FIG. **7** illustrates the embodiment using the hierarchy of registries. A node **726** registers with each gateway **724** in all of the clusters and indicates which messages it needs and clients do the same with the nodes. Each gateway **724** preferably maintains a registry **734** containing the object IDs registered by the nodes **726** connected to the gateway **724**. In one embodiment, the gateway registry **734** associates each object ID with a linked list containing one entry for each node **726** that has registered for that object ID. In another embodiment, the gateway registry **734** is a hash table containing the object ID registered by the nodes **726** connected to the gateway **724**. A node **726** preferably maintains a node registry **732** containing the object IDs registered by clients **712** connected to the node. The gateways **724** in each cluster **714** receive the messages from the input sources **710** and direct the messages to the appropriate node or nodes **726**. The nodes **726** preferably transmit messages received from the gateways **724** to the clients **712** that have registered in the object IDs identified by the messages.

In one embodiment, the node registry **732** associates each object ID with a linked list containing one entry for each

US 8,407,722 B2

17

client **712** that has registered for that object ID. In another embodiment, the node registry **732** is a hash table containing the object ID registered by the clients **712** connected to the nodes **726**. Each entry in the linked list or hash table preferably contains a pointer to a socket representing the connection to the corresponding client **712**. As is known in the art, the pointer to the socket, typically called a "file descriptor," represents an address to which the node can write in order to send the message to the corresponding client. Gateways **724** can also use file descriptors in this manner to store node addresses. Alternative embodiments of the present invention utilize other data structures in addition to, or instead of, the hash table and linked list, and/or may utilize different data within the data structures.

Preferably, the node **726** adds an entry to its registry **732** every time a client **712** registers an interest in an object and deletes the corresponding entry from the registry when the client **712** disconnects from the node or otherwise indicates that it is no longer interested in a particular object. If the node **726** determines that the client **712** registered for an object ID that was not previously registered on that node, the node preferably registers that object ID with the gateways **724** to which it is connected. Similarly, if the node **726** determines that the client **712** deregistered an object ID for which it was the last interested client, the node **726** deregisters that object ID with the gateways **724** to which it is connected. The gateways **724** update their registries **734** in response to the communication from the node **726**.

In alternative embodiments of the present invention, when the client **712** disconnects from the node **726** or otherwise indicates that it is no longer interested in a particular object, the node **726** waits for a period of time or until some event occurs before deregistering the object ID with the gateway **724**. For example, the node **726** could wait until it receives a message associated with that object ID to do the deregistration. Alternatively, the wait time can be fixed, random, or based on the frequency of registrations for that object ID, or registrations for the same input source **710** as the object being deregistered. This latter approach keeps the object IDs from more frequently used input sources **710** registered for a longer period of time. This waiting advantageously reduces the number of registration changes required between nodes and gateways in cases where it is likely that another client will soon register for the same object ID.

Since a gateway **724** does not control the rate at which it receives messages from input sources **710**, it is possible for the gateway to receive messages faster than it can process them (i.e., send the messages to the nodes). Therefore, each gateway **724** preferably maintains a queue **730** of messages that have been received but not yet processed in order to avoid losing messages. In one embodiment, the gateway **724** drops messages if the queue **730** becomes too long. In another embodiment, the gateway **724** utilizes priorities assigned to certain messages or input sources to determine which messages to drop.

The application server **728** within each node **714** preferably serves the activation module **124** to the clients **712** in response to client requests. In addition, the application server **728** serves any other modules that may be required or desired to support the environment **100**. In an alternative embodiment of the routing network, a single application server **728** fulfills all of the client requests. This application server **728** may be within a certain cluster **714** or independent of the clusters. However, this single-application-server embodiment is less desirable because it lacks redundancy.

FIG. **8** is a flow chart illustrating steps performed by a gateway **724** and a node **726** in a cluster **714** to perform

18

object-based routing of a message received from an input source **710** in the embodiment using a hierarchy of registries. Initially, the gateway **724** receives **810** the message from the input source **710**. The gateway **724** extracts **820** the object ID from the message. The gateway **724** examines its registry **734** to determine the nodes **726** that have registered in the object ID. The gateway **724** transmits **840** the message to each of the registered nodes **726**. Each node **726** that receives the message uses its registry **732** to determine **850** which clients **712** have registered for the message. Each node **726** then forwards **860** the message to the registered clients **712**.

Adding node functionality to the gateway and client functionality to the node advantageously allows the routing network **110** to solve the difficulties identified above. For example, it allows the routing network **110** to decide which nodes should receive an updated message. As a result, messages are sent to only nodes that have registered for the message. Further, no matter which node a client connects to, that node will receive all messages that the client wants. One skilled in the art would understand that while the present invention allows registration at both a gateway level and node level, registration could be extended to any number of levels.

In the second approach for meeting the difficulties described above, all messages in the routing network **110** are assigned to one or more of N categories, and all of the nodes are assigned to one or more of M types. Mappings are created that specify which categories of messages are forwarded to which types of nodes. The mappings allow control over the amount of traffic processed by the nodes.

FIG. **9** is a block diagram illustrating a high-level view of the routing network **110** of FIG. **7** in an embodiment adapted to use the approach having message categories and node types. Although FIG. **9** illustrates only two node types—nodes of type 1 **726** and nodes of type 2 **726**—for purposes of simplicity, this embodiment of the network **110** can have any number of node types. FIG. **9** also illustrates a client proxy **740** for reasons described below. However, an embodiment of the present invention using message categories and node types does not necessarily utilize a client proxy **740**.

There are many different possible mappings between message categories and node types. In the simple case, there is one-to-one mapping between message categories and node types. For example, if the message is of category 1, it is forwarded to the nodes of type 1. In more complicated mappings, messages of one category are mapped to nodes of multiple types. For example, messages of category 1 are mapped to nodes of types 1, 2, and 3, whereas messages of category 2 are mapped to nodes of types 2, 3 and 4. In short, any possible mapping of message categories to node types is possible and the number of message categories, N, does not have to be the same as the number of node types, M.

There are multiple ways to assign the messages into categories. One way is to assign all messages from a given input source **710** into a certain category. Another way is to explicitly specify the category in the object ID for the message. Yet another way is to utilize a hashing function or lookup table to partition messages into categories based on object IDs or other values. For example, in one embodiment a hash function is applied to the object ID to generate an integer between 1 and N, and this integer is the message category.

Nodes are preferably assigned to types based on information stored in the gateways **724**. In one embodiment, each gateway **724** holds a lookup table or other data structure that specifies the types to which each node is assigned. The lookup table also preferably stores the mappings between message categories and node types. When a gateway **724** receives a message from an input source, the gateway preferably deter-

US 8,407,722 B2

19

mines the category of the message using one of the techniques described above. Then, the gateway **724** determines the node type (or types) to which the message category maps, and determines which nodes are of the given type. The gateway **724** routes the message to the appropriate nodes.

In one embodiment, the gateway **724** uses a combination of multiple techniques to determine the message categories, node types, and/or mappings. For example, a lookup table can be used to encode a priori knowledge about categories, types, and/or mappings and a hash table can be used to route messages for which there is no a priori knowledge. Continuing this example, assume that certain messages are assigned to a given category based on a table lookup, while other messages are assigned to categories based on a hashing function. In this example, the gateway **724** looks up the object ID (or other information, such as an input source ID) of an arriving message in a lookup table to determine if it has a specified category. If the object ID is stored in the lookup table, the gateway **724** determines the mappings for the category and routes the messages to the nodes of the appropriate types. If the object ID is not stored in the lookup table, the gateway **724** utilizes a hash function on the object ID (or other information) to determine the message category.

Message categorization advantageously allows the routing network **110** to decide which nodes get which messages. However, message categorization does not ensure that clients **712** have access to the messages they need. Assume a client **712** connects to a node of category type **1** and the client **712** wants to receive messages of category **3**. If there is a simple one-to-one mapping of message categories to node types, nodes of type **1** will never receive messages of category **3**, and neither will the client **712**. To ensure that clients have access to the messages they need, the embodiment shown in FIG. **9** uses client proxies to allow clients **712** to communicate with multiple nodes of different types. As shown in FIG. **9**, the clients **712** connect to a client proxy **740** instead of the nodes **726**. Each client proxy **740** is connected to at least one node of each type. For example, as shown in FIG. **9**, the client proxy **740** connects to a node of type **1 726** and a node of type **2 726**.

There are at least two ways to implement the embodiment that uses client proxies to ensure that clients connect to multiple nodes of different types. The implementations vary primarily in where the client registration information is stored. In the first variation, client registration information is stored at the nodes, and the client proxy is adapted to simply pass update messages and registration information among the clients and nodes. In the second variation, the client proxy **740** is responsible for keeping track of client registrations.

FIG. **9** illustrates the variation where the nodes store the client registration information, and the client proxy **740** is adapted to pass messages and registration information among the clients and nodes. When a client sends registration information to the client proxy **740**, the client proxy passes it to the appropriate node or nodes. In one embodiment, the client proxy **740** sends client registration information to at least one node of every type, and the nodes ignore irrelevant registration information (e.g., registrations for messages of categories not handled by the node). In another embodiment, the client proxy **740** itself analyzes the registrations, and passes only registrations relevant for a given node type to a node of that type. In a third embodiment, the client contains functionality for determining which node types handle which registration requests, and the client tells the proxy **740** to which node types to pass the registration information.

The client proxy **740** preferably stores an identifier of its connection to each client **712**, such as a pointer to the socket for the client connection, and sends this identifier to the nodes

20

along with the registration information. Each node **726**, in turn, maintains a registry **732** storing the relevant registration information it receives from the client proxy **740**. Preferably, at most one node of each type will contain registration information for a given client for messages of a category mapped to the node type. In addition, a node preferably does not store registration information for messages of categories not mapped to its node type.

The registry **732** for each node **726** preferably indicates the object IDs registered by the clients, the client proxy **740** to which the client is connected (e.g., a pointer to the socket at the node to which the client proxy is connected), and the identifier indicating the client's connection to the client proxy (e.g., the pointer to the socket at the client proxy to which the client is connected). When the node **726** receives an update message, it uses the registry to identify the clients to which it should forward the message, the client proxies to which the clients are connected, and the specific connections between the client proxies and the clients. The node routes the update message to the identified client proxies and includes the identifier (e.g., the pointer to the client socket) telling the client proxy where to send the update message. When the client proxy **740** receives the update message, it uses the identifier to send the message to the client or clients.

In one embodiment, the node registry **732** contains, for each object ID, a list with one entry for each client registered for that ID. Each entry contains a (name of client proxy, name of client) pair where each "name" is a socket identifier or some other information for identifying how to route the message to the named entity. In another embodiment, the registry **732** is adapted to more efficiently handle the case where multiple clients at a given client proxy are registered for the same object ID by placing a list of clients registered for the object ID in each entry. Thus, each entry in the list for a given object ID contains a (name of client proxy, list of names of clients on that proxy) pair. When a message having a particular object ID arrives at the node, the node walks down the corresponding entries in the registry for that ID, pushing one copy of the message to each listed client proxy. Along with the message, the node includes the list of clients on that proxy (e.g., a list of pointers to sockets for the clients) who have registered for the object ID. When the client proxy receives the message and the list, it simply pushes a copy of the message to each client.

The approach using the pass-through client proxy **740** described above is advantageous because it reduces memory loads because the client proxy stores only minimal state, and each node has a restricted list of object IDs for which it is responsible. It also expedites message routing because the client proxy does very little processing to forward a message. Plus, this approach separates different potential stress points in the network into different components, allowing the network to be tuned to provide good performance. In particular, the nodes handle a large amount of data and store a large amount of state, but do not have to hold open a large number of connections. The client proxies do not store a large amount of data or state, but hold open a large number of connections to the clients. In different embodiments, the ratios of nodes to client proxies can be varied to match the network to its requirements.

In the second variation of client proxies, the client proxy **740** stores client registration information. FIG. **11** illustrates a high-level diagram of the routing network **110** in which the client proxy **740** stores the client registration information. In this embodiment, the node registry **732** stores the object IDs registered by client proxies **740** connected to the node. Each client proxy **740** preferably maintains a client proxy registry

US 8,407,722 B2

21

**736** containing the object IDs registered by clients **712** connected to the client proxy **740**. The client proxy **740** registers with the nodes for all objects for which it needs to receive updates. Thus, this variation is similar to the hierarchical registry embodiment described above.

An alternative to maintaining a separate client proxy as described above is to have the nodes themselves provide the client proxy functionality. In this alternative, clients connect to a node of a first type. When a client registers for messages of a category not handled by the node, the node passes the registration to a node of the appropriate type along with an identifier of the client connection. In this case, the node connected to the client adopts the functionality of the pass-through client proxy. The node can also adopt the functionality of the client proxy that stores client registration information, thereby creating a hierarchy of registrations among the nodes themselves.

FIG. **12** is a high-level block diagram of the routing network **110** of the embodiment in which the nodes themselves adopt client proxy functionality. There are at least two ways to implement this embodiment. In one implementation there is a preferred node type, such as node of type **3**, that always serves as a client proxy. This node type may be designated to handle the most common categories of messages. As a result, the client proxy functionality would be utilized very rarely. As shown in FIG. **12**, client **1 712** and client **2 712** are connected to the node of type **3 726**, which in turn is connected to a node of type **1 726** and a node of type **2 726**.

In another implementation, instead of having one preferred node type that always serves as a client proxy, each node type can serve as a node and as a client proxy. For example, when a client **712** connects to a node **726**, it passes the node all of the object IDs the client wishes to register. For object IDs of message categories handled by that node, the node stores the registrations in its registry. For object IDs of messages in other categories, the node acts as a client proxy and passes the registration requests to nodes of the appropriate types. This implementation can be made more efficient by providing functionality in the activation module for identifying the most common categories of messages sought by the client, and causing the client to connect to a node of a type that receives those categories of messages.

An alternative to connecting clients **712** to nodes **726** using a client proxy **740** is having a client **712** maintain multiple connections to the routing network **110**. This can be accomplished, for example, by attaching message-categorization functionality to the activation module **124**. The activation module **124** preferably determines which categories of messages it needs and to which nodes types it should connect. The activation module **124** then makes a connection to one node of for each relevant type and registers the appropriate object IDs with the appropriate nodes.

An alternative to using client proxies is to allow clients to register for only categories of messages handled by one type of node. For example, if each node type handles messages from only one input source, each client **712** can be required to register for messages from only one input source. This can be done, for example, by configuring the load balancer **718** to ensure that clients registering for messages from one input source connect to a node of the type that receives messages from that input source.

FIG. **10** is a flow chart illustrating steps performed by a gateway **724**, a node **726** that stores client registration information, and a pass-through client proxy **740** to perform object-based routing of a message received from an input source **710**. Initially, the gateway **724** receives **1010** the message from an input source **710**. The gateway **724** determines

22

**1020** to which category the message belongs using one or more of the techniques described above. After the gateway **724** has determined to which category the message belongs, the gateway **724** identifies **1030** node types to which the message category is mapped and routes **1040** the message to the nodes of those types. Each node **726** that receives the message extracts **1050** the object ID from the message. Each node **726** examines its registry **732** to determine which clients have registered for the message, the client proxies to which the clients are connected, and the connections between the client proxies and the clients. Each node **726** then forwards **1060** the message to the identified client proxies **740** along with the identifiers for the client connections (e.g., the client socket or a list of client sockets). When a client proxy **740** receives the message from a node **726**, it pushes **1070** the message to the identified client socket or sockets.

The above description is included to illustrate the operation of the preferred embodiments and is not meant to limit the scope of the invention. The scope of the invention is to be limited only by the following claims. From the above discussion, many variations will be apparent to one skilled in the relevant art that would yet be encompassed by the spirit and scope of the invention. For example, the invention may be implemented using a tangible computer-readable medium having stored thereon computer-executable instructions.

The invention claimed is:

**1**. A method comprising:

receiving, using a processing device, an update message from an input source, the update message identifying a live object and containing data for updating a property of the live object;

identifying a category of the update message based on the input source;

determining a node having a node type to which the update message is to be routed based on a mapping of categories of update messages to node types, the mapping controlling an amount of update message traffic through nodes of a routing network;

routing, using the processing device, the update message to the node having the determined node type;

causing the node, through the update message, to determine a client, different from the input source, that has registered for updates of the live object;

causing the node to route the update message from the node to the client; and

causing the client to process the update message and to update the property of the lire object.

**2**. The method of claim **1**, further comprising:

causing the node to extract an object identifier (ID) from the update message, to establish a connection with the client, and to determine if the client has registered for updates of the live object based on the object ID.

**3**. The method of claim **2**, further comprising:

causing the node to determine at least one client proxy with which the client communicates;

causing the node to route the update message to the client proxy; and

causing the client proxy to route the update message to the client to determine the connection.

**4**. The method of claim **3**, further comprising causing the node to maintain client registration information concerning the client connection.

**5**. The method of claim **3**, further comprising causing the node to maintain client registration information concerning the client connection at the client proxy.

**6**. The method of claim **1**, wherein the property of the live object has a direct effect on a visual representation of the live

US 8,407,722 B2

**23**

object in a data representation, has an effect on an internal aspect of the live object and has no effect on the visual representation of the live object in the data representation, or has a direct effect on one aspect of the visual representation of the live object in the data representation and has no effect on other aspect of the visual representation of the live object in the data representation.

**7**. A routing network comprising:

a gateway device configured to:

receive an update message from an input source, the update message identifying a live object and containing data for updating a property of the live object,

identify a category of the update message based on the input source;

determine a node having a node type to which the update message is to be routed based on a mapping of a categories of update messages to node types, the mapping controlling an amount of update message traffic through nodes of a routing network; and route the update message; and

the node configured to:

receive the update message from the gateway device, wherein the node is configured to be mapped to the node type,

determine a client, different from the input source, that has registered for updates of the live object, and

route the update message from the node to the client, wherein the client is adapted to process the update message and to update the property of the live object.

**8**. The routing network of claim **7**, wherein the node is configured to extract an object identifier (ID) from the update message and to determine a connection to the client to route the data to the client.

**9**. The routing network of claim **8**, wherein the node is configured to determine the connection by determining at least one client proxy with which the client communicates and to route the update message to the client proxy.

**10**. The routing network of claim **9**, wherein client registration information concerning the client connection is configured to be maintained at the node.

**11**. The routing network of claim **9**, wherein client registration information concerning the client connection is configured to be maintained at the client proxy.

**12**. The routing network of claim **7**, wherein:

the gateway device is configured to route the update message to the node adapted to receive messages of more than one message category, and

the node is configured to determine a connection with at least one client proxy with which the client communicates and to route the data to the client proxy.

**13**. The routing network of claim **7**, wherein the node type is configured to identify the node that receives the update message from the gateway device.

**14**. A method comprising:

providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and causing the client device to respond to the live object of the data representation by determining an object identifier (ID) of the live object and to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to a node in the routing network; and

sending, using the processing device of the input source, an update message to the routing network, wherein the

**24**

update message identifies the live object and contains update data that updates a property of the live object,

wherein a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network,

wherein the node is configured to identify the client device as a registered device and to route the update message to the client device, and

wherein the client device processes the update message upon receipt to update the property of the live object at the client device.

**15**. The method of claim **14**, wherein providing the data representation to the client device includes providing the live object that causes the client device to register with a client proxy of the routing network.

**16**. The method of claim **14**, wherein providing the data representation to the client device includes providing the live object that causes the client device to register with the node of the routing network.

**17**. The method of claim **14**, wherein providing the data representation to the client device includes providing an activation module that is executed by the client device and that registers the live object with the routing network.

**18**. The method of claim **17**, wherein providing the activation module includes providing the activation module that is configured to determine a node type that handles registration and that causes the client device to register with the node corresponding to the node type.

**19**. The method of claim **17**, wherein providing the activation module includes providing the activation module that is configured to determine a message category of the data representation and that causes the client device to register with a node having a node type corresponding to the message category.

**20**. An apparatus comprising:

an input source device configured to provide a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object that is recognizable by the client device, and that causes the client device to determine an object identifier (ID) of the live object to register for updates of the bye object with the routing network, such that registering the client device with the routing network provides client connection information to the routing network,

wherein the input source device is configured to route an update message to the routing network, wherein the update message identifies the live object and contains update data for updating a property of the live object,

wherein a gateway device at the network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to a node of the node type at the routing network,

wherein the node is configured to identify the client device as a registered device and route the update message containing the update data to the client device, and

wherein the client device is configured to process the update message upon receipt to update the property of the bye object at the client device.

**21**. The apparatus of claim **20**, wherein the live object of the data representation is configured to cause the client device to register with a client proxy of the routing network.

US 8,407,722 B2

25

**22**. The apparatus of claim **20**, wherein the live object of the data representation is configured to cause the client device to register with the node of the routing network.

**23**. The apparatus of claim **20**, wherein the received data representation includes an activation module that is configured to be executed by the client device and adapted to register the live object with the routing network.

**24**. The apparatus of claim **23**, wherein the activation module is configured to determine a node type for handling registration and to cause the client device to register with the node of the node type.

**25**. The apparatus of claim **23**, wherein the activation module determines a message category of the data representation and causes the client device to register with the node having a node type corresponding to the message category.

**26**. An article of manufacture including a computer-readable storage medium having instructions stored thereon, execution of which by a computing device causes the computing device to perform operations comprising:

provided, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object that is recognizable by the client device, and that causes the client device to respond to the live object by determining an object identifier (ID) of the live object to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to the routing network; and

sending, using the processing device of the input source, an update message to the routing network, wherein the update message identifies the live object and contains update data for updating a property of the live object,

wherein a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to a node of the node type at the routing network,

wherein the node is configured to identify the client device as a registered device and to route the update message to the client device, and

wherein the client device is configured to process the update message upon receipt to update the property of the live object at the client device.

**27**. The article of manufacture of claim **26**, wherein the live object of the data representation causes the client device to register with a client proxy of the routing network.

**28**. The article of manufacture of claim **26**, wherein the live object of the data representation causes the client device to register with the node of the routing network.

**29**. The article of manufacture of claim **26**, wherein the received data representation includes an activation module executed by the client device and adapted to register the live object with the routing network.

**30**. The article of manufacture of claim **29**, wherein the activation module determines a node type that handles registration and causes the client device to register with the node of the node type.

26

**31**. The article of manufacture of claim **29**, wherein the activation module determines a message category of the data representation and causes the client device to register with the node having a node type corresponding to the message category.

**32**. A non-transitory computer readable storage medium having instructions stored thereon, the instructions comprising:

instructions for providing a data representation to a client device coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and wherein the client device is configured to respond to the live object of the data representation by determining an object identifier (ID) of the live object to register for updates of the live object with the routing network, such that registering the client device with the routing, network provides client connection information to the routing network; and

instructions for providing, using a processing device of an input source, different from the client device, an update message to the routing network, wherein the update message identifies the live object and contains update data for updating a property of the live object,

wherein a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to a node of the node type at the routing network,

wherein the node is configured to identify the client device as a registered device and to route the update message containing the update data to the client device, and

wherein the client device is configured to process the update message upon receipt to update the property of the live object at the client device.

**33**. The non-transitory computer readable storage medium of claim **32**, wherein the live object of the data representation causes the client device to register with a client proxy of the routing network.

**34**. The non-transitory computer readable storage medium of claim **32**, wherein the live object of the data representation causes the client device to register with the node of the routing network.

**35**. The non-transitory computer readable storage medium of claim **32**, wherein the data representation includes an activation module that is executed by the client device and that is adapted to register the live object with the routing network.

**36**. The non-transitory computer readable storage medium of claim **35**, wherein the activation module determines a node type for handling registration and causes the client device to register with the node of the node type.

**37**. The non-transitory computer readable storage medium of claim **35**, wherein the activation module determines a message category of the data representation and causes the client device to register with the node having the node type corresponding to the message category.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,407,722 B2                                    Page 1 of 1
APPLICATION NO.     : 11/396251
DATED               : March 26, 2013
INVENTOR(S)         : Tuttle et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title Page 2, Item (56), under "OTHER PUBLICATIONS", in Column 2, Line 3, delete "Retrived" and insert -- Retrieved --, therefor.

On Title Page 3, Item (56), under "OTHER PUBLICATIONS", in Column 1, Line 12, delete "Slavak Republic," and insert -- Slovak Republic, --, therefor.

On Title Page 3, Item (56), under "OTHER PUBLICATIONS", in Column 1, Line 48, delete "library/default.asp?url=/library/en-us/dndotnet/hmtl/progthrepool." and insert -- library/default.asp?url=/library/en-us/dndotnet/html/progthrepool. --, therefor.

In the Specifications

In Column 3, Line 24, delete "live: objects" and insert -- live objects --, therefor.

In Column 12, Line 7, delete "provider 210" and insert -- provider 108 --, therefor.

In Column 14, Line 57, delete "network 116" and insert -- network 110--, therefor.

In the Claims

In Column 22, Line 47, in Claim 1, delete "of the lire" and insert -- of the live --, therefor.

In Column 24, Line 45, in Claim 20, delete "of the bye" and insert -- of the live --, therefor.

In Column 24, Line 64, in Claim 20, delete "bye object" and insert -- live object --, therefor.

In Column 26, Line 17, in Claim 32, delete "routing, network" and insert -- routing network --, therefor.

Signed and Sealed this
Thirteenth Day of May, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

# **<u>Exhibit 3</u>**

US008027326B2

## (12) United States Patent
### Shearer, III et al.

(10) Patent No.: **US 8,027,326 B2**

(45) Date of Patent: **Sep. 27, 2011**

(54) **METHOD AND SYSTEM FOR HIGH DATA RATE MULTI-CHANNEL WLAN ARCHITECTURE**

(75) Inventors: **Daniel D. Shearer, III**, Scottsdale, AZ (US); **Mark A. Webster**, Indian Harbour, FL (US)

(73) Assignee: **Xocyst Transfer AG L.L.C.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1077 days.

(21) Appl. No.: **11/033,524**

(22) Filed: **Jan. 12, 2005**

(65) **Prior Publication Data**

US 2005/0180314 A1    Aug. 18, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/535,540, filed on Jan. 12, 2004.

(51) **Int. Cl.**
*H04J 1/00*        (2006.01)

(52) **U.S. Cl.** .......................... **370/343**; 370/210; 370/480

(58) **Field of Classification Search** .................. 370/208, 370/343, 480

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,438,115 | B1 * | 8/2002 | Mazur et al. .................. 370/330 |
| 6,526,264 | B2 | 2/2003 | Sugar et al. |

| | | | |
|---|---|---|---|
| 6,728,517 | B2 | 4/2004 | Sugar et al. |
| 6,853,894 | B1 | 2/2005 | Kolls |
| 6,895,310 | B1 | 5/2005 | Kolls |
| 6,934,319 | B2 | 8/2005 | Subramanian |
| 6,973,309 | B1 | 12/2005 | Rygula et al. |
| 2001/0050926 | A1 * | 12/2001 | Kumar ........................... 370/529 |
| 2002/0034214 | A1 * | 3/2002 | Okada et al. ................... 375/147 |
| 2002/0080063 | A1 * | 6/2002 | Bloebaum et al. ......... 342/357.1 |
| 2002/0118702 | A1 * | 8/2002 | Turner et al. .................. 370/466 |
| 2004/0116075 | A1 * | 6/2004 | Shoemake et al. .......... 455/41.2 |
| 2004/0228269 | A1 * | 11/2004 | Balakrishnan et al. ....... 370/208 |
| 2005/0039208 | A1 * | 2/2005 | Veeck et al. .................. 725/76 |
| 2005/0073946 | A1 * | 4/2005 | Dey et al. ...................... 370/208 |
| 2005/0094592 | A1 * | 5/2005 | Schmidt ........................ 370/328 |
| 2005/0157682 | A1 * | 7/2005 | Sandhu ......................... 370/334 |
| 2005/0180314 | A1 * | 8/2005 | Webster et al. .............. 370/208 |
| 2006/0128302 | A1 * | 6/2006 | van Rooyen et al. ....... 455/3.06 |

OTHER PUBLICATIONS

Newton, "Newton's Telecom Dictionary", Nineteenth Edition, Mar. 2003, p. 367, CMP Books, San Francisco, CA.

IEEE Standard for Information Technology. ANSI/IEEE Std 802.11, 1999 Edition, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 528 pages. Adopted by the ISO/IEC and redesignated as ISO/IEC 8802-11:1999(E).

* cited by examiner

*Primary Examiner* — Jianye Wu

(57)        **ABSTRACT**

A method and system provides a way to achieve very high data rate expanded bandwidth (wide band) WLAN operations reusing existing single channel radio designs. The system provides a dual-channel form of operation for greater flexibility and performance across multiple platforms. Further, the system provides adaptive anti-aliasing techniques for eliminating aliasing due to adjacent channel waveform effects. These techniques mesh with existing systems cleanly.

**18 Claims, 53 Drawing Sheets**





FIGURE 1



FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6



FIGURE 7

FIGURE 8





FIGURE 11

FIGURE 12



FIGURE 13



FIGURE 14



FIGURE 15





FIGURE 16



FIGURE 17



FIGURE 18



FIGURE 19



FIGURE 20



FIGURE 21



FIGURE 22

FIGURE 23



FIGURE 24



FIGURE 25

802.11a
Spectral
Mask



FIGURE 26



FIGURE 27



FIGURE 28



FIGURE 29



FIGURE 30



FIGURE 31



FIGURE 32



FIGURE 33



FIGURE 34



FIGURE 35



FIGURE 36



FIGURE 37



FIGURE 38



FIGURE 39



FIGURE 40



FIGURE 41



FIGURE 42

FIGURE 43



FIGURE 44



FIGURE 45



FIGURE 46



FIGURE 47



FIGURE 48



FIGURE 49



FIGURE 50



FIGURE 51



FIGURE 52



FIGURE 53



FIGURE 54



FIGURE 55



FIGURE 56



FIGURE 57



FIGURE 58

US 8,027,326 B2

1

## METHOD AND SYSTEM FOR HIGH DATA RATE MULTI-CHANNEL WLAN ARCHITECTURE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority to Provisional Application No. 60/535,540 filed on Jan. 12, 2004, and entitled "HIGH-DATA-RATE MULTI-CHANNEL ARCHITECTURE," which is incorporated herein by reference in its entirety.

### FIELD OF THE INVENTION

The present invention relates to wireless communications, and more particularly to a method and system for high data rate multi-channel wireless communications.

### BACKGROUND OF THE INVENTION

The invention and its various independent aspects, uses and objects are particularly useful and beneficial in the field of wireless communications, including in Wireless Local Area Networks (WLANs). Wireless devices often are deployed in environments that are electrically noisy and not optimal for wireless communications. For example, most homes and work places include many electronic devices resulting in an electronically noisy environment that may interfere with communications, such as microwave ovens, garage door openers, radios, television sets, computer systems, etc. The communication medium between wireless devices may change constantly. Most environments include multiple reflective surfaces and corners, creating multi-path noise. Also, movement of items or devices or the like, such as hands, bodies, jewelry, mouse pointers, etc. or activation of electronic devices, such as cooling fans or the like, affects the overall wireless communication path and potentially degrades wireless communication performance. Organizations, such as IEEE, have drafted and implemented standards to facilitate deployment of and enhance the efficacy of wireless communications systems and components.

The Institute of Electrical and Electronics Engineers, Inc. (IEEE) 802.11 specification falls under the IEEE 802 family of specifications for Local Area Network (LAN) technologies and is in essence a link layer that uses IEEE 802.2 Logical Link Control (LLC) encapsulation. The IEEE 802.11 specification includes a Media Access Control (MAC) sublayer on top of IEEE 802.11a/b/g physical layers (PHY) and represents a family of standards for wireless local area networks (WLAN) in the unlicensed ISM bands of 2.4 and 5 Gigahertz (GHz) bands. The IEEE 802.11b standard specifies a high rate direct sequence spread spectrum (HR/DSSS) with a chip rate of 11 Megahertz (MHz) and defines various data rates in the 2.4 GHz band, including data rates of 1, 2, 5.5 and 11 Megabits per second (Mbps). The IEEE 802.11a standard defines different and higher data rates of 6, 12, 18, 24, 36 and 54 Mbps in the 5 GHz band. It is noted that systems implemented according to the 802.11a and 802.11b standards are incompatible and will not work together. The IEEE 802.11g standard is, in essence, an extension to 802.11b that broadens data rates to 54 Mbps within the 2.4 GHz band using OFDM. Because of backward compatibility, an 802.11b radio card interfaces directly with an 802.11g access point (AP) and vice versa) at 11 Mbps or lower depending on range.

A radio compliant in accordance with IEEE 802.11a or 802.11g standards employs Orthogonal Frequency Division Multiplexing (OFDM) modulation in which a stream of data

2

is transmitted over multiple small frequency sub-channels. In the OFDM configuration, multiple sub-carrier signals are incorporated within each OFDM symbol. Data is incorporated on each data tone using a selected modulation scheme, such as Binary Phase Shift Keying (BPSK), Quadrature PSK (QPSK), 16 Quadrature Amplitude Modulation (QAM), and/or 64 QAM. Each of the modulation schemes employs a corresponding constellation map with variable constellation points corresponding to a corresponding variable number of bits for achieving the various data rates. For example, BPSK is used for 6 or 9 Mbps, QPSK is used for 12 or 18 Mbps, 16 QAM is used for 24 or 36 Mbps, and 64 QAM is used for 48 or 54 Mbps. The encoding process employs a quadrature generation technique and provides in-phase (I) and quadrature (Q) signals on respective I and Q channels.

The IEEE 802.11a standard employs OFDM using 20 megahertz (MHz) wide channels in the 5 gigahertz (GHz) radio frequency (RF) band. Also, by way of example, wireless standards based on using OFDM with 10 MHz channels include the IEEE 802.11j standard for use in Japan and the DSRC standardization (Dedicated Short Range Communications). DSRC is a communications approach to allowing short range communications between vehicles and the roadside for a variety of purposes, such as electronic toll collection, intersection collision avoidance, transit or emergency vehicle signal priority, electronic parking payments, and commercial vehicle clearance and safety inspections. IEEE 802.11j (or, "11j") and DSRC have both described achieving OFDM with 10 MHz channels by using a clock at one-half the rate the 802.11a OFDM clock, or 10 MHz kernel sampling.

IEEE 802.11n standard has been proposed to provide higher throughput and calls for rates of at least 100 Mbits/second. This performance would be measured at the interface between the 802.11 MAC and higher layers, rather than at the PHY layer, to evaluate the net data rate experienced by the user. The net data rate in WLANs is significantly affected by sources of overhead within the 802.11 protocol, e.g., packet preambles, acknowledgements, contention windows and interframe-spacing. As a result, for example, although the 802.11b standard specifies a peak physical-layer rate of 11 Mbits/s, the typical net peak delivered is 5 to 6 Mbits/s. Also, although the 802.11a and 802.11g standards specify a peak PHY data rate of 54 Mbits/s, the typical net peak delivered is 20 to 24 Mbits/s. Accordingly, the 802.11n high throughput standard represents a four- to five-fold increase in actual throughput over that achievable with 802.11a/g. 802.11n specifies backward compatibility with legacy 802.11a/g deployments.

IEEE 802.11 networks typically consist of four physical components, including a distribution system, access points (APs), wireless media, and mobile stations comprising a basic service set (BSS). The mobile stations of a BSS are computing stations, such as notebook computers, PDAs, mobile telephones and other network devices, e.g., printers, facsimile machines, scanners, copiers, hubs, routers, switches, etc, that communicate with each other across one or more APs, which in turn communicate with each other over a distribution system. The communication between the BSS stations and the APs may form a basic service area (BSA) and occurs over a wireless medium. The communication between the APs and each other and the distribution system may be over a plurality of communications media, including wireless and wired media. The APs essentially perform a bridging function. Further, the distribution system may comprise or be in communication with a plurality of communications systems over a plurality of media. Also, within the realm of 802.11 is an independent BSS wherein mobile stations com-

US 8,027,326 B2

3

municate directly with one another. Accordingly, the smallest 802.11 network may consist of two mobile stations communicating with one another. Also, multiple BSSs may be linked together to form extended service sets (ESSs).

In operation, a short training period is typically included at the start of each transmission, including Short Syncs and two Long Syncs (LS) appended at the front end of each transmitted frame. The Long Syncs provide a reference amplitude and phase for each of the active subchannels. The Long Syncs may be averaged together to reduce the noise in the received reference values. After the Long Syncs have been received, each sub-channel received symbol is multiplied by the inverse of the reference amplitude and the conjugate of the reference phase (when expressed as a complex unit vector) for that sub-channel. This removes most of the amplitude and phase distortion that has occurred between the transmitter and the receiver.

Optimum soft-decisions should be Signal-to-Noise Ratio (SNR) weighted. The Long Syncs have been used to generate LLR (log likelihood ratio) weights to correctly weight soft-decisions going into an error-correcting decoder, such as a Viterbi decoder or the like. Given a flat noise floor, the use of LLR weights translates into a signal-power weighting. These LLR weights have been the signal power determined in each sub-channel of the Long Syncs. Using the LLR weights improves soft-decisions and reduces transmission errors.

A first problem is that the received reference values are usually degraded by noise, which is an unavoidable consequence of radio transmission. The reference information provided during the training phase (e.g., in the Long Syncs) is known by the receiver, so that a significant amount of this noise can be determined. A second problem, however, is that the signal amplitude and phase distortion may change over time, from the start of transmission of each frame to the end of the frame, making the initial channel estimate information obsolete and inaccurate towards the end of each frame. Both of these problems increase the probability of error when receiving a frame, due to both signal equalization errors and soft-decision weighting errors.

Legacy radios were designed with several assumptions. The channel was assumed to be relatively stable. The frames were bursty in nature and relatively short, so that it was assumed that the wireless channel did not significantly change over the duration of each frame. The initial channel estimate information determined at the start of each frame was assumed to be sufficiently accurate for that frame. Presently, however, there is a greater emphasis on mobility and/or accuracy. Mobility results in a changing environment that could result in significant changes in the channel during each frame. Even in a stable environment, improved accuracy can improve transmission speed and enable a higher transmission rate with a lower packet error rate (PER). It is desired to improve channel estimation to enable mobile application and/or higher transmission rates.

SUMMARY OF THE INVENTION

The present invention provides a way to achieve very high data rate expanded bandwidth (wide band) WLAN operations reusing existing single channel radio designs. The invention provides a dual-channel form of operation for greater flexibility and performance across multiple platforms. Further, the invention provides adaptive anti-aliasing techniques for eliminating aliasing due to adjacent channel waveform effects. The techniques of the invention mesh with existing systems cleanly.

4

The invention provides the following benefits, among others. One aspect of the invention minimizes required radio redesign by allowing greater use of legacy devices in 802.11 systems. Another aspect of the invention minimizes radio requirements associated with such systems, for example, for two parallel channels only 6th order filters are required as opposed to 10th order. Another aspect of the invention provides maximum radio flexibility, for example, Transmit (Tx)/Receive (Rx) in one or more channels to one or more radios. Another aspect of the invention defines a high data rate mode of operation to mesh cleanly with existing and future IEEE 802.11 systems, for example, to allow operation at both 2.4 GHz with 25 MHz channels and 5.8 GHz with 20 MHz channels.

An embodiment of the present invention is directed to concatenation of two (or more) channels using parallel transceivers at the transmit and/or receive end. Another embodiment of the present invention is directed to transmitting and/or receiving two channels to two different radios, or to a single radio thereby increasing data rate to the single radio. Another embodiment of the present invention is directed to being extensible to multiple channels. Another embodiment of the present invention is directed to an adaptive anti-aliasing function in the receiver. An embodiment of the present invention is directed to creating very high WLAN data rates that may not be supported by IEEE 802.11a/g. For example, the highest data rate for 802.11a/g is 54 Mbps. An exemplary technique may include channel concatenation, where multiple 802.11a/g channels are combined thereby expanding bandwidth and data rate. In general for conventional systems, a new radio must be designed that up-converts or down-converts the wide signal as a unit. An embodiment of the present invention decomposes the signal into separate pieces, up-converting and down-converting the pieces, whereby reuse of existing 802.11a/g radio designs by parallelizing the signals in frequency may be possible without implementing a new transceiver. An embodiment of the present invention provides for extensible channel concatenation, (e.g., one, two, three, . . . channels concatenated) and enables concurrent transmissions to two or more devices, such as radios. Further, an embodiment of the present invention meshes cleanly (friendly) with existing networks, such as 802.11a/g networks.

An exemplary embodiment provides a method and system for achieving very high data rate WLAN operations reusing existing single channel radio designs. A novel technique eliminates aliasing due to adjacent channel waveform. Legacy signals (e.g., one-channel) and wide signals (e.g., multiple-channels) may be arbitrarily interleaved in time (dynamic bandwidth switching) during packet transmission. For an exemplary technique of an embodiment of the present invention, no synthesizer frequency-popping exists when bandwidth switching between packets. Synthesizers may stay tuned to legacy channel centers for most or at all times. Further, synthesizer switches that can take 100 microseconds (μs) to settle may be avoided. Also, adaptive techniques are provided to mitigate the undesired impact of analog-to-digital converter (ADC) sample-rate aliasing. ADC sample-rate aliasing may occur when a wide signal is received by multiple, parallel receive chains designed to receive a single narrow signal. As described hereinbelow, for example, operations at 5 GHz are considered (e.g., 20 MHz legacy channel centers). In another example, operations at 2.4 GHz are considered (e.g., 25 MHz legacy channel centers).

The IEEE 802.11a/b/g WLAN standards currently exist. The new IEEE 802.11n standard (or variations thereof) is being discussed, developed and introduced. One goal of the

US 8,027,326 B2

5

802.11n standard is to increase data rates and data throughput while being "friendly" to or meshing cleanly with existing 802.11 networks. An embodiment of the present invention increases the data rate using channel bonding with OFDM using two or more channels at once. Another aspect of the invention provides a technique for "filling the gap" between two signals with extra OFDM subcarriers, which is extensible to multiple channels. Yet another aspect of the invention provides a non-802.11n friendly alternative mode that provides higher data rates, but is not friendly to 802.11 because the spectral mask would be violated. As described hereinbelow, for example, 20 MHz channels centers with OFDM is described for 802.11a at 5.8 GHz and 25 MHz channels centers is described for 802.11g at 2.4 GHz.

BRIEF DESCRIPTION OF THE DRAWINGS

The benefits, features, and advantages of the present invention will become better understood with regard to the following description, and accompanying drawings in which:

FIG. **1** is a chart illustrating World-Wide 5 GHz frequency allocations;

FIG. **2** is a schematic diagram of existing IEEE 802.a/g WLAN with single channel stations;

FIG. **3** is a schematic diagram representing a possible IEEE 802.11n WLAN scenario with legacy 802.11a/g stations;

FIG. **4** is a chart illustrating three cases of frequency spectrums;

FIG. **5** is a chart illustrating three cases of frequency spectrums involving no synthesizer frequency popping;

FIG. **6** is a chart illustrating three cases of frequency spectrums involving an alternative mode of operation not defined in 802.11n;

FIG. **7** is a block diagram illustrating one physical implementation of a dual-chain wideband radio;

FIG. **8** is a block diagram illustrating an alternative single chain wideband radio implementation;

FIG. **9** is a graph representing a dual chain transmitter satisfying a spectral mask;

FIG. **10** is a graph representing a single chain transmitter violating a spectral mask;

FIG. **11** is a diagram illustrating a 6th order low pass filter on the receiver side in a dual chain wideband radio with a normal Q factor;

FIG. **12** is a diagram illustrating a 12th order low pass filter on the receiver side in a single chain wideband radio with a double Q factor;

FIG. **13** is a diagram illustrating a switching technique for single and dual chain modes in a bimodal wideband radio receiver;

FIG. **14** is a diagram illustrating spatial multiplexing in embodiment using MIMO technique;

FIG. **15** is a diagram illustrating a dual chain wideband radio receiver with reference to dual channel protocol management;

FIG. **16** is a schematic diagram of a dual-chain wideband transmitter;

FIG. **17** is a schematic diagram illustrating alternative pre-power amplifier summation and post-power amplifier summation in a dual-chain wideband transmitter;

FIG. **18** is a schematic diagram illustrating a post-antenna summation in a dual-chain wideband transmitter;

FIG. **19** is a graphical representation of signal components and processing involving two 802.11a signals with a two-channel transmitter;

6

FIG. **20** is a graphical representation of the signal components and processing of FIG. **19** with filled-gap OFDM technique;

FIG. **21** is a graphical representation of signal components and alternative processing with filled-gap OFDM with extra subcarriers;

FIG. **22** is a graphical representation of 802.11a subcarrier function associated with FIG. **19**;

FIG. **23** is a graphical illustration, respectively, of shaped subcarrier spectrum response and OFDM spectrum response in 802.11a example of FIG. **22**;

FIG. **24** illustrates power amplifier PSD distortion associated with operation of 802.11a single channel transmitters;

FIG. **25** is a series of graphs representing power amplifier input and output associated with one side of a wideband radio implementation;

FIG. **26** is a chart illustrating the error vector magnitude (EVM) associated with an exemplary 16 QAM 802.11a/g signal;

FIG. **27** illustrates both a post-power amplifier summation dual-chain wideband radio implementation and a post-antenna summation dual-chain wideband radio implementation;

FIG. **28** is a series of graphs representing power amplifier input and output associated with both sides of the post-power amplifier summation dual-chain wideband radio implementation of FIG. **27**;

FIG. **29** is a series of graphs representing power amplifier input and output associated with both sides of the post-power amplifier summation dual-chain wideband radio implementation of FIG. **27** characterized with filled-gap OFDM;

FIG. **30** is a pre-power amplifier summation dual-chain wideband radio implementation;

FIG. **31** is a series of graphs representing power amplifier input and output associated with sides of the pre-power amplifier summation dual-chain wideband radio implementation of FIG. **27**;

FIG. **32** is a series of graphs representing power amplifier input and output associated with both sides of the pre-power amplifier summation dual-chain wideband radio implementation of FIG. **27** characterized with filled-gap OFDM;

FIG. **33** is a schematic diagram of a dual-chain wideband transmitter and a dual-chain wideband receiver with signal separator;

FIG. **34** illustrates operation and response of a 6th order Butterworth low pass filter on half of the wideband receiver;

FIG. **35** illustrates operation and response of a 6th order Butterworth low pass filter on both the upper and lower halves of the wideband receiver;

FIG. **36** illustrates upper and lower signal outputs of the dual-chain wideband receiver of FIG. **35** without alias canceling;

FIG. **37** illustrates the EVM and effects of aliasing associated with the upper and lower signals of the wideband receiver of FIG. **35**;

FIG. **38** illustrates the effects of subcarriers in upper signal aliasing into the lower signal in a wideband receiver;

FIG. **39** illustrates the desired and undesired subcarrier components in a post-ADC lower signal and distortion in a wideband receiver resulting from aliasing with no frequency offset;

FIG. **40** is a series of graphs representing relationship between upper signal aliases to lower signal on 16 QAM subcarrier;

FIG. **41** illustrates coherent anti-aliasing technique applied to the upper and lower signal components of a dual-chain wideband receiver;

US 8,027,326 B2

7

FIG. **42** is a schematic diagram of a dual-chain wideband receiver with frequency correction;

FIG. **43** is a schematic diagram of a dual-chain wideband transmitter with frequency pre-correction;

FIG. **44** is a illustrates a feedback error, anti-aliasing technique applied to the upper and lower signal components of a dual-chain wideband receiver;

FIG. **45** is a illustrates a feedback technique for anti-aliasing in a dual-chain wideband receiver;

FIG. **46** illustrates a special training technique utilizing interleaved subcarriers and acquisition with long sync;

FIG. **47** illustrates fading issues associated with multiple antennae in receivers and transmitters in multi-channel communications;

FIG. **48** is a graphical representation of three cases of a dual channel communication;

FIG. **49** is a schematic diagram of an embodiment of a dual-chain wideband transmitter;

FIG. **50** is a graphical representation of signal components and processing involving two 802.11a signals with a two-channel transmitter given 25 MHz spacings;

FIG. **51** is a graphical representation of the signal components and processing of FIG. **50** with filled-gap OFDM technique characterized by 25 MHz spacing;

FIG. **52** illustrates coherent anti-aliasing technique applied to the upper and lower signal components of a dual-chain wideband receiver characterized by 25 MHz spacing;

FIG. **53** is a graphical representation of the relationship between desired and undesired subcarrier components associated with anti-aliasing;

FIG. **54** is a schematic diagram illustrating an implementation using frequency domain adaptive non-coherent antialias restore technique;

FIG. **55** is a schematic diagram illustrating an implementation using time domain adaptive anti-alias restore technique;

FIG. **56** is a schematic diagram illustrating an implementation using feedback for time domain anti-alias technique;

FIG. **57** is a graphical representation of upper and lower signal and distortion and a process for providing a clean lower signal in a 13 tap adaptive filter; and

FIG. **58** is a graphical representation of upper and lower signal and distortion and a process for providing a clean upper signal in a 13 tap adaptive filter.

DETAILED DESCRIPTION THE INVENTION

The following description is presented to enable one of ordinary skill in the art to make and use the present invention as provided within the context of a particular application and its requirements. Various modifications to the preferred embodiment will, however, be apparent to one of ordinary skill in the art, and the general principles defined herein may be applied to other embodiments. Therefore, the present invention is not intended to be limited to the particular embodiments shown and described herein, but is to be accorded the widest scope consistent with the principles and novel features herein disclosed.

The present invention provides a way to achieve very high data rate expanded bandwidth (wide band) WLAN operations reusing existing single channel radio designs. The invention provides a dual-channel form of operation for greater flexibility and performance across multiple platforms. Further, the invention provides adaptive anti-aliasing techniques for eliminating aliasing due to adjacent channel waveform effects. The techniques of the invention mesh with existing systems cleanly.

8

One embodiment of the invention simplifies WLAN radio redesign and opens network access to new systems by allowing greater use of legacy devices in 802.11 systems. The invention also minimizes radio requirements associated with such systems, for example, for two parallel channels only 6th order filters are required as opposed to 10th order or higher. The invention also provides for enhances radio flexibility, for example, enables Transmit (Tx)/Receive (Rx) in one or more channels to one or more radios/stations. Another aspect of the invention provides a high data rate mode of operation to mesh cleanly with existing and future IEEE 802.11 systems, for example, to allow operation at both 2.4 GHz with 25 MHz channels and 5.8 GHz with 20 MHz channels.

IEEE 802.11 specification includes 802.11a/b/g physical layer specifications/standards that operate on ISM bands of 2.4 and 5 Gigahertz (GHz) bands. IEEE 802.11a operates in the 5 GHz band using 20 megahertz (MHz) wide channels, and the 802.11g standard operates in the 2.4 GHz band using 25 megahertz (MHz) wide channels. FIG. **1** is a chart illustrating World-Wide 5 GHz frequency allocations, including those for 802.11a as discussed herein. The invention is not limited to these standards, which are referred to herein as examples of applications for the invention and to facilitate describing the inventive aspects. Other wireless standards, for example, based on OFDM include 802.11j standard for use in Japan and the DSRC standardization (Dedicated Short Range Communications), both of which use 10 MHz channels.

A radio configured in accordance with 802.11a or 802.11g standards employs Orthogonal Frequency Division Multiplexing (OFDM) modulation in which a stream of data is transmitted over multiple small frequency sub-channels. In the OFDM configuration, multiple sub-carrier signals are incorporated within each OFDM symbol. Data is incorporated on each data tone using a selected modulation scheme, such as Binary Phase Shift Keying (BPSK), Quadrature PSK (QPSK), 16 Quadrature Amplitude Modulation (QAM), and/or 64 QAM. Each of the modulation schemes employs a corresponding constellation map with variable constellation points corresponding to a corresponding variable number of bits for achieving the various data rates. For example, BPSK is used for 6 or 9 Mbps, QPSK is used for 12 or 18 Mbps, 16 QAM is used for 24 or 36 Mbps, and 64 QAM is used for 48 or 54 Mbps. The encoding process employs a quadrature generation technique and provides in-phase (I) and quadrature (Q) signals on respective I and Q channels.

IEEE 802.11n or any other standard calling for high data rates of 100 Mbits/second or more require more of a system than do the present standards. The net data rate in WLANs is significantly adversely affected by sources of overhead within the 802.11 protocol, e.g., packet preambles, acknowledgements, contention windows and interframe spacing. The 802.11n high throughput standard represents a four- to five-fold increase in actual throughput over that required by 802.11a/g and requires backward compatibility with legacy 802.11a/g deployments.

IEEE 802.11 networks typically consist of four physical components, including a distribution system, access points (APs), wireless media, and mobile stations comprising a basic service set (BSS). The mobile stations of a BSS are computing stations, such as notebook computers, PDAs, mobile telephones and other network devices, e.g., printers, facsimile machines, scanners, copiers, hubs, routers, switches, etc, that communicate with each other across one or more APs, which in turn communicate with each other over a distribution system. The communication between the BSS stations and the APs may form a basic service area (BSA) and occurs over a wireless medium. The communication between

US 8,027,326 B2

9

the APs and each other and the distribution system may be over a plurality of communications media, including wireless and wired media. The APs essentially perform a bridging function. Further, the distribution system may comprise or be in communication with a plurality of communications systems over a plurality of media. Also, within the realm of 802.11 is an independent BSS wherein mobile stations communicate directly with one another. Accordingly, the smallest 802.11 network may consist of two mobile stations communicating with one another. Also, multiple BSSs may be linked together to form extended service sets (ESSs).

FIG. 2 is a schematic diagram of an existing IEEE 802.a/g WLAN, referenced generally at 100, having two BSSs, BSS1 102 and BSS2 104, comprised of 802.11a/g type mobile stations or radios 106. As shown in FIG. 1, two separate channels, for instance one each for 802.11a and 802.11g, are involved in the communications system 100. The stations of BSS1 102 communicate via AP 108 and the stations of BSS2 104 communicate via AP 110.

The present invention has many independent aspects, uses and advantages. One embodiment of the invention provides a high data rate multi-channel architecture for WLAN systems. Given the widespread adoption of WLAN technology in home, office, shops, travel, hotel, leisure and so many other areas of life, there has been an increasing effort to meet the demand and squeeze as much efficiency out of the available bandwidth. To this end, organizations such as IEEE have developed and adopted a series of standards to facilitate the adoption and increase the beneficial use of WLAN technologies for the benefit of all. One aspect of this development is the adoption of several competing and complimentary standards, e.g., 802.11a, 802.11b, and 802.11g, with more on the way, e.g., 802.11n. These standards have advantages and disadvantages depending upon particular applications, uses, environments, traffic, etc. As a result, devices associated with the 802.11 family of standards are varied and it has become increasingly critical that newly adopted standards and the use of existing legacy equipment accommodate new and legacy equipment alike. To this end, one aspect of the present invention provides a method and system for achieving the required high data rate of newer standards, e.g., 802.11n, while preserving the utility and access of legacy systems, e.g., 802.11a/g equipment.

FIG. 3 is a schematic diagram representing one exemplary 802.11n WLAN system 300 having legacy 802.11a/g stations 302 operating at channel 2 and 304 operating at channel 3. In addition, system 300 includes a networked device 306, in this case a HDTV audio/video (AV) station (STA), such as a flat panel display for viewing television shows and the like, which includes a dual-chain wideband receiver comprising a first radio or receiver station 308 and a second radio or receiver station 310, respectively operating on channels 2 and 3. Multi-channel AV access point (AP) 312 is a dual-chain wideband transmitter comprising individual radios/transmitters 314 and 316. The AP 312 manages communications with and between the stations 302, 304 and 310 and may permit single channel or multi-channel communication or a combination thereof and may prioritize access to the WLAN depending upon need and set-up, instructions, etc. Processes for accomplishing this and the particular implementation of the components are described in more detail below.

One goal of the 802.11n standard is to increase data rates and data throughput while being "friendly" to or meshing cleanly with existing 802.11 networks. An embodiment of the present invention increases the data rate using channel bonding with OFDM using two or more channels at once. Another aspect of the invention provides a technique for "filling the

10

gap" between two signals with extra OFDM subcarriers, which is extensible to multiple channels. Yet another aspect of the invention provides a non-802.11n friendly alternative mode that provides higher data rates, but is not friendly to 802.11 because the spectral mask would be violated. As described hereinbelow, for example, 20 MHz channels centers with OFDM is described for 802.11a t 5.8 GHz and 25 MHz channels centers is described for 802.11g at 2.4 GHz.

FIG. 4 is a chart illustrating three exemplary cases of frequency spectrums for discussing the inventive approaches. Case 1 shows two 802.11a channels, CH 2 and CH 3, the center frequencies of which are separated by 20 MHz. Case 2 illustrates the inventive filed-gap OFDM approach and shows the use of additional subcarriers to "fill the gap" between the two single channels 2 and 3 to permit greater information over the bandwidth. Case 3 is an alternative approach whereby additional subcarriers are implemented on the outer boundaries of the channels CH 2 and CH 3.

FIG. 5 is a chart illustrating three cases, similar to those of FIG. 4, of frequency spectrums involving no synthesizer frequency popping. In this case, the radio may dynamically switch to tune to center frequency in wideband operation or to the upper or lower side frequency in legacy systems. In this manner, the invention allows for dynamic switching between wide and narrow filters. On the transmit side, the device could transmit in wideband at the center frequency or tune the synthesizer to one of the narrower signals for legacy system transmission.

Dual-channel (or dual-chain) without gap fill transmits at a rate of 108 Mbps ((96 sc)/(48 sc)=2× data rate factor; 2 times 48 data subcarriers (sc)=96 data sc). In one example, using the OFDM filled-gap technique yields an increase in data rate to 121.5 Mbps ((108 sc)/(48 sc)=2.25× data rate yielding 121.5 Mbps, where 64(left channel)+64(right channel)−6(left guard)−5(right guard)−4(pilot tones)−5(lost to DC offsets)=108 data subcarriers). This is only one example, for instance the number of slots lost to DC offsets may range from 1 to 5 subcarriers.

The alternative mode is not presently defined in 802.11n, as the interference level will be a little higher than accepted. An advantage to this embodiment is that the alternative mode will still allow fast switching between normal 802.11a and the alternative mode packet using 802.11g-like mechanisms. The use of the additional subcarriers can increase the data rate to 135 Mbps, for example, dual channel with all gaps filled yields a data rate of 135 Mbps ((120 sc)/(48 sc)=2.5× times 54 Mbps=135 Mbps; 64+64−4−4=120 data subcarriers).

An embodiment of the present invention is directed to increasing the data rate even more without increase the analog and mixed signal requirements. This may be accomplished by using a full spectral synthesis capability of the Inverse Fast Fourier Transform/Fast Fourier Transform (IFFT/FFT). All the subcarriers (sc) across two channels for carrying data except four pilot tones and two DC notches at legacy locations may be utilized. This is like the alternative mode filled-gap OFDM presented in the preceding section, where the gaps on the outer edges are also filled. As a result, the guard band on each end is filled with data. This increases Adjacent Channel Interference (ACI) beyond 802.11a levels.

FIG. 6 is a chart illustrating three cases of frequency spectrums involving three channels and includes an alternative mode of operation not presently defined in 802.11n. In this example, channel CH 1 may be reserved for legacy radio stations with legacy AP, e.g., existing 802.11a/g equipment. Channels CH 2 and CH 3 may be reserved for new wideband radio equipment, such as for 802.11n and alternative modes. This arrangement would permit a bi-modal manner of opera-

US 8,027,326 B2

11                                                          12

tion. In one manner, the AP could instruct the legacy equipment to go to "sleep mode" for some period, say 100 milliseconds, during which time operation would be reserved for wideband use, and vice-versa. As shown in the filled-gap OFDM of case **2**, the gap is filled between the two "normal" OFDM channels thereby "stacking" the channels to allow greater information in the bandwidth. An increase in the number of subcarriers will lead to an increase in computational/chip requirements. For each subcarrier there is an equalization that must occur (correction of distortion of amplitude and/or phase). Accordingly, extra FEQ (Frequency domain equalizer) taps may be needed, extra soft-decisions may need to be generated, and Viterbi (error correction) decoder may run faster. OFDM is comprised of discrete tones, one aspect of the present invention creates a super OFDM with approximately twice the number of tones. The exact number for 802.11n purposes is not set.

Another aspect of the invention involves the implementation of the invention, for example in either wide single channel (wideband) or two legacy (dual channel or chain) channels. This applies to both the transmit and the receive side. More particularly, the high data rate multi-channel arrangement of the invention may be achieved, for example, by 1) using two existing legacy circuits or radios in parallel (2-64 point FFTs that process two halves of the signal (1-upper and 1-lower)) or 2) by using a single circuit that processes the whole signal (1-128 point FFT).

An embodiment of the present invention is directed to concatenation of two (or more) channels using parallel transceivers at the transmit and/or receive end. Another embodiment of the present invention is directed to transmitting and/or receiving two channels to two different radios, or to a single radio thereby increasing data rate to the single radio. Another embodiment of the present invention is directed to being extensible to multiple channels. Another embodiment of the present invention is directed to an adaptive anti-aliasing function in the receiver. An embodiment of the present invention is directed to creating very high WLAN data rates that may not be supported by IEEE 802.11a/g. For example, the highest data rate for 802.11a/g is 54 Mbps. An exemplary technique may include channel concatenation, where multiple 802.11a/g channels are combined thereby expanding bandwidth and data rate. In general for conventional systems, a new radio must be designed that up-converts or down-converts the wide signal as a unit. An embodiment of the present invention decomposes the signal into separate pieces, upconverting and down-converting the pieces, whereby reuse of existing 802.11a/g radio designs by parallelizing the signals in frequency may be possible without implementing a new transceiver. An embodiment of the present invention provides for extensible channel concatenation, (e.g., one, two, three, . . . channels concatenated) and enables concurrent transmissions to two or more devices, such as radios. Further, an embodiment of the present invention meshes cleanly (friendly) with existing networks, such as 802.11a/g networks.

In design, the radio for a wide signal built from two narrower signals is a wide-channel transceiver (wideband radio) with faster Digital-to-Analog Converters (DAC's) and Analog-to-Digital Converters (ADC's) (e.g., 40 MHz wide instead of 20 MHz wide). However, there are problems associated with this implementation. There are cost and power increases for 40 MHz channels. Presently, only 20 MHz channel doubling is practical with current technology. More than two channels becomes very complex. 25 MHz channel doubling at 2.4 GHz is likewise complex, e.g., 50 MHz front-end is more difficult than 40 MHz. More Power Amplifier (PA)

back-off is required to meet the spectral mask, especially at 2.4 GHz. ADCs and DACs must run much faster. Receive filter requirements are very difficult. Filter must be wide and have very sharp skirts to reject adjacent channel interference. There may be synthesizer retuning issues. An embodiment of the present invention is directed to avoiding the 40 MHz transceiver (XCVR) by reusing existing legacy 20 MHz XCVRs.

FIG. **7** is a block diagram illustrating one physical implementation of a dual-chain wideband radio having low pass filters (LPFs), ADCs, and Fast Fourier Transforms (FFTs). This is a "multiple radios in a box" implementation. In this implementation multi-chain radios each with a single bandwidth and multiple FFTs, multiple converters, and multiple analog filters are used. This is a form of "channel bonding" and may use common synthesizer and automatic gain control (AGC) with receiving.

In the alternative, FIG. **8** is a block diagram illustrating an alternative single-chain wideband radio implementation. In this implementation a single radio is used to handle multichannel capability and involves a single chain with programmable bandwidth (BW) expansion, high speed converters, BW switched filters and large FFT (e.g., 128 point) are required. The example of FIG. **8** includes a wide LPF, a wide ADC, a wide FFT and a demultiplexer (De-mux).

FIG. **9** is a graph representing a dual chain transmitter satisfying a spectral mask and FIG. **10** is a graph representing a single chain transmitter violating a spectral mask.

FIGS. **11** and **12** illustrate Analog Transmit (Tx)/Receive (Rx) filters. FIG. **11** is a diagram illustrating a 6th order low pass filter on the receiver side in a dual-chain wideband radio with normal Q factor. FIG. **12** is a diagram illustrating a 12th order low pass filter, for example, on the receiver side in a single chain wideband radio with a double Q factor representing a relatively steep skirt ("brick wall"). Q factor must meet 802.11a/g spectral mask and adjacent channel interference (ACI) requirements. Single channel receiver doubles Tx/Rx filter Q requirements, where Q refers to how narrow a filter is (higher Q is more narrow with steeper skirts). Dual channel receiver uses single channel filters with normal Q factor.

FIG. **13** is a diagram illustrating a switching technique for single and dual chain modes in a bimodal wideband radio receiver. Synthesizer (and BW) switching issue, it may be desirable to have an 802.11g-like switching operation. Single channel receiver must jump synthesizer frequency when switching between wide and normal packets if tight receive filtering is needed (sensitivity and interference robustness). Dual channel implementation does not jump frequency but requires two synthesizer LO (Local Oscillator) frequencies, though. In this bi-modal implementation, the radio alternates between forms of operation and may assign durations of operation/inoperation allowed for the dual modes.

FIG. **14** is a diagram illustrating spatial multiplexing in embodiment using multiple input multiple output (MIMO) technique. Multi-channel radio architecture may be implemented for spatial multiplexing. Hence, implementing bandwidth expansion using the multi-channel radio architecture makes a system more 11n ready. With the penalty of added expense and power draw. In the top example shown, the bandwidth is doubled with two signals in parallel. In the second example, bottom, two signals are spatially multiplexed and sit on top of each other. This implementation would require the removal of interference between the two signals.

FIG. **15** is a diagram illustrating a dual chain wideband radio receiver with reference to dual channel protocol management. This relates to PEER related concerns, i.e., the

13

amount of power draw a device requires to operate. This is especially critical in battery powered devices. Using the dual-chain implementation of two radios ganged together in parallel requires greater power that would a single chain custom circuit. In some applications power may not be a prime concern, e.g., where the devices are connected to AC power sources (flat panel displays). The implementation may use a dual channel protocol management function, e.g., cell phone towers that consume two channels in parallel must provide for increased protocol for multiple channels. For instance, a tower may instruct all legacy radios to go to channel **2** and stay off of channel **3** to prevent collision and increase efficiency.

FIG. **16** is a schematic diagram of a dual-chain wideband transmitter including LPFs, DACs, IFFTs, and Tx FEQs. In this implementation, an expanded Bandwidth (BW) signal may be decomposed into sub-components. The radio frequency-concatenates two Tx signal components at RF (Radio Frequency). A synthesizer may be used to realize the exact two LO offsets needed related to subcarrier spacing (both can have same part per million (PPM) error). Use expanded bandwidth station (XBW STA) (e.g., 40 MHz instead of 20 MHz) to phase-align two chains thru feedback packet, if desirable. This is not viewed as necessary. Use Tx DAC sample rate that allows clean digital synthesis of two Tx signal components with simple reconstruction low pass filter (LPF's).

FIGS. **17** through **32** are illustrative of various particular implementations of dual-chain configurations and there attendant design considerations and do not require detailed discussion herein. FIG. **17** is a schematic diagram illustrating alternative pre-power amplifier summation and post-power amplifier summation in a dual-chain wideband transmitter. FIG. **18** is a schematic diagram illustrating a post-antenna summation in a dual-chain wideband transmitter. FIG. **19** is a graphical representation of signal components and processing involving two 802.11a signals with a two-channel transmitter. FIG. **20** is a graphical representation of the signal components and processing of FIG. **19** with filled-gap OFDM technique. FIG. **21** is a graphical representation of signal components and alternative processing with filled-gap OFDM with extra subcarriers. FIG. **22** is a graphical representation of 802.11a subcarrier function associated with FIG. **19**. FIG. **23** is a graphical illustration, respectively, of shaped subcarrier spectrum response and OFDM spectrum response in 802.11a example of FIG. **22**. FIG. **24** illustrates power amplifier PSD distortion associated with operation of 802.11a single channel transmitters. FIG. **25** is a series of graphs representing power amplifier input and output associated with one side of a wideband radio implementation. FIG. **26** is a chart illustrating the error vector magnitude (EVM) associated with an exemplary 16 QAM 802.11a/g signal. FIG. **27** illustrates both a post-power amplifier summation dual-chain wideband radio implementation and a post-antenna summation dual-chain wideband radio implementation. FIG. **28** is a series of graphs representing power amplifier input and output associated with both sides of the post-power amplifier summation dual-chain wideband radio implementation of FIG. **27**. FIG. **29** is a series of graphs representing power amplifier input and output associated with both sides of the post-power amplifier summation dual-chain wideband radio implementation of FIG. **27** characterized with filled-gap OFDM. FIG. **30** is a pre-power amplifier summation dual-chain wideband radio implementation. FIG. **31** is a series of graphs representing power amplifier input and output associated with sides of the pre-power amplifier summation dual-chain wideband radio implementation of FIG. **27**. FIG. **32** is a series of graphs representing power amplifier

14

input and output associated with both sides of the pre-power amplifier summation dual-chain wideband radio implementation of FIG. **27** characterized with filled-gap OFDM.

The following discussion concerns the aspect of the invention concerning adaptive anti-aliasing techniques and implementations. One novel technique eliminates aliasing due to adjacent channel waveform. Legacy signals (e.g., one-channel) and wide signals (e.g., multiple-channels) may be arbitrarily interleaved in time (dynamic bandwidth switching) during packet transmission. For an exemplary technique of an embodiment of the present invention, no synthesizer frequency-popping exists when bandwidth switching between packets. Synthesizers may stay tuned to legacy channel centers for most or at all times. Further, synthesizer switches that can take 100 microseconds (μs) to settle may be avoided. Also, adaptive techniques are provided to mitigate the undesired impact of analog-to-digital converter (ADC) sample-rate aliasing. ADC sample-rate aliasing may occur when a wide signal is received by multiple, parallel receive chains designed to receive a single narrow signal. As described hereinbelow, for example, operations at 5 GHz are considered (e.g., 20 MHz legacy channel centers). In another example, operations at 2.4 GHz are considered (e.g., 25 MHz legacy channel centers).

This aspect of the invention concerns filter leakage associated with a radio processing one half of a signal while receiving both halves of the signal. The invention allows for the interfering half of the signal to be applied to subtract, or otherwise cross-compare, with the non-interfering half of the signal to remove the distortion associated with filter leakage. The magnitude of the interference is a function of the front end filter. For example, the subcarrier from the upper half of the signal may come through (leak) when processing the lower half of the signal by the FFT. This is a receiver side design issue associated with wideband radio using the dual-chain implementation, i.e., when two radios are used in parallel to separately process half of the wideband signal (lower and upper halves). This is especially an issue when using the filled-gap technique. If not using the filled-gap mode, then the aliasing is greatly reduced. The anti-aliasing techniques apply equally to the alternative mode operation.

FIG. **33** is a schematic diagram of a dual-chain wideband transmitter and a dual-chain wideband receiver with signal separator. FIG. **34** illustrates operation and response of a 6th order Butterworth low pass filter on half of the wideband receiver. FIG. **35** illustrates operation and response of a 6th order Butterworth low pass filter on both the upper and lower halves of the wideband receiver in filled-gap operation, where lower signal is represented as $H_L(k)$ and the upper signal is represented by $H_U(k)$ at the filter output. FIG. **36** illustrates upper and lower signal outputs at the ADCs of the dual-chain wideband receiver of FIG. **35**. FIG. **37** illustrates the EVM and effects of aliasing associated with the upper and lower signals at the outputs of the ADCs of the wideband receiver of FIG. **35**. FIG. **38** illustrates the effects of subcarriers in upper signal aliasing into the lower signal in a wideband receiver.

FIG. **39** illustrates the desired and undesired subcarrier components in a post-ADC lower signal and distortion in a wideband receiver resulting from aliasing with no frequency offset. FIG. **40** is a series of graphs representing the relationship between upper signal aliases to lower signal on 16 QAM subcarrier. With no offset the problem is elegant, use upper signal FFT to cancel aliasing on the lower signal.

FIG. **41** illustrates coherent anti-aliasing technique applied to the upper and lower signal components of a dual-chain wideband receiver and the responses associated therewith.

US 8,027,326 B2

15

In one exemplary radio embodiment, the frequency offsets are eliminated at the ADCs to pre-correct frequency offsets prior to Rx ADC'S. There are a number of acceptable methods having advantages and disadvantages, for example, Frac-N (or other type of frequency synthesizer capable of high resolution frequency steps) may be used on transmit or receive (100 microseconds settling time (can't be switched often)). In another example, Tx digital pre-correction may be implemented in RTL (e.g., a language used to describe digital circuits). In another example, STA (or AP (e.g., access point in a WLAN cell)) may be implemented to do all the work on downlink from AP to STA (D/L) & uplink from STA to AP (U/L). For transmit pre-correction, PPM offset may be communicated for time tracking to a receiver. Frequency offset elimination management may be simplified if wide packets are sent using D/L. For example, if normal channel packets for ACK are used, then no U/L pre-correction is needed.

FIG. 42 is a schematic diagram of a dual-chain wideband receiver with frequency correction and FIG. 43 is a schematic diagram of a dual-chain wideband transmitter with frequency pre-correction.

FIG. 44 is a illustrates a feedback error, anti-aliasing technique applied to the upper and lower signal components of a dual-chain wideband receiver. Various adaptation techniques may be implemented. For example, the least-mean-squared (LMS) technique may be used.

FIG. 45 is a illustrates a feedback technique for anti-aliasing in a dual-chain wideband receiver. Any signal common to both Rx chains may be used to train/track anti-alias—desired packets, noise. If dominate noise is common to both chains, the noise can be used to adapt the taps. An embodiment of the present invention may involve defining a special signal that may be used to train (e.g., bootstrap) the anti-alias canceling circuit. This waveform could be used in various formats, including: in a preamble; a broadcast beacon from AP; embedded periodically in signal. A suggested waveform may involve using an interleaved subcarrier pattern relative to upper/lower signals. This may be extensible to more than two channels. The pattern is flexible. A key concept: do not transmit concurrently both the upper and lower subcarriers with the same index number. Special training process involving interleaved subcarriers may be as follows. Step 1: Lower signal transmits using odd numbered subcarriers; Upper signal transmits using even numbered subcarriers. Step 2: Lower signal transmits using even numbered subcarriers; Upper signal transmits using odd numbered subcarriers. Receiver may measure the alias this way. FIG. 46 illustrates a special training technique utilizing interleaved subcarriers and acquisition with long sync.

In design, there are issues with sending or receiving upper/lower signals with separate antennae and 20 MHz ADCs. Exemplary situation: the transmitter has one antenna. Signal components multipath fade in unison where upper and lower signals tend to have same (or similar) power level. More complex exemplary situation, the transmitter has two antennas and/or, the receiver has two antennas. Signal components multipath fade independent where upper and lower channels may differ in power level. Impact of harder exemplary situation: dynamic range requirements increase for receiver's anti-aliasing circuit and preamble training pattern is more essential.

FIG. 47 illustrates fading issues associated with multiple antennae in receivers and transmitters in multi-channel communications. In one exemplary radio set-up either Tx has separate antennas or Rx has separate antennas or both. Problem is that fading is "independent" between Tx-Rx pairs, power difference between upper and lower signal (ACI), and

16

spectrum difference between upper and lower signal. Tend to lose aliasing visibility with 20 MHz ADC's. Different for every AP-STA radio-pair. Exemplary solution is to use XBW only on D/L to STA.

Frequency offset may be avoided in this architecture. With no frequency offset, each upper signal subcarrier aliases exactly on a corresponding lower signal subcarrier. An interference subcarrier may leak onto exactly one desired subcarrier. Exploits the orthogonal nature of OFDM. With frequency offset, alias subcarriers fall "in-between" desired subcarriers. One interference subcarriers may leak onto many desired subcarriers. There are many interference subcarriers. All the previous comments/architectures apply to the alternative mode. More subcarriers may be used to increase the data rate. All the Tx and Rx techniques carry over directly. Also, works for 25 MHz channel spacing at 2.4 GHz and other specifics.

Now considering OFDM with 25 MHz channel centers (situation with 802.11g, 2.4 GHz). FIG. 48 is a graphical representation of three cases of a dual channel communication. Considering transmitters with 25 MHz channels, FIG. 49 is a schematic diagram of an embodiment of a dual-chain wideband transmitter. A difference is the synthesizer tunes to 25 MHz spacings. The synthesizer may tune to other spacings as well. No synthesizer pop when switching between normal and wide packets.

FIG. 50 is a graphical representation of signal components and processing involving two 802.11a signals with a two-channel transmitter given 25 MHz spacings. FIG. 51 is a graphical representation of the signal components and processing of FIG. 50 with filled-gap OFDM technique characterized by 25 MHz spacing;

Now considering filled-gap OFDM, 25 MHz channel spacing no frequency offset into receive ADCs output. Relatively little change, anti-aliasing circuits work on aliasing about 25 MHz centers, circuit applies and hardware is essentially the same for the 20 MHz case. FIG. 52 illustrates coherent anti-aliasing technique applied to the upper and lower signal components of a dual-chain wideband receiver characterized by 25 MHz spacing.

Other channel center frequencies and ADC rates are possible for this Frequency Domain Anti-Alias Technique to Work. For instance, the earlier sections have shown how to cancel aliasing distortion in the frequency domain (at FFT outputs) caused by using multiple narrow receivers on a wide OFDM signal. No frequency offset was assumed at ADC input, 20 MHz channel centers for 5.8 GHz was mentioned with 20 MHz ADC and 25 MHz channel centers for 2.4 GHz was mentioned with 20 MHz ADC. In these cases, the out-of-subband alias OFDM subcarriers fall directly on top of in-subband desired OFDM subcarriers. Other channel centers and ADC rates are possible with this technique, any channel-center/ADC pair works if: the out-of-subband alias OFDM subcarriers fall directly on top of in-subband desired OFDM subcarriers. For example, the 802.11 OFDM subcarriers are spaced by 20 MHz/64=312.5 KHz. Hence, any ADC rate which is an integer multiple of 312.5 KHz has this property. Any channel center that is an integer multiple of 312.5 KHz is possible. Note, 20 MHz and 25 MHz channel centers satisfy this requirement (as discussed in earlier sections).

FIG. 53 is a graphical representation of the relationship between desired and undesired subcarrier components associated with anti-aliasing.

Now with reference to non-coherent adaptive techniques. This explores other techniques for canceling aliasing. In particular, alias canceling is considered in the time domain (Pre-FFT, above post-FFT was considered) and with frequency

17

offset present or not. FIG. **54** is a schematic diagram illustrating an implementation using frequency domain adaptive non-coherent anti-alias restore technique. FIG. **55** is a schematic diagram illustrating an implementation using time domain adaptive anti-alias restore technique. Ostensibly no analog receive changes compared to what is currently used and Rx FEQ combine overlap. Signal separator needed for alias components. FIG. **56** is a schematic diagram illustrating an implementation using feedback for time domain anti-alias technique. Any signal common to both Rx chains can be used to train/track anti-alias—desired packets, noise. FIG. **57** is a graphical representation of upper and lower signal and distortion and a process for providing a clean lower signal in a 13 tap adaptive filter. FIG. **58** is a graphical representation of upper and lower signal and distortion and a process for providing a clean upper signal in a 13 tap adaptive filter.

Although a system and method according to the present invention has been described in connection with various embodiments, it is not intended to be limited to the specific form set forth herein, but on the contrary, it is intended to cover such alternatives, modifications, and equivalents, as can be reasonably included within the spirit and scope of the invention.

The invention claimed is:

**1**. A method for increasing data rates and data throughput in a network, the method comprising:

selecting at least a first channel and a second channel, wherein the first channel and the second channel are adjacent without any other channels therebetween, wherein the first channel and the second channel each have a plurality of data subcarriers, wherein the data subcarriers of the first channel and the data subcarriers of the second channel are separated by a frequency gap corresponding to one or more guard bands between the first and second channels;

partially filling the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the frequency gap such that the one or more guard bands are at least partially filled with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform;

combining the first channel and the second channel using channel bonding with orthogonal frequency division multiplexing (OFDM); and

transmitting data subcarriers occupying the first channel, the second channel, and the frequency gap in parallel to a receiver.

**2**. The method of claim **1**, wherein combining the first channel and the second channel further comprises: interleaving one of a legacy signal and a wide signal during packet transmission.

**3**. The method of claim **2**, wherein the legacy signal comprises one channel and the wide signal comprises multiple channels.

**4**. The method of claim **1**, wherein transmitting the first channel and the second channel comprises transmitting to multiple radios.

**5**. The method of claim **1**, wherein transmitting the first channel and the second channel comprises transmitting to a single radio.

**6**. The method of claim **1**, wherein the method is extensible to additional channels.

**7**. The method of claim **1**, further comprising eliminating synthesizer frequency popping during bandwidth switching between packets.

18

**8**. The method of claim **1** further comprising:

tuning a first synthesizer to the first channel, wherein the first synthesizer remains tuned to the first channel during mode switching; and

tuning a second synthesizer to the second channel, wherein the second synthesizer remains tuned to the second channel during mode switching.

**9**. The method of claim **1**, wherein channel bonding comprises use of common synthesizers.

**10**. The method of claim **1**, wherein the plurality of data subcarriers are OFDM subcarriers.

**11**. The method of claim **10**, further comprising:

identifying additional points in a Fast Fourier Transform (FFT) across the first and second channels; and

adding subcarriers to the additional points.

**12**. The method of claim **11**, wherein the additional points exist on an outer edge of the first channel or the second channel.

**13**. The method of claim **12**, wherein a guard band on each edge is filled with data.

**14**. The method of claim **1**, further comprising utilizing an anti-aliasing technique at a receiver.

**15**. The method of claim **14**, wherein the anti-aliasing technique comprises passing upper signals and lower signals through a first filter and a second filter.

**16**. A system for increasing data rates and data throughput in a network, the system comprising:

means for selecting at least a first channel and a second channel, wherein the first channel is adjacent to the second channel without any other channels therebetween, wherein the first channel comprises a first plurality of subcarriers, and the second channel comprises a second plurality of subcarriers, wherein a frequency gap corresponding to at least one guard band between the first channel and the second channel separates the first plurality of subcarriers from the second plurality of subcarriers;

means for partially filling the frequency gap with at least one additional subcarrier such that the one or more guard bands are at least partially filled with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform;

means for combining the first channel and the second channel using channel bonding with orthogonal frequency division multiplexing (OFDM); and

means for transmitting the first plurality of subcarriers, the second plurality of subcarriers, and the at least one additional subcarrier in parallel to a receiver.

**17**. The system of claim **16**, wherein the frequency gap is filled with a portion of the first plurality of subcarriers and a portion of the second plurality of subcarriers.

**18**. A non-transitory computer-readable medium having instructions stored thereon, the instructions comprising:

instructions to select at least a first channel and a second channel, wherein the first channel and the second channel are adjacent without any other channels therebetween, wherein the first channel and the second channel each have a plurality of data subcarriers, wherein the data subcarriers of the first channel and the data subcarriers of the second channel are separated by a frequency gap corresponding to one or more guard bands between the first and second channels;

instructions to partially fill the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the frequency gap such that the one or more guard bands are at least partially filled

US 8,027,326 B2

**19**

with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform;

instructions to combine the first channel and the second channel using channel bonding with orthogonal frequency division multiplexing (OFDM); and

**20**

instructions to transmit data subcarriers occupying the first channel, the second channel, and the frequency gap in parallel to a receiver.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,027,326 B2                                                  Page 1 of 1
APPLICATION NO.   : 11/033524
DATED                  : September 27, 2011
INVENTOR(S)        : Shearer, III et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

     Column 18, line 51, in Claim 17, delete "tilled" and insert -- filled --.

Signed and Sealed this
Fifteenth Day of May, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

# **<u>Exhibit 4</u>**

US007324469B2

(12) **United States Patent**          (10) **Patent No.:**     **US 7,324,469 B2**

Wilson                               (45) **Date of Patent:**        **Jan. 29, 2008**

(54) **SATELLITE DISTRIBUTED HIGH SPEED INTERNET ACCESS**

(75) Inventor: **W. David Wilson**, Cincinnati, OH (US)

(73) Assignee: **System Services, Inc.**, Batavia, OH (US)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 563 days.

(21) Appl. No.: **10/950,860**

(22) Filed: **Sep. 27, 2004**

(65) **Prior Publication Data**

US 2005/0105484 A1     May 19, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/523,061, filed on Nov. 18, 2003, provisional application No. 60/517,044, filed on Nov. 4, 2003, provisional application No. 60/507,022, filed on Sep. 29, 2003.

(51) **Int. Cl.**
*H04B 7/185*          (2006.01)

(52) **U.S. Cl.** ...................... **370/316**; 370/351; 370/352; 455/428

(58) **Field of Classification Search** ................ 370/316, 370/474, 475, 352, 321, 390, 432, 351, 355, 370/356;  455/13.3, 12.1, 428, 445;  714/752, 714/791, 794, 800
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,081,703 A | 1/1992 | Lee |
| 5,678,172 A | 10/1997 | Dinkins |
| 6,035,178 A | 3/2000 | Chennakeshu et al. |
| 6,072,768 A | 6/2000 | Wiedeman et al. |
| 6,212,550 B1 | 4/2001 | Segur |
| 6,243,450 B1 | 6/2001 | Jansen et al. |
| 6,414,635 B1 | 7/2002 | Stewart et al. |
| 6,522,865 B1 | 2/2003 | Otten |
| 6,556,828 B1 | 4/2003 | Carlin et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          1 024 610 A2      2/2000

OTHER PUBLICATIONS

Unknown, VP1200/VP1210 Vivato Indoor & Outdoor Wi-Fi Base Stations, copyright 2004, Vivato, Inc., San Francisco, CA U.S.A.

*Primary Examiner*—CongVan Tran
(74) *Attorney, Agent, or Firm*—Taft Stettinius & Hollister LLP

(57) **ABSTRACT**

A satellite distributed high-speed Internet "Hotspot" enables wireless and hardwired, satellite distributed Internet access for anyone with a PC or other web-ready device (wireless ready or cabled) and a valid credit card or prepaid coupon. The Hotspots can be located anywhere there is 120 volt electricity available or access to the sun for a solar panel and enough space to house the transceiver and mount a satellite dish. Upon connecting to the Hotspot, the user is directed to a remote server for log-on and validation of the user's account. During validation, the remote server verifies that prepaid access time remains in the user's account. Upon validation, the user may browse the web until the prepaid access time runs out. Alternatively, an account may be set up on a "continue until canceled" basis, wherein the user's credit card will be charged for the amount of time used during each session.

**32 Claims, 4 Drawing Sheets**



US 7,324,469 B2

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,584,083 B1 | 6/2003 | Toporek et al. |
| 6,591,084 B1 | 7/2003 | Chuprun et al. |
| 6,611,821 B2 | 8/2003 | Stahl et al. |
| 6,894,990 B1 * | 5/2005 | Agarwal et al. ............ 370/321 |
| 7,216,283 B2 * | 5/2007 | Shen et al. ................. 714/752 |
| 2001/0010047 A1 | 7/2001 | Shen et al. |
| 2001/0026537 A1 | 10/2001 | Massey |
| 2002/0006116 A1 | 1/2002 | Burkhart |
| 2003/0046242 A1 | 3/2003 | Himmel et al. |
| 2003/0149601 A1 * | 8/2003 | Cabral ............................ 705/5 |
| 2003/0181162 A1 * | 9/2003 | Matula ...................... 455/13.3 |
| 2004/0255221 A1 * | 12/2004 | Shen et al. ................. 714/752 |
| 2005/0135422 A1 * | 6/2005 | Yeh ............................ 370/474 |
| 2007/0115942 A1 * | 5/2007 | Money et al. .............. 370/352 |

* cited by examiner



FIG.1



FIG.2



FIG. 3



FIG. 4

US 7,324,469 B2

**1**

## SATELLITE DISTRIBUTED HIGH SPEED INTERNET ACCESS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority of provisional application Ser. No. 60/507,022, filed Sep. 29, 2003, provisional application Ser. No. 60/517,044, filed Nov. 4, 2003, and provisional application Ser. No. 60/523,061, filed Nov. 18, 2003.

### BACKGROUND

The continued development of high speed wireless Internet connections permitting the transceiving of real time information has greatly increased the volume and efficiency of work, both commercial and personal, that can be accomplished. This efficiency saves both time and money for its users and is quickly becoming a necessary part of our overall telecommunications infrastructure.

This efficiency however, is not easily accessible unless one has a wireless ready PC, and their own satellite dish and transceiver or is located in or near a city with providers who sell access subscriptions to their equipment. Anyone in transit, such as salesmen, executives, truckers and private individuals has virtually no access while traveling, especially in rural areas. Even in populated areas, one must find a hard-wired commercial access point to get to the Internet. This is time consuming, costly and severely limits the benefits of the Internet in most areas of the country.

### SUMMARY

The present invention provides rural "Hotspots" (such as Wi-Fi access, for example) to enable wireless and hard-wired, satellite distributed Internet access for anyone with a PC or other web-ready device (wireless ready or cabled) and a valid credit card. The "Hotspots" can be located anywhere there is 120 volt electricity available or access to the sun for a solar panel and enough space to house the transceiver and mount a satellite dish. These "Hotspots" would best be located in areas that experience high volume transient traffic, such as rest areas, restaurants, truck stops, rural hotels, conference centers, motels and state park lodges. A Hotspot may allow access to users with cabled devices, wireless devices, or both.

Accordingly, it is a first aspect of the present invention to provide a method for establishing and operating an Internet Hotspot that includes the steps of: providing a satellite dish communicating with the Internet via data link with a satellite; providing at least one router operatively coupled to the satellite dish; installing the satellite dish and router in a rural location, which experiences a relatively high volume of transient traffic; and allowing a user to access the Internet at the rural location by connecting a user's web-ready device to the Internet via the router and satellite dish. In a more detailed embodiment, the router includes at least one jack to which a web-ready device may be connected via a cable. In a further detailed embodiment the method further includes a step of providing a subscriber access unit operatively coupled between the satellite dish and the router, where a user opens a subscription account via a remote server before the user is enabled to access other websites. Alternately, a user purchases a quantity of subscription-based access time using a credit card via the remote server before the user is enabled to access other websites. The subscription-based access time may be purchased in a definite quantity, or the

**2**

subscription-based access time may be purchased on a "continued until canceled" basis. The credit card billing may performed by an existing merchant service and the existing merchant service may be reciprocal with other Internet subscription providers nationwide. Optionally, a user's account status is first authenticated by the remote server each time the user establishes a connection with the Hotspot before the user is enabled to access other websites. This authentication of the user's account is performed by a subscriber merchant service.

In an alternate detailed embodiment of the first aspect of the present invention, the connecting step includes a step of communicating the user's web-ready device to the router via a wireless connection. Further, a plurality of users can simultaneously access the Internet by communicating wireless web-ready devices with the router. Further, the method may include a step of operatively coupling a subscriber access between the satellite dish and the router, where a user opens a subscription account via a remote server before the user is enabled to access other websites. With this, a user may purchase a quantity of subscription-based access time using a credit card via the remote server before the user is enabled to access other websites. The subscription-based access time may be purchased in a definite quantity, or the subscription-based access time may be purchased on a "continued until canceled" basis. The credit card billing may performed by an existing merchant service and the existing merchant service may reciprocate with other Internet subscription providers nationwide. Optionally, a user's account status is first authenticated by the remote server each time the user establishes a connection with the Hotspot before the user is enabled to access other websites. With this the authentication of the user's account is performed by a subscriber merchant service. Alternatively, the method further includes the steps of operatively coupling at least one wireless transceiver extender unit between the satellite dish and the router to extend the range of Internet access at the rural location.

The method of the first aspect may further include the steps of operatively coupling at least one wireless transceiver extender unit between the satellite dish and the router to extend the range of Internet access at the rural location.

It is a second aspect of the present invention to provide a method for providing satellite-distributed high-speed Internet access that includes the steps of: providing a router to which a web-ready device may be connected via at least one of a cable and a wireless data link; assigning a dynamic IP address to the web-ready device that has been connected to the router; forwarding by the router of the user's connection to a subscriber access unit; retrieving from memory by the subscriber access unit of the static IP address of a remote server; forwarding the user's connection to a satellite dish; establishing communication by the satellite dish with a satellite, which is enabled to send and receive data over the Internet; establishing a connection over the Internet with the remote server, whose interface is viewed by the user as a webpage on the web-ready device; prompting by the remote server of the user for a username and password; accessing a database by the remote server to verify the username and password; prompting the user to create a new account, if the username and password are invalid or the user's account has zero time remaining; charging the user's credit card, if a new account is created; allowing the user to access other websites, until the user's account has zero time remaining or the user logs off the network; and updating the user's account in the database by the remote server to subtract the amount of time used during the just-completed session when the user

US 7,324,469 B2

**3**

logs off the network. In a detailed embodiment the method further includes the step of installing the router and the satellite dish in a rural location experiencing a relatively high volume of transient traffic.

It is a third aspect of the present invention to provide an Internet Hotspot that includes: a satellite dish installed in a remote location experiencing a relatively high volume of transient traffic, and the satellite dish communicating with the Internet via data link with a satellite; at least one router operatively coupled to the satellite dish and installed in the remote location, where a user may access the Internet at the remote location by establishing a data connection with the router via a user's web-ready device. In a more detailed embodiment, the data connection is a wireless data connection. In another detailed embodiment, a plurality of users may access the Internet simultaneously at the remote location by respectively establishing data connections with the router via their web-ready devices. The data connections may be wired and/or wireless connections. The Hotspot may also include a subscriber access unit operatively coupled between the satellite dish and the router and/or at least one wireless extender transceiver wirelessly, operatively coupled between the router and the satellite dish.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an exemplary embodiment of the invention with a cabled router providing access to the Hotspot for cabled users.

FIG. **2** shows an exemplary embodiment of the invention with an Ethernet wireless access point (wireless router) providing access to the Hotspot for wireless users.

FIG. **3** shows an exemplary embodiment of the invention with wireless transceiver extender units, allowing the access point (Ethernet wireless access point or router) to be located remotely from the remainder of the Hotspot apparatus.

FIG. **4** shows an exemplary embodiment of the invention with a Vivato outdoor switch used as the wireless access point, providing long range operation.

DETAILED DESCRIPTION

The present invention provides rural "Hotspots" (such as Wi-Fi access, for example) to enable wireless and hardwired, satellite distributed Internet access for anyone with a PC or other web-ready device (wireless ready or cabled) and a valid credit card or prepaid coupon. The "Hotspots" can be located anywhere there is 120 volt electricity available, either from an electric utility service or from an on-site power source such as a solar panel with a bridged access point, and enough space to house the transceiver and mount a satellite dish. These "Hotspots" would best be located in areas that experience high volume transient traffic, such as rest areas, restaurants, truck stops, rural hotels, conference centers, motels and state park lodges. Since the signal is always "live," all a potential wireless user would have to do is to move within the transceiver's field (an approximately radius of 0.2 to 0.4 miles when an amplifier used, in an exemplary embodiment) and turn on his/her wireless ready PC to know the service was available. Alternatively, for those with cabled web-ready devices, signage can announce the availability of access to internal network ports. Because these internal network ports, if available, would always be "live," all a potential user would have to do is to plug in a web-ready device and logon. Several transceivers/routers (providing cabled and/or wireless access) can be installed to provide coverage for large or multi-floor sites.

**4**

In the exemplary embodiment, when a client attempts to access the Internet, they are routed through the "Subscriber Access Unit." This unit, utilizing radius client, automatically forces the user to first logon via satellite through a third party commercial site that houses the radius server. Internet access is granted upon activation of a valid credit card, or existing valid account. Access time is sold by the hour, day, week, or month, or as a "continued until canceled" subscription, and the validation and billing are done by an existing merchant service. Time purchased is durable until used within the purchased time unit (or one day, if purchased by the hour or day—whichever is less) and credits and accounts are reciprocal with other subscription providers nation-wide. Invalid credit cards or expired accounts are not permitted beyond the logon screen. Detailed transaction records are provided by the existing telecommunications infrastructure.

An exemplary embodiment of the system providing access to cabled users is shown in FIG. **1**. The Hotspot **10** comprises all the equipment installed at the rural location that is necessary to provide Internet access via satellite **12**. The equipment installed at the rural location includes a satellite dish **14** for communicating with the satellite, a subscriber access unit **16** operatively coupled to the satellite dish **14** and a router **18** operatively coupled to the subscriber access unit **18**. As used herein, the term "operatively coupled" refers to any configuration in which two or more devices interact in any way, by wired or wireless connections. Some or all of the components of the Hotspot **10** may be powered by a solar panel **19**. User web-enabled devices, such as PC **20**, laptop computer **22** and PDA **24** are directly coupled to the router via wired connections (i.e., cables). The user can access the Hotspot using his own web-body device to acquire a dynamic IP address from one of many wired jacks located all over the router **18** using DHCP (Dynamic Host Configuration Protocol). The router **18** then forwards the user access to the subscriber access unit **16**. Each router **18** can allow **254** concurrent users to gain access to the Internet.

At a central location **26**, a radius server **28** includes a database **30** and modem **32** operatively coupled thereto. The radius server **28** is operatively coupled to the Internet **34** through an Internet server **36** and is protected by a firewall **38**. The satellite **12** communicates to the radius server over the internet (via another satellite dish and associated computer—not shown).

The subscriber access unit **16** has the static IP address **36** of the Radius server **28** pre-programmed. It then uses Radius client software to send the user directly to the satellite dish **14**. The user's connection then passes to the satellite **12** then through the Internet **34** where, using the Radius server's IP address **36**, it finds the Radius server **28**. The Static IP address **36** routes the traffic through the firewall **38**.

Upon establishing a user connection to the Radius server **28**, the Radius server is viewed as a webpage in SSL (Secure Socket Layer) by the user. The user is prompted for a username and password. The Radius server **28** uses the database **30** to validate username and password and check that the number of minutes left in the user's account is greater than **0**. If the user cannot submit a valid username and password for an account that has more than zero minutes left, the user will be prompted to create a new account. Upon creating an account, the Radius server **28** will charge the credit card furnished by the user using the modem **32** or Internet **34**.

Upon validation by database **30**, the user can browse the Internet **34** until the minutes are used up or the user is logged

US 7,324,469 B2

5

off the network. When the user logs off, the database **30** will be updated, subtracting the minutes used during the just-completed session.

Another exemplary embodiment **10'** of the system providing access to wireless users is shown in FIG. **2**. The basic system architecture and operation are substantially the same as described above. The main difference in the wireless access Hotspot of FIG. **2** is that the cabled router **18** of FIG. **1** has been replaced by an Ethernet wireless access point or router **40**. The user can access the Hotspot using his own wireless web-ready device, such as a personal digital assistant (PDA) **24'**, web-enabled cell phone **23'**, or laptop computer with wireless network card **22'** to acquire a dynamic IP address from the Ethernet wireless access point **40** using DHCP (Dynamic Host Configuration Protocol). The Ethernet wireless access point **40** then forwards the user access to the subscriber access unit **16**. Each Ethernet wireless access point **40** can allow **254** concurrent users to gain access to the Internet **34**. The Ethernet wireless access point **40** can employ a security protocol of a type that is known to persons skilled in the art, such as the 802.11b security protocol, or any subsequent or future versions of the 802.11 standard. Such security protocols may be generally designated as 802.11x, where x can be any version or implementation of the 802.11 standard.

From the subscriber access unit **16**, a connection is established with the Radius server **28** in the substantially same manner as described above. The Radius server prompts the user to log in and verifies the user's password and account status, including the amount of time remaining, in substantially the same manner as described above.

In another exemplary embodiment **10"**, as illustrated in FIG. **3**, the Ethernet wireless access point **40** may be separated from, and communicate wirelessly with, the subscriber access unit **16**. The Ethernet wireless access point **40** is connected by wire to wireless transceiver extender unit "1" (**42**). Utilizing a different channel from the Ethernet wireless access point **40**, the wireless transceiver extender unit "1" (**42**) transmits and receives wirelessly to and from wireless transceiver extender unit "2" (**44**). Wireless transceiver extender unit "2" (**44**) will run directly by wire to the subscriber access unit **16**. This use of wireless transceiver extender units **42**, **44** allows the Ethernet wireless access point **40** to be placed further away, extending the effective range of the hotspot. The wireless transceiver extender units **42**, **44** can employ a security protocol of the 802.11x form, as explained above, where x can be any version or implementation of the 802.11 standard. From the subscriber access unit **16**, a connection is established with the Radius server **28** in substantially the same manner as described above. The Radius server **28** prompts the user to log in and verifies the user's password and account status, including the amount of time remaining, in substantially the same manner as described above.

This wireless extension embodiment may also be practiced with a cabled router connected to wireless transceiver extender unit "1" (**42**) in place of Ethernet wireless access point **40**, thus allowing cabled access with the router located remotely from the subscriber access unit **16**.

In the exemplary embodiments **10'** and **10"** of the system shown in FIGS. **2** and **3**, respectively, the Ethernet wireless access point can be operatively coupled to an amplifier **46** and antenna **48**. The antenna **48** can be an omni-directional antenna or a directional antenna such as a yagi antenna. The amplifier in conjunction with the antenna can increase the DBi gain to 28 to 35 based on the DBi gain for the antenna selected. The total output of the antenna will not exceed the

6

36 DBi limited by current Federal Communications Commission regulations. Additional wireless access points or antennas can be added to widen the coverage area as needed, provided that the wireless beams of overlapping signal coverage will need to use different channels to prevent interference.

Alternatively, as shown in FIG. **4**, the wireless Ethernet access point can be replaced with a Vivato® outdoor switch **50** (such as the VP1210 available from Vivato, Inc), which includes an amplifier and antenna. The Vivato® outdoor switch features an electronically controlled phased array antenna that can be used to create high gain beams of Wi-Fi on three channels simultaneously. In order to prevent interference, three nonadjacent channels (e.g., channels **1**, **6**, and **11**, as shown in FIG. **4**) can be selected from the eleven channels supported by the 802.11x communication protocol. This embodiment can provide Wi-Fi access for many kilometers along a line of sight from the antenna, providing three simultaneous beams of Wi-Fi throughout the coverage area with extended range.

Having described the invention with reference to exemplary embodiments, it is to be understood that the invention is defined by the claims and it not intended that any limitations or elements describing the exemplary embodiment set forth herein are to be incorporated into the meanings of the claims unless such limitations or elements are explicitly listed in the claims. Likewise, it is to be understood that it is not necessary to meet any or all of the identified advantages or objects of the invention disclosed herein in order to fall within the scope of any claims, since the invention is defined by the claims and since inherent and/or unforeseen advantages of the present invention may exist even though they may not have been explicitly discussed herein.

What is claimed is:

**1**. A method for establishing and operating an Internet Hotspot comprising the steps of:

providing a satellite dish communicating with the Internet via data link with a satellite;

providing at least one router operatively coupled to the satellite dish;

providing a subscriber access unit operatively coupled between the satellite dish and the router;

installing the satellite dish, router and subscriber access unit in a rural location, the rural location experiencing a relatively high volume of transient traffic;

connecting a web-ready device to the router;

creating by a user a subscription account, the subscription account being created on a remote server and enabling the user to access the Internet;

navigating a browser operating on the web-ready device to a subscriber access website, the subscriber access website being capable of verifying that the subscription account is valid;

verifying that the subscription account is valid via the subscriber access website to allow access to the Internet; and

allowing a user to access the Internet at the rural location.

**2**. The method of claim **1**, wherein the router includes at least one jack to which a web-ready device may be connected via a wired connection.

**3**. The method of claim **1**, wherein the step of creating a subscription account includes creating the subscription account using a prepaid coupon via the remote server.

US 7,324,469 B2

7

**4**. The method of claim **1**, wherein the step of creating a subscription account includes purchasing by the user a quantity of subscription-based access time using a credit card via the remote server.

**5**. The method of claim **4**, wherein the subscription-based access time may be purchased in a definite quantity.

**6**. The method of claim **4**, wherein the subscription-based access time may be purchased on a "continued until canceled" basis.

**7**. The method of claim **4**, wherein the credit card billing is performed by an existing merchant service.

**8**. The method of claim **7**, wherein the existing merchant service is reciprocal with other Internet subscription providers nationwide.

**9**. The method of claim **1**, wherein the verifying step is performed by a subscriber merchant service.

**10**. The method of claim **1**, wherein the connecting step includes connecting the web-ready device to the router via a wireless connection.

**11**. The method of claim **10**, wherein a plurality of users can simultaneously connect web-ready devices to the router.

**12**. The method of claim **10**, further comprising the steps of operatively coupling at least one wireless transceiver extender unit between the satellite dish and the router to extend the range of Internet access at the rural location.

**13**. The method of claim **1**, further comprising an amplifier and antenna operatively coupled to the router.

**14**. The method of claim **10**, wherein the wireless connection is one of an 802.11a wireless area network, an 802.11b wireless area network, an 802.11g wireless area network, and an 802.11n in wireless area network.

**15**. A method for providing satellite-distributed high-speed Internet access, comprising the steps of:

providing a router to which a web-ready device may be connected via at least one of a cable or a wireless data link;

assigning a dynamic IP address to the web-ready device that has been connected to the router;

forwarding by the router of the user's connection to a subscriber access unit;

retrieving from memory by the subscriber access unit of the static IP address of a remote server;

forwarding the user's connection to a satellite dish;

establishing communication by the satellite dish with a satellite, which is enabled to send and receive data over the Internet;

establishing a connection over the Internet with the remote server, whose interface is viewed by the user as a webpage on the web-ready device;

prompting by the remote server of the user for a username and password;

accessing a database by the remote server to verify the username and password;

prompting the user to create a new account, if the username and password are invalid or the user's account has zero time remaining;

allowing the user to access other websites, until the user's account has zero time remaining or the user logs off the network; and

updating the user's account in the database by the remote server to subtract the amount of time used during the just-completed session, when the user logs off the network.

**16**. The method of claim **15**, wherein the interface of the remote server is viewed by the user as a webpage on the web-ready device using Secure Socket Layer encryption.

8

**17**. The method of claim **15**, wherein the user may create an account using a prepaid coupon.

**18**. The method of claim **15**, further comprising, after the step of prompting the user to create a new account, if the username and password are invalid or the user's account has zero time remaining, the step of:

charging the user's credit card, if a new account is created.

**19**. The method of claim **18**, wherein the user may purchase access time in a definite quantity when creating an account.

**20**. The method of claim **18**, wherein the user may purchase access time on a "continue until canceled" basis when creating an account.

**21**. The method of claim **18**, wherein the charging of the user's credit card is performed by an existing merchant service.

**22**. The method of claim **21**, wherein the existing merchant service is reciprocal with other Internet subscription providers nationwide.

**23**. The method of claim **18**, further comprising the step of installing the router and the satellite dish in a rural location experiencing a relatively high volume of transient traffic.

**24**. An Internet Hotspot comprising:

a satellite dish communicating with the Internet via one or more data links with a satellite;

at least one router operatively coupled to the satellite dish;

a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet; and

a web-ready device operatively coupled to the at least one router, the web-read device having a browser application operating thereon for accessing the Internet;

wherein the satellite dish, at least one router and the subscriber access unit are located in a remote location experiencing a relatively high volume of transient traffic;

wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router.

**25**. The Internet Hotspot of claim **24**, wherein the data connection is one of a wired data connection and a wireless data connection.

**26**. The Internet Hotspot of claim **24**, wherein a plurality of users may access the Internet simultaneously at the remote location by respectively establishing data connections with the router via their web-ready devices.

**27**. The Internet Hotspot of claim **26**, wherein the data connections include wired data connections.

**28**. The Internet Hotspot of claim **26**, wherein the data connections include wireless data connections.

**29**. The Internet Hotspot of claim **28**, further comprising an amplifier and antenna operatively coupled to the router.

**30**. The Internet Hotspot of claim **29**, wherein the router is a Vivato outdoor switch.

**31**. The Internet Hotspot of claim **24**, further comprising at least one wireless extender transceiver operatively coupled between the subscriber access unit and the router.

**32**. The Internet Hotspot of claim **25**, wherein the wireless connection is one of an 802.11a wireless area network, an 802.11b wireless area network, an 802.11g wireless area network, and an 802.11n wireless area network.

\* \* \* \* \*

# Exhibit 5

(12) **United States Patent**  (10) **Patent No.:**     **US 7,257,582 B2**
    Rothschild                                  (45) **Date of Patent:**         **Aug. 14, 2007**

(54) **LOAD BALANCING WITH SHARED DATA**

(75) Inventor:  **Michael Rothschild**, Ramot Hashavim (IL)

(73) Assignee:  **Corigin Ltd**, Or-Yehuda (IL)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 912 days.

(21) Appl. No.: **10/375,893**

(22) Filed:    **Feb. 27, 2003**

(65)            **Prior Publication Data**

    US 2003/0177161 A1      Sep. 18, 2003

            **Related U.S. Application Data**

(60) Provisional application No. 60/363,853, filed on Mar. 13, 2002.

(51) **Int. Cl.**
    *G06F 17/30*       (2006.01)
(52) **U.S. Cl.** ..................................... **707/10**; 707/104.1
(58) **Field of Classification Search** ............... 707/1–10, 707/100–104.1, 200–206; 718/105; 719/316; 703/23; 705/35; 711/147.3, 133
    See application file for complete search history.

(56)              **References Cited**

            U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,357,632 A | * | 10/1994 | Pian et al. | .................. 718/105 |
| 5,603,028 A | * | 2/1997 | Kitsuregawa et al. | ....... 718/105 |
| 5,835,755 A | * | 11/1998 | Stellwagen, Jr. | ............... 707/3 |
| 5,926,833 A | * | 7/1999 | Rasoulian et al. | .......... 711/147 |
| 6,061,067 A | * | 5/2000 | Silva et al. | ................. 345/619 |
| 6,275,867 B1 | * | 8/2001 | Bendert et al. | ............. 719/316 |

* cited by examiner

*Primary Examiner*—Yicun Wu
(74) *Attorney, Agent, or Firm*—Andrew Wilford

(57)              **ABSTRACT**

The input of a computer executable process, is logically subdivided, without reading, into a plurality of partitions which are distributed to a plurality of processors in which respective subtasks including the reading of those partitions, are carried out. The method allows distribution of processing of a large amount of data to a plurality of processors cooperating in a way that the load imposed on each processor is proportional to its capacity to do the work.

**14 Claims, 4 Drawing Sheets**





*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*

US 7,257,582 B2

1

# LOAD BALANCING WITH SHARED DATA

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a nonprovisional application corresponding to Ser. No. 60/363,853 filed 13 Mar. 2002.

## FIELD OF THE INVENTION

This invention relates to the field of sharing data and workload between possibly heterogeneous computer systems.

More specifically, it deals with a way to split the performance of a given task among a plurality of processing units which can all access, directly or indirectly, the input data and the devices on which the output data is to be stored.

Sort applications, statistical analysis batch applications and report writing applications and database queries are examples of applications that can readily enjoy this invention.

## BACKGROUND OF THE INVENTION

With the constant improvement in telecommunication technology and the increasing tendency to consolidate computing resources, many computer sites contain a plurality of computers.

The load imposed on the various computers in these sites is normally the result of the activities directed specifically to these computers and the fact that one of them is especially loaded while others are relatively idle does not affect the way work is distributed between them. As a result, in contemporary environments, much can be gained by the parallelization of some processes and their distributed execution across all available computing resources in a way that both speeds the execution of the whole process and balances the load the various computers are subjected to.

Recent developments introduced the concepts of Storage Area Networks (SAN) and Network Attached Storage (NAS) devices to enable efficient usage of storage resources. These technologies increase the symmetry of storage access in a multiple computer environment, increasing the benefits that can be expected from such a parallelization.

## OBJECTS OF THE INVENTION

The principal object of the present invention is to enable the decomposition of a certain type of linear processes that currently use a single computer, into equivalent parallel processes that can efficiently use any number of potentially heterogeneous computers, taking the available capacity of each of these computers into account while optimizing execution.

A more general object is to improve processing efficiency of certain processes.

It is also an object to obtain better processor utilization.

## SUMMARY OF THE INVENTION

These objects and others which may become apparent hereinafter are achieved in a method which distributes the load of a process that normally reads an input file sequentially and processes its records one by one between a plurality of potentially heterogeneous processors through the logical partition of the input and the activation of a plurality of sub tasks in said plurality of processors, each

2

said sub task processing the partitions defined by said logical partition in a first come first serve basis.

The method of effecting a computer-executable process according to the invention thus comprises the steps of:

(a) automatically determining file allocation and logically subdividing records of the input file into a plurality of partitions;

(b) distributing the partitions to a plurality of processors and activating respective subtasks of the computer-executable process in each of the processors, each subtask reading and processing the partitions on a first come first serve basis; and

(c) generating at least one output reflecting the processing of the subtasks.

The automatic determination of file allocation and logical subdivision of records of said input file into said plurality of partitions in step (a) and the distribution of said partitions in step (b) can be carried out with at least one processor and the processors used can include mutually heterogeneous processors.

Each of the subtasks can produce a subtask output and the subtask outputs can be merged to produce the output of step (c). The output in step (c) can, however, be a succession of outputs from the subtasks in a one to one correspondence with the records of the input file. Alternatively, the output in step (c) can be an accumulation of output records from the subtasks in an arbitrary order.

The input file can reside on a directly attached storage or on a storage area network (SAN) or on a network attached storage (NAS) and can be derived therefrom. The computer-executable process can be a sort process, a statistical analysis process, a report creating process or a database query or a combination thereof. Without limitation thereto, the one processor can be part of a mainframe computer and the plurality of processors can be processors of at least one other computer or the plurality of processors can all be parts of a single multiprocessor. The one processor can thus also reside on a machine which is not a mainframe.

## BRIEF DESCRIPTION OF THE DRAWING

The above and other objects, features, and advantages will become more readily apparent from the following description, reference being made to the accompanying drawing in which:

FIG. 1 is a block diagram describing how a system according to the invention works;

FIG. 2 is a block diagram which describes the way the system works when the output file can be shared with no write coordination mechanism;

FIG. 3 is a block diagram which describes the way the system works when the output file can be shared with a write coordination mechanism; and

FIG. 4 is a diagram which illustrates the application of the invention to a sort process.

## SPECIFIC DESCRIPTION

FIG. 1 contains a top-level description of the invention and its workings. In the initiating system 10, the invocation of a process has been replaced by an invocation of a logically equivalent Process 101 that is based on the current invention, capable of delegating at least some of the load to the available helping systems. In this figure, only two such helping systems are depicted—helping system 1 and helping system 2—but in general, any positive number of such systems can be used.

US 7,257,582 B2

3

The Equivalent Process **101** accepts the same input, or input with the same semantics, as the original Process. If the original Process is a sort Process then, in most cases, it is told by this input, what the file to be sorted is and what parts of the records in this file constitute the key according to which it is to be sorted. In this case the input also specifies the data types of the various parts of the key. If the original Process is one of statistical analysis then the various statistics and the data for these statistics are specified by this input. If the original Process is a report generator then the definition of the various reports and the data files they should be extracted from are parts of this input.

The various parts of the Equivalent Process **101** are depicted here as consecutive steps in one procedure but alternative embodiments could replace them by dependent tasks controlled by a job scheduler. In this case, the wait step **104** would be replaced by a dependency of the Merge step **105** on the completion of Sub Task **103**, Sub Task **201** and Sub Task **202**. More generally, the Merge step would have been instructed to start only after all the Sub Task steps have completed.

The first step of the Equivalent Process **101** is the Split step **102**. This step combines the information contained in the parameters supplied to the Equivalent Process **101** as a whole (in the sort case, these parameters include the name of the file to be sorted **9** and the keys to be used), with the information contained in the configuration file **0** which includes the names of the servers available to perform this task and with information from the operating system about the size and location of the input file or files **9**, to create the control file **4** specifying a logical partition of the input.

Input files **9** are, thus, logically partitioned into n logical partitions where n is a number the split step **102** has decided upon. In FIG. **1**, these logical partitions are numbered as 1 to 6.

A logical partition in this context is a well-defined part of the input or output. A very simple way to define a partition, which in many cases is the most efficient, would be to define the partitions as consecutive ranges on the input or output, ranging from one relative byte address to another relative byte address or from one relative track address to another.

Of course, as we normally process full records, the partition boundaries or the way they are interpreted should take this fact into account. For example, if the beginning of a range falls within a record, this record can be said to belong to the previous range. Other partition definitions can be used with no impact on the rest of the embodiment.

Note that the number of input partitions is not necessarily the number of helping systems. Normally, the number of logical input partitions will largely exceed the number of helping systems.

Note that the logical partition does not rely on actual reading of the file. The actual reading of the file is reserved to the subtasks which read the partitions allocated to them. A splitting function may be allocating offset 0 to offset 100000 to a first partition, offset 100001 to 200000 to the second partition, offset 200001 to 300000 to the third partition and 300001 to the end of the file to a fourth partition.

The split step **102** could rely on additional information that could also be contained in the configuration file **0**. It could, for example, take into account the power of each available server and the current load of this server.

When the split step terminates, the various Sub Tasks (in this case: **103**, **202**,**203**) can be activated. This activation can be initiated by the split step **102** itself or by an external scheduler. Each Sub Task finds the subdivision of the input

4

in the control file **4**. Each such Sub Task then repeatedly tries to allocate for itself and then process, an input partition that has not been allocated yet. In the embodiment described in FIG. **1**, the output of the various Sub Tasks has to be further processed to create an output that is equivalent to the one expected from the original process. This is why each Sub Task creates its output on dedicated output files. In this case, Sub Task **201** creates Output1 (**301**), Sub Task **202** creates Output2 (**302**) and Sub Task **103** creates Output3 (**303**).

Reading, processing and writing, are not necessarily straight forward since all the input and output files are shared by the potentially heterogeneous systems and while the Sub Task itself is also performed in these potentially heterogeneous systems, the results should look as if they have all been created by the Initiating System **10**.

This is why the various Sub Tasks may have to use heterogeneous read and write functionality to read and write their corresponding Input Partitions (see my commonly owned copending application Ser. No. 10/209,673 filed 31 Jul. 2002, which is hereby incorporated in its entirety by reference).

This is also why, if the original Process is a sort Process, depending on the type of the input key, parts of the key's data may or may not be converted from the Initiating System's representation to an equivalent representation on the Helping Systems and then, after being sorted, converted back to the Initiating System's representation.

If, continuing with the sort example, the Initiating System **10** is an IBM mainframe and the Helping Systems **20** and **30** are HP-UX machines then character strings should not be converted from EBCDIC to ASCII since the order we want to create is the EBCDIC order. In this case, binary numbers should not be converted either since their representation is the same on both systems but the mainframe's floating point numbers should be, converted to HP-UX floating point numbers and back and packed decimal numbers should be converted to and from some HP-UX appropriate representation like, depending on the precision, short, long or long long binary numbers or even character strings.

Once all the Sub Tasks have terminated, the Merge Step **105** can be initiated. To initiate the Merge Step **105** at the appropriate time, the Wait Step **104** can be used, as depicted in this figure, to periodically verify the Control file **4** and detect the completion of all sub tasks and then schedule the Merge Step **105**. Another alternative for the timely activation of the Merge Step would be to use some existing scheduler, as already mentioned.

Note that although the Merge Step **105** is depicted as running on the Initiating System **10**, this should not necessarily be the case.

It can be the task of the Split Step **102** to decide where the Merge Step **105** should run or the processor that was the fastest in processing the last input partition it processed can be automatically selected for this purpose.

The Merge Step **105**, as the Sub Tasks preceding it, may have to use the heterogeneous read and write functionality and the appropriate type conversions of parts of the data. What the Merge step **105** does is, of course, to merge the outputs of the various Sub Tasks into the result output file or files, represented in this figure by Output **4**. Once the Merge Step **105** has completed, the whole Equivalent Process **101** is complete. The Merge step **105** only needs to be performed in cases where there are more than one Sub Task. Otherwise it is not needed.

If the original Process is a sort Process then there are some additional cases, beyond the simple sort of an input file for

**5**

the creation of an output file where the same technology)can be used to at least some extent.

A typical case is when the sort to be replaced uses exits like the input and output exits supported by all conventional IBM mainframe sort utilities, termed, in this environment E**15** and E**35**.

Such exits could be handled in any of the following ways or a combination thereof:

Provide equivalent exit routines in all the relevant Helping System. This requires some work and is not always possible but when implemented, it is the most efficient solution. Note that the input exit only needs to be implemented where Sub Tasks are performing and the output exit only needs to be implemented where the Merge Process or the only Sub Task is being performed.

Use communication, either over telecommunication lines, or through the disk controller, to communicate between an exit running on one system and a Sub Task or Merge Process running on another. This alternative is not as efficient as the other ones, but it could be the only available one.

Run the Merge Process on the Initiating System **10** just to avoid the need to perform the output exit elsewhere.

Run on the initiating System **10** Pre Sort and Post Sort conversion steps with the sole purpose of running the exits.

FIG. **2** depicts an embodiment that can improve performance in some very special cases.

The special cases where this embodiment would be preferable are those where there is a one to one correspondence between the input records and the output records, the size of the output generated for a given input partition can be predicted and there is no harm in placing the output records in the same order as their corresponding input records appeared in the input file.

In such cases, output partitions are logically allocated on an output file in a one to one correspondence with the input partitions and the Sub Tasks write the output resulting from processing a specific input partition to the corresponding output partition. The Merge step can then be obviated.

In the specific example of FIG. **2**, the output created from processing input**1** **1** is placed in output**1** **401**, the output created for input**2** **2** is placed on output**2** **402** etc.

The Terminate step **106** is only there to signal the termination of the equivalent processes. In an environment where process scheduling is performed by a scheduler, this step can be obviated.

In this embodiment, as well as in that of FIG. **1**, there is a simple way to reduce the risk of failure resulting from one of the systems becoming inoperative.

All that is needed is some mechanism to detect the failure of a system (based, for example, on some heart beat mechanism) and return the partitions for which the failing system was responsible to the general pool where the remaining systems will then take care of them.

FIG. **3** depicts yet another special embodiment that is preferable in applications where the output created by the various Sub Tasks is small when compared to their input, where the order of the resulting records is immaterial and where a mechanism exists for simultaneous writes on a single file.

Note that in the embodiment of FIG. **2** there where simultaneous write operations directed at the same file as well but since the various parts of the output file were preallocated and no two Sub Tasks wrote to the same logical partition of the output, there was no need for a special mechanism to coordinate these simultaneous writes. This is not the case in this figure. Here, the output records are written to the output file **408** at an arbitrary order and there

**6**

is no prior knowledge of their quantity and size. Therefore, the write operations must be coordinated and it is the assumption of this embodiment that they are.

A special case where such an embodiment might be interesting is that of a query that selects rows from a database table without requiring any special ordering of the output. In this case, there might be a process that first scans the index to detect interesting row identifiers and puts them on the input file **9** that serves as an input for the whole process depicted in this figure. Both this input file **9** and the output file **408** can be virtual. The input file may be a memory resident list and the output file may be the screen of a terminal.

FIG. **4** describes a sort process. In the example depicted in FIG. **4**, two subtasks—Sub Task **1** and Sub Task **2**, are invoked to perform a sort.

The input file **0** is (logically) partitioned into six partitions.

Sub Task **2** is, for some reason, faster than Sub Task **1** (it may be running on a faster processor or on one on which the current load is lower). This is why Sub Task **2** manages to do a larger part of the job.

First, Sub Task **2** updates the control file to take responsibility of Input **1**.

Then Sub Task **1** starts processing Input **1**. While this is happening, Sub Task **2** takes responsibility (using the control file) for Input **2** and starts processing it.

While Sub Task **1** processes Input **2**, Sub Task **2** finishes the processing of Input **1**, takes responsibility for Input **3** and processes it, then it takes responsibility for Input **4** and starts processing it.

While Sub Task **2** processes Input **4**, Sub Task **1** finishes processing Input **2**, takes responsibility for Input **5** and starts processing it.

While Sub Task **1** processes Input **5**, Sub Task **2** finishes processing Input **4**, takes responsibility for Input **6**, and processes it.

When both Sub Tasks terminate the processing of their last input partition they put the sorted output on their respective output files.

Then the merge step is initiated and merges the two output files into one merged output file.

I claim:

**1**. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of:

(a) automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions;

(b) distributing descriptions of all of said partitions to each of a plurality of subtask processors

c) simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output and;

d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis; and

(e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks.

**2**. The method defined in claim **1** wherein the automatic determination of file allocation and logical subdivision of records of said input file into said plurality of partitions in

US 7,257,582 B2

7

step (a) and the distribution of the description of all of said partitions in step (b) is carried out with at least one further processor in addition to the subtask processors.

**3**. The method defined in claim **1**, further comprising the step of merging said subtask outputs in step (e).

**4**. The method defined in claim **1** wherein the output in step (e) is a succession of outputs from said subtasks in a one-to-one correspondence with said records of said input file.

**5**. The method defined in claim **1** wherein the output in step (e) is an accumulation of output records from said subtasks in an arbitrary order.

**6**. The method defined in claim **1** wherein said input file resides on a storage area network and is derived therefrom.

**7**. The method defined in claim **1** wherein said input file resides on a network-attached storage and is derived therefrom.

**8**. The method defined in claim **1** wherein said computer-executable process is a sort process.

**9**. The method defined in claim **1** wherein said computer-executable process is a statistical analysis process.

8

**10**. The method defined in claim **1** wherein said computer-executable process is a report-creating process.

**11**. The method defined in claim **1** wherein said computer-executable process includes a database query.

**12**. The method defined in claim **2** wherein said one processor is part of a mainframe computer and the other processors are processors of at least one other computer.

**13**. The method defined in claim **1** wherein said plurality of processors are all parts of a single multiprocessor.

**14**. The method defined in claim **1** wherein the automatic determination of file allocation and logical subdivision of records of said input file into said plurality of partitions in step (a) and the distribution of the descriptions of all of said partitions in step (b) is carried out with at least one processor, and said one processor and said plurality of processors are all parts of a single multiprocessor not including said one processor.

\* \* \* \* \*

# **<u>Exhibit 6</u>**

# KASOWITZ BENSON TORRES LLP

333 TWIN DOLPHIN DRIVE, SUITE 200

REDWOOD SHORES, CALIFORNIA 94065

(650) 453-5170

FAX: (650) 453-5171

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEW YORK
NEWARK
SAN FRANCISCO
WASHINGTON DC

Jonathan K. Waldrop
Direct Dial: (650) 453-5425
Direct Fax: (650) 362-2445
jwaldrop@kasowitz.com

November 1, 2024

**VIA COURIER, FED EX & EMAIL**

Jeff Novota
Vice President, General Counsel
Southwest Airlines Co.
2702 Love Field Drive
Dallas, TX 7523
Jeffrey.novota@wnco.com

c/o Its Registered Agent
Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701

Dear Mr. Novota:

We write on behalf of Intellectual Ventures Management, LLC ("IVM"). IVM provides management services to Invention Investment Fund I, L.P. ("IIF1") and Invention Investment Fund II, LLC ("IIF2", and together with IIF1, "IIF") as well as Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC (IV II"). IIF, IV I, and/or IV II (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (more than 5,000 worldwide patents and applications), which relate to a broad range of technologies. Many of these patented technologies should be of interest to Southwest Airlines Co. ("Southwest").

Initially, we would like to call your attention to six (6) example patents in particular, which cover technologies used in at least the following systems and services, and those having the same or substantially similar technologies, that Southwest uses, services, tests, distributes, and/or offers:

**K A S O W I T Z   B E N S O N   T O R R E S  LLP**

Jeff Novota
November 1, 2024
Page 2

| U.S. Patent No. | Invention Title and Owner | Example Patent Claim | Example Systems and Services |
|---|---|---|---|
| 8,332,844 | **Title:** ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT<br><br>**Owner:** IV II | 7 | Systems and services that utilize Docker, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 8,407,722 | **Title:** ASYNCHRONOUS MESSAGING USING A NODE SPECIALIZATION ARCHITECTURE IN THE DYNAMIC ROUTING NETWORK<br><br>**Owner:** IV I | 14 | Systems and services that utilize Kafka, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 7,949,785 | **Title:** SECURE VIRTUAL COMMUNITY NETWORK SYSTEM<br><br>**Owner**: IV I | 30 | Systems and services that utilize Kubernetes, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 8,027,326 | **Title:** METHOD AND SYSTEM FOR HIGH DATA RATE MULTI-CHANNEL WLAN ARCHITECTURE<br><br>**Owner:** IV I | 1 | Systems and services that utilize WiFi access points, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |

**KASOWITZ BENSON TORRES LLP**

Jeff Novota
November 1, 2024
Page 3

| U.S. Patent No. | Invention Title and Owner | Example Patent Claim | Example Systems and Services |
|---|---|---|---|
| 7,324,469 | **Title**: SATELLITE DISTRIBUTED HIGH SPEED INTERNET ACCESS<br><br>**Owner:** IV II | 24 | Systems and services that utilize WiFi, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 7,257,582 | **Title:** LOAD BALANCING WITH SHARED DATA<br><br>**Owner:** IV I | 1 | Systems and services that utilize Apache Spark, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |

Please note that these six (6) example patents are offered as an initial list of the example patents and example infringing systems and services, and that IV's investigation of Southwest's systems and services is ongoing. Enclosed are copies of each of the example patents listed above.

IV does not authorize Southwest or Southwest's customers or partners to practice any of these patents without a license. IV is willing to offer a patent license to Southwest and remains open to business discussions with Southwest to negotiate such a license, either to the specifically referenced patents, or to all or a subset of the IV patent rights.

We look forward to hearing from you at your earliest convenience.

Sincerely,

Jonathan K. Waldrop

**Exhibit 7 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example Southwest Count I Systems and Services**
**U.S. Patent No. 8,332,844 ("the '844 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize Docker; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count I Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, the Southwest Systems and Services use Docker in its private cloud(s). For example, Southwest posts, or has posted, job opportunities that require familiarity with Docker containerization concepts.

*See*  https://www.linkedin.com/in/charlesmarshall-eth/, the job profile of an associate software engineer lisitng Docker as a skill. (last accessed 9/23/2024).

*See* https://www.linkedin.com/in/bhaveshkar-kongari/, the job profile of a senior DevOps Engineer listing usage of Docker. (last accessed 9/24/24).

As another example, Southwest has stated that it is investing in cloud technology and has "moved about 50% of its technology" to the cloud and has indicated cloud migration is one of its areas of focus for 2024 and beyond. Source: https://www.phocuswire.com/southwest-airlines-cio-tech-investment.

---

[1] For the avoidance of doubt, Plaintiffs do not accuse public clouds of Southwest if those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Southwest's activities. IV will provide relevant license agreements for cloud providers in discovery. To the extent any of these licenses are relevant to Southwest's activities, Plaintiffs will meet and confer with Southwest about the impact of such license(s).

On information and belief, other information confirms Southwest uses Docker technology.



# Top Airlines, Airports & Air Services Companies Using Docker

37,841 companies using this technology

By Docker

Docker is a software container platform. Developers use Docker to eliminate "works on my machine" problems when collaborating on code with co-workers. Operators use Docker to run and manage apps side-by-side in isolated containers to get better compute density. Enterprises use Docker to build agile software delivery pipelines. Read less



## Southwest Airlines
Technologies used by the company: 1,161

Source: https://www.zoominfo.com/tech/23717/docker-tech-from-transportation-airline-industry-in-us-by-revenue.[2]

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| [7.pre]. A method for providing data to a plurality of compute nodes, comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count I Systems and Services practice a method for providing data to a plurality of compute nodes. |
| | For example, on information and belief, Southwest's use of Docker provides "a method for providing data to a plurality of compute nodes." |
| | Docker is an open platform for developing, shipping, and running applications. Docker enables you to separate your applications from your infrastructure so you can deliver software quickly. With Docker, you can manage your infrastructure in the same ways you manage your applications. By taking advantage of Docker's methodologies for shipping, testing, and deploying code, you can significantly reduce the delay between writing code and running it in production. |
| | Source: https://docs.docker.com/get-started/overview/. |
| | **The Docker platform** |
| | Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security lets you run many containers simultaneously on a given host. Containers are lightweight and contain everything needed to run the application, so you don't need to rely on what's installed on the host. You can share containers while you work, and be sure that everyone you share with gets the same container that works in the same way. |
| | Source: https://docs.docker.com/get-started/overview/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | Docker provides tooling and a platform to manage the lifecycle of your containers:<br><br>• Develop your application and its supporting components using containers.<br><br>• The container becomes the unit for distributing and testing your application.<br><br>• When you're ready, deploy your application into your production environment, as a container or an orchestrated service. This works the same whether your production environment is a local data center, a cloud provider, or a hybrid of the two.<br><br>Source: https://docs.docker.com/get-started/overview/.<br><br>On information and belief, Docker uses a client-server architecture. For example, the Docker architecture shown below shows a client, a Docker host, and a registry. Docker clients communicate with a Docker daemon, which builds, runs, and distributes Docker containers. Docker images are run within containers. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | <br><br>Source: https://docs.docker.com/get-started/overview/. |
| [7.a] storing blocks of a root image of said compute nodes on a first storage unit; | On information and belief, the Southwest Count I Systems and Services practice storing blocks of a root image of said compute nodes on a first storage unit.<br><br>For example, on information and belief, Docker stores blocks of a root image including a collection of read-only layers in a Docker image in the Docker registry. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.<br><br>Source: https://docs.docker.com/storage/storagedriver/.<br><br><br>Source: https://docs.docker.com/storage/storagedriver/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | ## Distribution Registry<br><br>### What it is<br><br>The Registry is a stateless, highly scalable server side application that stores and lets you distribute container images and other content. The Registry is open-source, under the permissive Apache license.<br><br>Source: https://docs.docker.com/registry/.<br><br>## Why use it<br><br>You should use the Registry if you want to:<br><br>• tightly control where your images are being stored<br>• fully own your images distribution pipeline<br>• integrate image storage and distribution tightly into your in-house development workflow<br><br>Source: https://docs.docker.com/registry/.<br><br>On information and belief, the image below shows blocks of a root image (associated with ubuntu version 15.04) that is associated with a compute node. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | <br><br>Source: https://docs.docker.com/storage/storagedriver/.<br><br>On information and belief, an image stores blocks of a root image, such as an ubuntu image or other operating systems software and other applications and software.<br><br>An image is a read-only template with instructions for creating a Docker container. Often, an image is based on another image, with some additional customization. For example, you may build an image which is based on the `ubuntu` image, but installs the Apache web server and your application, as well as the configuration details needed to make your application run.<br><br>Source: https://docs.docker.com/get-started/overview/. |

9

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | ## Docker registries<br><br>A Docker registry stores Docker images. Docker Hub is a public registry that anyone can use, and Docker looks for images on Docker Hub by default. You can even run your own private registry.<br><br>Source: https://docs.docker.com/get-started/overview/.<br><br>On information and belief, Docker includes images that are built up from a series of layers, where each layer represents an instruction in the image's Dockerfile. Blocks of a root image are stored in a memory associated with a computer such as a server (node). |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | ## Images and layers<br><br>A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:<br><br>```<br># syntax=docker/dockerfile:1<br><br>FROM ubuntu:22.04<br>LABEL org.opencontainers.image.authors="org@example.com"<br>COPY . /app<br>RUN make /app<br>RUN rm -r $HOME/.cache<br>CMD python /app/app.py<br>```<br><br>This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | Source: https://docs.docker.com/engine/storage/drivers/. <br><br> The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged. <br><br> Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image. <br><br> Source: https://docs.docker.com/engine/storage/drivers/. <br><br> On information and belief, a Docker image and a Docker container can be layered in a manner as shown in the image below. <br><br>  <br><br> Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | *See also* preamble [7.pre]. |
| [7.b] storing leaf images for respective compute nodes on respective second storage units, | On information and belief, the Southwest Count I Systems and Services practice storing leaf images for respective compute nodes on respective second storage units. |
| | For example, on information and belief, Docker stores leaf images including thin R/W layer in a runnable container for respective compute nodes on respective second storage units including Docker's local storage area. |
| | The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image. |
| | Source: https://docs.docker.com/engine/storage/drivers/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | When you use `docker pull` to pull down an image from a repository, or when you create a container from an image that doesn't yet exist locally, each layer is pulled down separately, and stored in Docker's local storage area, which is usually `/var/lib/docker/` on Linux hosts. You can see these layers being pulled in this example:<br><br>```<br>$ docker pull ubuntu:22.04<br>22.04: Pulling from library/ubuntu<br>f476d66f5408: Pull complete<br>8882c27f669e: Pull complete<br>d9af21273955: Pull complete<br>f5029279ec12: Pull complete<br>Digest: sha256:6120be6a2b7ce665d0cbddc3ce6eae60fe94637c6a66985312d11<br>Status: Downloaded newer image for ubuntu:22.04<br>docker.io/library/ubuntu:22.04<br>```<br><br>Source: https://docs.docker.com/engine/storage/drivers/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | ## Images and layers<br><br>A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:<br><br>```<br># syntax=docker/dockerfile:1<br><br>FROM ubuntu:22.04<br>LABEL org.opencontainers.image.authors="org@example.com"<br>COPY . /app<br>RUN make /app<br>RUN rm -r $HOME/.cache<br>CMD python /app/app.py<br>```<br><br>This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | Source: https://docs.docker.com/engine/storage/drivers/.<br><br>The major difference between a container and an image is the top writable layer. ==All writes to the container that add new or modify existing data are stored in this writable layer.== When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.<br><br>Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.<br><br>Source: https://docs.docker.com/engine/storage/drivers/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | Source: https://docs.docker.com/engine/storage/drivers/. <br><br> On information and belief, the image below shows a thin r/w layer for each of four separate containers that are each stored in memory and are associated with a a root image that is further associated with a compute node. |

17

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| |  Source: https://docs.docker.com/engine/storage/drivers/. <br><br> *See also* description below of containers. *See* https://docs.docker.com/engine/docker-overview/. <br><br> On information and belief, a Docker container is a runnable instance of an image and includes configuration options when it is created or started. When an image is run and a container is generated, a writable layer is created (on top of other layer(s)) and includes all changes to the running container. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | **Containers**<br><br>A container is a runnable instance of an image. You can create, start, stop, move, or delete a container using the Docker API or CLI. You can connect a container to one or more networks, attach storage to it, or even create a new image based on its current state.<br><br>By default, a container is relatively well isolated from other containers and its host machine. You can control how isolated a container's network, storage, or other underlying subsystems are from other containers or from the host machine.<br><br>A container is defined by its image as well as any configuration options you provide to it when you create or start it. When a container is removed, any changes to its state that aren't stored in persistent storage disappear.<br><br>Source: https://docs.docker.com/get-started/docker-overview/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | Docker uses storage drivers to store image layers, and to store data in the writable layer of a container. The container's writable layer doesn't persist after the container is deleted, but is suitable for storing ephemeral data that is generated at runtime. Storage drivers are optimized for space efficiency, but (depending on the storage driver) write speeds are lower than native file system performance, especially for storage drivers that use a copy-on-write filesystem. Write-intensive applications, such as database storage, are impacted by a performance overhead, particularly if pre-existing data exists in the read-only layer.<br><br>On information and belief, a Docker image and a Docker container can be layered in a manner as shown in the image below.<br><br><br><br>Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. |
| [7.b.i] said leaf images including only additional data blocks not previously contained in said root image | On information and belief, the Southwest Count I Systems and Services practice storing leaf images, where said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image. |

20

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| and changes made by respective compute nodes to the blocks of the root image, | For example, on information and belief, Docker includes a writable per runnable container layer for new data such as new files and including a copy on write strategy for changes made to the blocks of the root image.<br><br>The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.<br><br>Source: https://docs.docker.com/engine/storage/drivers/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | ## Container and layers<br><br>The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.<br><br>Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.<br><br>Source: https://docs.docker.com/engine/storage/drivers/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | <br><br>Source: https://docs.docker.com/engine/storage/drivers/.<br><br>Docker uses storage drivers to manage the contents of the image layers and the writable container layer. Each storage driver handles the implementation differently, but all drivers use stackable image layers and the copy-on-write (CoW) strategy.<br><br>Source: https://docs.docker.com/engine/storage/drivers/. |

| U.S. Patent No. 8,332,844 (Claim 7) ||
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | ## The copy-on-write (CoW) strategy<br><br>Copy-on-write is a strategy of sharing and copying files for maximum efficiency. If a file or directory exists in a lower layer within the image, and another layer (including the writable layer) needs read access to it, it just uses the existing file. The first time another layer needs to modify the file (when building the image or running the container), the file is copied into that layer and modified. This minimizes I/O and the size of each of the subsequent layers. These advantages are explained in more depth below.<br><br>Source: https://docs.docker.com/engine/storage/drivers/.<br><br>On information and belief, when a container is created or started, a thin writable container layer is added on top of the other layers, and any changes the container makes to the filesystem are stored in this layer, whereas any files that the container does not change do not get copied into this layer. Multiple containers can share access to the same image and maintain their own data state using their container layer. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | Copying makes containers efficient<br><br>When you start a container, a thin writable container layer is added on top of the other layers. Any changes the container makes to the filesystem are stored here. Any files the container doesn't change don't get copied to this writable layer. This means that the writable layer is as small as possible.<br><br>Source: https://docs.docker.com/engine/storage/drivers/.<br><br>Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.<br><br>Source: https://docs.docker.com/engine/storage/drivers/.<br>*See also* claim limitations [7.a] and [7.b]. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| [7.b.ii] wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and | On information and belief, the Southwest Count I Systems and Services practice said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes. |

For example, on information and belief, Docker contains a writable layer using copy on write, leaving unchanged image data in their original image layers.

Docker uses storage drivers to manage the contents of the image layers and the writable container layer. Each storage driver handles the implementation differently, but all drivers use stackable image layers and the copy-on-write (CoW) strategy.

Source: https://docs.docker.com/engine/storage/drivers/.

# The copy-on-write (CoW) strategy

Copy-on-write is a strategy of sharing and copying files for maximum efficiency. If a file or directory exists in a lower layer within the image, and another layer (including the writable layer) needs read access to it, it just uses the existing file. The first time another layer needs to modify the file (when building the image or running the container), the file is copied into that layer and modified. This minimizes I/O and the size of each of the subsequent layers. These advantages are explained in more depth below.

Source: https://docs.docker.com/engine/storage/drivers/.

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | On information and belief, when a container is created or started, a thin writable container layer is added on top of the other layers, and any changes the container makes to the filesystem are stored in this layer, whereas any files that the container does not change do not get copied into this layer. Multiple containers can share access to the same image and maintain their own data state using their container layer. |

### Container and layers

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

Source: https://docs.docker.com/engine/storage/drivers/.

| U.S. Patent No. 8,332,844 (Claim 7) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| |  Source: https://docs.docker.com/engine/storage/drivers/. <br><br> **Copying makes containers efficient** <br><br> When you start a container, a thin writable container layer is added on top of the other layers. Any changes the container makes to the filesystem are stored here. Any files the container doesn't change don't get copied to this writable layer. This means that the writable layer is as small as possible. <br><br> Source: https://docs.docker.com/engine/storage/drivers/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.<br><br>Source: https://docs.docker.com/engine/storage/drivers/.<br><br>On information and belief, in the example below, the image layer includes file 1, file 2, and file 3, and the container layer includes file 2 and file 4. The container mount provides a unified view of the image and container layers. In this example, the container layer does not include file 1 or file 3, and includes file 2 and file 4, which have either been modified or created.<br><br><br><br>Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/.<br><br>*See also* claim limitations [7.a], [7.b], and [7.b.i]. |
| [7.c] caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory. | On information and belief, the Southwest Count I Systems and Services practice caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.<br><br>Docker caches unchanged image layers from previous commands. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | ## Optimize cache usage in builds<br><br>When building with Docker, a layer is reused from the build cache if the instruction and the files it depends on hasn't changed since it was previously built. Reusing layers from the cache speeds up the build process because Docker doesn't have to rebuild the layer again.<br><br>Source: https://docs.docker.com/build/cache/optimize/.<br><br>## Understanding Docker Cache<br><br>Before we dive into the cleaning process, it's important to understand how Docker cache works. When you build a Docker image, Docker uses a build cache to speed up the build process. The build cache stores intermediate layers of the image, which are the layers that don't change frequently. This allows Docker to reuse these layers when building a new image, saving time and resources.<br><br>Source: https://collabnix.com/how-to-clear-docker-cache/. |

| U.S. Patent No. 8,332,844 (Claim 7) | |
|---|---|
| **Claim(s)** | **Example Southwest Count I Systems and Services** |
| | At each occurrence of a RUN command in the Dockerfile, Docker will create and commit a new layer to the image, which is just a set of tightly-coupled directories full of various file structure that comprise a Docker image. In a default install, these are located in /var/lib/docker.<br><br>During a new build, all of these file structures have to be created and written to disk — this is where Docker stores base images. Once created, the container (and subsequent new ones) will be stored in the folder in this same area.<br><br>What makes the cache important? If the objects on the file system that Docker is about to produce are unchanged between builds, reusing a cache of a previous build on the host is a great time-saver. It makes building a new container really, really fast. None of those file structures have to be created and written to disk this time — the reference to them is sufficient to locate and reuse the previously built structures.<br><br>Source: https://thenewstack.io/understanding-the-docker-cache-for-faster-builds/. |

**Exhibit 8 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example Southwest Count II Systems and Service
sU.S. Patent No. 8,407,722 ("'722 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize Kafka; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count II Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, the Southwest Systems and Services use Kafka in its private cloud(s). For example, Southwest posts, or has posted, job opportunities that require familiarity with Kafka technology.

*See*  https://www.linkedin.com/in/charlesmarshall-eth/, the job profile of an associate software engineer listing Apache Kafka as a skill. (last accessed 9/24/24).

*See* https://www.linkedin.com/in/kiransgcapg/, the job profile of a Full stack developer stating that he develop Southwest services using Kafka. (last accessed 9/23/24).

*See* https://www.linkedin.com/in/sundhar-alagumalai-767173ab/, the job profile of a Solutions Architect listing Apache Kafka as a skill for his position at Southwest Airlines. (last accessed 9/24/24).

As another example, Southwest has stated that it is investing in cloud technology and has "moved about 50% of its technology" to the cloud and has indicated cloud migration is one of its areas of focus for 2024 and beyond. Source: https://www.phocuswire.com/southwest-airlines-cio-tech-investment.

---

[1] For the avoidance of doubt, Plaintiffs do not accuse public clouds of Southwest if those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Southwest's activities. IV will provide relevant license agreements for cloud providers in discovery. To the extent any of these licenses are relevant to Southwest's activities, Plaintiffs will meet and confer with Southwest about the impact of such license(s).

On information and belief, additional evidence confirms that Southwest uses Kafka technology.



# Top Airlines, Airports & Air Services Companies Using Apache Kafka

15,734 companies using this technology

Apache Kafka, an open source technology that acts as a real-time, fault tolerant, scalable messaging system. It is adopted for use cases ranging from collecting user activity data, logs, application metrics to stock ticker data, and device instrumentation.



## Southwest Airlines

Technologies used by the company: 1,161

Source: https://www.zoominfo.com/tech/24100/apache-kafka-tech-from-transportation-airline-industry-in-us-by-revenue. [2]

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| 14. A method comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count II Systems and Services practice a method. |
| | Kafka is a distributed streaming platform that enables publishing, subscribing, and storing streams of records. |
| | **1. GETTING STARTED** |
| | **1.1 Introduction** |
| | **Apache Kafka® is *a distributed streaming platform*. What exactly does that mean?** |
| | A streaming platform has three key capabilities: |
| | • Publish and subscribe to streams of records, similar to a message queue or enterprise messaging system. |
| | • Store streams of records in a fault-tolerant durable way. |
| | • Process streams of records as they occur. |
| | Kafka is generally used for two broad classes of applications: |
| | • Building real-time streaming data pipelines that reliably get data between systems or applications |
| | • Building real-time streaming applications that transform or react to the streams of data |
| | Source: https://kafka.apache.org/20/documentation.html.[3] |
| | **Topics and Logs** |
| | Let's first dive into the core abstraction Kafka provides for a stream of records—the topic. |
| | A topic is a category or feed name to which records are published. Topics in Kafka are always multi-subscriber; that is, a topic can have zero, one, or many consumers that subscribe to the data written to it. |

---

[3] Annotations added unless otherwise noted.

4

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | Source: https://kafka.apache.org/20/documentation.html.<br><br><br><br>Source: https://kafka.apache.org/20/documentation.html. |
| 14[a] providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at | On information and belief, the Southwest Count II Systems and Services practice providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and causing the client device to respond to the live object of the data representation by determining an object identifier (ID) of the live object and to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to a node in the routing network. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| least one live object recognizable by the client device, and causing the client device to respond to the live object of the data representation by determining an object identifier (ID) of the live object and to register for updates of the live object with the routing network, such that registering the client device with the routing network provides client connection information to a node in the routing network; and | Kafka includes a Producer API that allows applications to publish streams of records, and a Consumer API that allows applications to subscribe to one or more topics and process streams of records produced to them.<br><br>Kafka has four core APIs:<br><br>• The Producer API allows an application to publish a stream of records to one or more Kafka topics.<br>• The Consumer API allows an application to subscribe to one or more topics and process the stream of records produced to them.<br>• The Streams API allows an application to act as a *stream processor*, consuming an input stream from one or more topics and producing an output stream to one or more output topics, effectively transforming the input streams to output streams.<br><br>Source: https://kafka.apache.org/20/documentation.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | **2.1 Producer API**<br><br>The Producer API allows applications to send streams of data to topics in the Kafka cluster.<br><br>Examples showing how to use the producer are given in the javadocs.<br><br>To use the producer, you can use the following maven dependency:<br><br>```xml\n<dependency>\n    <groupId>org.apache.kafka</groupId>\n    <artifactId>kafka-clients</artifactId>\n    <version>3.7.0</version>\n</dependency>\n```<br><br>Source: https://kafka.apache.org/documentation.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | **Constructor Detail**<br><br>**ProducerRecord**<br><br>```<br>public ProducerRecord(String topic,<br>                      Integer partition,<br>                      Long timestamp,<br>                      K key,<br>                      V value)<br>```<br><br>Creates a record with a specified timestamp to be sent to a specified topic and partition<br><br>**Parameters:**<br>    topic - The topic the record will be appended to<br>    partition - The partition to which the record should be sent<br>    timestamp - The timestamp of the record<br>    key - The key that will be included in the record<br>    value - The record contents<br><br>Source:<br>https://kafka.apache.org/0102/javadoc/org/apache/kafka/clients/producer/ProducerRecord.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | <br><br>Source: https://kafka.apache.org/20/documentation.html.<br><br>Kafka Producers publish records to a Kafka cluster. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | ```
public class KafkaProducer<K,V>
extends Object
implements Producer<K,V>

A Kafka client that publishes records to the Kafka cluster.

The producer is *thread safe* and sharing a single producer instance across threads will generally be faster than having multiple instances.

Here is a simple example of using the producer to send records with strings containing sequential numbers as the key/value pairs.


Properties props = new Properties();
props.put("bootstrap.servers", "localhost:9092");
props.put("acks", "all");
props.put("key.serializer", "org.apache.kafka.common.serialization.StringSerializer");
props.put("value.serializer", "org.apache.kafka.common.serialization.StringSerializer");

Producer<String, String> producer = new KafkaProducer<>(props);
for (int i = 0; i < 100; i++)
    producer.send(new ProducerRecord<String, String>("my-topic", Integer.toString(i), Integer.toString(i)));

producer.close();
``` <br><br>Source: https://kafka.apache.org/23/javadoc/org/apache/kafka/clients/producer/KafkaProducer.html.<br><br>The producer consists of a pool of buffer space that holds records that haven't yet been transmitted to the server as well as a background I/O thread that is responsible for turning these records into requests and transmitting them to the cluster. Failure to close the producer after use will leak these resources.<br><br>The send() method is asynchronous. When called it adds the record to a buffer of pending record sends and immediately returns. This allows the producer to batch together individual records for efficiency.<br><br>Source: https://kafka.apache.org/23/javadoc/org/apache/kafka/clients/producer/KafkaProducer.html.<br><br>Kafka Producers create ProducerRecords that are sent to a specific topic and partition. These records can be received and processed by Consumers. |

10

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | **Constructor Detail**<br><br>**ProducerRecord**<br><br>```<br>public ProducerRecord(String topic,<br>                      Integer partition,<br>                      Long timestamp,<br>                      K key,<br>                      V value)<br>```<br><br>Creates a record with a specified timestamp to be sent to a specified topic and partition<br><br>**Parameters:**<br>    topic - The topic the record will be appended to<br>    partition - The partition to which the record should be sent<br>    timestamp - The timestamp of the record<br>    key - The key that will be included in the record<br>    value - The record contents<br><br>Source:<br>https://kafka.apache.org/0102/javadoc/org/apache/kafka/clients/producer/ProducerRecord.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | Source: http://cloudurable.com/blog/kafka-architecture/index.html.<br><br>*Usage Examples*<br><br>The consumer APIs offer flexibility to cover a variety of consumption use cases. Here are some examples to demonstrate how to use them.<br><br>**Automatic Offset Committing**<br><br>This example demonstrates a simple usage of Kafka's consumer api that relying on automatic offset committing.<br><br>Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | The connection to the cluster is bootstrapped by specifying a list of one or more brokers to contact using the configuration `bootstrap.servers`. This list is just used to discover the rest of the brokers in the cluster and need not be an exhaustive list of servers in the cluster (though you may want to specify more than one in case there are servers down when the client is connecting). |
| | Setting `enable.auto.commit` means that offsets are committed automatically with a frequency controlled by the config `auto.commit.interval.ms`. |
| | In this example the consumer is subscribing to the topics *foo* and *bar* as part of a group of consumers called *test* as configured with `group.id`. |
| | Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |
| | Kafka topics are divided into partitions, and Kafka uses offsets that act uas an identifier of a record within a partition and denotes the position of the consumer to the partition. |
| | org.apache.kafka.clients.consumer<br><br>Class **KafkaConsumer**\<K,V\><br><br>java.lang.Object<br>    org.apache.kafka.clients.consumer.KafkaConsumer\<K,V\><br><br>All Implemented Interfaces:<br><br>java.io.Closeable, java.lang.AutoCloseable, Consumer\<K,V\> |
| | Source: https://kafka.apache.org/22/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |
| | *Offsets and Consumer Position*<br><br>Kafka maintains a numerical offset for each record in a partition. This offset acts as a unique identifier of a record within that partition, and also denotes the position of the consumer in the partition. For example, a consumer which is at position 5 has consumed records with offsets 0 through 4 and will next receive the record with offset 5. There are actually two notions of position relevant to the user of the consumer: |
| | The `position` of the consumer gives the offset of the next record that will be given out. It will be one larger than the highest offset the consumer has seen in that partition. It automatically advances every time the consumer receives messages in a call to `poll(Duration)`. |
| | The `committed position` is the last offset that has been stored securely. Should the process fail and restart, this is the offset that the consumer will recover to. The consumer can either automatically commit offsets periodically; or it can choose to control this committed position manually by calling one of the commit APIs (e.g. `commitSync` and `commitAsync`). |
| | This distinction gives the consumer control over when a record is considered consumed. It is discussed in further detail below. |
| | Source: https://kafka.apache.org/22/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | **Topics and Partitions**<br><br>Messages in Kafka are categorized into *topics*. The closest analogies for a topic are a database table or a folder in a filesystem. Topics are additionally broken down into a number of *partitions*. Going back to the "commit log" description, a partition is a single log. Messages are written to it in an append-only fashion and are read in order from beginning to end. Note that as a topic typically has multiple partitions, there is no guarantee of message ordering across the entire topic, just within a single partition. Figure 1-5 shows a topic with four partitions, with writes being appended to the end of each one. Partitions are also the way that Kafka provides redundancy and scalability. Each partition can be hosted on a different server, which means that a single topic can be scaled horizontally across multiple servers to provide performance far beyond the ability of a single server. Additionally, partitions can be replicated, such that different servers will store a copy of the same partition in case one server fails.<br><br>Source: Kafka: The Definitive Guide (2nd Ed.), O'Reilly Publishing (2021).<br><br>For each topic, the Kafka cluster maintains a partitioned log that looks like this:<br><br><br><br>Source: https://kafka.apache.org/20/documentation.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | **Commits and Offsets**<br><br>Whenever we call `poll()`, it returns records written to Kafka that consumers in our group have not read yet. This means that we have a way of tracking which records were read by a consumer of the group. As discussed before, one of Kafka's unique characteristics is that it does not track acknowledgments from consumers the way many JMS queues do. Instead, it allows consumers to use Kafka to track their position (offset) in each partition.<br><br>We call the action of updating the current position in the partition a `commit`.<br><br>How does a consumer commit an offset? It produces a message to Kafka, to a special `__consumer_offsets` topic, with the committed offset for each partition. As long as all your consumers are up, running, and churning away, this will have no impact. However, if a consumer crashes or a new consumer joins the consumer group, this will *trigger a rebalance*. After a rebalance, each consumer may be assigned a new set of partitions than the one it processed before. In order to know where to pick up the work, the consumer will read the latest committed offset of each partition and continue from there.<br><br>Source: https://www.oreilly.com/library/view/kafka-the-definitive/9781491936153/ch04.html.<br><br>Kafka Consumers can identify topics that it wants to subscribe to through subscribe APIs and receive records through offset processing.<br><br>Each consumer in a group can dynamically set the list of topics it wants to subscribe to through one of the `subscribe` APIs. Kafka will deliver each message in the subscribed topics to one process in each consumer group. This is achieved by balancing the partitions between all members in the consumer group so that each partition is assigned to exactly one consumer in the group. So if there is a topic with four partitions, and a consumer group with two processes, each process would consume from two partitions.<br><br>Source: https://kafka.apache.org/22/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | Kafka has four core APIs:<br><br>• The Producer API allows an application to publish a stream of records to one or more Kafka topics.<br>• The Consumer API allows an application to subscribe to one or more topics and process the stream of records produced to them.<br>• The Streams API allows an application to act as a *stream processor*, consuming an input stream from one or more topics and producing an output stream to one or more output topics, effectively transforming the input streams to output streams.<br><br>Source: https://kafka.apache.org/20/documentation.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| |  |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | The connection to the cluster is bootstrapped by specifying a list of one or more brokers to contact using the configuration >bootstrap.servers. This list is just used to discover the rest of the brokers in the cluster and need not be an exhaustive list of servers in the cluster (though you may want to specify more than one in case there are servers down when the client is connecting).<br><br>Setting enable.auto.commit means that offsets are committed automatically with a frequency controlled by the config auto.commit.interval.ms.<br><br>In this example the consumer is subscribing to the topics *foo* and *bar* as part of a group of consumers called *test* as configured with group.id.<br><br>Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html.<br><br>Kafka uses DNS resolution for Kafka client connectivity to Kafka brokers.<br><br>DNS resolution is an important aspect of Kafka client connectivity as it enables the clients to connect to the correct Kafka brokers. When a Kafka client is configured to connect to a Kafka cluster, it typically specifies a list of broker hostnames or IP addresses in its configuration.<br><br>When a Kafka client is started, it first reads its configuration file to determine the initial list of bootstrap brokers. These brokers are specified as a comma-separated list of hostname and port pairs (e.g., broker1.example.com:9092,broker2.example.com:9092).<br><br>The Kafka client then performs DNS resolution to obtain the IP addresses of the specified hostnames. By default, the client uses the operating system's default DNS resolution behavior, which typically involves sending DNS queries to a DNS resolver provided by the operating system.<br><br>Source: https://levelup.gitconnected.com/dns-resolution-for-kafka-clients-2e76b28e4717. |
| 14[b] sending, using the processing device of the input source, an update | On information and belief, the Southwest Count II Systems and Services practice sending, using the processing device of the input source, an update message to the routing network, wherein the update message identifies the live object and contains update data that updates a property of the live object. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| message to the routing network, wherein the update message identifies the live object and contains update data that updates a property of the live object, | Kafka Producers can use the Producer API to send streams of data to topics in a Kafka cluster.<br><br>Kafka has four core APIs:<br><br>• The Producer API allows an application to publish a stream of records to one or more Kafka topics.<br>• The Consumer API allows an application to subscribe to one or more topics and process the stream of records produced to them.<br>• The Streams API allows an application to act as a *stream processor*, consuming an input stream from one or more topics and producing an output stream to one or more output topics, effectively transforming the input streams to output streams.<br><br>Source: https://kafka.apache.org/20/documentation.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | <br>Source: http://cloudurable.com/blog/kafka-architecture/index.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | ## 2.1 Producer API<br><br>The Producer API allows applications to send streams of data to topics in the Kafka cluster.<br><br>Examples showing how to use the producer are given in the javadocs.<br><br>To use the producer, you can use the following maven dependency:<br><br><pre><code>1  <dependency><br>2      <groupId>org.apache.kafka</groupId><br>3      <artifactId>kafka-clients</artifactId><br>4      <version>3.7.0</version><br>5  </dependency></code></pre><br>Source: https://kafka.apache.org/documentation.html. |

21

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | ## KTable<br><br>A **KTable** is an abstraction of a **changelog stream**, where each data record represents an update. More precisely, the value in a data record is interpreted as an "UPDATE" of the last value for the same record key, if any (if a corresponding key doesn't exist yet, the update will be considered an INSERT). Using the table analogy, a data record in a changelog stream is interpreted as an UPSERT aka INSERT/UPDATE because any existing row with the same key is overwritten. Also, `null` values are interpreted in a special way: a record with a `null` value represents a "DELETE" or tombstone for the record's key.<br><br>Source: https://docs.confluent.io/platform/current/streams/concepts.html.<br><br>**The Poll Loop**<br><br>At the heart of the consumer API is a simple loop for polling the server for more data. Once the consumer subscribes to topics, the poll loop handles all details of coordination, partition rebalances, heartbeats, and data fetching, leaving the developer with a clean API that simply returns available data from the assigned partitions. The main body of a consumer will look as follows:<br><br>Source: https://www.oreilly.com/library/view/kafka-the-definitive/9781491936153/ch04.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | ```
try {
    while (true) { ❶
        ConsumerRecords<String, String> records = consumer.poll(100); ❷
        for (ConsumerRecord<String, String> record : records) ❸
        {
            log.debug("topic = %s, partition = %d, offset = %d,"
                customer = %s, country = %s\n",
                record.topic(), record.partition(), record.offset(),
                record.key(), record.value());

            int updatedCount = 1;
            if (custCountryMap.countainsKey(record.value())) {
                updatedCount = custCountryMap.get(record.value()) + 1;
            }
            custCountryMap.put(record.value(), updatedCount)

            JSONObject json = new JSONObject(custCountryMap);
            System.out.println(json.toString(4)) ❹
        }
    }
} finally {
    consumer.close(); ❺
}
```<br><br>Source: https://www.oreilly.com/library/view/kafka-the-definitive/9781491936153/ch04.html. |
| 14[c] wherein a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node | On information and belief, the Southwest Count II Systems and Services practice a gateway device at the routing network is configured to identify a category of the update message based on the input source, to determine a node type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network.<br><br>Kafka clusters include Kafka brokers, where Kafka Producers push records to Kafka topics via a broker. Kafka Consumers pull records off a Kafka topic. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network, | <br><br>Source: https://www.cloudkarafka.com/blog/part1-kafka-for-beginners-what-is-apache-kafka.html.<br><br>## Kafka Broker<br><br>A Kafka cluster consists of one or more servers (Kafka brokers) running Kafka. Producers are processes that push records into Kafka topics within the broker. A consumer pulls records off a Kafka topic.<br><br>Running a single Kafka broker is possible but it doesn't give all the benefits that Kafka in a cluster can give, for example, data replication.<br><br>Source: https://www.cloudkarafka.com/blog/part1-kafka-for-beginners-what-is-apache-kafka.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| |  Source: http://cloudurable.com/blog/kafka-architecture/index.html. |

25

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| |  |

Source: https://kafka.apache.org/20/documentation.html.

We start producing messages to Kafka by creating a `ProducerRecord`, which must include the topic we want to send the record to and a value. Optionally, we can also specify a key, a partition, a timestamp, and/or a collection of headers. Once we send the `ProducerRecord`, the first thing the producer will do is serialize the key and value objects to byte arrays so they can be sent over the network.

Next, if we didn't explicitly specify a partition, the data is sent to a partitioner. The partitioner will choose a partition for us, usually based on the `ProducerRecord` key. Once a partition is selected, the producer knows which topic and partition the record will go to. It then adds the record to a batch of records that will also be sent to the same topic and partition. A separate thread is responsible for sending those batches of records to the appropriate Kafka brokers.

Source: Kafka: The Definitive Guide (2nd Ed.), O'Reilly Publishing (2021).

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| |  *Figure 3-1. High-level overview of Kafka producer components* <br><br> Source: Kafka: The Definitive Guide (2nd Ed.), O'Reilly Publishing (2021). <br><br> Kafka Producer records include information identifying a specific topic. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | **Constructor Summary**<br><br>**Constructors**<br><br>Constructor and Description<br><br>**ProducerRecord**(**String** topic, **Integer** partition, **K** key, **V** value)<br>Creates a record to be sent to a specified topic and partition<br><br>**ProducerRecord**(**String** topic, **Integer** partition, **Long** timestamp, **K** key, **V** value)<br>Creates a record with a specified timestamp to be sent to a specified topic and partition<br><br>**ProducerRecord**(**String** topic, **K** key, **V** value)<br>Create a record to be sent to Kafka<br><br>**ProducerRecord**(**String** topic, **V** value)<br>Create a record with no key<br><br>Source:<br>https://kafka.apache.org/0102/javadoc/org/apache/kafka/clients/producer/ProducerRecord.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | *Method Detail*<br><br>partition<br><br>`int partition(java.lang.String topic,`<br>`              java.lang.Object key,`<br>`              byte[] keyBytes,`<br>`              java.lang.Object value,`<br>`              byte[] valueBytes,`<br>`              Cluster cluster)`<br><br>Compute the partition for the given record.<br><br>Parameters:<br>topic - The topic name<br>key - The key to partition on (or null if no key)<br>keyBytes - The serialized key to partition on( or null if no key)<br>value - The value to partition on or null<br>valueBytes - The serialized value to partition on or null<br>cluster - The current cluster metadata<br><br>Source: https://kafka.apache.org/20/javadoc/org/apache/kafka/clients/producer/Partitioner.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| 14[d] wherein the node is configured to identify the client device as a registered device and to route the update message to the client device, and | On information and belief, the Southwest Count II Systems and Services practice the node is configured to identify the client device as a registered device and to route the update message to the client device.<br><br>Kafka Consumers can set a list of topics that it wants to subcribe through subcribe APIs. Kafka delivers messages in a topic to those consumers that are subscribed to the topic.<br><br>Each consumer in a group can dynamically set the list of topics it wants to subscribe to through one of the subscribe APIs. Kafka will deliver each message in the subscribed topics to one process in each consumer group. This is achieved by balancing the partitions between all members in the consumer group so that each partition is assigned to exactly one consumer in the group. So if there is a topic with four partitions, and a consumer group with two processes, each process would consume from two partitions.<br><br>Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html.<br><br>*Usage Examples*<br><br>The consumer APIs offer flexibility to cover a variety of consumption use cases. Here are some examples to demonstrate how to use them.<br><br>**Automatic Offset Committing**<br><br>This example demonstrates a simple usage of Kafka's consumer api that relying on automatic offset committing.<br><br><pre>Properties props = new Properties();<br>props.put("bootstrap.servers", "localhost:9092");<br>props.put("group.id", "test");<br>props.put("enable.auto.commit", "true");<br>props.put("auto.commit.interval.ms", "1000");<br>props.put("key.deserializer", "org.apache.kafka.common.serialization.StringDeserializer");<br>props.put("value.deserializer", "org.apache.kafka.common.serialization.StringDeserializer");<br>KafkaConsumer<String, String> consumer = new KafkaConsumer<>(props);<br>consumer.subscribe(Arrays.asList("foo", "bar"));<br>while (true) {<br>    ConsumerRecords<String, String> records = consumer.poll(100);<br>    for (ConsumerRecord<String, String> record : records)<br>        System.out.printf("offset = %d, key = %s, value = %s%n", record.offset(), record.key(), record.value());<br>}</pre><br>Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html.<br><br>The connection to the cluster is bootstrapped by specifying a list of one or more brokers to contact using the configuration >bootstrap.servers. This list is just used to discover the rest of the brokers in the cluster and need not be an exhaustive list of servers in the cluster (though you may want to specify more than one in case there are servers down when the client is connecting).<br><br>Setting enable.auto.commit means that offsets are committed automatically with a frequency controlled by the config auto.commit.interval.ms.<br><br>In this example the consumer is subscribing to the topics *foo* and *bar* as part of a group of consumers called *test* as configured with group.id. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html.<br><br>Kafka has four core APIs:<br><br>• The Producer API allows an application to publish a stream of records to one or more Kafka topics.<br>• The Consumer API allows an application to subscribe to one or more topics and process the stream of records produced to them.<br>• The Streams API allows an application to act as a *stream processor*, consuming an input stream from one or more topics and producing an output stream to one or more output topics, effectively transforming the input streams to output streams.<br><br>Source: https://kafka.apache.org/20/documentation.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| |  Source: https://kafka.apache.org/20/documentation.html. |
| 14[e] wherein the client device processes the update message upon receipt to update the property of the live object at the client device. | On information and belief, the Southwest Count II Systems and Services practice the client device processes the update message upon receipt to update the property of the live object at the client device.<br><br>Kafka Consumers can set a list of topics that it wants to subcribe through subcribe APIs. Kafka delivers messages in a topic to those consumers that are subscribed to the topic. Kafka Consumers process messages that are received via a Kafka broker.<br><br>Each consumer in a group can dynamically set the list of topics it wants to subscribe to through one of the subscribe APIs. Kafka will deliver each message in the subscribed topics to one process in each consumer group. This is achieved by balancing the partitions between all members in the consumer group so that each partition is assigned to exactly one consumer in the group. So if there is a topic with four partitions, and a consumer group with two processes, each process would consume from two partitions.<br><br>Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | *Usage Examples*<br><br>The consumer APIs offer flexibility to cover a variety of consumption use cases. Here are some examples to demonstrate how to use them.<br><br>Automatic Offset Committing<br><br>This example demonstrates a simple usage of Kafka's consumer api that relying on automatic offset committing.<br><br>```<br>Properties props = new Properties();<br>props.put("bootstrap.servers", "localhost:9092");<br>props.put("group.id", "test");<br>props.put("enable.auto.commit", "true");<br>props.put("auto.commit.interval.ms", "1000");<br>props.put("key.deserializer", "org.apache.kafka.common.serialization.StringDeserializer");<br>props.put("value.deserializer", "org.apache.kafka.common.serialization.StringDeserializer");<br>KafkaConsumer<String, String> consumer = new KafkaConsumer<>(props);<br>consumer.subscribe(Arrays.asList("foo", "bar"));<br>while (true) {<br>    ConsumerRecords<String, String> records = consumer.poll(100);<br>    for (ConsumerRecord<String, String> record : records)<br>        System.out.printf("offset = %d, key = %s, value = %s%n", record.offset(), record.key(), record.value());<br>}<br>```<br><br>Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html.<br><br>The connection to the cluster is bootstrapped by specifying a list of one or more brokers to contact using the configuration >bootstrap.servers. This list is just used to discover the rest of the brokers in the cluster and need not be an exhaustive list of servers in the cluster (though you may want to specify more than one in case there are servers down when the client is connecting).<br><br>Setting enable.auto.commit means that offsets are committed automatically with a frequency controlled by the config auto.commit.interval.ms.<br><br>In this example the consumer is subscribing to the topics *foo* and *bar* as part of a group of consumers called *test* as configured with group.id.<br><br>Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |

33

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | Kafka has four core APIs:<br><br>• The Producer API allows an application to publish a stream of records to one or more Kafka topics.<br>• The Consumer API allows an application to subscribe to one or more topics and process the stream of records produced to them.<br>• The Streams API allows an application to act as a *stream processor*, consuming an input stream from one or more topics and producing an output stream to one or more output topics, effectively transforming the input streams to output streams.<br>Source: https://kafka.apache.org/20/documentation.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | 

Source: https://kafka.apache.org/20/documentation.html.

Source: https://kafka.apache.org/10/javadoc/org/apache/kafka/clients/consumer/KafkaConsumer.html. |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | **CHAPTER 4**<br><br>**Kafka Consumers: Reading Data from Kafka**<br><br>Applications that need to read data from Kafka use a KafkaConsumer to subscribe to Kafka topics and receive messages from these topics. Reading data from Kafka is a bit different than reading data from other messaging systems, and there are a few unique concepts and ideas involved. It can be difficult to understand how to use the Consumer API without understanding these concepts first. We'll start by explaining some of the important concepts, and then we'll go through some examples that show the different ways Consumer APIs can be used to implement applications with varying requirements.<br><br>Source: Kafka: The Definitive Guide (2nd Ed.), O'Reilly Publishing (2021). |

| U.S. Patent No. 8,407,722 (Claim 14) | |
|---|---|
| **Claim(s)** | **Example Southwest Count II Systems and Services** |
| | ## Commits and Offsets<br><br>Whenever we call `poll()`, it returns records written to Kafka that consumers in our group have not read yet. This means that we have a way of tracking which records were read by a consumer of the group. As discussed before, one of Kafka's unique characteristics is that it does not track acknowledgments from consumers the way many JMS queues do. Instead, it allows consumers to use Kafka to track their position (offset) in each partition.<br><br>We call the action of updating the current position in the partition an `offset commit`. Unlike traditional message queues, Kafka does not commit records individually. Instead, consumers commit the last message they've successfully processed from a partition and implicitly assume that every message before the last was also successfully processed.<br><br>How does a consumer commit an offset? It sends a message to Kafka, which updates a special `__consumer_offsets` topic with the committed offset for each partition. As long as all your consumers are up, running, and churning away, this will have no impact. However, if a consumer crashes or a new consumer joins the consumer group, this will *trigger a rebalance*. After a rebalance, each consumer may be assigned a new set of partitions than the one it processed before. In order to know where to pick up the work, the consumer will read the latest committed offset of each partition and continue from there.<br><br>If the committed offset is smaller than the offset of the last message the client processed, the messages between the last processed offset and the committed offset will be processed twice. See Figure 4-8.<br><br>Source: Kafka: The Definitive Guide (2nd Ed.), O'Reilly Publishing (2021).<br><br><br><br>*Figure 4-8. Reprocessed messages*<br><br>Source: Kafka: The Definitive Guide (2nd Ed.), O'Reilly Publishing (2021). |

**Exhibit 9 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example Southwest Count III Systems and Services**
**U.S. Patent No. 8,027,326 ("'326 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that provide Wi-Fi Access Points that support at least IEEE 802.11n and/or 802.11ac; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count III Systems and Services" or "Southwest Systems and Services").

On information and belief, the Southwest Systems and Services provide Wi-Fi Access Points that enable Internet connectivity on its airplanes.



Source: https://www.southwest.com/inflight-entertainment-portal/.[1]

---

[1] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

2

We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.

Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone.

| | Anuvu Legacy | Anuvu Upgraded | Viasat |
|---|---|---|---|
| Improved Speeds and Reliability | ✖ | ✔ | ✔ |
| Streaming (when authenticated for Internet) | ✖ | ✔ | ✔ |
| Device Swap | ✖ | ✖ | ✔ |
| Free Entertainment, Texting, and Flight Tracker | ✔ | ✔ | ✔ |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.

On information and belief, Southwest uses routers that support WiFi 802.11 ac/abgn, such as the Viasat Select Router.

# Viasat Select Router

Redefining the in-flight connectivity experience

The Viasat Select Router, coupled with Viasat's latest generation satellite terminal, delivers a fully managed internet connectivity network inside the cabin that promises to deliver maximum speed and capabilities from Viasat's high-capacity satellite network.

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

## Multi-link connections

The Viasat Select Router ("VSR") is a fully featured cabin connectivity management device that integrates the Viasat connectivity service with other available cabin connectivity on the aircraft. User traffic is routed automatically over the best available network and in the event of a service disruption, an alternate service is automatically selected to ensure continuous internet access.

Every VSR is equipped with an integral cellular modem that enables near global 4G LTE data service while the aircraft is on the ground. The data service can be used by passengers or crew, and is available to Viasat's technical support team for remote access to assist with equipment configuration, software updates, and other troubleshooting support, while the aircraft remains in the hangar.

The router incorporates an 802.11ac Wi-Fi access point for easy in-cabin wireless connectivity for passengers, crew and ground operations. Additional antennas can be added to ensure optimal signal strength inside the cabin as necessary.

4

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

| SPECIFICATIONS | | | |
|---|---|---|---|
| **Size** | 1.75 in. H × 7.8 in. W × 5.5 in. D | **Storage** | 1 TB (OS and applications) |
| **Weight** | 3.9 lbs | **Ethernet Ports** | › 5 x 10/100/1000 bps Ethernet Ports (Switched) |
| **Voltage** | 28VDC with 200ms Hold-up | | › 1 x 10/100/1000 bps Ethernet Ports (Direct) |
| **Power** | 20W(typical); 30W (max) | | › 1 x 10/100/1000 bps Ethernet Ports (Front Panel) |
| **Environment** | Qualified to DO-160G | **ARINC 429** | 2x Rx Channels / 1x Tx Channel |
| **Processor** | Intel E3845 4 Core processor, 1.5GHz | **Cellular Modem** | Integrated Global coverage 4G/LTE Advanced modem; 2x mini SIMs; 2x RF QMA connections |
| | | **Wi-Fi** | 802.11 ac/abgn; 3x RF QMA connections |

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

**IEEE 802.11n™, or Wi-Fi 4**, was introduced in 2009 to support the 2.4 GHz and 5GHz frequency bands, with up to 600 Mbit/s data rates, multiple channels within each frequency band, and other features. IEEE 802.11n data throughputs enabled the use of WLAN networks in place of wired networks, a significant feature enabling new use cases and reduced operational costs for end users and IT organizations.

**IEEE 802.11ac™, or Wi-Fi 5**, was introduced in 2013 to support data rates at up to 3.5 Gbit/s, with still-greater bandwidth, additional channels, better modulation, and other features. It was the first Wi-Fi standard to enable the use of multiple input/multiple output (MIMO) technology so that multiple antennas could be used on both sending and receiving devices to reduce errors and boost speed.

Source: https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/.

On information and belief, other Southwest In-Flight Connectivity (IFC) providers, such as Anuvu, support IEEE 802.11n and 802.11ac.

## Satellite-based Connectivity and Entertainment experience

- High-speed internet and content streaming

- Consistent connected service with optimized network coverage

- Tiered payment configuration

- Ancillary revenue models

- Entertainment delivered as fully licensed and industry compliant

- Line-fit and retro-fit installation options

- No-touch software and content updates

- Flying onboard over 1,000+ aircraft

**Direct to passenger's own device connectivity and entertainment inflight experience**

6



Source:
https://d1io3yog0oux5.cloudfront.net/anuvu/files/pages/anuvu/db/620/description/AirconnectGlobalKU_Final_ProductSheet+.pdf.

| U.S. Patent No. 8,027,326 (Claim 1) ||
| Claim(s) | Example Southwest Count III Systems and Services |
| --- | --- |
| [1.pre] A method for increasing data rates and data throughput in a network, the method comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count III Systems and Services practice a method for increasing data rates and data throughput in a network.<br><br>On information and belief, Southwest provides in flight Wi-Fi connectivity through provider equipment provided by Viasat and Anuvu. This equipment is compliant with Wi-Fi 802.11n and 802.11ac protocols. For example, the Viasat equipment and Anuvu equipment is compliant with the Wi-Fi 802.11n and 802.11ac protocols.<br><br>We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.<br><br>Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone.<br><br><br><br>Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | # Viasat Select Router<br><br>Redefining the in-flight connectivity experience<br><br>The Viasat Select Router, coupled with Viasat's latest generation satellite terminal, delivers a ==fully managed internet connectivity network inside the cabin that promises to deliver maximum speed and capabilities from Viasat's high-capacity satellite network.==<br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.<br><br>**SPECIFICATIONS**<br><br>| | | | |<br>|---|---|---|---|<br>| Size | 1.75 in. H × 7.8 in. W × 5.5 in. D | Storage | 1 TB (OS and applications) |<br>| Weight | 3.9 lbs | Ethernet Ports | › 5 x 10/100/1000 bps Ethernet Ports (Switched)<br>› 1 x 10/100/1000 bps Ethernet Ports (Direct)<br>› 1 x 10/100/1000 bps Ethernet Ports (Front Panel) |<br>| Voltage | 28VDC with 200ms Hold-up | | |<br>| Power | 20W(typical); 30W (max) | ARINC 429 | 2x Rx Channels / 1x Tx Channel |<br>| Environment | Qualified to DO-160G | Cellular Modem | Integrated Global coverage 4G/LTE Advanced modem;<br>2x mini SIMs; 2x RF QMA connections |<br>| Processor | Intel E3845 4 Core processor, 1.5GHz | Wi-Fi | 802.11 ac/abgn; 3x RF QMA connections |<br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Satellite-based Connectivity and Entertainment experience<br><br>• High-speed internet and content streaming<br>• Consistent connected service with optimized network coverage<br>• Tiered payment configuration<br>• Ancillary revenue models<br><br>**Direct to passenger's own device connectivity and entertainment inflight experience**<br><br>• Entertainment delivered as fully licensed and industry compliant<br>• Line-fit and retro-fit installation options<br>• No-touch software and content updates<br>• Flying onboard over 1,000+ aircraft |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| |  Source: https://d1io3yog0oux5.cloudfront.net/anuvu/files/pages/anuvu/db/620/description/AirconnectGlobalKU_Final_ProductSheet+.pdf. <br> On information and belief, by bonding two 20 MHz channels together, the IEEE 802.11-2016 standard enables 40 MHz capable high throughput (HT) operation, which can support high data rates up to 600 Mb/s. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | ### 3A. Definitions specific to IEEE 802.11<br><br>The following terms and definitions are specific to this standard and are not appropriate for inclusion in the *IEEE Standards Dictionary: Glossary of Terms & Definitions*.[1]<br><br>**3A.1 20 MHz basic service set (BSS):** A BSS in which the Secondary Channel Offset field is set to SCN.<br><br>**3A.2 20 MHz high-throughput (HT):** A Clause 20 transmission using FORMAT=HT_MF or HT_GF and CH_BANDWIDTH=HT_CBW20.<br><br>**3A.3 20 MHz mask physical layer convergence procedure (PLCP) protocol data unit (PPDU):** A Clause 17 PPDU, a Clause 19 orthogonal frequency division multiplexing (OFDM) PPDU, or a Clause 20 20 MHz high-throughput (HT) PPDU with the TXVECTOR parameter CH_BANDWIDTH set to HT_CBW20 and the CH_OFFSET parameter set to CH_OFF_20. The PPDU is transmitted using a 20 MHz transmit spectral mask defined in Clause 17, Clause 19, or Clause 20, respectively.<br><br>**3A.4 20 MHz physical layer convergence procedure (PLCP) protocol data unit (PPDU):** A Clause 15 PPDU, Clause 17 PPDU, Clause 18 PPDU, Clause 19 orthogonal frequency division multiplexing (OFDM) PPDU, or Clause 20 20 MHz high-throughput (HT) PPDU with the TXVECTOR parameter CH_BANDWIDTH set to HT_CBW20. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **3A.5 20/40 MHz basic service set (BSS):** A BSS in which the supported channel width of the access point (AP) or independent BSS (IBSS) dynamic frequency selection (DFS) owner (IDO) station (STA) is 20 MHz and 40 MHz (Channel Width field is set to 1) and the Secondary Channel Offset field is set to a value of SCA or SCB.<br><br>**3A.6 40-MHz-capable (FC) high-throughput (HT) access point (AP):** An HT AP that included a value of 1 in the Supported Channel Width Set subfield (indicating its capability to operate on a 40 MHz channel) of its most recent transmission of a frame containing an HT Capabilities element.<br><br>**3A.7 40-MHz-capable (FC) high-throughput (HT) access point (AP) 2G4:** An HT AP 2G4 that is also an FC HT AP.<br><br>**3A.8 40-MHz-capable (FC) high-throughput (HT) access point (AP) 5G:** An HT AP 5G that is also an FC HT AP.<br><br>**3A.9 40-MHz-capable (FC) high-throughput (HT) station (STA):** An HT STA that included a value of 1 in the Supported Channel Width Set subfield (indicating its capability to operate on a 40 MHz channel) of its most recent transmission of a frame containing an HT Capabilities element.<br><br>**3A.10 40-MHz-capable (FC) high-throughput (HT) station (STA) 2G4:** An HT STA 2G4 that is also an FC HT STA.<br><br>**3A.11 40-MHz-capable (FC) high-throughput (HT) station (STA) 5G:** An HT STA 5G that is also an FC HT STA.<br><br>**3A.12 40 MHz high throughput (HT):** A Clause 20 transmission using FORMAT=HT_MF or HT_GF and CH_BANDWIDTH=HT_CBW40.<br><br>Source: IEEE Standard 802.11n-2009 at 3-4. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | ## 3.2 Definitions specific to IEEE Std 802.11 <br><br> **20/40 MHz basic service set (BSS):** A BSS in which the supported channel width of the access point (AP) or dynamic frequency selection (DFS) owner (DO) station (STA) is 20 MHz and 40 MHz (Channel Width field is equal to 1) and the Secondary Channel Offset field is equal to a value of secondary channel above (SCA) or secondary channel below (SCB). <br><br> **40-MHz-capable (40MC) high-throughput (HT) access point (AP):** An HT AP that included a value of 1 in the Supported Channel Width Set subfield (indicating its capability to operate on a 40 MHz channel) of its most recent transmission of a frame containing an HT Capabilities element. <br><br> Source: IEEE Standard 802.11-2016 at 143. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **20. High Throughput (HT) PHY specification** <br><br> **20.1 Introduction** <br><br> **20.1.1 Introduction to the HT PHY** <br><br> Clause 20 specifies the PHY entity for a high throughput (HT) orthogonal frequency division multiplexing (OFDM) system. <br><br> In addition to the requirements found in Clause 20, an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows: <br><br> — In Clause 17 when the HT STA is operating in a 20 MHz channel width in the 5 GHz band <br><br> — In Clause 18 and Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band <br><br> The HT PHY is based on the OFDM PHY defined in Clause 17, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth). <br><br> Source: IEEE Standard 802.11n-2009 at 247. <br><br> **19. High-throughput (HT) PHY specification** <br><br> **19.1 Introduction** <br><br> **19.1.1 Introduction to the HT PHY** |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| :---: | :---: |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | The HT PHY is based on the OFDM PHY defined in Clause 17, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth).<br><br>Source: IEEE Standard 802.11-2016 at 2334.<br><br>**40MHZ OFDM 802.11N**<br><br>• 802.11n also introduced a 40 MHz channel, which combined two 20 MHz channels<br>• The 40 MHz channel consists of 128 subcarriers:<br>  • 128 subcarriers:<br>    • 108 transmit data subcarriers<br>    • 6 as pilot carriers<br>    • 14 unused |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | • When two 20 MHz HT channels are bonded together, some of the formerly unused subcarriers at the bottom of the higher channel and at the top end of the lower channel are able to be used to transmit data.<br>• That is why the number of subcarriers is slightly more than two times the 56 subcarriers in a 20 MHz channel.<br>• Each bonded channel consists of a primary and secondary 20 MHz channel.<br>• The channels must be adjacent. A positive or negative offset indicates whether the secondary channel is the channel above or the channel below the primary channel. This is pictured in Figure 19.4.<br><br>Source: https://dot11ap.wordpress.com/ht-channel-width-operation/.<br><br>On information and belief, IEEE 802.11ac infringes for the same reasons as 802.11n. *See supra*. *See also*: |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **4.3.14 Very high throughput (VHT) STA**<br><br>The IEEE 802.11 VHT STA operates in frequency bands below 6 GHz excluding the 2.4 GHz band.<br><br>A VHT STA is an HT STA that, in addition to features supported as an HT STA, supports VHT features identified in Clause 9, Clause 10, Clause 11, Clause 14, Clause 17, and Clause 21.<br><br>The main PHY features in a VHT STA that are not present in an HT STA are the following:<br>— Mandatory support for 40 MHz and 80 MHz channel widths<br>— Mandatory support for VHT single-user (SU) PPDUs<br>— Optional support for 160 MHz and 80+80 MHz channel widths<br>— Optional support for VHT sounding protocol to support beamforming<br>— Optional support for VHT multi-user (MU) PPDUs<br>— Optional support for VHT-MCSs 8 and 9<br><br>Source: IEEE Standard 802.11-2016 at 197. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Table 21-38—VHT-MCSs for mandatory 40 MHz, $N_{SS} = 1$ |

Table 21-38—VHT-MCSs for mandatory 40 MHz, $N_{SS}$ = 1

| VHT-MCS Index | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 800 ns GI | 400 ns GI (See NOTE) |
| 0 | BPSK | 1/2 | 1 | 108 | 6 | 108 | 54 | 1 | 13.5 | 15.0 |
| 1 | QPSK | 1/2 | 2 | 108 | 6 | 216 | 108 | 1 | 27.0 | 30.0 |
| 2 | QPSK | 3/4 | 2 | 108 | 6 | 216 | 162 | 1 | 40.5 | 45.0 |
| 3 | 16-QAM | 1/2 | 4 | 108 | 6 | 432 | 216 | 1 | 54.0 | 60.0 |
| 4 | 16-QAM | 3/4 | 4 | 108 | 6 | 432 | 324 | 1 | 81.0 | 90.0 |
| 5 | 64-QAM | 2/3 | 6 | 108 | 6 | 648 | 432 | 1 | 108.0 | 120.0 |
| 6 | 64-QAM | 3/4 | 6 | 108 | 6 | 648 | 486 | 1 | 121.5 | 135.0 |
| 7 | 64-QAM | 5/6 | 6 | 108 | 6 | 648 | 540 | 1 | 135.0 | 150.0 |
| 8 | 256-QAM | 3/4 | 8 | 108 | 6 | 864 | 648 | 1 | 162.0 | 180.0 |
| 9 | 256-QAM | 5/6 | 8 | 108 | 6 | 864 | 720 | 1 | 180.0 | 200.0 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

*See also* IEEE Standard 802.11-2016 at 2612, where a 40 MHz Modulation and Coding Scheme (MCS) is mandatory.

19

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Table 21-46—VHT-MCSs for mandatory 80 MHz, $N_{SS} = 1$ |

| VHT-MCS Index | Modulation | R | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 800 ns GI | 400 ns GI (See NOTE) |
| 0 | BPSK | 1/2 | 1 | 234 | 8 | 234 | 117 | 1 | 29.3 | 32.5 |
| 1 | QPSK | 1/2 | 2 | 234 | 8 | 468 | 234 | 1 | 58.5 | 65.0 |
| 2 | QPSK | 3/4 | 2 | 234 | 8 | 468 | 351 | 1 | 87.8 | 97.5 |
| 3 | 16-QAM | 1/2 | 4 | 234 | 8 | 936 | 468 | 1 | 117.0 | 130.0 |
| 4 | 16-QAM | 3/4 | 4 | 234 | 8 | 936 | 702 | 1 | 175.5 | 195.0 |
| 5 | 64-QAM | 2/3 | 6 | 234 | 8 | 1404 | 936 | 1 | 234.0 | 260.0 |
| 6 | 64-QAM | 3/4 | 6 | 234 | 8 | 1404 | 1053 | 1 | 263.3 | 292.5 |
| 7 | 64-QAM | 5/6 | 6 | 234 | 8 | 1404 | 1170 | 1 | 292.5 | 325.0 |
| 8 | 256-QAM | 3/4 | 8 | 234 | 8 | 1872 | 1404 | 1 | 351.0 | 390.0 |
| 9 | 256-QAM | 5/6 | 8 | 234 | 8 | 1872 | 1560 | 1 | 390.0 | 433.3 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

*See also* IEEE Standard 802.11-2016 at 2616, where an 80 MHz Modulation and Coding Scheme (MCS) is mandatory.

| [1.a] selecting at least a first channel and a second channel, wherein the first channel and the second channel are adjacent without | On information and belief, the Southwest Count III Systems and Services practice selecting at least a first channel and a second channel, wherein the first channel and the second channel are adjacent without any other channels therebetween, wherein the first channel and the second channel each have a plurality of data subcarriers, wherein the data subcarriers of the first channel and the data subcarriers |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| any other channels therebetween, wherein the first channel and the second channel each have a plurality of data subcarriers, wherein the data subcarriers of the first channel and the data subcarriers of the second channel are separated by a frequency gap corresponding to one or more guard bands between the first and second channels; | of the second channel are separated by a frequency gap corresponding to one or more guard bands between the first and second channels.<br><br>On information and belief, an IEEE 802.11-2016 HT STA selects a Primary Channel and a Secondary Channel as indicated via the HT Operation element.<br><br>## 3. Definitions<br><br>**3.242 primary channel:** The common channel of operation for all stations (STAs) that are members of the basic service set (BSS).<br><br>**3A.61 secondary channel:** A 20 MHz channel associated with a primary channel used by high-throughput (HT) stations (STAs) for the purpose of creating a 40 MHz channel.<br><br>Source: IEEE Standard 802.11n-2009 at 2, 7.<br><br>## 3.2 Definitions specific to IEEE Std 802.11<br><br>**primary 20 MHz channel:** In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **secondary 20 MHz channel:** In a 40 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel adjacent to the primary 20 MHz channel that together form the 40 MHz channel of the 40 MHz VHT BSS. In an 80 MHz VHT BSS, the 20 MHz channel adjacent to the primary 20 MHz channel that together form the primary 40 MHz channel of the 80 MHz VHT BSS. In a 160 MHz or 80+80 MHz VHT BSS, the 20 MHz channel adjacent to the primary 20 MHz channel that together form the primary 40 MHz channel of the 160 MHz or 80+80 MHz VHT BSS. In a VHT BSS, the secondary 20 MHz channel is also the secondary channel. <br><br> **secondary channel:** A 20 MHz channel associated with a primary channel used by high-throughput (HT) stations (STAs) for the purpose of creating a 40 MHz channel or used by very high throughput (VHT) STAs for the purpose of creating the primary 40 MHz channel. <br><br> Source: IEEE Standard 802.11-2016 at 161-63. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | ### 7.3.2.57 HT Operation element<br><br>The operation of HT STAs in the BSS is controlled by the HT Operation element. The structure of this element is defined in Figure 7-95o24.<br><br><br><br>**Figure 7-95o24—HT Operation element format**<br><br>Source: IEEE Standard 802.11n-2009 at 76. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **9.4.2.57 HT Operation element**<br><br>The operation of HT STAs in the BSS is controlled by the HT Operation element. The structure of this element is defined in Figure 9-338.<br><br><br><br>**Figure 9-338—HT Operation element format**<br><br>Source: IEEE Standard 802.11-2016 at 950.<br><br>The structure of the HT Operation Information field is shown in Figure 9-339.<br><br><br><br>Source: IEEE Standard 802.11-2016 at 951. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | The fields of the HT Operation element are defined in Table 7-43p. The "Reserved in IBSS?" column indicates whether each field is reserved (Y) or not reserved (N) when this element is present in a frame transmitted within an IBSS.<br><br>**Table 7-43p—HT Operation element**<br><br>TABLE_PLACEHOLDER<br><br>Source: IEEE Standard 802.11n-2009 at 77. |

**Table 7-43p—HT Operation element**

| Field | Definition | Encoding | Reserved in IBSS ? |
|---|---|---|---|
| Primary Channel | Indicates the channel number of the primary channel. See 11.14.2. | Channel number of the primary channel | N |
| Secondary Channel Offset | Indicates the offset of the secondary channel relative to the primary channel. | Set to 1 (SCA) if the secondary channel is above the primary channel<br>Set to 3 (SCB) if the secondary channel is below the primary channel<br>Set to 0 (SCN) if no secondary channel is present<br><br>The value 2 is reserved | N |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **Figure 9-339—HT Operation Information field**<br><br>The Primary Channel field, subfields of the HT Operation Information field, and the Basic HT-MCS Set field are defined in Table 9-168. The "Reserved in IBSS?" column indicates whether each field is reserved (Y) or not reserved (N) when this element is present in a frame transmitted within an IBSS. The "Reserved in MBSS?" column indicates whether each field is reserved (Y) or not reserved (N) when this element is present in a frame transmitted within an MBSS.<br><br>**Table 9-168—HT Operation element fields and subfields**<br><br><table><tr><th>Field</th><th>Definition</th><th>Encoding</th><th>Reserved in IBSS?</th><th>Reserved in MBSS?</th></tr><tr><td>Primary Channel</td><td>Indicates the channel number of the primary channel. See 11.16.2.</td><td>Channel number of the primary channel</td><td>N</td><td>N</td></tr><tr><td>Secondary Channel Offset</td><td>Indicates the offset of the secondary channel relative to the primary channel.</td><td>Set to 1 (SCA) if the secondary channel is above the primary channel<br>Set to 3 (SCB) if the secondary channel is below the primary channel<br>Set to 0 (SCN) if no secondary channel is present<br><br>The value 2 is reserved</td><td>N</td><td>N</td></tr></table><br>Source: IEEE Standard 802.11-2016 at 951. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **Table 20-5—Timing-related constants** |

**Table 20-5—Timing-related constants**

| Parameter | TXVECTOR CH_BANDWIDTH | | | |
| --- | --- | --- | --- | --- |
| | NON_HT_CBW20 | HT_CBW_20 | HT_CBW40 or NON_HT_CBW40 | |
| | | | HT format | MCS 32 and non-HT duplicate |
| $N_{SD}$: Number of complex data numbers | 48 | 52 | 108 | 48 |
| $N_{SP}$: Number of pilot values | 4 | 4 | 6 | 4 |
| $N_{ST}$: Total number of subcarriers See NOTE 1 | 52 | 56 | 114 | 104 |

Source: IEEE Standard 802.11n-2009 at Table 20-5.

**Table 19-6—Timing-related constants**

| Parameter | TXVECTOR CH_BANDWIDTH | | | |
| --- | --- | --- | --- | --- |
| | NON_HT_CBW20 | HT_CBW_20 | HT_CBW40 or NON_HT_CBW40 | |
| | | | HT format | MCS 32 and non-HT duplicate |
| $N_{SD}$: Number of complex data numbers | 48 | 52 | 108 | 48 |
| $N_{SP}$: Number of pilot values | 4 | 4 | 6 | 4 |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Source: IEEE Standard 802.11-2016 at Table 19-6.<br><br>## 40 MHZ OFDM 802.11N<br><br>- 802.11n also introduced a 40 MHz channel, which combined two 20 MHz channels<br>- The 40 MHz channel consists of 128 subcarriers:<br>  - 128 subcarriers:<br>    - 108 transmit data subcarriers<br>    - 6 as pilot carriers<br>    - 14 unused<br><br>- When two 20 MHz HT channels are bonded together, some of the formerly unused subcarriers at the bottom of the higher channel and at the top end of the lower channel are able to be used to transmit data.<br>- That is why the number of subcarriers is slightly more than two times the 56 subcarriers in a 20 MHz channel.<br>- Each bonded channel consists of a primary and secondary 20 MHz channel.<br>- The channels must be adjacent. A positive or negative offset indicates whether the secondary channel is the channel above or the channel below the primary channel. This is pictured in Figure 19.4.<br><br>Source: https://dot11ap.wordpress.com/ht-channel-width-operation/. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| |  *Figure 2.6. OFDM Subcarriers in the Frequency Domain.*<br><br>Source: http://download.ni.com/evaluation/rf/Introduction_to_WLAN_Testing.pdf.<br><br>## Radio Enhancements<br><br>802.11n uses both 20-MHz and 40-MHz channels. Like the proprietary products, the 40-MHz channels in 802.11n are two adjacent 20-MHz channels, bonded together. When using the 40-MHz bonded channel,802.11n takes advantage of the fact that each 20-MHz channel has a small amount of the channel that is reserved at the top and bottom, to reduce interference in those adjacent channels. When using 40-MHz channels, the top of the lower channel and the bottom of the upper channel don't have to be reserved to avoid interference. These small parts of the channel can now be used to carry information. By using the two 20-MHz channels more efficiently in this way, 802.11n achieves slightly more than doubling the data rate when moving from 20-MHz to 40-MHz channels.<br><br>Source: https://vocal.com/networking/ieee-802-11n/. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **Channel Bonding**<br><br>Channel bonding is used in 802.11n to bind two 20 MHz channels, to make one 40 MHz channel. Doubling the frequency space doubles the bandwidth, and doubling the bandwidth doubles the throughput. We can make an analogy with a highway. Moving from a two lines highway to a four lines highway doubles the traffic capacity. Same result applies in network. While 802.11a and g used 20 MHz channels, 802.11n uses 40MHz channels, thanks to Channel Bonding (see the following figure).<br><br><br><br>Figure 8: Channel Bonding<br><br>Source:<br>https://www.gta.ufrj.br/ensino/eel879/trabalhos_vf_2014_2/remi/Physical%20Layer%20Improvements.html. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | In fact, channel bounding more than doubles the throughput. One 20 MHz channel is composed of two 1 MHz channels, one at the beginning of the channel and one at the end, called Guard Bands. The 18 MHz left are used for data transfers. When using Channel Bonding, the two Guard Bands between two 20 MHz channels can now be used carry information. <br><br>  <br> Figure 9: Gained frequencies from previous Gard Bands when using Channel Bonding <br><br> Source: <br> https://www.gta.ufrj.br/ensino/eel879/trabalhos_vf_2014_2/remi/Physical%20Layer%20Improvements.html. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | ### 20.3.11.10.3 Transmission in 40 MHz HT format<br><br>For 40 MHz HT transmissions, the signal from transmit chain $i_{TX}$ shall be as shown in Equation (20-59).<br><br>$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$<br><br>$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}} (\tilde{D}_{k, i_{STS}, n} + p_{n+z} P_{(i_{STS}, n)}^k) ) \Upsilon_k \qquad (20\text{-}59)$$<br><br>$$\cdot \exp(j2\pi k \Delta_F (t - nT_{SYM} - T_{GI} - T_{CS}^{i_{STS}})))$$<br><br>Copyright © 2009 IEEE. All rights reserved.     301 |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | where |
| | $z$      is 3 in an HT-mixed format packet and 2 in an HT-greenfield format packet |
| | $P_n$      is defined in 17.3.5.9 |
| | $$\tilde{D}_{k, i_{STS}, n} = \begin{cases} 0, k = 0, \pm 1, \pm 11, \pm 25, \pm 53 \\ \tilde{d}_{M'(k), i_{STS}, n}, \text{otherwise} \end{cases}$$ |
| | $$M'(k) = \begin{cases} k + 58, -58 \leq k \leq -54 \\ k + 57, -52 \leq k \leq -26 \\ k + 56, -24 \leq k \leq -12 \\ k + 55, -10 \leq k \leq -2 \\ k + 52, 2 \leq k \leq 10 \\ k + 51, 12 \leq k \leq 24 \\ k + 50, 26 \leq k \leq 52 \\ k + 49, 54 \leq k \leq 58 \end{cases}$$ |
| | $P^k_{(i_{STS}, n)}$      is defined in Equation (20-55) |
| | NOTE—The 90° rotation that is applied to the upper part of the 40 MHz channel is applied in the same way to the HT-STF, HT-LTF, and HT-SIG. The rotation applies to both pilots and the data in the upper part of the 40 MHz channel. |
| | Source: IEEE Standard 802.11n-2009 at 301-302. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Grouping is a method that reduces the size of the CSI Report field by reporting a single value for each group of $Ng$ adjacent subcarriers. With grouping, the size of the CSI Report field is $Nr \times 8 + Ns \times (3 + 2 \times Nb \times Nc \times Nr)$ bits, where the number of subcarriers sent, $Ns$, is a function of $Ng$ and whether matrices for 40 MHz or 20 MHz are sent. The value of $Ns$ and the specific carriers for which matrices are sent are shown in Table 7-25f. If the size of the CSI Report field is not an integral multiple of 8 bits, up to 7 zeros are appended to the end of the report to make its size an integral multiple of 8 bits. |

**Table 7-25f—Number of matrices and carrier grouping**

| BW | Grouping $Ng$ | $Ns$ | Carriers for which matrices are sent |
|---|---|---|---|
| 20 MHz | 1 | 56 | All data and pilot carriers: −28, −27,…−2, −1, 1, 2,…27, 28 |
| | 2 | 30 | −28,−26,−24,−22,−20,−18,−16,−14,−12,−10,−8,−6,−4,−2,−1, 1,3,5,7,9,11,13,15,17,19,21,23,25,27,28 |
| | 4 | 16 | −28,−24,−20,−16,−12,−8,−4,−1,1,5,9,13,17,21,25,28 |
| 40 MHz | 1 | 114 | All data and pilot carriers: −58, −57, …, −3, −2, 2, 3,…, 57, 58 |
| | 2 | 58 | −58,−56,−54,−52,−50,−48,−46,−44,−42,−40,−38,−36,−34,−32,−30, −28,−26,−24,−22,−20,−18,−16,−14,−12,−10,−8,−6,−4,−2, 2,4,6,8,10,12,14,16,18,20,22,24,26,28, 30,32,34,36,38,40,42,44,46,48,50,52,54,56,58 |
| | 4 | 30 | −58,−54,−50,−46,−42,−38,−34,−30,−26,−22,−18,−14,−10,−6, −2, 2,6,10,14,18,22,26,30,34,38,42,46,50,54,58 |

Source: IEEE Standard 802.11n-2009 at 50.

On information and belief, IEEE 802.11ac infringes for the same reasons as 802.11n. *See supra*. *See also*:

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | <br>**19.3.11.11.4 Transmission in 40 MHz HT format**<br><br>For 40 MHz HT transmissions, the signal from transmit chain $i_{TX}$ shall be as shown in Equation (19-59).<br><br>$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$<br><br>$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}} (\tilde{D}_{k, i_{STS}, n} + p_{n+z} P_{(i_{STS}, n)}^k)) \Upsilon_k \qquad (19\text{-}59)$$<br><br>$$\cdot \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{STS}})))$$<br><br>where<br><br>$z$    is 3 in an HT-mixed format packet and 2 in an HT-greenfield format packet<br>$p_n$    is defined in 17.3.5.10<br> |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | $$\tilde{D}_{k,\,i_{STS},\,n} = \begin{cases} 0, k = 0, \pm1, \pm11, \pm25, \pm53 \\ \tilde{d}_{M'(k),\,i_{STS},\,n}, \text{otherwise} \end{cases}$$ $$M'(k) = \begin{cases} k+58, -58 \le k \le -54 \\ k+57, -52 \le k \le -26 \\ k+56, -24 \le k \le -12 \\ k+55, -10 \le k \le -2 \\ k+52, 2 \le k \le 10 \\ k+51, 12 \le k \le 24 \\ k+50, 26 \le k \le 52 \\ k+49, 54 \le k \le 58 \end{cases}$$ $P^k_{(i_{STS},\,n)}$ is defined in Equation (19-55) NOTE—The 90° rotation that is applied to the upper part of the 40 MHz channel is applied in the same way to the HT-STF, HT-LTF, and HT-SIG. The rotation applies to both pilots and the data in the upper part of the 40 MHz channel. Source: IEEE Standard 802.11-2016 at 2390-2391. |

**Table 9-70—Subcarriers for which a Compressed Beamforming Feedback Matrix subfield is sent back**

| Channel Width | $N_g$ | $N_s$ | Subcarriers for which Compressed Feedback Beamforming Matrix subfield is sent: $scidx(0)$, $scidx(1)$, …, $scidx(N_s-1)$ |
|---|---|---|---|
| 20 MHz | 1 | 52 | –28, –27, –26, –25, –24, –23, –22, –20, –19, –18, –17, –16, –15, –14, –13, –12, –11, –10, –9, –8, –6, –5, –4, –3, –2, –1, 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28 <br><br> NOTE—Pilot subcarriers (±21, ±7) and DC subcarrier (0) are skipped |
| | 2 | 30 | –28, –26, –24, –22, –20, –18, –16, –14, –12, –10, –8, –6, –4, –2, –1, 1, 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28 |
| | 4 | 16 | –28, –24, –20, –16, –12, –8, –4, –1, 1, 4, 8, 12, 16, 20, 24, 28 |
| 40 MHz | 1 | 108 | –58, –57, –56, –55, –54, –52, –51, –50, –49, –48, –47, –46, –45, –44, –43, –42, –41, –40, –39, –38, –37, –36, –35, –34, –33, –32, –31, –30, –29, –28, –27, –26, –24, –23, –22, –21, –20, –19, –18, –17, –16, –15, –14, –13, –12, –10, –9, –8, –7, –6, –5, –4, –3, –2, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 54, 55, 56, 57, 58 <br><br> NOTE—Pilot subcarriers (±53, ±25, ±11) and DC subcarriers (0, ±1) are skipped. |
| | 2 | 58 | –58, –56, –54, –52, –50, –48, –46, –44, –42, –40, –38, –36, –34, –32, –30, –28, –26, –24, –22, –20, –18, –16, –14, –12, –10, –8, –6, –4, –2, 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50, 52, 54, 56, 58 |
| | 4 | 30 | –58, –54, –50, –46, –42, –38, –34, –30, –26, –22, –18, –14, –10, –6, –2, 2, 6, 10, 14, 18, 22, 26, 30, 34, 38, 42, 46, 50, 54, 58 |
| 80 MHz | 1 | 234 | –122, –121, –120, –119, –118, –117, –116, –115, –114, –113, –112, –111, –110, –109, –108, –107, –106, –105, –104, –102, –101, –100, –99, –98, –97, –96, –95, –94, –93, –92, –91, –90, –89, –88, –87, –86, –85, –84, –83, –82, –81, –80, –79, –78, –77, –76, –74, –73, –72, –71, –70, –69, –68, –67, –66, –65, –64, –63, –62, –61, –60, –59, –58, –57, –56, –55, –54, –53, –52, –51, –50, –49, –48, –47, –46, –45, –44, –43, –42, –41, –40, –38, –37, –36, –35, –34, –33, –32, –31, –30, –29, –28, –27, –26, –25, –24, –23, –22, –21, –20, –19, –18, –17, –16, –15, –14, –13, –12, –10, –9, –8, –7, –6, –5, –4, –3, –2, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122 <br><br> NOTE—Pilot subcarriers (±103, ±75, ±39, ±11) and DC subcarriers (0, ±1) are skipped. |

Source: IEEE Standard 802.11-2016 at 768.

37

| U.S. Patent No. 8,027,326 (Claim 1) | | | | | |
|---|---|---|---|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** | | | | |
| | EXPANSION_MAT_TYPE | FORMAT is VHT and EXPANSION_MAT is present. | Set to COMPRESSED_SV | Y | N |
| | | Otherwise | See corresponding entry in Table 19-1 | | |
| | EXPANSION_MAT | FORMAT is VHT | Contains a vector in the number of selected ==subcarriers== containing feedback matrices as defined in 21.3.11.2 based on the channel measured during the training symbols of a previous VHT NDP PPDU. | M U | N |
| | | Otherwise | See corresponding entry in Table 19-1 | | |
| | Source: IEEE Standard 802.11-2016 at 2501. | | | | |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **4.3.14 Very high throughput (VHT) STA**<br><br>The IEEE 802.11 VHT STA operates in frequency bands below 6 GHz excluding the 2.4 GHz band.<br><br>A VHT STA is an HT STA that, in addition to features supported as an HT STA, supports VHT features identified in Clause 9, Clause 10, Clause 11, Clause 14, Clause 17, and Clause 21.<br><br>The main PHY features in a VHT STA that are not present in an HT STA are the following:<br>— Mandatory support for 40 MHz and 80 MHz channel widths<br>— Mandatory support for VHT single-user (SU) PPDUs<br>— Optional support for 160 MHz and 80+80 MHz channel widths<br>— Optional support for VHT sounding protocol to support beamforming<br>— Optional support for VHT multi-user (MU) PPDUs<br>— Optional support for VHT-MCSs 8 and 9<br><br>Source: IEEE Standard 802.11-2016 at 197. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Table 21-38—VHT-MCSs for mandatory 40 MHz, $N_{SS}$ = 1 <br><br> (table below) <br><br> *See also* IEEE Standard 802.11-2016 at 2612, where a 40 MHz Modulation and Coding Scheme (MCS) is mandatory. |

Table 21-38—VHT-MCSs for mandatory 40 MHz, $N_{SS}$ = 1

| VHT-MCS Index | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) 800 ns GI | Data rate (Mb/s) 400 ns GI (See NOTE) |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | BPSK | 1/2 | 1 | 108 | 6 | 108 | 54 | 1 | 13.5 | 15.0 |
| 1 | QPSK | 1/2 | 2 | 108 | 6 | 216 | 108 | 1 | 27.0 | 30.0 |
| 2 | QPSK | 3/4 | 2 | 108 | 6 | 216 | 162 | 1 | 40.5 | 45.0 |
| 3 | 16-QAM | 1/2 | 4 | 108 | 6 | 432 | 216 | 1 | 54.0 | 60.0 |
| 4 | 16-QAM | 3/4 | 4 | 108 | 6 | 432 | 324 | 1 | 81.0 | 90.0 |
| 5 | 64-QAM | 2/3 | 6 | 108 | 6 | 648 | 432 | 1 | 108.0 | 120.0 |
| 6 | 64-QAM | 3/4 | 6 | 108 | 6 | 648 | 486 | 1 | 121.5 | 135.0 |
| 7 | 64-QAM | 5/6 | 6 | 108 | 6 | 648 | 540 | 1 | 135.0 | 150.0 |
| 8 | 256-QAM | 3/4 | 8 | 108 | 6 | 864 | 648 | 1 | 162.0 | 180.0 |
| 9 | 256-QAM | 5/6 | 8 | 108 | 6 | 864 | 720 | 1 | 180.0 | 200.0 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

40

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |

Table 21-46—VHT-MCSs for mandatory 80 MHz, $N_{SS} = 1$

| VHT-MCS Index | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **800 ns GI** | **400 ns GI (See NOTE)** |
| 0 | BPSK | 1/2 | 1 | 234 | 8 | 234 | 117 | 1 | 29.3 | 32.5 |
| 1 | QPSK | 1/2 | 2 | 234 | 8 | 468 | 234 | 1 | 58.5 | 65.0 |
| 2 | QPSK | 3/4 | 2 | 234 | 8 | 468 | 351 | 1 | 87.8 | 97.5 |
| 3 | 16-QAM | 1/2 | 4 | 234 | 8 | 936 | 468 | 1 | 117.0 | 130.0 |
| 4 | 16-QAM | 3/4 | 4 | 234 | 8 | 936 | 702 | 1 | 175.5 | 195.0 |
| 5 | 64-QAM | 2/3 | 6 | 234 | 8 | 1404 | 936 | 1 | 234.0 | 260.0 |
| 6 | 64-QAM | 3/4 | 6 | 234 | 8 | 1404 | 1053 | 1 | 263.3 | 292.5 |
| 7 | 64-QAM | 5/6 | 6 | 234 | 8 | 1404 | 1170 | 1 | 292.5 | 325.0 |
| 8 | 256-QAM | 3/4 | 8 | 234 | 8 | 1872 | 1404 | 1 | 351.0 | 390.0 |
| 9 | 256-QAM | 5/6 | 8 | 234 | 8 | 1872 | 1560 | 1 | 390.0 | 433.3 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

See also IEEE Standard 802.11-2016 at 2616, where an 80 MHz Modulation and Coding Scheme (MCS) is mandatory.

| [1.b] partially filling the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the | On information and belief, the Southwest Count III Systems and Services practice partially filling the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the frequency gap such that the one or more guard bands are at least partially filled |
|---|---|

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| frequency gap such that the one or more guard bands are at least partially filled with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform; | with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform.<br><br>On information and belief, a 2 MHz frequency gap is present between the outer subcarriers of adjacent 20 MHz channels.  In a 40 MHz bonded channel, this gap is partially filled with additional subcarriers.<br><br><br><br>Source: https://www.arubanetworks.com/assets/wp/WP_80211acInDepth.pdf. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **Table 7-25f—Number of matrices and carrier grouping** |

| BW | Grouping Ng | Ns | Carriers for which matrices are sent |
|---|---|---|---|
| 20 MHz | 1 | 56 | All data and pilot carriers: −28, −27,…−2, −1, 1, 2,…27, 28 |
| | 2 | 30 | −28,−26,−24,−22,−20,−18,−16,−14,−12,−10,−8,−6,−4,−2,−1, 1,3,5,7,9,11,13,15,17,19,21,23,25,27,28 |
| | 4 | 16 | −28,−24,−20,−16,−12,−8,−4,−1,1,5,9,13,17,21,25,28 |
| 40 MHz | 1 | 114 | All data and pilot carriers: −58, −57, …, −3, −2, 2, 3,…, 57, 58 |
| | 2 | 58 | −58,−56,−54,−52,−50,−48,−46,−44,−42,−40,−38,−36,−34,−32,−30, −28,−26,−24,−22,−20,−18,−16,−14,−12,−10,−8,−6,−4,−2, 2,4,6,8,10,12,14,16,18,20,22,24,26,28, 30,32,34,36,38,40,42,44,46,48,50,52,54,56,58 |
| | 4 | 30 | −58,−54,−50,−46,−42,−38,−34,−30,−26,−22,−18,−14,−10,−6, −2, 2,6,10,14,18,22,26,30,34,38,42,46,50,54,58 |

Source: IEEE Standard 802.11n-2009 at 2356.

On information and belief, a 2 MHz frequency gap is present between the outer subcarriers of adjacent 20 MHz channels.  In a 40 MHz bonded channel, this gap (6 sub carriers is partially filled with four additional subcarriers, corresponding to indexes −3,-2, +2 and +3. When two 20 MHz HT channels are bonded together, some of the formerly unused subcarriers at the bottom of the higher channel and at the top end of the lower channel can be used to transmit data. That is why the number of data subcarriers is slightly more than two times the 52 (=104) subcarriers in a 40 MHz channel, which is 108 as in table 19-6.

43

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **Table 20-5—Timing-related constants** |

| | TXVECTOR CH_BANDWIDTH | | | |
|---|---|---|---|---|
| **Parameter** | | | **HT_CBW40 or NON_HT_CBW40** | |
| | **NON_HT_CBW20** | **HT_CBW_20** | **HT format** | **MCS 32 and non-HT duplicate** |
| $N_{SD}$: Number of complex data numbers | 48 | 52 | 108 | 48 |
| $N_{SP}$: Number of pilot values | 4 | 4 | 6 | 4 |
| $N_{ST}$: Total number of subcarriers See NOTE 1 | 52 | 56 | 114 | 104 |

Source: IEEE Standard 802.11n-2009 at Table 20-5.



Source: https://www.arubanetworks.com/assets/wp/WP_80211acInDepth.pdf.

**Table 9-70—Subcarriers for which a Compressed Beamforming Feedback Matrix subfield is sent back**

| Channel Width | $N_g$ | $N_s$ | Subcarriers for which Compressed Feedback Beamforming Matrix subfield is sent: $scidx(0), scidx(1), …, scidx(N_s-1)$ |
|---|---|---|---|
| 20 MHz | 1 | 52 | –28, –27, –26, –25, –24, –23, –22, –20, –19, –18, –17, –16, –15, –14, –13, –12, –11, –10, –9, –8, –6, –5, –4, –3, –2, –1, 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28<br><br>NOTE—Pilot subcarriers (±21, ±7) and DC subcarrier (0) are skipped |
| | 2 | 30 | –28, –26, –24, –22, –20, –18, –16, –14, –12, –10, –8, –6, –4, –2, –1, 1, 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28 |
| | 4 | 16 | –28, –24, –20, –16, –12, –8, –4, –1, 1, 4, 8, 12, 16, 20, 24, 28 |
| 40 MHz | 1 | 108 | –58, –57, –56, –55, –54, –52, –51, –50, –49, –48, –47, –46, –45, –44, –43, –42, –41, –40, –39, –38, –37, –36, –35, –34, –33, –32, –31, –30, –29, –28, –27, –26, –24, –23, –22, –21, –20, –19, –18, –17, –16, –15, –14, –13, –12, –10, –9, –8, –7, –6, –5, –4, –3, –2, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 54, 55, 56, 57, 58<br><br>NOTE—Pilot subcarriers (±53, ±25, ±11) and DC subcarriers (0, ±1) are skipped. |
| | 2 | 58 | –58, –56, –54, –52, –50, –48, –46, –44, –42, –40, –38, –36, –34, –32, –30, –28, –26, –24, –22, –20, –18, –16, –14, –12, –10, –8, –6, –4, –2, 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50, 52, 54, 56, 58 |
| | 4 | 30 | –58, –54, –50, –46, –42, –38, –34, –30, –26, –22, –18, –14, –10, –6, –2, 2, 6, 10, 14, 18, 22, 26, 30, 34, 38, 42, 46, 50, 54, 58 |
| 80 MHz | 1 | 234 | –122, –121, –120, –119, –118, –117, –116, –115, –114, –113, –112, –111, –110, –109, –108, –107, –106, –105, –104, –102, –101, –100, –99, –98, –97, –96, –95, –94, –93, –92, –91, –90, –89, –88, –87, –86, –85, –84, –83, –82, –81, –80, –79, –78, –77, –76, –74, –73, –72, –71, –70, –69, –68, –67, –66, –65, –64, –63, –62, –61, –60, –59, –58, –57, –56, –55, –54, –53, –52, –51, –50, –49, –48, –47, –46, –45, –44, –43, –42, –41, –40, –38, –37, –36, –35, –34, –33, –32, –31, –30, –29, –28, –27, –26, –25, –24, –23, –22, –21, –20, –19, –18, –17, –16, –15, –14, –13, –12, –10, –9, –8, –7, –6, –5, –4, –3, –2, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122<br><br>NOTE—Pilot subcarriers (±103, ±75, ±39, ±11) and DC subcarriers (0, ±1) are skipped. |

Source: IEEE Standard 802.11-2016 at 768.

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | <table><tr><td rowspan="2">CH_BANDWIDTH</td><td>FORMAT is HT_MF or HT_GF</td><td>Indicates whether the packet is transmitted using 40 MHz or 20 MHz channel width.<br>Enumerated type:<br>　HT_CBW20 for 20 MHz and 40 MHz upper and 40 MHz lower modes<br>　HT_CBW40 for 40 MHz</td><td>Y</td><td>Y</td></tr><tr><td>FORMAT is NON_HT</td><td>Enumerated type:<br>　NON_HT_CBW40 for non-HT duplicate format<br>　NON_HT_CBW20 for all other non-HT formats</td><td>Y</td><td>Y</td></tr></table><br>Source: IEEE Standard 802.11n-2009 at 251.<br><br>**4. Abbreviations and acronyms**<br><br>IDFT　　　　　inverse discrete Fourier transform<br><br>Source: IEEE Standard 802.11n-2009 at 9. |

46

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **20.3.7 Mathematical description of signals**<br><br>For the description of the convention on mathematical description of signals, see 17.3.2.4.<br><br>In the case of either a 20 MHz non-HT format (TXVECTOR parameter FORMAT set to NON_HT, MODULATION parameter set to one of {DSSS-OFDM, ERP-OFDM, OFDM}) transmission or a 20 MHz HT format (TXVECTOR parameter FORMAT set to HT_MF or HT_GF, CH_BANDWIDTH set to HT_CBW_20) transmission, the channel is divided into 64 subcarriers. In the 20 MHz non-HT format, the signal is transmitted on subcarriers –26 to –1 and 1 to 26, with 0 being the center (dc) carrier. In the 20 MHz HT format, the signal is transmitted on subcarriers –28 to –1 and 1 to 28.<br><br>In the case of the 40 MHz HT format, a 40 MHz channel is used. The channel is divided into 128 subcarriers. The signal is transmitted on subcarriers –58 to –2 and 2 to 58.<br><br>Source: IEEE Standard 802.11n-2009 at 267.<br><br>**19.3.7 Mathematical description of signals**<br><br>For the description of the convention on mathematical description of signals, see 17.3.2.5.<br><br>In the case of either a 20 MHz non-HT format (TXVECTOR parameter FORMAT equal to NON_HT, MODULATION parameter equal to one of {ERP-OFDM, OFDM}) transmission or a 20 MHz HT format (TXVECTOR parameter FORMAT equal to HT_MF or HT_GF, CH_BANDWIDTH equal to HT_CBW_20) transmission, the channel is divided into 64 subcarriers. In the 20 MHz non-HT format, the signal is transmitted on subcarriers –26 to –1 and 1 to 26, with 0 being the center (dc) carrier. In the 20 MHz HT format, the signal is transmitted on subcarriers –28 to –1 and 1 to 28.<br><br>In the case of the 40 MHz HT format, a 40 MHz channel is used. The channel is divided into 128 subcarriers. The signal is transmitted on subcarriers –58 to –2 and 2 to 58.<br><br>Source: IEEE Standard 802.11-2016 at 2356. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | On information and belief, the HT PHY uses a 128-point IDFT, usually implemented as an IFFT, to create the transmitted signal across the full 40 MHz signal spectrum. This process involves a fast fourier transform (FFT).<br><br>**20.3.3 Transmitter block diagram**<br><br>Figure 20-2 and Figure 20-3 show example transmitter block diagrams. In particular, Figure 20-2 shows the transmitter blocks used to generate the HT-SIG of the HT-mixed format PPDU. These transmitter blocks are also used to generate the non-HT portion of the HT-mixed format PPDU, except that the BCC encoder and interleaver are not used when generating the L-STF and L-LTFs. Figure 20-3 shows the transmitter blocks used to generate the Data field of the HT-mixed format and HT-greenfield format PPDUs. A subset of these transmitter blocks consisting of the constellation mapper and CSD blocks, as well as the blocks to the right of, and including, the spatial mapping block, are also used to generate the HT-STF, HT-GF-STF, and HT-LTFs. The HT-greenfield format SIGNAL field is generated using the transmitter blocks shown in Figure 20-2, augmented by additional CSD and spatial mapping blocks. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| |  Figure 20-2—Transmitter block diagram 1<br><br>Source: IEEE Standard 802.11n-2009 at 261.<br><br>On information and belief, IEEE 802.11ac infringes for the same reasons as 802.11n. *See supra. See also*:<br><br>**19.3.3 Transmitter block diagram** |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Figure 19-2 and Figure 19-3 show example transmitter block diagrams. In particular, Figure 19-2 shows the transmitter blocks used to generate the HT-SIG of the HT-mixed format PPDU. These transmitter blocks are also used to generate the non-HT portion of the HT-mixed format PPDU, except that the BCC encoder and interleaver are not used when generating the L-STF and L-LTFs. Figure 19-3 shows the transmitter blocks used to generate the Data field of the HT-mixed format and HT-greenfield format PPDUs. A subset of these transmitter blocks consisting of the constellation mapper and CSD blocks, as well as the blocks to the right of, and including, the spatial mapping block, are also used to generate the HT-STF, HT-GF-STF, and HT-LTFs. The HT-greenfield format SIGNAL field is generated using the transmitter blocks shown in Figure 19-2, augmented by additional CSD and spatial mapping blocks.<br><br><br>**Figure 19-2—Transmitter block diagram 1**<br><br>Source: IEEE Standard 802.11-2016 at 2348-350. |

50

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | **21.3.10.10 Pilot subcarriers**<br><br>In a 20 MHz transmission, four pilot tones shall be inserted in subcarriers $k \in \{-21, -7, 7, 21\}$. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (21-91).<br><br>$$P_n^{\{-21,-7,7,21\}} = \{\Psi_{1,n \bmod 4}^{\{1\}}, \Psi_{1,(n+1)\bmod 4}^{\{1\}}, \Psi_{1,(n+2)\bmod 4}^{\{1\}}, \Psi_{1,(n+3)\bmod 4}^{\{1\}}\}$$<br>$$P_n^{k \notin \{-21,-7,7,21\}} = 0$$<br>(21-91)<br><br>where<br><br>$\Psi_{1,m}^{\{1\}}$ is given by the $N_{STS} = 1$ row of Table 19-19<br><br>In a 40 MHz transmission, six pilot tones shall be inserted in subcarriers –53, –25, –11, 11, 25, and 53. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (21-92).<br><br>Source: IEEE Standard 802.11-2016 at 2574. |

**Table 9-70—Subcarriers for which a Compressed Beamforming Feedback Matrix subfield is sent back**

| Channel Width | $N_g$ | $N_s$ | Subcarriers for which Compressed Feedback Beamforming Matrix subfield is sent: $scidx(0)$, $scidx(1)$, …, $scidx(N_s-1)$ |
|---|---|---|---|
| 20 MHz | 1 | 52 | –28, –27, –26, –25, –24, –23, –22, –20, –19, –18, –17, –16, –15, –14, –13, –12, –11, –10, –9, –8, –6, –5, –4, –3, –2, –1, 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28<br><br>NOTE—Pilot subcarriers (±21, ±7) and DC subcarrier (0) are skipped |
| | 2 | 30 | –28, –26, –24, –22, –20, –18, –16, –14, –12, –10, –8, –6, –4, –2, –1, 1, 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28 |
| | 4 | 16 | –28, –24, –20, –16, –12, –8, –4, –1, 1, 4, 8, 12, 16, 20, 24, 28 |
| 40 MHz | 1 | 108 | –58, –57, –56, –55, –54, –52, –51, –50, –49, –48, –47, –46, –45, –44, –43, –42, –41, –40, –39, –38, –37, –36, –35, –34, –33, –32, –31, –30, –29, –28, –27, –26, –24, –23, –22, –21, –20, –19, –18, –17, –16, –15, –14, –13, –12, –10, –9, –8, –7, –6, –5, –4, –3, –2, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 54, 55, 56, 57, 58<br><br>NOTE—Pilot subcarriers (±53, ±25, ±11) and DC subcarriers (0, ±1) are skipped. |
| | 2 | 58 | –58, –56, –54, –52, –50, –48, –46, –44, –42, –40, –38, –36, –34, –32, –30, –28, –26, –24, –22, –20, –18, –16, –14, –12, –10, –8, –6, –4, –2, 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50, 52, 54, 56, 58 |
| | 4 | 30 | –58, –54, –50, –46, –42, –38, –34, –30, –26, –22, –18, –14, –10, –6, –2, 2, 6, 10, 14, 18, 22, 26, 30, 34, 38, 42, 46, 50, 54, 58 |
| 80 MHz | 1 | 234 | –122, –121, –120, –119, –118, –117, –116, –115, –114, –113, –112, –111, –110, –109, –108, –107, –106, –105, –104, –102, –101, –100, –99, –98, –97, –96, –95, –94, –93, –92, –91, –90, –89, –88, –87, –86, –85, –84, –83, –82, –81, –80, –79, –78, –77, –76, –74, –73, –72, –71, –70, –69, –68, –67, –66, –65, –64, –63, –62, –61, –60, –59, –58, –57, –56, –55, –54, –53, –52, –51, –50, –49, –48, –47, –46, –45, –44, –43, –42, –41, –40, –38, –37, –36, –35, –34, –33, –32, –31, –30, –29, –28, –27, –26, –25, –24, –23, –22, –21, –20, –19, –18, –17, –16, –15, –14, –13, –12, –10, –9, –8, –7, –6, –5, –4, –3, –2, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122<br><br>NOTE—Pilot subcarriers (±103, ±75, ±39, ±11) and DC subcarriers (0, ±1) are skipped. |

Source: IEEE Standard 802.11-2016 at 768.

| U.S. Patent No. 8,027,326 (Claim 1) | | | | | |
|---|---|---|---|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** | | | | |
| | EXPANSION_MAT_TYPE | FORMAT is VHT and EXPANSION_MAT is present. | Set to COMPRESSED_SV | Y | N |
| | | Otherwise | See corresponding entry in Table 19-1 | | |
| | EXPANSION_MAT | FORMAT is VHT | Contains a vector in the number of selected ==subcarriers== containing feedback matrices as defined in 21.3.11.2 based on the channel measured during the training symbols of a previous VHT NDP PPDU. | M U | N |
| | | Otherwise | See corresponding entry in Table 19-1 | | |

Source: IEEE Standard 802.11-2016 at 2501.

| | |
|---|---|
| [1.c] combining the first channel and the second channel using channel bonding with orthogonal frequency division multiplexing (OFDM); and | On information and belief, the Southwest Count III Systems and Services practice combining the first channel and the second channel using channel bonding with orthogonal frequency division multiplexing (OFDM).<br><br>On information and belief, in 40 MHz capable HT STA, both primary ("first") and secondary ("second") 20 MHz channels are combined by using channel bonding to give a wideband channel. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | ## 40MHZ OFDM 802.11N<br><br>- 802.11n also introduced a 40 MHz channel, which combined two 20 MHz channels<br>- The 40 MHz channel consists of 128 subcarriers:<br>  - 128 subcarriers:<br>    - 108 transmit data subcarriers<br>    - 6 as pilot carriers<br>    - 14 unused<br><br>- When two 20 MHz HT channels are bonded together, some of the formerly unused subcarriers at the bottom of the higher channel and at the top end of the lower channel are able to be used to transmit data.<br>- That is why the number of subcarriers is slightly more than two times the 56 subcarriers in a 20 MHz channel.<br>- Each bonded channel consists of a primary and secondary 20 MHz channel.<br>- The channels must be adjacent. A positive or negative offset indicates whether the secondary channel is the channel above or the channel below the primary channel. This is pictured in Figure 19.4.<br><br>Source: https://dot11ap.wordpress.com/ht-channel-width-operation/. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | ## 20. High Throughput (HT) PHY specification<br><br>## 20.3.11.10 OFDM modulation<br><br>### 20.3.11.10.3 Transmission in 40 MHz HT format<br><br>For 40 MHz HT transmissions, the signal from transmit chain $i_{TX}$ shall be as shown in Equation (20-59).<br><br>$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$<br><br>$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}} (\tilde{D}_{k, i_{STS}, n} + p_{n+z} P_{(i_{STS}, n)}^k)) \Upsilon_k \qquad (20\text{-}59)$$<br><br>$$\cdot \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{STS}})))$$<br><br>Copyright © 2009 IEEE. All rights reserved.                    301 |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | where<br><br>$z$    is 3 in an HT-mixed format packet and 2 in an HT-greenfield format packet<br><br>$p_n$    is defined in 17.3.5.9<br><br>$$\tilde{D}_{k,\,i_{STS},\,n} = \begin{cases} 0,\, k = 0,\, \pm1,\, \pm11,\, \pm25,\, \pm53 \\ \tilde{d}_{M'(k),\,i_{STS},\,n},\, \text{otherwise} \end{cases}$$<br><br>$$M'(k) = \begin{cases} k + 58,\, -58 \le k \le -54 \\ k + 57,\, -52 \le k \le -26 \\ k + 56,\, -24 \le k \le -12 \\ k + 55,\, -10 \le k \le -2 \\ k + 52,\, 2 \le k \le 10 \\ k + 51,\, 12 \le k \le 24 \\ k + 50,\, 26 \le k \le 52 \\ k + 49,\, 54 \le k \le 58 \end{cases}$$<br><br>$P^k_{(i_{STS},\,n)}$    is defined in Equation (20-55)<br><br>NOTE—The 90° rotation that is applied to the upper part of the 40 MHz channel is applied in the same way to the HT-STF, HT-LTF, and HT-SIG. The rotation applies to both pilots and the data in the upper part of the 40 MHz channel.<br><br>Source: IEEE Standard 802.11n-2009 at 247, 298, 301-302.<br><br>Improved OFDM and Channel Bonding |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | 802.11n uses a more efficient OFDM modulation and can use 40 MHz channels. This more than doubles the data rate for 802.11n when compared to 20 MHz channels. When operating within a traditional 20 MHz channel, OFDM further slices the channel into 52 subcarriers (48 of which are used for carrying data). However, when 802.11n applies OFDM on a 40 MHz channel, the number of data-carrying subcarriers do not simply double to 96 sub-carriers. Instead, they actually more than double to 114 subcarriers, including pilots (which do not carry data). This allows 802.11n to deliver a 65 Mbps data rate (instead of 54 Mbps) per 20 MHz channel for a total of 135 Mbps on a 40 MHz channel when transmitting a single spatial data stream. When transmitting using 2 spatial streams on a 40 MHz channel, this data rate again doubles to 135 Mbps x 2 — 270 Mbps.<br><br>Source: https://www.winncom.com/images/stories/Motorola_802.11nDEM_WP_v4_0209.pdf.<br><br>**HT-OFDM**<br><br>802.11a and g used Orthogonal Frequency Division Multiplexing (OFDM) to transmit information. 802.11n continues to use OFDM but in a slightly different way. This new version is called HT-OFDM for High Throughput OFDM.<br><br>How does OFDM works? The OFDM divides a channel into several subcarriers to carry information. For example, 802.11a and g use an OFDM that divides the 20MHz channels into 52 subcarriers. 48 of those are used for data transmission and 4 others are used for forward error correction. This configuration offers a data rates of 54 Mbps at best.<br><br>When 802.11n uses 20MHz channels, HT-OFDM now offers 56 subcarriers. There are still 4 that are used for forward error correction and now 52 that are used for data transmission. This marginally increases the data rates to a maximum of 65 Mbps. This is when we use a single-transmitter radio. For two transmitters, the maximum data rates is 130 Mbps. Three transmitters provide a maximum data rates of 195 Mbps. The maximum four transmitters can deliver 260 Mbps.<br><br>When a 40MHz channel is used, we get 108 subcarriers to transmit data information and 6 subcarriers for forward error correction. This way the channel is divided into 114 subcarriers. This provides a maximum data rates of 135 Mbps, 270 Mbps, 405 Mbps, and 540 Mbps for one through four transmitters, respectively. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | Source: https://www.gta.ufrj.br/ensino/eel879/trabalhos_vf_2014_2/remi/Physical%20Layer%20Improvements.html. <br><br>  <br><br> Figure 10: Number of subcarriers offered by OFDM <br><br> Source: https://www.gta.ufrj.br/ensino/eel879/trabalhos_vf_2014_2/remi/Physical%20Layer%20Improvements.html. <br><br> On information and belief, IEEE 802.11ac infringes for the same reasons as 802.11n. *See supra*. *See also*: |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | ## 19. High-throughput (HT) PHY specification<br><br>### 19.3.11.11 OFDM modulation<br><br>### 19.3.11.11.4 Transmission in 40 MHz HT format<br><br>For 40 MHz HT transmissions, the signal from transmit chain $i_{TX}$ shall be as shown in Equation (19-59).<br><br>$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$<br><br>$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}} (\tilde{D}_{k, i_{STS}, n} + p_{n+z} P_{(i_{STS}, n)}^k) ) \Upsilon_k \qquad (19\text{-}59)$$<br><br>$$\cdot \exp(j2\pi k\Delta_F (t - nT_{SYM} - T_{GI} - T_{CS}^{i_{STS}})))$$<br><br>where<br><br>$z$      is 3 in an HT-mixed format packet and 2 in an HT-greenfield format packet<br>$p_n$      is defined in 17.3.5.10 |

| U.S. Patent No. 8,027,326 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | $$\tilde{D}_{k,\,i_{STS},\,n} = \begin{cases} 0, k = 0, \pm 1, \pm 11, \pm 25, \pm 53 \\ \tilde{d}_{M'(k),\,i_{STS},\,n}, \text{otherwise} \end{cases}$$ $$M'(k) = \begin{cases} k + 58, -58 \le k \le -54 \\ k + 57, -52 \le k \le -26 \\ k + 56, -24 \le k \le -12 \\ k + 55, -10 \le k \le -2 \\ k + 52, 2 \le k \le 10 \\ k + 51, 12 \le k \le 24 \\ k + 50, 26 \le k \le 52 \\ k + 49, 54 \le k \le 58 \end{cases}$$ $P^{k}_{(i_{STS},\,n)}$ is defined in Equation (19-55) NOTE—The 90° rotation that is applied to the upper part of the 40 MHz channel is applied in the same way to the HT-STF, HT-LTF, and HT-SIG. The rotation applies to both pilots and the data in the upper part of the 40 MHz channel. Source: IEEE Standard 802.11-2016 at 2334, 2387, 2390-2391. |
| [1.d] transmitting data subcarriers occupying the first channel, the second channel, and the frequency gap in parallel to a receiver. | On information and belief, the Southwest Count III Systems and Services practice transmitting data subcarriers occupying the first channel, the second channel, and the frequency gap in parallel to a receiver. On information and belief, subcarriers occupying both channels and the partially-filled frequency gap are transmitted in parallel. **20.3.4 Overview of the PPDU encoding process** |

| U.S. Patent No. 8,027,326 (Claim 1) |
|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | o)   Determine whether 20 MHz or 40 MHz operation is to be used from the CH_BANDWIDTH parameter of the TXVECTOR. Specifically, when CH_BANDWIDTH is HT_CBW20 or NON_HT_CBW20, 20 MHz operation is to be used. When CH_BANDWIDTH is HT_CBW40 or NON_HT_CBW40, 40 MHz operation is to be used. For 20 MHz operation (with the exception of non-HT formats), insert four subcarriers as pilots into positions –21, –7, 7, and 21. The total number of the subcarriers, $N_{ST}$, is 56. For 40 MHz operation (with the exception of MCS 32 and non-HT duplicate format), insert six subcarriers as pilots into positions –53, –25, –11, 11, 25, and 53, resulting in a total of $N_{ST} = 114$ subcarriers. See 20.3.11.10.4 for pilot locations when using MCS 32 and 20.3.11.11 for pilot locations when using non-HT duplicate format. The pilots are modulated using a pseudo-random cover sequence. Refer to 20.3.11.9 for details. For 40 MHz operation, apply a +90 degree phase shift to the complex value in each OFDM subcarrier with an index greater than 0, as described in 20.3.11.10.3, 20.3.11.10.4, and 20.3.11.11.<br><br>p)   Map each of the complex numbers in each of the $N_{ST}$ subcarriers in each of the OFDM symbols in each of the $N_{STS}$ space-time streams to the $N_{TX}$ transmit chain inputs. For direct-mapped operation, $N_{TX} = N_{STS}$, and there is a one-to-one correspondence between space-time streams and transmit chains. In this case, the OFDM symbols associated with each space-time stream are also associated with the corresponding transmit chain. Otherwise, a spatial mapping matrix associated with each OFDM subcarrier, as indicated by the EXPANSION_MAT parameter of the TXVECTOR, is used to perform a linear transformation on the vector of $N_{STS}$ complex numbers associated with each subcarrier in each OFDM symbol. This spatial mapping matrix maps the vector of $N_{STS}$ complex numbers in each subcarrier into a vector of $N_{TX}$ complex numbers in each subcarrier. The sequence of $N_{ST}$ complex numbers associated with each transmit chain (where each of the $N_{ST}$ complex numbers is taken from the same position in the $N_{TX}$ vector of complex numbers across the $N_{ST}$ subcarriers associated with an OFDM symbol) constitutes an OFDM symbol associated with the corresponding transmit chain. For details, see 20.3.11.10. Spatial mapping matrices may include cyclic shifts, as described in 20.3.11.10.1. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | t)   Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br><br>Source: IEEE Standard 802.11n-2009 at 262-264.<br><br>On information and belief, IEEE 802.11ac infringes for the same reasons as 802.11n. *See supra*. *See also*:<br><br>**19.3.4 Overview of the PPDU encoding process** |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | o) Determine whether 20 MHz or 40 MHz operation is to be used from the CH_BANDWIDTH parameter of the TXVECTOR. Specifically, when CH_BANDWIDTH is HT_CBW20 or NON_HT_CBW20, 20 MHz operation is to be used. When CH_BANDWIDTH is HT_CBW40 or NON_HT_CBW40, 40 MHz operation is to be used. For 20 MHz operation (with the exception of non-HT formats), insert four subcarriers as pilots into positions –21, –7, 7, and 21. The total number of the subcarriers, $N_{ST}$, is 56. For 40 MHz operation (with the exception of MCS 32 and non-HT duplicate format), insert six subcarriers as pilots into positions –53, –25, –11, 11, 25, and 53, resulting in a total of $N_{ST}$ = 114 subcarriers. See 19.3.11.11.5 for pilot locations when using MCS 32 and 19.3.11.12 for pilot locations when using non-HT duplicate format. The pilots are modulated using a pseudorandom cover sequence. Refer to 19.3.11.10 for details. For 40 MHz operation, apply a +90° phase shift to the complex value in each OFDM subcarrier with an index greater than 0, as described in 19.3.11.11.4, 19.3.11.11.5, and 19.3.11.12. <br><br> p) Map each of the complex numbers in each of the $N_{ST}$ subcarriers in each of the OFDM symbols in each of the $N_{STS}$ space-time streams to the $N_{TX}$ transmit chain inputs. For direct-mapped operation, $N_{TX} = N_{STS}$, and there is a one-to-one correspondence between space-time streams and transmit chains. In this case, the OFDM symbols associated with each space-time stream are also associated with the corresponding transmit chain. Otherwise, a spatial mapping matrix associated with each OFDM subcarrier, as indicated by the EXPANSION_MAT parameter of the TXVECTOR, is used to perform a linear transformation on the vector of $N_{STS}$ complex numbers associated with each subcarrier in each OFDM symbol. This spatial mapping matrix maps the vector of $N_{STS}$ complex numbers in each subcarrier into a vector of $N_{TX}$ complex numbers in each subcarrier. The sequence of $N_{ST}$ complex numbers associated with each transmit chain (where each of the $N_{ST}$ complex numbers is taken from the same position in the $N_{TX}$ vector of complex numbers across the $N_{ST}$ subcarriers associated with an OFDM symbol) constitutes an OFDM symbol associated with the corresponding transmit chain. For details, see 19.3.11.11. Spatial mapping matrices may include cyclic shifts, as described in 19.3.11.11.2. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count III Systems and Services** |
| | t)  Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 19.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied. <br><br> Source: IEEE Standard 802.11-2016 at 2349-2353. |

**Exhibit 10 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example Southwest Count IV Systems and Services**
**U.S. Patent No. 7,324,469 ("'469 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that provide onboard WiFi in its airplanes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count IV Systems and Services" or "Southwest Systems and Services").

On information and belief, the Southwest Systems and Services provide onboard WiFi in its airplanes.



Source: https://www.southwest.com/inflight-entertainment-portal/.[1]

---

[1] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

2

We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.

Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone.

| | Anuvu Legacy | Anuvu Upgraded | Viasat |
|---|---|---|---|
| Improved Speeds and Reliability | ✖ | ✔ | ✔ |
| Streaming (when authenticated for Internet) | ✖ | ✔ | ✔ |
| Device Swap | ✖ | ✖ | ✔ |
| Free Entertainment, Texting, and Flight Tracker | ✔ | ✔ | ✔ |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.

3

| U.S. Patent No. 7,324,469 (Claim 24) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| [24.pre] An Internet Hotspot comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count IV Systems and Services include an Internet Hotspot.<br><br>On information and belief, Southwest has partnered with Viasat and Anuvu[2] to provide its passengers with in-flight Wi-Fi connectivity. Southwest aircraft are equipped with Viasat and Anuvu's In-Flight Connectivity system.<br><br>We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.<br><br>Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone.<br><br><br><br>Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I. |

---

[2] Based on publicly-available information, Plaintiffs have identified Viasat and Anuvu as Wi-Fi and/or In-Flight Connectivity (IFC) providers for Southwest. To the extent Southwest has used other IFC providers to provide satellite-based Internet connectivity to its customers, Plaintiffs reserve right to investigate such use.

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | **DOES SOUTHWEST USE VIASAT?** <br><br> Yes. Southwest airlines announced in March 2023 that new aircraft with the airline will come with factory-installed Wi-Fi connectivity powered by Viasat. The Ka-band connectivity will offer faster, reliable Wi-Fi network connections for Southwest passengers. Viasat currently offers In-Flight Connectivity services to Delta Air Lines, JetBlue, American and United. The first Viasat-equipped aircraft entered service in March 2023 for various North American routes. Viasat is proud to have been selected as the provider in this partnership. <br><br> The connectivity will use three large Ka-band satellites, Viasat-1, Viasat-2 and the recently launched Viasat-3 once it completes in-orbit testing, which is expected to be late summer or the fall of 2023. Viasat is a global communications company that provides high-speed satellite internet and other communication services. It operates a satellite network that delivers broadband internet access to residential, commercial, and government customers, particularly in areas where traditional wired internet infrastructure is limited or unavailable. <br><br> Source: https://www.rsinc.com/does-southwest-use-viasat.php. <br><br> Southwest, serving more than 100 million passengers each year, continues to offer the most comprehensive inflight entertainment and connectivity experience at all phases of flight, which now includes: <br><br> • Inflight WiFi available from gate-to-gate for $8 per device per day <br> • iMessage, available from gate-to-gate for $2 per day, for iPhone users with iOS5 or later <br> • Live Television streamed directly to passengers' own personal electronic devices, free of charge, courtesy of DISH <br> • Video-on-Demand television content and movies <br><br> Powered by Global Eagle's satellite-based connectivity platform, the new service—in sync with gate-to-gate Wi-Fi—is also optimized to work in all phases of flight, including on the ground. <br><br> Source: https://www.anuvu.com/our-company/press-releases/detail/30/southwest-airlines-and-global-eagle-entertainment-announce-launch-of-gate-to-gate-messaging-on-all. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| [24.a] a satellite dish communicating with the Internet via one or more data links with a satellite; | On information and belief, the Southwest Count IV Systems and Services include a satellite dish communicating with the Internet via one or more data links with a satellite. <br><br> On information and belief, Southwest's aircraft are equipped with Viasat In-Flight Connectivity (IFC). This functionality uses satellite technology that communicates with the Internet through data links. <br><br> We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year. <br><br> Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone. <br><br> <table><tr><td></td><td>**Anuvu Legacy**</td><td>**Anuvu Upgraded**</td><td>**Viasat**</td></tr><tr><td>Improved Speeds and Reliability</td><td>✖</td><td>✔</td><td>✔</td></tr><tr><td>Streaming (when authenticated for Internet)</td><td>✖</td><td>✔</td><td>✔</td></tr><tr><td>Device Swap</td><td>✖</td><td>✖</td><td>✔</td></tr><tr><td>Free Entertainment, Texting, and Flight Tracker</td><td>✔</td><td>✔</td><td>✔</td></tr></table> <br> Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | **DOES SOUTHWEST USE VIASAT?** Yes. Southwest airlines announced in March 2023 that new aircraft with the airline will come with factory-installed Wi-Fi connectivity powered by Viasat. The Ka-band connectivity will offer faster, reliable Wi-Fi network connections for Southwest passengers. Viasat currently offers In-Flight Connectivity services to Delta Air Lines, JetBlue, American and United. The first Viasat-equipped aircraft entered service in March 2023 for various North American routes. Viasat is proud to have been selected as the provider in this partnership. The connectivity will use three large Ka-band satellites, Viasat-1, Viasat-2 and the recently launched Viasat-3 once it completes in-orbit testing, which is expected to be late summer or the fall of 2023. Viasat is a global communications company that provides high-speed satellite internet and other communication services. It operates a satellite network that delivers broadband internet access to residential, commercial, and government customers, particularly in areas where traditional wired internet infrastructure is limited or unavailable. Source: https://www.rsinc.com/does-southwest-use-viasat.php. ViaSat-3 is a constellation of three ultra-high-capacity Ka-band geostationary satellites currently in production. The first and second payloads have already been sent to Boeing Satellite Systems for integration with the 702MP+ bus (spacecraft). This is a modified version of Boeing's 702 bus with a good deal more power (greater than 25kW per satellite), and they are expected to make the ViaSat-3 satellites some of the most high-powered ones ever built. To produce that power, the four solar panels of the traditional 702MP have been bumped to eight. These solar cells are similar to the ones used in the original Apollo moon missions and have powered more than 1,000 satellites around the globe. Source: https://news.viasat.com/blog/scn/what-is-viasat3. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/932043_Global_Ku-band_Advanced_Brochure_016_web.pdf. |

8

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | On information and belief, Anuvu functions similarly to Viasat.<br><br><br><br>Source: https://www.anuvu.com/our-portfolio/connectivity. |
| [24.b] at least one router operatively coupled to the satellite dish; | On information and belief, the Southwest Count IV Systems and Services include at least one router operatively coupled to the satellite dish.<br><br>On information and belief, Southwest's aircraft are equipped with Wi-Fi and/or IFC that includes a router that is connected to a satellite antenna mounted about the plane that communicates using a satellite and ground stations.<br><br> |

| U.S. Patent No. 7,324,469 (Claim 24) ||
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| |  Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/932043_Global_Ku-band_Advanced_Brochure_016_web.pdf. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | 

**Key features at a glance**

› Smart, fully automated, multi-link cabin connectivity management

› Integral 4G/LTE cellular data modem for quick and easy remote support

› Small form factor, flange mounted, fan-less design for maximum flexibility and ease of installation

› Built-in monitoring and diagnostics

› Front panel I/O includes dual mini-SIM slot, USB, serial, Ethernet and DisplayPort allowing for easy maintenance access

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

On information and belief, Southwest offers WiFi solutions (through its IFC providers) that support satellite-based WiFi.

We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.

Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone. |

| U.S. Patent No. 7,324,469 (Claim 24) |
| --- |

| Claim(s) | Example Southwest Count IV Systems and Services |
| --- | --- |
| |  |

|  | Anuvu Legacy | Anuvu Upgraded | Viasat |
| --- | --- | --- | --- |
| Improved Speeds and Reliability | ✖ | ✔ | ✔ |
| Streaming (when authenticated for Internet) | ✖ | ✔ | ✔ |
| Device Swap | ✖ | ✖ | ✔ |
| Free Entertainment, Texting, and Flight Tracker | ✔ | ✔ | ✔ |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.

## DOES SOUTHWEST USE VIASAT?

Yes. Southwest airlines announced in March 2023 that new aircraft with the airline will come with factory-installed Wi-Fi connectivity powered by Viasat. The Ka-band connectivity will offer faster, reliable Wi-Fi network connections for Southwest passengers. Viasat currently offers In-Flight Connectivity services to Delta Air Lines, JetBlue, American and United. The first Viasat-equipped aircraft entered service in March 2023 for various North American routes. Viasat is proud to have been selected as the provider in this partnership.

The connectivity will use three large Ka-band satellites, Viasat-1, Viasat-2 and the recently launched Viasat-3 once it completes in-orbit testing, which is expected to be late summer or the fall of 2023. Viasat is a global communications company that provides high-speed satellite internet and other communication services. It operates a satellite network that delivers broadband internet access to residential, commercial, and government customers, particularly in areas where traditional wired internet infrastructure is limited or unavailable.

Source: https://www.rsinc.com/does-southwest-use-viasat.php.

13

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | Our hybrid satellite network combines our own satellites with capacity on over 50 third-party satellites, providing scalable capacity, reliability and redundancy, and cost-effective solutions for our customers.<br><br>As the industry pioneer in regional Inflight Connectivity and gigabit-class cruise ship connectivity, Anuvu has continuously invested in new technologies to keep pace with end-user expectations. We recognize the importance of reliable, fast, global connectivity for our customers around the world. Our hybrid network, consisting of high-throughput geostationary satellites and 4G/5G mobile connectivity, builds on the industry's first and most capable SD-WAN platform optimized for aviation and maritime applications.<br><br>**96%** Anuvu's world satellite coverage    **1000+** Aircraft connected - the largest domestic single-aisle fleet in the world<br><br>Source: https://www.anuvu.com/our-portfolio/connectivity. |
| [24.c] a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet; and | On information and belief, the Southwest Count IV Systems and Services include a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet.<br><br>On information and belief, the IFC includes a satellite antenna, multiple WAPs, and an onboard server that hosts information passenger-focused services. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| |  |

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/932043_Global_Ku-band_Advanced_Brochure_016_web.pdf.

On information and belief, Southwest passengers authenticate themselves on the SouthwestWiFi.com web portal to access in-flight Wi-Fi using on-board server(s). The authentication completes when the user enters their login credentials on the portal. Limited free Wi-Fi is available to passengers, and upgraded high-speed

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | WiFi is available to certain Southwest members or can be purchased.  Source: https://www.southwest.com/inflight-entertainment-portal/. <br><br> Source: https://www.southwest.com/inflight-entertainment-portal/. |

17

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| [24.d] a web-ready device operatively coupled to the at least one router, the web-ready device having a browser application operating thereon for accessing the Internet; | On information and belief, the Southwest Count IV Systems and Services include a web-ready device operatively coupled to the at least one router, the web-read device having a browser application operating thereon for accessing the Internet.<br><br>On information and belief, Southwest enables access to onboard WiFi through seatback and/or user devices that include a browser application for Internet accessibility.<br><br><br><br>Source: https://www.southwest.com/inflight-entertainment-portal/.<br><br><br><br>Source: https://www.southwest.com/inflight-entertainment-portal/. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://www.southwest.com/inflight-entertainment-portal/. |
| [24.e] wherein the satellite dish, at least one router and the subscriber access unit are located in a remote location a experiencing a relatively high volume of transient traffic; | On information and belief, the Southwest Count IV Systems and Services include a satellite dish, at least one router, and a subscriber access unit, where the satellite dish, at least one router and the subscriber access unit are located in a remote location a experiencing a relatively high volume of transient traffic. |

19

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | **How it works** <br> The service uses satellites to transmit data to and from the aircraft. Passengers connect their devices to the Viasat service through aircraft cabin WiFi distribution similar to how they connect to hotspots on the ground. Data is transmitted between the plane and the ground station through the satellite. As the plane moves through the air, the system automatically performs handovers between coverage areas. <br><br>  <br><br> Source: https://www.viasat.com/content/dam/us-site/aviation/documents/932043_Global_Ku-band_Advanced_Brochure_016_web.pdf. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://onezero.medium.com/what-makes-it-possible-to-browse-the-internet-at-35-000-feet-1afaea83eb5. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br>Source: https://www.businessinsider.com/how-airplane-wifi-works-2018-9. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | **Southwest Airlines fleet** |

| Aircraft | In service | Orders | Passengers | Notes |
|---|---|---|---|---|
| Boeing 737-700 | 374 | — | 143 | Launch customer and largest operator.[15] Older aircraft to be replaced by Boeing 737 MAX 7. |
| Boeing 737-800 | 205 | — | 175 | To be replaced by Boeing 737 MAX 8. |
| Boeing 737 MAX 7 | — | 307 | 150[33] | Deliveries begin in 2025.[34] To replace older Boeing 737-700s.[35] |
| Boeing 737 MAX 8 | 239 | 166 | 175 | Largest Boeing 737 MAX operator. To replace Boeing 737-700s.[35] |
| **Total** | **818** | **473** | | |

Source: https://en.wikipedia.org/wiki/Southwest_Airlines_fleet.

| | |
|---|---|
| [24.f] wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router. | On information and belief, the Southwest Count 5 Systems and Services include WiFi where the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router. <br><br> On information and belief, Southwest passengers authenticate themselves on the SouthwestWiFi.com web portal to access in-flight Wi-Fi. The authentication completes when the user enters their login credentials on the portal through seatback and/or user devices. Limited free Wi-Fi is available to passengers, and upgraded high-speed WiFi is available to certain Southwest members or can be purchased. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| |  Source: https://www.southwest.com/inflight-entertainment-portal/.<br><br>Source: https://www.southwest.com/inflight-entertainment-portal/.<br><br>On information and belief, upon authentication the user may access the Internet through onboard WiFi, where a connection is established with onboard software and/or hardware including a router. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://www.southwest.com/inflight-entertainment-portal/.<br><br>Source: https://www.southwest.com/inflight-entertainment-portal/. |

26

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | **Stay Connected[1]**<br><br>Keeping you connected to what matters to you–even when you're in the air. Access the portal to enjoy free texting[2] and $8 Internet.[4]<br><br>**Free Texting**  **$8 Internet**<br><br>Keep those texts flying with **iMessage** and **WhatsApp** on your personal device. Visit the Texting page in Portal to activate service.<br><br>Go online to check email, browse social media, or snag a dinner reservation for just $8 (**free** for our A-List Preferred Members and Business Select Customers) per device from takeoff to landing.<br><br>**Note:** In order to provide a better experience, we may prohibit access to certain high-bandwidth applications, websites, and video conferencing services. In consideration of the public environment onboard we may also restrict potentially offensive online content.<br><br>Source: https://www.southwest.com/inflight-entertainment-portal/. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | <br><br>Source: https://onezero.medium.com/what-makes-it-possible-to-browse-the-internet-at-35-000-feet-1afaea83eb5.<br><br>On information and belief, Southwest offers WiFi solutions on its airplanes that support satellite-based WiFi. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| |  |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.



**DOES SOUTHWEST USE VIASAT?**

Yes. Southwest airlines announced in March 2023 that new aircraft with the airline will come with factory-installed Wi-Fi connectivity powered by Viasat. The Ka-band connectivity will offer faster, reliable Wi-Fi network connections for Southwest passengers. Viasat currently offers In-Flight Connectivity services to Delta Air Lines, JetBlue, American and United. The first Viasat-equipped aircraft entered service in March 2023 for various North American routes. Viasat is proud to have been selected as the provider in this partnership.

The connectivity will use three large Ka-band satellites, Viasat-1, Viasat-2 and the recently launched Viasat-3 once it completes in-orbit testing, which is expected to be late summer or the fall of 2023. Viasat is a global communications company that provides high-speed satellite internet and other communication services. It operates a satellite network that delivers broadband internet access to residential, commercial, and government customers, particularly in areas where traditional wired internet infrastructure is limited or unavailable.

Source: https://www.rsinc.com/does-southwest-use-viasat.php.

29

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim(s)** | **Example Southwest Count IV Systems and Services** |
| | Our hybrid satellite network combines our own satellites with capacity on over 50 third-party satellites, providing scalable capacity, reliability and redundancy, and cost-effective solutions for our customers.<br><br>As the industry pioneer in regional Inflight Connectivity and gigabit-class cruise ship connectivity, Anuvu has continuously invested in new technologies to keep pace with end-user expectations. We recognize the importance of reliable, fast, global connectivity for our customers around the world. Our hybrid network, consisting of high-throughput geostationary satellites and 4G/5G mobile connectivity, builds on the industry's first and most capable SD-WAN platform optimized for aviation and maritime applications.<br><br>**96%** Anuvu's world satellite coverage    **1000+** Aircraft connected - the largest domestic single-aisle fleet in the world<br><br>Source: https://www.anuvu.com/our-portfolio/connectivity. |

30

**Exhibit 11 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example Southwest Count V Systems and Service**
**sU.S. Patent No. 7,257,582 ("'582 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize Hadoop; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and se rvices; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the sp ecifically identified systems and services ("Example Southwest Count V Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, the Southwest Systems and Services use Hadoop in its private cloud(s). For example, Southwest posts, or has posted, job opportunities that require familiarity with Hadoop concepts.

*See* https://www.linkedin.com/in/meghanaa-malleboina/, job profile of data engineer who stated that they enhanced Hadoop YARN cluster efficiency by 35% through optimized resource allocation.

*See* https://www.linkedin.com/in/rohan-kumar-9861bb127, job profile of Senior Hadoop Developer who stated that they are/were a Hadoop developer for Southwest Airlines. (last accessed 10/8/24).

*See* https://www.linkedin.com/in/harish-t-b82094128, job profile of Senior Hadoop Developer who stated that they are/were a Hadoop developer for Southwest Airlines. (last accessed 10/8/24).

As another example, Southwest has stated that it is investing in cloud technology and has "moved about 50% of its technology" to the cloud and has indicated cloud migration is one of its areas of focus for 2024 and beyond. Source: https://www.phocuswire.com/southwest-airlines-cio-tech-investment.

---

[1] For the avoidance of doubt, Plaintiffs do not accuse public clouds of Southwest if those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Southwest's activities. IV will provide relevant license agreements for cloud providers in discovery. To the extent any of these licenses are relevant to Southwest's activities, Plaintiffs will meet and confer with Southwest about the impact of such license(s).

On information and belief, other information confirms Southwest uses Hadoop technology.

# How Data Analytics Make Airlines Fly

Look up at the sky and think in numbers: Each day, nearly 7,000 commercial aircraft take off on 24,000 flights, according to the Federal Aviation Administration. With the expert guidance of 14,000 air traffic controllers, they fly about 2.2 million passengers every 24 hours. To do that, airlines and controllers coordinate airplanes' movements through internal dispatch offices and 476 control towers. Add to the mix some 200,000 general aviation aircraft traveling between more than 19,000 airports, and you can envision the logistical challenges involved in moving 719 million passengers around the U.S. each year. It doesn't take much to imagine the complex logistics involved in making a system of such scale work properly. While "data analytics" is a relatively new term to the mainstream, airlines have been applying such principles to the business for years, often under the phrase "operations modeling," said Doug Gray, director of enterprise data analytics for Dallas-based Southwest Airlines. At first, the data was used to guide decisions about fueling, crew schedules and flight itineraries. Today, analytics are used across the organization, in functions from marketing to operations, explained Gray, who's also a member of the International Institute for Analytics' Expert Network. "They have a significant impact on costs and profitability," he said. Indeed, calling real-time analytics "integral" to any airline's success isn't going too far. While specialists in fueling, crew scheduling, flight scheduling and other areas may have their plans laid out perfectly, their work is never immune from unexpected developments. "Daily operations is where stuff hits the fan," Gray observed. "You can't predict a heart attack in-flight, or a control-tower fire." Schedulers have only so much advance warning of bad weather. Even on the best of days, it seems an airline's plans can only be regarded as tentative.

## Industry Expertise Helps

Of course, airlines need people who can implement and maintain analytics systems—software engineers and developers who need to have at least some expertise with data, Gray said. For his part, Gray is particularly interested in tech pros familiar with Oracle, Teradata and Amazon Cloud Services. Also important are relational database skills such as NoSQL and Mongo DB. Although he sees the company experimenting more with Hadoop ("It's better in the cloud,"), Gray said that "unless something better comes along," the company will continue to rely heavily on R and Alteryx, a "data science self-service desktop" that combines ETL, R and visualization in one GUI-driven application. Like many employers, Southwest will hire "the right person and train them" on needed skills, especially if they're just out of school, Gray said. And, he believes, industry experience can give candidates an advantage. As more people pursue careers using data science, analytics and operations research, "more departments will have their own [data and analytics] experts, joined together by a center of excellence." "Our biggest constraint isn't data," he added. "It's teaming up the right data people with the right subject-matter experts. There's going to be a battle for talent, and we need people with a passion for the airline business."

Source: https://www.dice.com/career-advice/how-data-analytics-airlines-fly. [2]

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| 1. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of: | To the extent this preamble is limiting, on information and belief, the Southwest Count V Systems and Services practice a method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks. On information and belief, Hadoop includes MapReduce, a software framework that processes multiple map tasks in parallel. An input data set is split into multiple chunks and each chunk is processed by a map task. <br><br> **Overview** <br><br> Hadoop MapReduce is a software framework for easily writing applications which process vast amounts of data (multi-terabyte data-sets) in-parallel on large clusters (thousands of nodes) of commodity hardware in a reliable, fault-tolerant manner. <br><br> A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks. <br><br> Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster. <br><br> Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | <br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| (a) automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions; | On information and belief, the Southwest Count V Systems and Services practice automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions.<br><br>On information and belief, Hadoop's InputFormat describes the input-specification for a MapReduce job. The input file is logically split into multiple InputSplit instances. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | ☐ **Job Input** |
| | InputFormat describes the input-specification for a MapReduce job. |
| | The MapReduce framework relies on the InputFormat of the job to: |
| | 1. Validate the input-specification of the job. |
| | 2. Split-up the input file(s) into logical InputSplit instances, each of which is then assigned to an individual Mapper. |
| | 3. Provide the RecordReader implementation used to glean input records from the logical InputSplit for processing by the Mapper. |
| | The default behavior of file-based InputFormat implementations, typically sub-classes of FileInputFormat, is to split the input into *logical* InputSplit instances based on the total size, in bytes, of the input files. However, the FileSystem blocksize of the input files is treated as an upper bound for input splits. A lower bound on the split size can be set via mapreduce.input.fileinputformat.split.minsize. |
| | Clearly, logical splits based on input-size is insufficient for many applications since record boundaries must be respected. In such cases, the application should implement a RecordReader, who is responsible for respecting record-boundaries and presents a record-oriented view of the logical InputSplit to the individual task. |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| (b) distributing descriptions of all of said partitions to each of a plurality of subtask processors | On information and belief, the Southwest Count V Systems and Services practice distributing descriptions of all of said partitions to each of a plurality of subtask processors.<br><br>On information and belief, Hadoop's InputSplit represents data that presents a byte oriented view of the input. A recordreader converts the byte oriented view of the data to a record oriented view and presents it to a mapper. Mappers run inside a compute node.<br><br>Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | ▭ **Job Input** |
| | InputFormat describes the input-specification for a MapReduce job. |
| | The MapReduce framework relies on the InputFormat of the job to: |
| | 1. Validate the input-specification of the job. |
| | 2. Split-up the input file(s) into logical InputSplit instances, each of which is then assigned to an individual Mapper. |
| | 3. Provide the RecordReader implementation used to glean input records from the logical InputSplit for processing by the Mapper. |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| | If TextInputFormat is the InputFormat for a given job, the framework detects input-files with the *.gz* extensions and automatically decompresses them using the appropriate CompressionCodec. However, it must be noted that compressed files with the above extensions cannot be *split* and each compressed file is processed in its entirety by a single mapper. |
| | **InputSplit** |
| | InputSplit represents the data to be processed by an individual Mapper. |
| | Typically InputSplit presents a byte-oriented view of the input, and it is the responsibility of RecordReader to process and present a record-oriented view. |
| | FileSplit is the default InputSplit. It sets mapreduce.map.input.file to the path of the input file for the logical split. |
| | **RecordReader** |
| | RecordReader reads <key, value> pairs from an InputSplit. |
| | Typically the RecordReader converts the byte-oriented view of the input, provided by the InputSplit, and presents a record-oriented to the Mapper implementations for processing. RecordReader thus assumes the responsibility of processing record boundaries and presents the tasks with keys and values. |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | HDFS Architecture<br><br><br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html. |
| (c) simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective | On information and belief, the Southwest Count V Systems and Services practice simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output.<br><br>On information and belief, Multiple map tasks are executed in parallel. Each Maptask processes a respective InputSplit. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| partition so as to process the respective partition and produce respective subtask output and; | **Overview**<br><br>Hadoop MapReduce is a software framework for easily writing applications which process vast amounts of data (multi-terabyte data-sets) in-parallel on large clusters (thousands of nodes) of commodity hardware in a reliable, fault-tolerant manner.<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.<br><br>Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**Job Input**<br><br>InputFormat describes the input-specification for a MapReduce job.<br><br>The MapReduce framework relies on the InputFormat of the job to:<br><br>1. Validate the input-specification of the job.<br>2. Split-up the input file(s) into logical InputSplit instances, each of which is then assigned to an individual Mapper.<br>3. Provide the RecordReader implementation used to glean input records from the logical InputSplit for processing by the Mapper.<br><br>Source: Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | **Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>The Hadoop MapReduce framework spawns one map task for each InputSplit generated by the InputFormat for the job.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**How Many Maps?**<br><br>The number of maps is usually driven by the total size of the inputs, that is, the total number of blocks of the input files.<br><br>The right level of parallelism for maps seems to be around 10-100 maps per-node, although it has been set up to 300 maps for very cpu-light map tasks. Task setup takes a while, so it is best if the maps take at least a minute to execute.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, Each MapTask generates an intermediate map output.<br><br>**Overview**<br><br>Hadoop MapReduce is a software framework for easily writing applications which process vast amounts of data (multi-terabyte data-sets) in-parallel on large clusters (thousands of nodes) of commodity hardware in a reliable, fault-tolerant manner.<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.<br><br>Typically the compute nodes and the storage nodes are the same, that is, the MapReduce framework and the Hadoop Distributed File System (see HDFS Architecture Guide) are running on the same set of nodes. This configuration allows the framework to effectively schedule tasks on the nodes where data is already present, resulting in very high aggregate bandwidth across the cluster. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| | **InputSplit** |
| | InputSplit represents the data to be processed by an individual `Mapper`. |
| | Typically `InputSplit` presents a byte-oriented view of the input, and it is the responsibility of `RecordReader` to process and present a record-oriented view. |
| | `FileSplit` is the default `InputSplit`. It sets `mapreduce.map.input.file` to the path of the input file for the logical split. |
| | **RecordReader** |
| | `RecordReader` reads `<key, value>` pairs from an `InputSplit`. |
| | Typically the `RecordReader` converts the byte-oriented view of the input, provided by the `InputSplit`, and presents a record-oriented to the `Mapper` implementations for processing. `RecordReader` thus assumes the responsibility of processing record boundaries and presents the tasks with keys and values. |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| | **Mapper** |
| | Mapper maps input key/value pairs to a set of intermediate key/value pairs. |
| | Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs. |
| | The Hadoop MapReduce framework spawns one map task for each `InputSplit` generated by the `InputFormat` for the job. |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | **Data Compression**<br><br>Hadoop MapReduce provides facilities for the application-writer to specify compression for both ==intermediate map-outputs== and the job-outputs i.e. output of the reduces. It also comes bundled with CompressionCodec implementation for the zlib 🔗 compression algorithm. The gzip 🔗, bzip2 🔗, snappy 🔗, and lz4 🔗 file format are also supported.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| (d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis; and | On information and belief, the Southwest Count V Systems and Services practice repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis.<br><br>On information and belief, Hadoop includes a FIFO scheduler. Each mapper processes an InputSplit at a time. For example, a mapper processes one line of the word count application at a time.<br><br>**Overview**<br><br>⊟ Overview<br><br>==The Yarn scheduler is a fertile area of interest with different implementations, e.g., Fifo,== Capacity and Fair schedulers. Meanwhile, several optimizations are also made to improve scheduler performance for different scenarios and workload. Each scheduler algorithm has its own set of features, and drives scheduling decisions by many factors, such as fairness, capacity guarantee, resource availability, etc. It is very important to evaluate a scheduler algorithm very well before we deploy in a production cluster. Unfortunately, currently it is non-trivial to evaluate a scheduler algorithm. Evaluating in a real cluster is always time and cost consuming, and it is also very hard to find a large-enough cluster. Hence, a simulator which can predict how well a scheduler algorithm for some specific workload would be quite useful.<br><br>Source: https://hadoop.apache.org/docs/r2.9.2/hadoop-sls/SchedulerLoadSimulator.html.<br><br>**Example: WordCount v1.0**<br><br>Before we jump into the details, lets walk through an example MapReduce application to get a flavour for how they work.<br><br>WordCount is a simple application that counts the number of occurrences of each word in a given input set. |

13

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.

### Walk-through

The WordCount application is quite straight-forward.

```
public void map(Object key, Text value, Context context
              ) throws IOException, InterruptedException {
    StringTokenizer itr = new StringTokenizer(value.toString());
    while (itr.hasMoreTokens()) {
        word.set(itr.nextToken());
        context.write(word, one);
    }
}
```

The Mapper implementation, via the map method, processes one line at a time, as provided by the specified TextInputFormat. It then splits the line into tokens separated by whitespaces, via the StringTokenizer, and emits a key-value pair of < <word>, 1>.

Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | For the given sample input the first map emits:<br><br>```\n< Hello, 1>\n< World, 1>\n< Bye, 1>\n< World, 1>\n```<br><br>The second map emits:<br><br>```\n< Hello, 1>\n< Hadoop, 1>\n< Goodbye, 1>\n< Hadoop, 1>\n```<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

15

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | WordCount also specifies a combiner. Hence, the output of each map is passed through the local combiner (which is same as the Reducer as per the job configuration) for local aggregation, after being sorted on the *keys*. <br><br> The output of the first map: <br><br> < Bye, 1> <br> < Hello, 1> <br> < World, 2> <br><br> The output of the second map: <br><br> < Goodbye, 1> <br> < Hadoop, 2> <br> < Hello, 1> <br><br> Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
| (e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks. | On information and belief, the Southwest Count V Systems and Services practice generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks. <br><br> On information and belief, intermediate values are grouped by the Hadoop framework and passed to a Reducer to determine the final output. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | **Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>The Hadoop MapReduce framework spawns one map task for each InputSplit generated by the InputFormat for the job.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>All intermediate values associated with a given output key are subsequently grouped by the framework, and passed to the Reducer(s) to determine the final output. Users can control the grouping by specifying a Comparator via Job.setGroupingComparatorClass(Class).<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The Mapper outputs are sorted and then partitioned per Reducer. The total number of partitions is the same as the number of reduce tasks for the job. Users can control which keys (and hence records) go to which Reducer by implementing a custom Partitioner.<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>**Data Compression**<br><br>Hadoop MapReduce provides facilities for the application-writer to specify compression for both intermediate map-outputs and the job-outputs i.e. output of the reduces. It also comes bundled with CompressionCodec implementation for the zlib ⧉ compression algorithm. The gzip ⧉, bzip2 ⧉, snappy ⧉, and lz4 ⧉ file format are also supported.<br><br>Source:      https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>On information and belief, the Reducer reduces a set of intermediate values to a smaller output. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | **Reducer**<br><br>Reducer reduces a set of intermediate values which share a key to a smaller set of values.<br><br>Source:       https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The Reducer implementation, via the reduce method just sums up the values, which are the occurrence counts for each key (i.e. words in this example).<br><br>Source:       https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>WordCount also specifies a combiner. Hence, the output of each map is passed through the local combiner (which is same as the Reducer as per the job configuration) for local aggregation, after being sorted on the keys.<br><br>The output of the first map:<br><br>`< Bye, 1>`<br>`< Hello, 1>`<br>`< World, 2>`<br><br>The output of the second map:<br><br>`< Goodbye, 1>`<br>`< Hadoop, 2>`<br>`< Hello, 1>`<br><br>Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client- |

| U.S. Patent No. 7,257,582 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | core/MapReduceTutorial.html. <br><br> Thus <mark>the output of the job is</mark>: <br><br> ``` < Bye, 1> < Goodbye, 1> < Hadoop, 2> < Hello, 2> < World, 2> ``` <br><br> Source: https://hadoop.apache.org/docs/stable/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

**Exhibit 12 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example Southwest Count V Systems and Services**
**U.S. Patent No. 7,257,582 ("'582 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize Spark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count V Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, the Southwest Systems and Services use Spark in its private cloud(s). For example, Southwest posts, or has posted, job opportunities that require familiarity with Spark technology.

- *See* https://www.linkedin.com/in/meghanaa-malleboina/, job profile of data engineer, stating that they utilized Pyspark for distributed data processing, leveraging RDD and DataFrame APIs for large-scale data transformations and implementing window functions for complex aggregations. (last accessed 10/8/24).
- *See* https://www.linkedin.com/in/sudhir-saxena-45b9a524/, job profile of senior data engineer stating that they ued PySpark to create source to target mapping to design Data pipeline. (last accessed 10/8/24).
- *See* https://www.linkedin.com/in/girishkumar81/, job profile of senior Azure data engineer who uses Apache Spark for his position at Southwest. (last accessed 10/8/24).
- *See* https://www.linkedin.com/in/amaranath-repati-a120bb22b/, job profile of data engineer stating the use of Spark. (last accessed 10/8/24).
- *See* https://www.linkedin.com/in/shreeja-srinivas-444961179, job profile of data engineer stating the use of Spark. (last accessed 10/8/24).

As another example, Southwest has stated that it is investing in cloud technology and has "moved about 50% of its technology" to the cloud and has indicated cloud migration is one of its areas of focus for 2024 and beyond. Source: https://www.phocuswire.com/southwest-airlines-cio-tech-investment.

On information and belief, other information confirms Southwest uses Spark technology.

---

[1] For the avoidance of doubt, Plaintiffs do not accuse public clouds of Southwest if those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Southwest's activities. IV will provide relevant license agreements for cloud providers in discovery. To the extent any of these licenses are relevant to Southwest's activities, Plaintiffs will meet and confer with Southwest about the impact of such license(s).



A friend of mine recently had a data engineering interview at Southwest Airlines. The interview focused on real-world scenarios, especially working with large datasets. One question he faced was particularly challenging and required a good understanding of flight data analysis.

Source: https://medium.com/towards-data-engineering/inside-a-southwest-airlines-data-engineering-interview-2f33ed964b5c. [2]

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

| U.S. Patent No. 7,257,582 (Claim 1) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| 1. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of: | To the extent this preamble is limiting, on information and belief, the Southwest Count V Systems and Services practice a method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks. |
| | Spark includes a Cluster Mode where it connects to multiple cluster managers that allocate resources across applications. For example, Spark uses executors on nodes in the clusters to run tasks corresponding to an input file/data set that has been transformed into a resilient distributed dataset (RDD). |
| | ## Components |
| | Spark applications run as independent sets of processes on a cluster, coordinated by the `SparkContext` object in your main program (called the *driver program*). |
| | Specifically, to run on a cluster, the SparkContext can connect to several types of *cluster managers* (either Spark's own standalone cluster manager, Mesos, YARN or Kubernetes), which allocate resources across applications. Once connected, Spark acquires *executors* on nodes in the cluster, which are processes that run computations and store data for your application. Next, it sends your application code (defined by JAR or Python files passed to SparkContext) to the executors. Finally, SparkContext sends *tasks* to the executors to run. |
| | Source: https://spark.apache.org/docs/latest/cluster-overview.html.[3] |

---

[3] Annotations added unless otherwise noted.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | <br><br>Source: https://spark.apache.org/docs/latest/cluster-overview.html.<br><br>## Overview 🔗<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>## Resilient Distributed Datasets (RDDs)<br><br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| (a) automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions; | On information and belief, the Southwest Count V Systems and Services practice automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions. |

Spark creates an RDD from datasets including files. This process includes forming a logical division of the datasets. An RDD results in an automatic file allocation across multiple nodes in a cluster, so that the nodes of the cluster can operate on the RDD in parallel.

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.

## Overview 🔗

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.

One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.

Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| (b) distributing descriptions of all of said partitions to each of a plurality of subtask processors | On information and belief, the Southwest Count V Systems and Services practice distributing descriptions of all of said partitions to each of a plurality of subtask processors.

Spark distributes partitions to clusters which includes multiple machines or nodes for processing. For example, Spark prepares jobs to perform work on the partitions. Jobs are divided into stages, and stages are divided into tasks, with one task assigned for each partition.

## Overview 🔗

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.

One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2–4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.

Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.

Apache Spark's Resilient Distributed Datasets (RDD) are a collection of various data that are so big in size, that they cannot fit into a single node and should be partitioned across various nodes. Apache Spark automatically partitions RDDs and distributes the partitions across different nodes. They are evaluated lazily (i.e, the execution will not start until an action is triggered which increases manageability, saves computation and thus increases optimization and speed) and the transformations are stored as directed acyclic graphs (DAG). So, every action on the RDD will make Apache Spark recompute the DAG. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | Source: https://www.talend.com/resources/intro-apache-spark-partitioning/. |
| (c) simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output and; | On information and belief, the Southwest Count V Systems and Services practice simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output.<br><br>Spark worker nodes simultaneously execute at least one task relating to the partition.<br><br>## Components<br><br>Spark applications run as independent sets of processes on a cluster, coordinated by the `SparkContext` object in your main program (called the *driver program*).<br><br>Specifically, to run on a cluster, the SparkContext can connect to several types of *cluster managers* (either Spark's own standalone cluster manager, Mesos, YARN or Kubernetes), which allocate resources across applications. Once connected, Spark acquires *executors* on nodes in the cluster, which are processes that run computations and store data for your application. Next, it sends your application code (defined by JAR or Python files passed to SparkContext) to the executors. Finally, SparkContext sends *tasks* to the executors to run.<br><br>Source: https://spark.apache.org/docs/latest/cluster-overview.html.[4] |

---

[4] Annotations added unless otherwise noted.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | <br>Source: https://spark.apache.org/docs/latest/cluster-overview.html.<br><br>In Spark, each stage is built from transformations that can be done in a row, without the need for shuffle (narrow transformations). To recap, stages are created based on chunks of processing that can be done in a parallel manner, without shuffling things around again. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | Source: https://engineering.salesforce.com/how-to-optimize-your-apache-spark-application-with-partitions-257f2c1bb414/. |

Spark's tasks relating to each partition are being executed in parallel by the worker nodes.

There are several useful things to note about this architecture:

1. Each application gets its own executor processes, which stay up for the duration of the whole application and run tasks in multiple threads. This has the benefit of isolating applications from each other, on both the scheduling side (each driver schedules its own tasks) and executor side (tasks from different applications run in different JVMs). However, it also means that data cannot be shared across different Spark applications (instances of SparkContext) without writing it to an external storage system.

Source: https://spark.apache.org/docs/latest/cluster-overview.html.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | In Spark, data is generally not distributed across partitions to be in the necessary place for a specific operation. During computations, a single task will operate on a single partition – thus, to organize all the data for a single `reduceByKey` reduce task to execute, Spark needs to perform an all-to-all operation. It must read from all partitions to find all the values for all keys, and then bring together values across partitions to compute the final result for each key – this is called the **shuffle**.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The **Shuffle** is an expensive operation since it involves disk I/O, data serialization, and network I/O. To organize data for the shuffle, Spark generates sets of tasks – *map* tasks to organize the data, and a set of *reduce* tasks to aggregate it. This nomenclature comes from MapReduce and does not directly relate to Spark's `map` and `reduce` operations.<br><br>Internally, results from individual map tasks are kept in memory until they can't fit. Then, these are sorted based on the target partition and written to a single file. On the reduce side, tasks read the relevant sorted blocks.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |
| (d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis; and | On information and belief, the Southwest Count V Systems and Services practice repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis.<br><br>Spark task output produced by each worker node is combined to produce processed output for the related partition.<br><br>The simplest option, available on all cluster managers, is *static partitioning* of resources. With this approach, each application is given a maximum amount of resources it can use and holds onto them for its whole duration. This is the approach used in Spark's standalone and YARN modes, as well as the coarse-grained Mesos mode. Resource allocation can be configured as follows, based on the cluster type:<br><br>   • **Standalone mode:** By default, applications submitted to the standalone mode cluster will run in FIFO (first-in-first-out) order, and each application will try to use all available nodes. You can limit the number of nodes an application uses by setting the `spark.cores.max` configuration property in it, or change the default for applications that don't set this setting through `spark.deploy.defaultCores`. Finally, in addition to controlling cores, each application's `spark.executor.memory` setting controls its memory use.<br><br>Source: https://spark.apache.org/docs/latest/job-scheduling.html. |

11

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | **1** **Available resources in your cluster** <br><br> Spark's official recommendation is that you have ~3x the number of partitions than available cores in cluster, to maximize parallelism along side with the overhead of spinning more executors. But this is not quite so straight forward. If our tasks are rather simple (taking less than a second), we might want to consider decreasing our partitions (to avoid the overhead), even if it means less than 3x. We should also take under consideration the memory of each executor, and make sure we are not exceeding it. If we do, we might want to create more partitions, even if it's more than 3x our available cores, so that each will be smaller, or increase the memory of our executors. <br><br> Source: https://engineering.salesforce.com/how-to-optimize-your-apache-spark-application-with-partitions-257f2c1bb414/. <br><br>  <br><br> Source: https://spark.apache.org/docs/latest/cluster-overview.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count V Systems and Services** |
| | By default, Spark's scheduler runs jobs in FIFO fashion. Each job is divided into "stages" (e.g. map and reduce phases), and the first job gets priority on all available resources while its stages have tasks to launch, then the second job gets priority, etc. If the jobs at the head of the queue don't need to use the whole cluster, later jobs can start to run right away, but if the jobs at the head of the queue are large, then later jobs may be delayed significantly.<br><br>Source: https://spark.apache.org/docs/latest/job-scheduling.html. |
| (e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks. | On information and belief, the Southwest Count V Systems and Services practice generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks.<br><br>Spark task output produced by each worker node is combined to produce final processed output for the corresponding partition.<br><br>In Spark, data is generally not distributed across partitions to be in the necessary place for a specific operation. During computations, a single task will operate on a single partition – thus, to organize all the data for a single `reduceByKey` reduce task to execute, Spark needs to perform an all‑to‑all operation. It must read from all partitions to find all the values for all keys, and then bring together values across partitions to compute the final result for each key – this is called the **shuffle**.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The **Shuffle** is an expensive operation since it involves disk I/O, data serialization, and network I/O. To organize data for the shuffle, Spark generates sets of tasks – *map* tasks to organize the data, and a set of *reduce* tasks to aggregate it. This nomenclature comes from MapReduce and does not directly relate to Spark's `map` and `reduce` operations.<br><br>Internally, results from individual map tasks are kept in memory until they can't fit. Then, these are sorted based on the target partition and written to a single file. On the reduce side, tasks read the relevant sorted blocks.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

# Exhibit 13 to Amended Complaint
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Southwest Count VI Systems and Services**
**U.S. Patent No. 7,712,080 ("the '080 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize Spark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count VI  Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, the Southwest Systems and Services use Spark in Southwest's private cloud(s). For example, Southwest posts, or has posted, job opportunities that require familiarity with Spark technology.

*See* https://www.linkedin.com/in/meghanaa-malleboina/, job profile of data engineer, stating that they utilized Pyspark for distributed data processing, leveraging RDD and DataFrame APIs for large-scale data transformations and implementing window functions for complex aggregations. (Last accessed on 10/8/2024).

*See* https://www.linkedin.com/in/sudhir-saxena-45b9a524/, job profile of senior data engineer stating that they use PySpark to create source to target mapping to design Data pipeline. (Last accessed on 10/8/2024).

*See* https://www.linkedin.com/in/girishkumar81/, job profile of senior Azure data engineer who uses Apache Spark for his position at Southwest. (Last accessed on 10/8/2024).

*See* https://www.linkedin.com/in/amaranath-repati-a120bb22b/, job profile of data engineer stating the use of Spark. (Last accessed on 10/8/2024).

*See* https://www.linkedin.com/in/kirity-ganga, job profile of data engineer stating the use of Spark. (Last accessed on 10/8/2024).

---

[1] For the avoidance of doubt, Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities.  Plaintiffs do not accuse the public clouds of Defendants if those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs will produce relevant license agreements in this litigation. Plaintiffs accuse Defendant private clouds that implement Spark and non-licensed public clouds that Defendant uses to support Spark for its systems and services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, to the extent any such license agreements have not already been produced. To the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s).

As another example, Southwest has stated that it is investing in cloud technology and has "moved about 50% of its technology" to the cloud and has indicated cloud migration is one of its areas of focus for 2024 and beyond.

Source: https://www.phocuswire.com/southwest-airlines-cio-tech-investment.

On information and belief, other information confirms Southwest uses Spark technology.



Source: https://medium.com/towards-data-engineering/inside-a-southwest-airlines-data-engineering-interview-2f33ed964b5c.[2]

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the filing date of the Amended Complaint.

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| [9.pre]. A distributed parallel computing system, having at least one memory area and at least one processor, comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count VI Systems and Services include a distributed parallel computing system having at least one memory area and at least one processor.<br><br>For example, Spark consists of a distributed parallel computing system having multiple memory and processors.<br><br>## Overview<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source:  https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>### Which Storage Level to Choose?<br><br>Spark's storage levels are meant to provide different trade-offs between memory usage and CPU efficiency. We recommend going through the following process to select one:<br><br>- If your RDDs fit comfortably with the default storage level (`MEMORY_ONLY`), leave them that way. This is the most CPU-efficient option, allowing operations on the RDDs to run as fast as possible.<br><br>- If not, try using `MEMORY_ONLY_SER` and selecting a fast serialization library to make the objects much more space-efficient, but still reasonably fast to access. (Java and Scala)<br><br>- Don't spill to disk unless the functions that computed your datasets are expensive, or they filter a large amount of the data. Otherwise, recomputing a partition may be as fast as reading it from disk.<br><br>- Use the replicated storage levels if you want fast fault recovery (e.g. if using Spark to serve requests from a web application). *All* the storage levels provide full fault tolerance by recomputing lost data, but the replicated ones let you continue running tasks on the RDD without waiting to recompute a lost partition.<br><br>Source:  https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| [9.a] at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area; and | On information and belief, the Southwest Count VI Systems and Services include at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area.<br><br>For example, Spark collects large volumes of data and distributes the data across multiple nodes. Spark automatically partitions the data into Resilient Distributed Datasets (RDDs) that operate in parallel. The RDDs are partitioned across multiple nodes and processed across at least one memory area.<br><br>### Resilient Distributed Datasets (RDDs) 🔗<br><br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| | **RDDs — Partitions** <br><br> • RDDs are designed to contain huge amounts of data , that cannot fit onto one single machine → hence, the data has to be partitioned across multiple machines/nodes <br><br> • Spark automatically partitions RDDs and distributes the partitions across different nodes <br><br> • A partition in spark is an atomic chunk of data stored on a node in the cluster <br><br> • Partitions are basic units of parallelism in Apache Spark <br><br> • RDDs in Apache Spark are collection of partitions <br><br> • Operations on RDDs automatically place tasks into partitions, maintaining the locality of persisted data <br><br> Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. <br><br> ## Parallelism <br><br> Parallelism in Spark is all about doing multiple things at the same time. The core idea is to divide the data into smaller chunks (partitions), so they can be processed simultaneously. The more partitions you have, the more tasks can run in parallel, leading to faster processing times. <br><br> Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| | Imagine you have a dataset with 1 million records. If this dataset is divided into 10 partitions, Spark can launch 10 tasks to process each partition simultaneously. If the cluster has sufficient resources, these tasks will run in parallel, speeding up the process. However, if you increase the number of partitions to 100, and assuming your cluster has the resources (like CPU cores) to handle these tasks, Spark can now launch 100 tasks to run concurrently. This dramatically increases parallelism and reduces the total time taken to process the entire dataset. <br><br> Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning. <br><br> **In-Memory Processing: Spark's Secret Sauce** <br><br> The magic ingredient that sets Apache Spark apart from many other data processing frameworks is its effective utilization of in-memory processing. In-memory processing involves storing and processing data directly in a computer's RAM (Random Access Memory), as opposed to reading and writing data to slower storage devices like hard drives. <br><br> Source: https://medium.com/@harshavardhan7696/unleashing-speed-and-efficiency-in-memory-processing-in-apache-spark-c9e7ccc6460e. <br> The RDDs contain variables that allow the nodes to process data in parallel. RDDs are processed using functions and variables that can be used to create other RDDs to further process the data set. |

**In-Memory Computation**

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| | **RDD Creation**<br><br>Here's an example of RDDs created during a method call:<br><br>Which first loads HDFS blocks in memory and then applies map() function to filter out keys creating two RDDs:<br><br><br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [9.b] at least one distributed sequential computing program, configured to operate in the at least one processor, configured to access the at least one distributed shared variable, | On information and belief, the Southwest Count VI Systems and Services include at least one distributed sequential computing program configured to operate in the at least one processor, access the at least one distributed shared variable, and transform into at least one distributed parallel computing program by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| and configured to transform into at least one distributed parallel computing program by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program, | For example, Spark contains a driver program that is configured to operate in the at least one processor and is configured to access the RDDs. Spark jobs are authored in programming languages such as Java, Scala, and Python, and Spark is configured to access the at least one distributed shared variable (RDDs) through the access of RDDs by a Spark job.<br><br>**Spark Overview**<br><br>Apache Spark is a fast and general-purpose cluster computing system. It provides high-level APIs in Java, Scala, Python and R, and an optimized engine that supports general execution graphs. It also supports a rich set of higher-level tools including Spark SQL for SQL and structured data processing, MLlib for machine learning, GraphX for graph processing, and Spark Streaming.<br><br>Source: https://archive.apache.org/dist/spark/docs/2.0.1/.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The Spark Execution Model transforms the distributed sequential computing program into a series of stages and sets of parallel tasks that run in parallel on the Spark cluster. This includes Spark tasks operating on a set of RDDs in parallel for a given stage. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| | **Spark — Execution Workflow**<br><br><br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167.<br><br>Spark implements shuffle boundaries where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br>Figure 4. Graph of Stages<br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |
| [9.b.iv] wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to | On information and belief, the Southwest Count VI Systems and Services include the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations.<br><br>For example, Spark implements a set of tasks running in parallel for a given stage. The distributed parallel computing program includes the Spark job and driver program, as described in this claim chart. The spawned child distributed sequential computing program is the sequential code in a task for a given stage, as described in this claim chart. *See* claim limitations [9.b] and [9.b.i-iii]. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| perform parallel processing and/or operations, |  Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [9.b.v] wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation. | On information and belief, the Southwest Count VI Systems and Services include the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation. For example, Spark implements shuffle boundary where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

12

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim(s)** | **Example Southwest Count VI Systems and Services** |
| | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries. <br><br>  <br> Figure 4. Graph of Stages <br> Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs. <br><br> Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |

13

# Exhibit 14 to Amended Complaint
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Southwest Count VII Systems and Services**
**U.S. Patent No. 11,032,000 ("the '000 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize LTE cellular functionality; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Southwest Systems and Services").[1]

---

[1] For the avoidance of doubt, Plaintiffs do not accuse Southwest Systems and Services, to the extent such Southwest Systems and Services have a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs will provide relevant license agreements for cellular providers in discovery, to the extent any such license agreements exist and have not already been produced. To the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s).

2

| U.S. Patent No. 11,032,000 (Claim 1) ||
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| [1.pre]. A user equipment (UE) comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count X Systems and Services include a user equipment (UE). |
| | On information and belief, Southwest airplanes are installed with an Aircraft Interface Device (AID) that provides LTE ground connectivity and acts as a UE in an LTE network. |
| | An Aircraft Interface Device (AID) is a hardware system that allows communication between an Electronic Flight Bag (EFB) and an aircraft data bus. AID allows information about the aircraft's position and speed to be obtained from its avionics by registering to the ARINC 717 and ARINC 429 data buses. This device offers certain features, such as automatic update of flight planning and weather information updates on the flight. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478.[2] |
| | North America held the largest global aircraft interface device market share in the base year. The North American market was valued at USD 13.17 million in 2023. The market's growth is attributed to the rise in aircraft fleet and airlines in the region. The presence of major airlines, such as American Airlines, Delta Airlines, Southwest Airlines, and others will give a boost to the market growth in the region. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478. |
| | The carrier's multi-year contract with AvioBook provides Southwest with the most innovative technology platform on the market. The deal includes the only fully-integrated Electronic Flight Bag (EFB) and Electronic Logbook (eLB) solution on the market to improve efficiency throughout the operation. Southwest has also signed an agreement to equip the world's largest all Boeing 737 NG fleet with AvioBook's Aircraft Interface Device (AID), known as AvioCast. Once installed, it will provide real time aircraft data to various operational groups. AvioBook's comprehensive suite of software and hardware is designed to further mitigate safety risks, enhance compliance, add technology redundancy and resiliency, and increase environmental sustainability, all while enabling shorter turn times. |
| | Source: https://www.thalesgroup.com/en/worldwide/aerospace/press_release/southwest-airlines-signs-historic-deal-aviobooks-technology. |

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the filing date of the Amended Complaint.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <br><br>**Stay connected with real-time information** ⌃<br><br>Dealing with an unexpected event like an in-flight diversion? With AvioCast, you can upload valuable information like in-flight weather, fuel information and a new flight plan directly onto your EFB. AvioCast uses an international 4G modem on the ground or SATCOM in-flight to provide the EFB with a **Wireless Access Point (WAP)** throughout the entire operation.<br><br>Source: https://aviobook.aero/products/aviocast/benefits.<br><br>Aviocast applications and avionics<br><br>Remi further explains that Aviobook provides internet access within the cockpit regardless of where the aircraft is, a satcom connection if the aircraft is in flight. The Aviocast box is connected to an avionics computer located with the bay of the aircraft, ands then to satcom to provide inflight connectivity, a 4G modem connects the system while it on the ground and it generates a wifi network to which the mobile devices used by the different crew connect to as alluded to above. This enables the connected aircraft operations.<br><br>Source: https://www.devicechronicle.com/avionics (annotation added). |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| |  The solution architecture for the Aviocast.<br><br>Source: https://www.devicechronicle.com/avionics (annotation added). |
| [1.a] a receiver and a processor are configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink | On information and belief, the Southwest Count Systems and Services include a receiver and a processor configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resource<br><br>In LTE, a UE is configured to receive radioResourceConfigDedicated IE, which includes PhysicalConfigDedicated IE that further includes SoundingRS-UL-Config IE. This configuration indicates the UE's SRS resources for transmission. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| shared channel have different resources; | 7.2    RRC protocol states & state transitions<br><br>- **RRC_CONNECTED**:<br><br>  - UE has an E-UTRAN-RRC connection;<br><br>  - UE has context in E-UTRAN;<br><br>  - E-UTRAN knows the cell which the UE belongs to;<br><br>  - Network can transmit and/or receive data to/from UE;<br><br>  - Network controlled mobility (handover and inter-RAT cell change order to GERAN with NACC);<br><br>  - Neighbour cell measurements;<br><br>  - At PDCP/RLC/MAC level:<br><br>    - UE can transmit and/or receive data to/from network;<br><br>    - UE monitors control signalling channel for shared data channel to see if any transmission over the shared data channel has been allocated to the UE;<br><br>    - UE also reports channel quality information and feedback information to eNB;<br><br>    - DRX period can be configured according to UE activity level for UE power saving and efficient resource utilization. This is under control of the eNB.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 56. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **5.3.3.4**    Reception of the *RRCConnectionSetup* by the UE<br><br>NOTE:    Prior to this, lower layer signalling is used to allocate a C-RNTI. For further details see TS 36.321 [6];<br><br>The UE shall:<br><br>1> perform the radio resource configuration procedure in accordance with the received <mark>*radioResourceConfigDedicated*</mark> and as specified in 5.3.10;<br><br>1> if stored, discard the cell reselection priority information provided by the *idleModeMobilityControlInfo* or inherited from another RAT;<br><br>1> stop timer T300;<br><br>1> stop timer T302, if running;<br><br>1> stop timer T303, if running;<br><br>1> stop timer T305, if running;<br><br>1> stop timer T306, if running;<br><br>1> perform the actions as specified in 5.3.3.7;<br><br>1> stop timer T320, if running;<br><br>1> <mark>enter RRC_CONNECTED;</mark><br><br>Source: 3GPP TS 36.331 V10.22.0 at 42.<br><br>–    *RadioResourceConfigDedicated*<br><br>The IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs, to modify the MAC main configuration, to modify the SPS configuration and to modify dedicated physical configuration.<br><br>```\ntoEUTRA2\n    sps-Config                      SPS-Config                OPTIONAL,    -- Need ON\n    physicalConfigDedicated         PhysicalConfigDedicated   OPTIONAL,    -- Need ON\n    ...,\n    [[  rlf-TimersAndConstants-r9   RLF-TimersAndConstants-r9     OPTIONAL   -- Need ON\n``` |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |

*RadioResourceConfigDedicated* field descriptions

**logicalChannelConfig**
For SRBs a choice is used to indicate whether the logical channel configuration is signalled explicitly or set to the default logical channel configuration for SRB1 as specified in 9.2.1.1 or for SRB2 as specified in 9.2.1.2.

**logicalChannelIdentity**
The logical channel identity for both UL and DL.

**mac-MainConfig**
Although the ASN.1 includes a choice that is used to indicate whether the mac-MainConfig is signalled explicitly or set to the default MAC main configuration as specified in 9.2.2, EUTRAN does not apply "*defaultValue*".

**measSubframePatternPCell**
Time domain measurement resource restriction pattern for the PCell measurements (RSRP, RSRQ and the radio link monitoring).

**physicalConfigDedicated**
The default dedicated physical configuration is specified in 9.2.4.

–        PhysicalConfigDedicated

```
    tpc-PDCCH-ConfigPUSCH              TPC-PDCCH-Config            OPTIONAL,      -- Need ON
    cqi-ReportConfig                  CQI-ReportConfig            OPTIONAL,      -- Cond CQI-
r8
    soundingRS-UL-ConfigDedicated     SoundingRS-UL-ConfigDedicated  OPTIONAL,  -- Need ON
    antennaInfo                       CHOICE {
        explicitValue                     AntennaInfoDedicated,
        defaultValue                      NULL
    }       OPTIONAL,                                                           -- Cond AI-r8
    schedulingRequestConfig           SchedulingRequestConfig     OPTIONAL,      -- Need ON
```

**SoundingRS-UL-Config** information element

```
SoundingRS-UL-ConfigDedicated ::=   CHOICE{
    release                             NULL,
    setup                               SEQUENCE {
        srs-Bandwidth                       ENUMERATED {bw0, bw1, bw2, bw3},
        srs-HoppingBandwidth                ENUMERATED {hbw0, hbw1, hbw2, hbw3},
        freqDomainPosition                  INTEGER (0..23),
        duration                            BOOLEAN,
        srs-ConfigIndex                     INTEGER (0..1023),
        transmissionComb                    INTEGER (0..1),
        cyclicShift                         ENUMERATED {cs0, cs1, cs2, cs3, cs4, cs5, cs6, cs7)
```

8

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <table><tr><td colspan="1">*SoundingRS-UL-Config* field descriptions</td></tr></table> |

*SoundingRS-UL-Config* field descriptions

**ackNackSRS-SimultaneousTransmission**
Parameter: *Simultaneous-AN-and-SRS*, see TS 36.213 [23, 8.2]. For SCells this field is not applicable and the UE shall ignore the value.

**cyclicShift, cyclicShiftAp**
Parameter: n_SRS for periodic and aperiodic sounding reference signal transmission respectively. See TS 36.211 [21, 5.5.3.1], where cs0 corresponds to 0 etc.

**duration**
Parameter: Duration for periodic sounding reference signal transmission. See TS 36.213 [21, 8.2]. FALSE corresponds to "single" and value TRUE to "indefinite".

**freqDomainPosition, freqDomainPositionAp**
Parameter: $n_{RRC}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3.2].

**srs-AntennaPort, srs-AntennaPortAp**
Indicates the number of antenna ports used for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3]. UE shall release *srs-AntennaPort* if *SoundingRS-UL-ConfigDedicated* is released.

**srs-Bandwidth, srs-BandwidthAp**
Parameter: $B_{SRS}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, tables 5.5.3.2-1, 5.5.3.2-3 and 5.5.3.2-4].

**srs-BandwidthConfig**
Parameter: SRS Bandwidth Configuration. See TS 36.211, [21, table 5.5.3.2-1, 5.5.3.2-2, 5.5.3.2-3 and 5.5.3.2-4]. Actual configuration depends on UL bandwidth. bw0 corresponds to value 0, bw1 to value 1 and so on.

**srs-ConfigApDCI-Format0 / srs-ConfigApDCI-Format1a2b2c / srs-ConfigApDCI-Format4**
Parameters indicate the resource configurations for aperiodic sounding reference signal transmissions triggered by DCI formats 0, 1A, 2B, 2C, 4. See TS 36.213 [23, 8.2].

**srs-ConfigIndex, srs-ConfigIndexAp**
Parameter: $I_{SRS}$ for periodic and aperiodic sounding reference signal transmission respectively. See TS 36.213 [23, table 8.2-1 and table 8.2-2] for periodic and TS 36.213 [23, table 8.2-4 and table 8.2-5] for aperiodic SRS transmission.

**srs-HoppingBandwidth**
Parameter: SRS hopping bandwidth $b_{hop} \in \{0,1,2,3\}$ for periodic sounding reference signal transmission, see TS 36.211 [21, 5.5.3.2] where hbw0 corresponds to value 0, hbw1 to value 1 and so on.

**srs-MaxUpPts**
Parameter: srsMaxUpPts, see TS 36.211 [21, 5.5.3.2]. If this field is present, reconfiguration of $m_{SRS,0}^{max}$ applies for UpPts, otherwise reconfiguration does not apply.

**srs-SubframeConfig**
Parameter: SRS SubframeConfiguration. See TS 36.211, [21, table 5.5.3.3-1] applies for FDD whereas TS 36.211, [21, table 5.5.3.3-2] applies for TDD. sc0 corresponds to value 0, sc1 to value 1 and so on.

**transmissionComb, transmissionCombAp**
Parameter: $\bar{k}_{TC} \in \{0,1\}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3.2].

Source: 3GPP TS 36.331 V10.22.0 at 178, 188, 194.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 8.2    UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>- trigger type 0: higher layer signalling<br><br>- trigger type 1: DCI formats 0/4/1A for FDD and TDD and DCI formats 2B/2C for TDD.<br><br>In case both trigger type 0 and trigger type 1 SRS transmissions would occur in the same subframe in the same serving cell, the UE shall only transmit the trigger type 1 SRS transmission.<br><br>A UE may be configured with SRS parameters for trigger type 0 and trigger type 1 on each serving cell. The following SRS parameters are serving cell specific and semi-statically configurable by higher layers for trigger type 0 and for trigger type 1.<br><br>• Transmission comb $\bar{k}_{TC}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• Starting physical resource block assignment $n_{RRC}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• *duration*: single or indefinite (until disabled), as defined in [11] for trigger type 0<br><br>• *srs-ConfigIndex* $I_{SRS}$ for SRS periodicity $T_{SRS}$ and SRS subframe offset $T_{offset}$ , as defined in Table 8.2-1 and Table 8.2-2 for trigger type 0 and SRS periodicity $T_{SRS,1}$ and SRS subframe offset $T_{offset,1}$ , as defined in Table 8.2-4 and Table 8.2-5 trigger type 1<br><br>• SRS bandwidth $B_{SRS}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• Frequency hopping bandwidth, $b_{hop}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0<br><br>• Cyclic shift $n_{SRS}^{cs}$ , as defined in Section 5.5.3.1 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>Source: 3GPP TS 36.331 V10.7.0 at 80. |

10

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 9.2.4    Default physical channel configuration<br><br>Parameters<br><br>TABLE_PLACEHOLDER<br><br>Source: 3GPP TS 36.331 V10.22.0 at 263. |

### 9.2.4    Default physical channel configuration

Parameters

| Name | Value | Semantics description | Ver |
|---|---|---|---|
| *PDSCH-ConfigDedicated* | | | |
| *>p-a* | dB0 | | |
| *PUCCH-ConfigDedicated* | | | |
| *> tdd-AckNackFeedbackMode* | bundling | Only valid for TDD mode | |
| *>ackNackRepetition* | release | | |
| *PUSCH-ConfigDedicated* | | | |
| *>betaOffset-ACK-Index* | 10 | | |
| *>betaOffset-RI-Index* | 12 | | |
| *>betaOffset-CQI-Index* | 15 | | |
| *UplinkPowerControlDedicated* | | | |
| *>p0-UE-PUSCH* | 0 | | |
| *>deltaMCS-Enabled* | en0 (disabled) | | |
| *>accumulationEnabled* | TRUE | | |
| *>p0-UE-PUCCH* | 0 | | |
| *>pSRS-Offset* | 7 | | |
| *> filterCoefficient* | fc4 | | |
| *tpc-pdcch-ConfigPUCCH* | release | | |
| *tpc-pdcch-ConfigPUSCH* | release | | |
| *CQI-ReportConfig* | | | |
| *> CQI-ReportPeriodic* | release | | |
| *> cqi-ReportModeAperiodic* | N/A | | |
| *> nomPDSCH-RS-EPRE-Offset* | N/A | | |
| *SoundingRS-UL-ConfigDedicated* | release | | |
| *AntennaInfoDedicated* | | | |
| *>transmissionMode* | tm1, tm2 | If the number of PBCH antenna ports is one, tm1 is used as default; otherwise tm2 is used as default | |
| *>codebookSubsetRestriction* | N/A | | |
| *>ue-TransmitAntennaSelection* | release | | |
| *SchedulingRequestConfig* | release | | |

Source: 3GPP TS 36.331 V10.22.0 at 263.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | The physical uplink shared channel (PUSCH) is transmitted by the UE with resources elements that are different from SRS resources. |

## 5.2    Slot structure and physical resources

### 5.2.1    Resource grid

The transmitted signal in each slot is described by one or several resource grids of $N_{\text{RB}}^{\text{UL}} N_{\text{sc}}^{\text{RB}}$ subcarriers and $N_{\text{symb}}^{\text{UL}}$ SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\text{RB}}^{\text{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil

$$N_{\text{RB}}^{\text{min,UL}} \leq N_{\text{RB}}^{\text{UL}} \leq N_{\text{RB}}^{\text{max,UL}}$$

where $N_{\text{RB}}^{\text{min,UL}} = 6$ and $N_{\text{RB}}^{\text{max,UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\text{RB}}^{\text{UL}}$ is given by [7].

The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.

An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| |  Figure 5.2.1-1: Uplink resource grid.<br><br>## 5.2.2    Resource elements<br><br>Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,...,N_{RB}^{UL} N_{sc}^{RB} - 1$ and $l = 0,...,N_{symb}^{UL} - 1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.2.3    Resource blocks<br><br>A physical resource block is defined as $N_{\text{symb}}^{\text{UL}}$ consecutive SC-FDMA symbols in the time domain and<br><br>$N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{UL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 5.2.3-1. A physical<br><br>resource block in the uplink thus consists of $N_{\text{symb}}^{\text{UL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time<br><br>domain and 180 kHz in the frequency domain.<br><br>**Table 5.2.3-1: Resource block parameters.**<br><br>| Configuration | $N_{\text{sc}}^{\text{RB}}$ | $N_{\text{symb}}^{\text{UL}}$ |<br>|---|---|---|<br>| Normal cyclic prefix | 12 | 7 |<br>| Extended cyclic prefix | 12 | 6 |<br><br>The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by<br><br>$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$<br><br>## 5.3    Physical uplink shared channel<br><br>### 5.3.4    Mapping to physical resources |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| Claim 1 | Example Southwest Count VII Systems and Services |
| | For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),\ldots,z^{(\tilde{p})}(M_{symb}^{ap}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUSCH}$ in order to conform to the transmit power $P_{PUSCH}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and<br><br>- not used for transmission of reference signals, and<br><br>…<br><br>If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{PRB} = n_{VRB}$ where $n_{VRB}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].<br><br>If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].<br><br>If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to<br><br>$$\tilde{n}_{PRB}(n_s) = \left(\tilde{n}_{VRB} + f_{hop}(i)\cdot N_{RB}^{sb} + \left(\left(N_{RB}^{sb}-1\right) - 2\left(\tilde{n}_{VRB}\bmod N_{RB}^{sb}\right)\right)\cdot f_m(i)\right)\bmod(N_{RB}^{sb}\cdot N_{sb})$$ $$i = \begin{cases} \lfloor n_s/2 \rfloor & \text{inter}-\text{subframe hopping} \\ n_s & \text{intra and inter}-\text{subframe hopping} \end{cases}$$ $$n_{PRB}(n_s) = \begin{cases} \tilde{n}_{PRB}(n_s) & N_{sb} = 1 \\ \tilde{n}_{PRB}(n_s) + \lceil N_{RB}^{HO}/2 \rceil & N_{sb} > 1 \end{cases}$$ $$\tilde{n}_{VRB} = \begin{cases} n_{VRB} & N_{sb} = 1 \\ n_{VRB} - \lceil N_{RB}^{HO}/2 \rceil & N_{sb} > 1 \end{cases}$$<br><br>Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 5.4　Physical uplink control channel <br><br> The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field. <br><br> … <br><br> The physical resources used for PUCCH depends on two parameters, $N_{\mathrm{RB}}^{(2)}$ and $N_{\mathrm{cs}}^{(1)}$, given by higher layers. The variable $N_{\mathrm{RB}}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{\mathrm{cs}}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{\mathrm{cs}}^{(1)}$ is an integer multiple of $\Delta_{\mathrm{shift}}^{\mathrm{PUCCH}}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{\mathrm{shift}}^{\mathrm{PUCCH}}$ is provided by higher layers. No mixed resource block is present if $N_{\mathrm{cs}}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{\mathrm{PUCCH}}^{(1,\tilde{p})}$, $n_{\mathrm{PUCCH}}^{(2,\tilde{p})} < N_{\mathrm{RB}}^{(2)} N_{\mathrm{sc}}^{\mathrm{RB}} + \left\lceil \dfrac{N_{\mathrm{cs}}^{(1)}}{8} \right\rceil \cdot (N_{\mathrm{sc}}^{\mathrm{RB}} - N_{\mathrm{cs}}^{(1)} - 2)$, and $n_{\mathrm{PUCCH}}^{(3,\tilde{p})}$, respectively. <br><br> ## 5.4.1　PUCCH formats 1, 1a and 1b <br><br> For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1. <br><br> The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by <br><br> $$n'_{\tilde{p}}(n_{\mathrm{s}}) = \begin{cases} n_{\mathrm{PUCCH}}^{(1,\tilde{p})} & \text{if } n_{\mathrm{PUCCH}}^{(1,\tilde{p})} < c \cdot N_{\mathrm{cs}}^{(1)} / \Delta_{\mathrm{shift}}^{\mathrm{PUCCH}} \\ \left(n_{\mathrm{PUCCH}}^{(1,\tilde{p})} - c \cdot N_{\mathrm{cs}}^{(1)} / \Delta_{\mathrm{shift}}^{\mathrm{PUCCH}}\right) \bmod \left(c \cdot N_{\mathrm{sc}}^{\mathrm{RB}} / \Delta_{\mathrm{shift}}^{\mathrm{PUCCH}}\right) & \text{otherwise} \end{cases}$$ |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.4.3    Mapping to physical resources<br><br>The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe. Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.<br><br>### 5.5.3    Sounding reference signal<br><br>#### 5.5.3.1    Sequence generation<br><br>The sounding reference signal sequence $r_{\text{SRS}}^{(\tilde{p})}(n) = r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ is defined by Section 5.5.1, where $u$ is the PUCCH sequence-group number defined in Section 5.5.1.3 and $v$ is the base sequence number defined in Section 5.5.1.4. The cyclic shift $\alpha_{\tilde{p}}$ of the sounding reference signal is given as<br><br>$$\alpha_{\tilde{p}} = 2\pi \frac{n_{\text{SRS}}^{\text{cs},\tilde{p}}}{8}$$<br><br>$$n_{\text{SRS}}^{\text{cs},\tilde{p}} = \left( n_{\text{SRS}}^{\text{cs}} + \frac{8\tilde{p}}{N_{\text{ap}}} \right) \bmod 8 ,$$<br><br>$$\tilde{p} \in \{0,1,...,N_{\text{ap}} - 1\}$$<br><br>where $n_{\text{SRS}}^{\text{cs}} = \{0,1,2,3,4,5,6,7\}$ is configured separately for periodic and each configuration of aperiodic sounding by the higher-layer parameters *cyclicShift* and *cyclicShift-ap*, respectively, for each UE and $N_{\text{ap}}$ is the number of antenna ports used for sounding reference signal transmission. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 5.5.3.2    Mapping to physical resources<br><br>For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 35-36.<br><br>8.7.2   *Sounding Reference Signal*<br><br>The mobile usually sends the sounding reference signal in the last symbol of the subframe, as shown in Figure 8.11. In TDD mode, it can also send the signal in the<br><br><br><br>**Figure 8.11**   Example resource element mapping for the sounding reference signal, using a normal cyclic prefix.<br><br>Source: C. Cox, "An Introduction to LTE" (Wiley 2012), § 8.7.2 at 144. |
| [1.b] a transmitter and the processor are configured to send, over the physical uplink shared channel, data in assigned time intervals; | On information and belief, the Southwest Count Systems and Services include a transmitter and the processor configured to send, over the physical uplink shared channel, data in assigned time intervals.<br><br>The UE transmits data on PUSCH in form of subframes in each TTI interval. |

| U.S. Patent No. 11,032,000 (Claim 1) ||
| Claim 1 | Example Southwest Count VII Systems and Services |
| | ## 5.2.2    Uplink shared channel<br><br>Figure 5.2.2-1 shows the processing structure for the UL-SCH transport channel on one UL cell. Data arrives to the coding unit in the form of a maximum of two transport blocks every transmission time interval (TTI) per UL cell. The following coding steps can be identified for each transport block of an UL cell:<br><br>Source: 3GPP TS 36.212 V10.9.0 at 22.<br><br>## 5    Physical Layer for E-UTRA<br><br>Downlink and uplink transmissions are organized into radio frames with 10 ms duration. Two radio frame structures are supported:<br><br>- Type 1, applicable to FDD,<br><br>- Type 2, applicable to TDD.<br><br>Frame structure Type 1 is illustrated in Figure 5.1-1. Each 10 ms radio frame is divided into ten equally sized sub-frames. Each sub-frame consists of two equally sized slots. For FDD, 10 subframes are available for downlink transmission and 10 subframes are available for uplink transmissions in each 10 ms interval. Uplink and downlink transmissions are separated in the frequency domain.<br><br><br><br>…<br><br>The physical channels of E-UTRA are:<br><br>… |

19

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **Physical uplink control channel (PUCCH)**<br><br>- Carries Hybrid ARQ ACK/NAKs in response to downlink transmission;<br><br>- Carries Scheduling Request (SR);<br><br>- Carries CQI reports.<br><br>**Physical uplink shared channel (PUSCH)**<br><br>- Carries the UL-SCH.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 38-39.<br><br>11.1.2   Uplink Scheduling<br><br>In the uplink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation for uplink transmission when its downlink reception is enabled (activity governed by DRX when configured). When CA is configured, the same C-RNTI applies to all serving cells.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 93.<br><br>5.3      Physical uplink shared channel<br><br>… |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.3.4    Mapping to physical resources <br><br> For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),...,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and <br><br> … <br><br> If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}}=n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4]. <br><br> If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4]. <br><br> If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to <br><br> $$\tilde{n}_{\text{PRB}}(n_s)=\left(\tilde{n}_{\text{VRB}}+f_{\text{hop}}(i)\cdot N_{\text{RB}}^{\text{sb}}+\left(\left(N_{\text{RB}}^{\text{sb}}-1\right)-2\left(\tilde{n}_{\text{VRB}}\bmod N_{\text{RB}}^{\text{sb}}\right)\right)\cdot f_{\text{m}}(i)\right)\bmod(N_{\text{RB}}^{\text{sb}}\cdot N_{\text{sb}})$$ $$i=\begin{cases}\lfloor n_s/2\rfloor & \text{inter}-\text{subframe hopping}\\ n_s & \text{intra and inter}-\text{subframe hopping}\end{cases}$$ $$n_{\text{PRB}}(n_s)=\begin{cases}\tilde{n}_{\text{PRB}}(n_s) & N_{sb}=1\\ \tilde{n}_{\text{PRB}}(n_s)+\lceil N_{\text{RB}}^{\text{HO}}/2\rceil & N_{sb}>1\end{cases}$$ $$\tilde{n}_{\text{VRB}}=\begin{cases}n_{\text{VRB}} & N_{sb}=1\\ n_{\text{VRB}}-\lceil N_{\text{RB}}^{\text{HO}}/2\rceil & N_{sb}>1\end{cases}$$ <br><br> Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| [1.c] the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and | On information and belief, the Southwest Count Systems and Services include the transmitter and the processor further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval.<br><br>The UE transmits the sounding reference signal in different resource elements and symbols than those used for PUSCH transmission.<br><br>## 8.2      UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>Source: 3GPP TS 36.213 V10.13.0 at 82. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 5.2     Slot structure and physical resources<br><br>### 5.2.1     Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{\text{RB}}^{\text{UL}} N_{\text{sc}}^{\text{RB}}$ subcarriers and $N_{\text{symb}}^{\text{UL}}$ SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\text{RB}}^{\text{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil<br><br>$$N_{\text{RB}}^{\text{min,UL}} \le N_{\text{RB}}^{\text{UL}} \le N_{\text{RB}}^{\text{max,UL}}$$<br><br>where $N_{\text{RB}}^{\text{min,UL}} = 6$ and $N_{\text{RB}}^{\text{max,UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\text{RB}}^{\text{UL}}$ is given by [7].<br><br>The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.<br><br>An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| |  Figure 5.2.1-1: Uplink resource grid. ## 5.2.2    Resource elements Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,...,N_{RB}^{UL}N_{sc}^{RB}-1$ and $l = 0,...,N_{symb}^{UL}-1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claim 1) |
|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |

### 5.2.3    Resource blocks

A physical resource block is defined as $N_{\text{symb}}^{\text{UL}}$ consecutive SC-FDMA symbols in the time domain and

$N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{UL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 5.2.3-1. A physical

resource block in the uplink thus consists of $N_{\text{symb}}^{\text{UL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time

domain and 180 kHz in the frequency domain.

**Table 5.2.3-1: Resource block parameters.**

| Configuration | $N_{\text{sc}}^{\text{RB}}$ | $N_{\text{symb}}^{\text{UL}}$ |
|---|---|---|
| Normal cyclic prefix | 12 | 7 |
| Extended cyclic prefix | 12 | 6 |

The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by

$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$

## 5.3    Physical uplink shared channel

### 5.3.4    Mapping to physical resources

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),\ldots,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |

For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),\ldots,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and

- not used for transmission of reference signals, and

…

If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].

If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].

If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to

$$\tilde{n}_{\text{PRB}}(n_s) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i)\cdot N_{\text{RB}}^{\text{sb}} + \left(\left(N_{\text{RB}}^{\text{sb}}-1\right) - 2\left(\tilde{n}_{\text{VRB}}\bmod N_{\text{RB}}^{\text{sb}}\right)\right)\cdot f_{\text{m}}(i)\right)\bmod(N_{\text{RB}}^{\text{sb}}\cdot N_{\text{sb}})$$

$$i = \begin{cases} \lfloor n_s/2 \rfloor & \text{inter}-\text{subframe hopping} \\ n_s & \text{intra and inter}-\text{subframe hopping} \end{cases}$$

$$n_{\text{PRB}}(n_s) = \begin{cases} \tilde{n}_{\text{PRB}}(n_s) & N_{sb}=1 \\ \tilde{n}_{\text{PRB}}(n_s) + \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb}>1 \end{cases}$$

$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb}=1 \\ n_{\text{VRB}} - \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb}>1 \end{cases}$$

Source: 3GPP TS 36.211 V10.7.0 at 20-21.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 5.4 Physical uplink control channel<br><br>The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field.<br><br>…<br><br>The physical resources used for PUCCH depends on two parameters, $N_{RB}^{(2)}$ and $N_{cs}^{(1)}$, given by higher layers. The variable $N_{RB}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{cs}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{cs}^{(1)}$ is an integer multiple of $\Delta_{shift}^{PUCCH}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{shift}^{PUCCH}$ is provided by higher layers. No mixed resource block is present if $N_{cs}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{PUCCH}^{(1,\tilde{p})}$, $n_{PUCCH}^{(2,\tilde{p})} < N_{RB}^{(2)} N_{sc}^{RB} + \left\lceil \dfrac{N_{cs}^{(1)}}{8} \right\rceil \cdot (N_{sc}^{RB} - N_{cs}^{(1)} - 2)$, and $n_{PUCCH}^{(3,\tilde{p})}$, respectively.<br><br>## 5.4.1 PUCCH formats 1, 1a and 1b<br><br>For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1.<br><br>The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by<br><br>$$n_{\tilde{p}}'(n_s) = \begin{cases} n_{PUCCH}^{(1,\tilde{p})} & \text{if } n_{PUCCH}^{(1,\tilde{p})} < c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH} \\ \left(n_{PUCCH}^{(1,\tilde{p})} - c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH}\right) \bmod \left(c \cdot N_{sc}^{RB} / \Delta_{shift}^{PUCCH}\right) & \text{otherwise} \end{cases}$$ |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.4.3　Mapping to physical resources<br><br>The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe. Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.<br><br>### 5.5　Reference signals<br><br>5.5.3　Sounding reference signal<br><br>5.5.3.2　Mapping to physical resources<br><br>For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 27, 35, 37.<br><br>Signaled parameters from the network, for example srs-Bandwidth, are used to characterize the uplink Sounding Reference Signals.<br><br>5.5.3　Sounding reference signal |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 5.5.3.2    Mapping to physical resources<br><br>The sequence shall be multiplied with the amplitude scaling factor $\beta_{SRS}$ in order to conform to the transmit power $P_{SRS}$ specified in Section 5.1.3.1 in [4], and mapped in sequence starting with $r_{SRS}^{(p)}(0)$ to resource elements $(k,l)$ on antenna port $p$ according to<br><br>$$a_{2k'+k_0^{(p)},l}^{(p)} = \begin{cases} \dfrac{1}{\sqrt{N_{ap}}}\beta_{SRS}r_{SRS}^{(\tilde{p})}(k^*) & k^*=0,1,\ldots,M_{sc,b}^{RS}-1 \\ 0 & \text{otherwise} \end{cases}$$<br><br>where $N_{ap}$ is the number of antenna ports used for sounding reference signal transmission and the relation between the index $\tilde{p}$ and the antenna port $p$ is given by Table 5.2.1-1. The set of antenna ports used for sounding reference signal transmission is configured independently for periodic and each configuration of aperiodic sounding. The quantity $k_0^{(p)}$ is the frequency-domain starting position of the sounding reference signal and for $b=B_{SRS}$ and $M_{sc,b}^{RS}$ is the length of the sounding reference signal sequence defined as<br><br>$$M_{sc,b}^{RS} = m_{SRS,b}N_{sc}^{RB}/2$$<br><br>where $m_{SRS,b}$ is given by Table 5.5.3.2-1 through Table 5.5.3.2-4 for each uplink bandwidth $N_{RB}^{UL}$. The cell-specific parameter *srs-BandwidthConfig*, $C_{SRS} \in \{0,1,2,3,4,5,6,7\}$ and the UE-specific parameter *srs-Bandwidth*, $B_{SRS} \in \{0,1,2,3\}$ are given by higher layers. For UpPTS, $m_{SRS,0}$ shall be reconfigured to $m_{SRS,0}^{max} = \max_{c\in C}\{m_{SRS,0}^c\} \leq (N_{RB}^{UL}-6N_{RA})$ if this<br><br>Table 5.5.3.2-1: $m_{SRS,b}$ and $N_b$, $b=0,1,2,3$, values for the uplink bandwidth of $6 \leq N_{RB}^{UL} \leq 40$.<br><br>| SRS bandwidth configuration | SRS-Bandwidth $B_{SRS}=0$ | | SRS-Bandwidth $B_{SRS}=1$ | | SRS-Bandwidth $B_{SRS}=2$ | | SRS-Bandwidth $B_{SRS}=3$ | |<br>|---|---|---|---|---|---|---|---|---|<br>| $C_{SRS}$ | $m_{SRS,0}$ | $N_0$ | $m_{SRS,1}$ | $N_1$ | $m_{SRS,2}$ | $N_2$ | $m_{SRS,3}$ | $N_3$ |<br>| 0 | 36 | 1 | 12 | 3 | 4 | 3 | 4 | 1 |<br>| 1 | 32 | 1 | 16 | 2 | 8 | 2 | 4 | 2 |<br>| 2 | 24 | 1 | 4 | 6 | 4 | 1 | 4 | 1 |<br>| 3 | 20 | 1 | 4 | 5 | 4 | 1 | 4 | 1 |<br>| 4 | 16 | 1 | 4 | 4 | 4 | 1 | 4 | 1 |<br>| 5 | 12 | 1 | 4 | 3 | 4 | 1 | 4 | 1 |<br>| 6 | 8 | 1 | 4 | 2 | 4 | 1 | 4 | 1 |<br>| 7 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 |<br><br>Source: 3GPP TS 36.211 V10.7.0 at 35-38. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | The SRS signal is used to estimate the uplink channel conditions. The UE transmits uplink physical signals in the same subframe(s) of a radio frame sent in a single TTI.<br><br>**7.2.2  SOUNDING REFERENCE SIGNALS**<br><br>In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for<br><br>**7.2.2.1  Periodic SRS Transmission**<br><br>Similar to DM-RS, different phase rotations, also for SRS referred to as "cyclic shifts" in the LTE specifications, can be used to generate different SRS that are orthogonal to each other. By assigning different phase rotations to different devices, multiple SRS can thus be transmitted in parallel in the same subframe, as illustrated by devices #1 and #2 in the upper part of Figure 7.17. However, it is then required that the reference signals span the same frequency range.<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G" (Academic Press 3d Ed. 2016) at 185, 187, 188.<br><br><br><br>Source: https://howltestuffworks.blogspot.com/2014/07/sounding-reference-signal-procedure.html. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| [1.d] the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE. | On information and belief, the Southwest Count Systems and Services include the receiver and the processor further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE. <br><br> The UE receives downlink control information (DCI) via PDCCH. The DCI includes uplink scheduling assignments based on the channel conditions measured using the received SRS. <br><br> 9.1.1    PDCCH Assignment Procedure <br><br> subclause 6.8.1 in [3], where $N_{CCE,k}$ is the total number of CCEs in the control region of subframe $k$. The UE shall monitor a set of PDCCH candidates on one or more activated serving cells as configured by higher layer signalling for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats. <br><br> Source: 3GPP TS 36.213 V10.13.0 at 94. |

31

## 6.8      Physical downlink control channel

### 6.8.1    PDCCH formats

The physical downlink control channel carries scheduling assignments and other control information. A physical control channel is transmitted on an aggregation of one or several consecutive control channel elements (CCEs), where a control channel element corresponds to 9 resource element groups. The number of resource-element groups not assigned to PCFICH or PHICH is $N_{REG}$. The CCEs available in the system are numbered from 0 to $N_{CCE} - 1$, where $N_{CCE} = \lfloor N_{REG}/9 \rfloor$. The PDCCH supports multiple formats as listed in Table 6.8.1-1. A PDCCH consisting of $n$ consecutive CCEs may only start on a CCE fulfilling $i \bmod n = 0$, where $i$ is the CCE number.

Multiple PDCCHs can be transmitted in a subframe.

**Table 6.8.1-1: Supported PDCCH formats.**

| PDCCH format | Number of CCEs | Number of resource-element groups | Number of PDCCH bits |
|---|---|---|---|
| 0 | 1 | 9 | 72 |
| 1 | 2 | 18 | 144 |
| 2 | 4 | 36 | 288 |
| 3 | 8 | 72 | 576 |

32

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| Claim 1 | Example Southwest Count VII Systems and Services |
| | ### 6.8.2　　PDCCH multiplexing and scrambling<br><br>The block of bits $b^{(i)}(0),...,b^{(i)}(M_{\text{bit}}^{(i)}-1)$ on each of the control channels to be transmitted in a subframe, where $M_{\text{bit}}^{(i)}$ is the number of bits in one subframe to be transmitted on physical downlink control channel number $i$, shall be multiplexed, resulting in a block of bits<br><br>$b^{(0)}(0),...,b^{(0)}(M_{\text{bit}}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{\text{bit}}^{(1)}-1),...,b^{(n_{\text{PDCCH}}-1)}(0),...,b^{(n_{\text{PDCCH}}-1)}(M_{\text{bit}}^{(n_{\text{PDCCH}}-1)}-1)$, where $n_{\text{PDCCH}}$ is the number of PDCCHs transmitted in the subframe.<br><br>The block of bits $b^{(0)}(0),...,b^{(0)}(M_{\text{bit}}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{\text{bit}}^{(1)}-1),...,b^{(n_{\text{PDCCH}}-1)}(0),...,b^{(n_{\text{PDCCH}}-1)}(M_{\text{bit}}^{(n_{\text{PDCCH}}-1)}-1)$ shall be scrambled with a cell-specific sequence prior to modulation, resulting in a block of scrambled bits $\tilde{b}(0),...,\tilde{b}(M_{\text{tot}}-1)$ according to<br><br>$$\tilde{b}(i) = \left(b(i) + c(i)\right) \bmod 2$$<br><br>where the scrambling sequence $c(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised with $c_{\text{init}} = \lfloor n_s / 2 \rfloor 2^9 + N_{\text{ID}}^{\text{cell}}$ at the start of each subframe.<br><br>CCE number $n$ corresponds to bits $b(72n),b(72n+1),...,b(72n+71)$. If necessary, <NIL> elements shall be inserted in the block of bits prior to scrambling to ensure that the PDCCHs starts at the CCE positions as described in [4] and to ensure that the length $M_{\text{tot}} = 8N_{\text{REG}} \geq \sum_{i=0}^{n_{\text{PDCCH}}-1} M_{\text{bit}}^{(i)}$ of the scrambled block of bits matches the amount of resource-element groups not assigned to PCFICH or PHICH. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 6.8.5    Mapping to resource elements<br><br>The mapping to resource elements is defined by operations on quadruplets of complex-valued symbols. Let $z^{(p)}(i) = \left\langle y^{(p)}(4i), y^{(p)}(4i+1), y^{(p)}(4i+2), y^{(p)}(4i+3) \right\rangle$ denote symbol quadruplet $i$ for antenna port $p$.<br><br>The block of quadruplets $z^{(p)}(0),...,z^{(p)}(M_{\text{quad}}-1)$, where $M_{\text{quad}} = M_{\text{symb}}/4$, shall be permuted resulting in $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. The permutation shall be according to the sub-block interleaver in Section 5.1.4.2.1 of [3] with the following exceptions:<br><br>   - the input and output to the interleaver is defined by symbol quadruplets instead of bits<br><br>   - interleaving is performed on symbol quadruplets instead of bits by substituting the terms 'bit', 'bits' and 'bit sequence' in Section 5.1.4.2.1 of [3] by 'symbol quadruplet', 'symbol quadruplets' and 'symbol-quadruplet sequence', respectively<br><br><NULL> elements at the output of the interleaver in [3] shall be removed when forming $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. Note that the removal of <NULL> elements does not affect any <NIL> elements inserted in Section 6.8.2.<br><br>The block of quadruplets $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$ shall be cyclically shifted, resulting in $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ where $\overline{w}^{(p)}(i) = w^{(p)}\left((i+N_{\text{ID}}^{\text{cell}}) \bmod M_{\text{quad}}\right)$.<br><br>Mapping of the block of quadruplets $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ is defined in terms of resource-element groups, specified in Section 6.2.4, according to steps 1–10 below:<br><br>  1) Initialize $m' = 0$ (resource-element group number)<br><br>  2) Initialize $k' = 0$ |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 3) Initialize $l' = 0$<br><br>4) If the resource element $(k', l')$ represents a resource-element group and the resource-element group is not assigned to PCFICH or PHICH then perform step 5 and 6, else go to step 7<br><br>5) Map symbol-quadruplet $\overline{w}^{(p)}(m')$ to the resource-element group represented by $(k', l')$ for each antenna port $p$<br><br>6) Increase $m'$ by 1<br><br>7) Increase $l'$ by 1<br><br>8) Repeat from step 4 if $l' < L$, where $L$ corresponds to the number of OFDM symbols used for PDCCH transmission as indicated by the sequence transmitted on the PCFICH<br><br>9) Increase $k'$ by 1<br><br>10) Repeat from step 3 if $k' < N_{RB}^{DL} \cdot N_{sc}^{RB}$<br><br>Source: 3GPP TS 36.211 V10.7.0 at 67-69.<br><br>## 6.10    Reference signals<br><br>Five types of downlink reference signals are defined:<br><br>- Cell-specific reference signals (CRS)<br><br>- MBSFN reference signals<br><br>- UE-specific reference signals (DM-RS)<br><br>- Positioning reference signals (PRS)<br><br>- CSI reference signals (CSI-RS)<br><br>There is one reference signal transmitted per downlink antenna port. |

35

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 6.10.1.2    Mapping to resource elements<br><br>Figures 6.10.1.2-1 and 6.10.1.2-2 illustrate the resource elements used for reference signal transmission according to the above definition. The notation $R_p$ is used to denote a resource element used for reference signal transmission on antenna port $p$ . |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| |  Figure 6.10.1.2-1. Mapping of downlink reference signals (normal cyclic prefix). |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
|  | <br>**Figure 6.10.1.2-2. Mapping of downlink reference signals (extended cyclic prefix).** |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 6.10.3    UE-specific reference signals<br><br>UE-specific reference signals are supported for transmission of PDSCH and are transmitted on antenna port(s) $p = 5$, $p = 7$, $p = 8$ or $p = 7,8,...,\upsilon+6$, where $\upsilon$ is the number of layers used for transmission of the PDSCH. UE-specific reference signals are present and are a valid reference for PDSCH demodulation only if the PDSCH transmission is associated with the corresponding antenna port according to Section 7.1 of [4]. UE-specific reference signals are transmitted only on the resource blocks upon which the corresponding PDSCH is mapped. The UE-specific reference signal is not transmitted in resource elements $(k,l)$ in which one of the physical channels or physical signals other than UE-specific reference signal defined in 6.1 are transmitted using resource elements with the same index pair $(k,l)$ regardless of their antenna port $p$.<br><br>### 6.10.3.2    Mapping to resource elements<br><br>For antenna port 5, in a physical resource block with frequency-domain index $n_{\mathrm{PRB}}$ assigned for the corresponding PDSCH transmission, the reference signal sequence $r_{n_s}(m)$ shall be mapped to complex-valued modulation symbols $a_{k,l}^{(p)}$ with $p = 5$ in a subframe according to:<br><br><br><br>**Figure 6.10.3.2-1: Mapping of UE-specific reference signals, antenna port 5 (normal cyclic prefix).** |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <br><br>Figure 6.10.3.2-2: Mapping of UE-specific reference signals, antenna port 5 (extended cyclic prefix).<br><br>Source: 3GPP TS 36.211 V10.7.0 at 73-82.<br><br>### 7.2.2 SOUNDING REFERENCE SIGNALS<br><br>The DM-RS discussed in Section 7.2.1 are intended to be used by the base station for channel estimation to allow for coherent demodulation of uplink physical channels (PUSCH or PUCCH). A DM-RS is always transmitted together with and spanning the same frequency range as the corresponding physical channel.<br><br>In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for example, be used by the base-station scheduler to assign resource blocks of instantaneously good quality for uplink PUSCH transmission from the specific device (uplink channel-dependent scheduling). They can also be used to select different transmission parameters<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 185.<br><br>PDCCH is transmitted in the first symbols of a first time slot of a subframe, where a physical downlink shared channel is transmitted in the remaining symbols of the first slot and in a second slot of the subframe. |

| U.S. Patent No. 11,032,000 (Claim 1) |
|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |

<table>
<tr><td></td><td>



PSCH (Primary Synchronization Channel)
SSCH (Secondary Synchronization Channel)
PBCH (Physical Broadcast Channel)
RS (cell-specific Reference Signal) for selected Tx antenna port

PCFICH (Physical Control Format Indicator Channel)
PHICH (Physical Hybrid ARQ (Automatic Repeat reQuest) Indicator Channel)
PDCCH (Physical Downlink Control Channel)
Available for PDSCH (Physical Downlink Shared Channel)

Source: https://www.sharetechnote.com/html/FrameStructure_DL.html.
</td></tr>
</table>

The second slot of each downlink subframe does not include PDCCH.



Source: https://www.sharetechnote.com/html/FrameStructure_DL.html.

DCI Format 0 contains different fields and a different number of bits (45 bits in this example) than DCI Format 4 (53 bits in this example).

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **6.4.3 PHYSICAL DOWNLINK CONTROL CHANNEL**<br><br>The PDCCH is used to carry downlink control information (DCI) such as scheduling decisions and power-control commands. More specifically, the DCI can include:<br><br>**Table 6.4 DCI Formats**<br><br>| | DCI Format | Example Size (Bits) | Usage |<br>|---|---|---|---|<br>| Uplink | 0 | 45 | Uplink scheduling grant |<br>| | 4 | 53 | Uplink scheduling grant with spatial multiplexing |<br>| | 6-0A, 6-0B | 46, 36 | Uplink scheduling grant for eMTC devices (see Chapter 20) |<br>| Downlink | 1C | 31 | Special purpose compact assignment |<br>| | 1A | 45 | Contiguous allocations only |<br>| | 1B | 46 | Codebook-based beam-forming using CRS |<br>| | 1D | 46 | MU-MIMO using CRS |<br>| | 1 | 55 | Flexible allocations |<br>| | 2A | 64 | Open-loop spatial multiplexing using CRS |<br>| | 2B | 64 | Dual-layer transmission using DM-RS (TM8) |<br>| | 2C | 66 | Multi-layer transmission using DM-RS (TM9) |<br>| | 2D | 68 | Multi-layer transmission using DM-RS (TM10) |<br>| | 2 | 67 | Closed-loop spatial multiplexing using CRS |<br>| | 6-1A, 6-1B | 46, 36 | Downlink scheduling grants for eMTC devices (see Chapter 20) |<br>| Special | 3, 3A | 45 | Power control commands |<br>| | 5 | | Sidelink operation (see Chapter 21) |<br>| | 6-2 | | Paging/direct indication for eMTC devices (see Chapter 20) |<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 138.<br><br>The number of bits sent over the PDCCH depends on the number of fields in the DCI. In the example of FDD single-carrier with SRS request and 100 RBs, the DCI Format 0 message includes the fields shown and 45 bits. |

43

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 5.3.3.1.1　　　Format 0<br><br>DCI format 0 is used for the scheduling of PUSCH in one UL cell.<br><br>The following information is transmitted by means of the DCI format 0:<br><br>　- Flag for format0/format1A differentiation – 1 bit, where value 0 indicates format 0 and value 1 indicates format 1A<br><br>　- Frequency hopping flag – 1 bit as defined in section 8.4 of [3]. This field is used as the MSB of the corresponding resource allocation field for resource allocation type 1.<br><br>　- Resource block assignment and hopping resource allocation – $\left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \right\rceil$ bits<br><br>　- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>　- New data indicator – 1 bit<br><br>　- TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3]<br><br>　- Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2]<br><br>　- CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell and when the corresponding DCI format is mapped onto the UE specific search space given by the C-RNTI as defined in [3]; otherwise the 1-bit field applies<br><br>　- SRS request – 0 or 1 bit. This field can only be present in DCI formats scheduling PUSCH which are mapped onto the UE specific search space given by the C-RNTI as defined in [3]. The interpretation of this field is provided in section 8.2 of [3]<br><br>　- Resource allocation type – 1 bit. This field is only present if $N_{RB}^{UL} \leq N_{RB}^{DL}$. The interpretation of this field is provided in section 8.1 of [3]<br><br>Source: 3GPP TS 36.212 V10.9.0 at 57-58.<br><br>For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **5.3.3.1.8    Format 4**<br><br>DCI format 4 is used for the scheduling of PUSCH in one UL cell with multi-antenna port transmission mode.<br><br>The following information is transmitted by means of the DCI format 4:<br><br>- Resource block assignment - $\max\left(\left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2)\right\rceil, \left\lceil \log_2\left(\left(\begin{matrix}\left\lceil N_{RB}^{UL}/P+1\right\rceil\\4\end{matrix}\right)\right)\right\rceil\right)$ bits, where $P$ is the<br><br>UL RBG size as defined in section 8.1.2 of [3]<br><br>- TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3]<br><br>- Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2]<br><br>- CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell; otherwise the 1-bit field applies<br><br>- SRS request – 2 bits as defined in section 8.2 of [3]<br><br>- Resource allocation type – 1 bit as defined in section 8.1 of [3]<br><br>In addition, for transport block 1:<br><br>- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>- New data indicator – 1 bit<br><br>In addition, for transport block 2:<br><br>- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>- New data indicator – 1 bit<br><br>Precoding information and number of layers: number of bits as specified in Table 5.3.3.1.8-1. Bit field as shown in Table 5.3.3.1.8-2 and Table 5.3.3.1.8- 3. Note that TPMI for 2 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-1 of [2], and TPMI for 4 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-2, Table 5.3.3A.2-3, Table 5.3.3A.2-4 and Table 5.3.3A.2-5 of [2]. If both transport blocks are enabled, transport block 1 is mapped to codeword 0; and transport block 2 is mapped to codeword 1. In case one of the transport blocks is disabled, the transport block to codeword mapping is specified according to Table 5.3.3.1.5-2. For a single enabled codeword, indices 24 to 39 in Table 5.3.3.1.8-3 are only supported for retransmission of the corresponding transport block if that transport block has previously been transmitted using two layers.<br><br>Source: 3GPP TS 36.212 V10.9.0 at 72-73.<br><br>For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | Table 5.3.3.1.8-1: Number of bits for precoding information. |

Table 5.3.3.1.8-1: Number of bits for precoding information.

| Number of antenna ports at UE | Number of bits for precoding information |
|---|---|
| 2 | 3 |
| 4 | 6 |

Table 5.3.3.1.8-2: Content of precoding information field for 2 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1-7 | reserved |
| 2 | 1 layer: TPMI=2 | | |
| ... | ... | | |
| 5 | 1 layer: TPMI=5 | | |
| 6-7 | reserved | | |

Table 5.3.3.1.8-3: Content of precoding information field for 4 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 2 layers: TPMI=1 |
| ... | ... | ... | ... |
| 23 | 1 layer: TPMI=23 | 15 | 2 layers: TPMI=15 |
| 24 | 2 layers: TPMI=0 | 16 | 3 layers: TPMI=0 |
| 25 | 2 layers: TPMI=1 | 17 | 3 layers: TPMI=1 |
| ... | ... | ... | ... |
| 39 | 2 layers: TPMI=15 | 27 | 3 layers: TPMI=11 |
| 40-63 | reserved | 28 | 4 layers: TPMI=0 |
| | | 29 - 63 | Reserved |

Source: 3GPP TS 36.212 V10.9.0 at 72-73.

46

# Exhibit 15 to Amended Complaint
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Southwest Count VII Systems and Services**
**U.S. Patent No. 7,721,282 ("the '282 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize Docker; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count VII Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, the Southwest Systems and Services use Docker in Southwest's private cloud(s). For example, Southwest posts, or has posted, job opportunities that require familiarity with Docker containerization concepts.

*See* https://www.linkedin.com/in/charlesmarshall-eth/, the job profile of an associate software engineer listing Docker as a skill. (Last accessed on 9/23/2024).

*See* https://www.linkedin.com/in/bhaveshkar-kongari/, the job profile of a senior DevOps Engineer listing usage of Docker. (Last accessed on 9/23/2024).

As another example, Southwest has stated that it is investing in cloud technology and has "moved about 50% of its technology" to the cloud and has indicated cloud migration is one of its areas of focus for 2024 and beyond.

Source: https://www.phocuswire.com/southwest-airlines-cio-tech-investment.

---

[1] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs do not accuse the public clouds of Defendants if those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs will produce relevant license agreements in this litigation. Plaintiffs accuse Defendant private clouds that implement Docker and non-licensed public clouds that Defendant uses to support Docker for its systems and services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, to the extent any such license agreements have not already been produced. To the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s).



## Top Airlines, Airports & Air Services Companies Using Docker

43,233 companies using this technology

By Docker

Docker is a software container platform. Developers use Docker to eliminate "works on my machine" problems when collaborating on code with co-workers. Operators use Docker to run and manage apps side-by-side in isolated containers to get better compute density. Enterprises use Docker to build agile software delivery pipelines. Read less

| 15 ↑ | 189 ↓ | 33.99% ⓘ |
|---|---|---|
| Companies adopted this tech in the last month | Companies dropped this tech in the last month | The market share of the technology in its category |

4        ### Southwest Airlines
Employee count: 72,450    ⌃

Southwest Airlines Co. operates as a passenger airline company that provides scheduled air transportation services in the United States and near-international markets. As of December 31, 2023, the company operated a total fleet of 817 Boeing 737 airc ... Read more

Source: https://www.zoominfo.com/tech/23717/docker-tech-from-transportation-airline-industry-in-us-by-revenue.[2]

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the filing date of the Complaint.

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| 1. A system for distributing an application environment comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count VII Systems and Services are a "system for distributing an application environment."<br><br>Docker is an open-source platform that enables the development and distribution of applications and facilitates running applications in an isolated environment called containers. A multi-server environment capable of deploying and running Docker containers is considered a system.<br><br><br><br>Source: https://docs.docker.com/guides/docker-overview/.[3] (Last accessed on May 15, 2025. |

---

[3] Annotations added unless otherwise noted.

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | ## The Docker platform<br><br>Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security lets you run many containers simultaneously on a given host.<br><br>Containers are lightweight and contain everything needed to run the application, so you don't need to rely on what's installed on the host. You can share containers while you work, and be sure that everyone you share with gets the same container that works in the same way.<br><br>Docker provides tooling and a platform to manage the lifecycle of your containers:<br><br>• Develop your application and its supporting components using containers.<br><br>• The container becomes the unit for distributing and testing your application.<br><br>• When you're ready, deploy your application into your production environment, as a container or an orchestrated service. This works the same whether your production environment is a local data center, a cloud provider, or a hybrid of the two.<br><br>Source: https://docs.docker.com/guides/docker-overview/. (Last accessed on May 15, 2025).<br><br>For example, a user can interact with Docker on the command line to run, build, pull, and/or configure containers, images, and/or volumes. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| |  Source: https://docs.docker.com/guides/docker-overview/. (Last accessed on May 15, 2025). |
| 1[a] a compute node comprising a computer system; | On information and belief, the Southwest Count VII Systems and Services include "a compute node comprising a computer system." <br><br> Docker requires a host environment or a server to host containers in isolation from each other. Containers (e.g., a compute node) are running instances of an image, having executable packages of software, including code, runtime, system tools, libraries, and settings (e.g., comprising a computer system). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | A container is a standard unit of software that packages up code and all its dependencies so the application runs quickly and reliably from one computing environment to another. A Docker container image is a lightweight, standalone, executable package of software that includes everything needed to run an application: code, runtime, system tools, system libraries and settings.<br><br>Source: https://www.docker.com/resources/what-container/. (Last accessed on May 15, 2025).<br><br><br><br>Source: https://www.docker.com/resources/what-container/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | ## The Docker platform<br><br>Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security lets you run many containers simultaneously on a given host. Containers are lightweight an contain everything needed to run the application, so you don't need to rely on what's installed on the host. You can share containers while you work, and be sure that everyone you share with gets the same container that works in the same way.<br><br>Source: https://docs.docker.com/get-started/docker-overview/. (Last accessed on May 15, 2025).<br><br>By default, a container is relatively well isolated from other containers and its host machine. You can control how isolated a container's network, storage, or other underlying subsystems are from other containers or from the host machine.<br><br>Source: https://docs.docker.com/get-started/docker-overview/. (Last accessed on May 15, 2025).<br><br>For example, containers are running instances of images. Docker images include the libraries, dependencies, and other environment elements for an application to run in. The storage driver controls how the images and container instances are resident on the host.<br><br>### Images and containers<br><br>Fundamentally, a container is nothing but a running process, with some added encapsulation features applied to it in order to keep it isolated from the host and from other containers. One of the most important aspects of container isolation is that each container interacts with its own private filesystem; this filesystem is provided by a Docker **image**. An image includes everything needed to run an application - the code or binary, runtimes, dependencies, and any other filesystem objects required.<br><br>Source: https://docker-docs.uclv.cu/get-started/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | Docker supports several storage drivers, using a pluggable architecture. The storage driver controls how images and containers are stored and managed on your Docker host. After you have read the storage driver overview, the next step is to choose the best storage driver for your workloads. Use the storage driver with the best overall performance and stability in the most usual scenarios.<br><br>Source: https://docs.docker.com/storage/storagedriver/select-storage-driver/. (Last accessed on May 15, 2025). |
| 1[b] a first storage unit for storing blocks of a root image of the compute node, wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block; | On information and belief, the Southwest Count XI Systems and Services include "a first storage unit for storing blocks of a root image of the compute node, wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block."<br><br>Docker containers each have their own private filesystem provided by a Docker image. Docker provides storage drivers that control how the images and containers are stored and managed on a Docker host.<br><br>Docker supports several storage drivers, using a pluggable architecture. The storage driver controls how images and containers are stored and managed on your Docker host. After you have read the storage driver overview, the next step is to choose the best storage driver for your workloads. Use the storage driver with the best overall performance and stability in the most usual scenarios.<br><br>Source: https://docs.docker.com/storage/storagedriver/select-storage-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| |  Source: https://docs.docker.com/guides/docker-overview/. (Last accessed on May 15, 2025).<br><br>For example, Docker stores images and containers in memory on the host system. Particularly, Docker, through its OverlayFS (Overlay File System), presents all the directories as a single consolidated directory. The lower directory is called 'lowerdir' and the upper directory is called 'upperdir'. The 'lowerdir' is the layer that stores blocks of the base or root image. The base or root image includes the application code, dependencies, and other necessary elements for execution or runtime. Each layer, or the files therein, occupies a portion of the 'lowerdir'. |

10

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | <br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| |  Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | As shown in the evidence below, each layer can include multiple files. For example, an image layer can include three files, where each of these files includes at least one block of data. A user can see a consolidated view via the merged directory, which is a combined view of the 'lowerdir' and 'upperdir' via overlay2, the storage driver in OverlayFS.<br><br><br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br><br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| 1[c] a second storage unit for storing a leaf image, the leaf image comprising new data blocks and changes to the blocks of the root image, wherein the second storage unit comprises a second non-volatile memory; and | On information and belief, the Southwest Count XI Systems and Services include "a first storage unit for storing blocks of a root image of the compute node, wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block."<br><br>Docker includes a top writable layer, where all writes to a container (e.g., a write to add new data or modify existing data) are stored in the writable layer. The writable layer contains only the modified data per the changes made by the respective container instance. The writable layer is stored in memory.<br><br>## Container and layers<br><br>The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.<br><br>Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).<br><br>Each layer is only a set of differences from the layer before it. Note that both *adding*, and *removing* files will result in a new layer. In the example above, the `$HOME/.cache` directory is removed, but will still be available in the previous layer and add up to the image's total size. Refer to the Best practices for writing Dockerfiles and use multi-stage builds sections to learn how to optimize your Dockerfiles for efficient images.<br><br>The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.<br><br>Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
| --- | --- |
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | For example, the changes, edits, or modifications made to a container will be stored in the 'upperdir' of that container. The 'upperdir' includes only the changed, edited, or modified file(s) by the container. <br><br> The following diagram shows how a Docker image and a Docker container are layered. The image layer is the `lowerdir` and the container layer is the `upperdir`. If the image has multiple layers, multiple `lowerdir` directories are used. The unified view is exposed through a directory called `merged` which is effectively the containers mount point. <br><br>  <br><br> Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | <br><br>Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).<br><br>For example, below describes how overlay2 functions by comparing and calculating the differences or changes between the parent and its corresponding layer, if it was modified. |

16

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | ```
// DiffSize calculates the changes between the specified id
// and its parent and returns the size in bytes of the changes
// relative to its base filesystem directory.
func (d *Driver) DiffSize(id, parent string) (int64, error) {
        if useNaiveDiff(d.home) || !d.isParent(id, parent) {
                return d.naiveDiff.DiffSize(id, parent)
        }
        return directory.Size(context.TODO(), d.getDiffPath(id))
}


// Diff produces an archive of the changes between the specified
// layer and its parent layer which may be "".
func (d *Driver) Diff(id, parent string) (io.ReadCloser, error) {
        if useNaiveDiff(d.home) || !d.isParent(id, parent) {
                return d.naiveDiff.Diff(id, parent)
        }



// Changes produces a list of changes between the specified layer and its
// parent layer. If parent is "", then all changes will be ADD changes.
func (d *Driver) Changes(id, parent string) ([]archive.Change, error) {
        return d.naiveDiff.Changes(id, parent)
}
```
Source: [moby/daemon/graphdriver/overlay2/overlay.go at master · moby/moby · GitHub](https://github.com/moby/moby). (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| 1[d] a union block device for interfacing between the compute node and the first and second storage units to distribute the application environment to the compute node, wherein the union block device comprises a driver, wherein the union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit; the union block device comprises a low-level driver for interfacing between the first and second storage units and the file system of the compute node; and the union block device, upon receiving a write request from the compute node for a sector X, creates an appropriate persistent mapping for sector X. | On information and belief, the Southwest Count VII Systems and Services include "a union block device for interfacing between the compute node and the first and second storage units to distribute the application environment to the compute node, wherein the union block device comprises a driver, wherein the union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit; the union block device comprises a low-level driver for interfacing between the first and second storage units and the file system of the compute node; and the union block device, upon receiving a write request from the compute node for a sector X, creates an appropriate persistent mapping for sector X."<br><br>Docker enables building, running, and sharing applications using containers. Docker provides a storage driver – overlay2, for managing and storing images for use. The overlay2 storage driver provides a mechanism for interfacing between the container and storage units.<br><br><br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | The following diagram shows how a Docker image and a Docker container are layered. The image layer is the `lowerdir` and the container layer is the `upperdir`. If the image has multiple layers, multiple `lowerdir` directories are used. The unified view is exposed through a directory called `merged` which is effectively the containers mount point.<br><br><br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>To create a container, the `overlay2` driver combines the directory representing the image's top layer plus a new directory for the container. The image's layers are the `lowerdirs` in the overlay and are read-only. The new directory for the container is the `upperdir` and is writable.<br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025). |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| |  |

Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).

## Images and containers

Fundamentally, a container is nothing but a running process, with some added encapsulation features applied to it in order to keep it isolated from the host and from other containers. One of the most important aspects of container isolation is that each container interacts with its own private filesystem; this filesystem is provided by a Docker **image**. An image includes everything needed to run an application - the code or binary, runtimes, dependencies, and any other filesystem objects required.

Source: https://docker-docs.uclv.cu/get-started/. (Last accessed on May 15, 2025).

Docker includes an OverlayFS union filesystem that includes a storage driver, overlay2. OverlayFS includes the image layer and the container layer, which are presented as a single directory in a process

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | called a union mount. In a container filesystem, the overlay2 storage driver combines directories representing the image's read-only layer and writable layers.<br><br>**Use the OverlayFS storage driver**<br><br>OverlayFS is a union filesystem.<br><br>This page refers to the Linux kernel driver as `OverlayFS` and to the Docker storage driver as `overlay2`.<br><br>**How the `overlay2` driver works**<br><br>OverlayFS layers two directories on a single Linux host and presents them as a single directory. These directories are called layers, and the unification process is referred to as a union mount. OverlayFS refers to the lower directory as `lowerdir` and the upper directory a `upperdir`. The unified view is exposed through its own directory called `merged`.<br><br>The `overlay2` driver natively supports up to 128 lower OverlayFS layers. This capability provides better performance for layer-related Docker commands such as `docker build` and `docker commit`, and consumes fewer inodes on the backing filesystem.<br><br>Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>For example, Docker refers to the base image layers as 'lowerdir' and the container layer as 'upperdir,' and the unified view is referred to as merged. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| |  Source: https://docs.docker.com/storage/storagedriver/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>Furthermore, all writes are made in the top writable layer (container layer / 'upperdir'). Based on information and belief, it is assumed that writes are made in a specific portion of the writable layer, particularly in the case of modifications made to the existing data stored in an already known portion of the writable layer. |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | Source: https://docs.docker.com/storage/storagedriver/. (Last accessed on May 15, 2025).<br><br>The second-lowest layer, and each higher layer, contain a file called `lower`, which denotes its parent, and a directory called `diff` which contains its contents. It also contains a `merged` directory, which contains the unified contents of its parent layer and itself, and a `work` directory which is used internally by OverlayFS.<br><br>Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>The first time a container writes to an existing file, that file does not exist in the container (`upperdir`). The `overlay2` driver performs a `copy_up` operation to copy the file from the image (`lowerdir`) to the container (`upperdir`). The container then writes the changes to the new copy of the file in the container layer.<br><br>However, OverlayFS works at the file level rather than the block level. This means that all OverlayFS `copy_up` operations copy the entire file, even if the file is large and only a small part of it's being modified. This can have a noticeable impact on container write performance. However, two things are worth noting:<br><br>Source: https://docs.docker.com/engine/storage/drivers/overlayfs-driver/. (Last accessed on May 15, 2025).<br><br>For example, the 'lowerdir' directory can be seen by the *getLowerDirs* function to return all the files associated with the parent or base image. |

23

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | ```
468 ⌄  func (d *Driver) getLowerDirs(id string) ([]string, error) {
469         var lowersArray []string
470         lowers, err := os.ReadFile(path.Join(d.dir(id), lowerFile))
471         if err == nil {
472              for _, s := range strings.Split(string(lowers), ":") {
473                   lp, err := os.Readlink(path.Join(d.home, s))
474                   if err != nil {
475                        return nil, err
476                   }
477                   lowersArray = append(lowersArray, path.Clean(path.Join(d.home, linkDir, lp)))
478              }
479         } else if !os.IsNotExist(err) {
480              return nil, err
481         }
482         return lowersArray, nil
```<br><br>Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/overlay2/overlay.go. (Last accessed on May 15, 2025).<br><br>Furthermore, overlay2 first looks at if there have been any modifications at the writable layer. It will then merge the lower and upper directories and return that as the mount path of the container. For example, within a container, by listing out the files.<br><br>```
508     // Get creates and mounts the required file system for the given id and returns the mount path.
509 ⌄  func (d *Driver) Get(id, mountLabel string) (_ string, retErr error) {
``` |

| U.S. Patent No. 7,721,282 (Claim 1) | |
|---|---|
| **Claim** | **Example Southwest Count VII Systems and Services** |
| | <br>```<br>527    mergedDir := path.Join(dir, mergedDirName)<br>528    if count := d.ctr.Increment(mergedDir); count > 1 {<br>529        return mergedDir, nil<br>530    }<br>531    defer func() {<br>532        if retErr != nil {<br>533            if c := d.ctr.Decrement(mergedDir); c <= 0 {<br>534                if mntErr := unix.Unmount(mergedDir, 0); mntErr != nil {<br>535                    logger.Errorf("error unmounting %v: %v", mergedDir, mntErr)<br>536                }<br>537                // Cleanup the created merged directory; see the comment in Put's rmdir<br>538                if rmErr := unix.Rmdir(mergedDir); rmErr != nil && !os.IsNotExist(rmErr) {<br>539                    logger.Debugf("Failed to remove %s: %v: %v", id, rmErr, err)<br>540                }<br>541            }<br>542        }<br>543    }()<br><br>565            mountData := label.FormatMountLabel(opts, mountLabel)<br>566            mount := unix.Mount<br>567            mountTarget := mergedDir<br>```<br><br>Source: https://github.com/moby/moby/blob/master/daemon/graphdriver/overlay2/overlay.go. (Last accessed on May 15, 2025). |

# **Exhibit 16**

US007712080B2

(12) **United States Patent**      (10) **Patent No.:**      **US 7,712,080 B2**
Pan et al.                         (45) **Date of Patent:**      **May 4, 2010**

(54) **SYSTEMS AND METHODS FOR PARALLEL DISTRIBUTED PROGRAMMING**

(75) Inventors: **Lei Pan**, Irvine, CA (US); **Lubomir R. Bic**, Irvine, CA (US); **Michael B. Dillencourt**, Irvine, CA (US)

(73) Assignee: **The Regents of the University of California**, Oakland, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1013 days.

(21) Appl. No.: **10/850,842**

(22) Filed: **May 21, 2004**

(65) **Prior Publication Data**

US 2005/0039159 A1      Feb. 17, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/472,612, filed on May 21, 2003.

(51) **Int. Cl.**
*G06F 9/44* (2006.01)
*G06F 9/45* (2006.01)
*G06F 15/00* (2006.01)

(52) **U.S. Cl.** ........................ **717/119**; 717/107; 717/108; 717/149; 712/10; 712/23; 712/32

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

OTHER PUBLICATIONS

Pan et al., Distributed Parallel Computing using Navigational programming: Orchestrating Computations Around Data, , IASTED PDCS 2002, pp. 1-6.*
Pan et al., Mobile Agents—The Right Vehicle for Distributed Sequential Computing, Springer-Verlag Berlin Jeidelberg 2002, pp. 575-584.*

Fukuda et al., Messengers: Distributed Programming Using Mobile Agents, Transactions of the SDPS, Dec. 2001, vol .5, No. 4, pp. 95-112.*
Stanislaw Chrobot, Sharing Varaibles in Distributed Memory, Fundamenta Infomaticae 44 (2000) 63-81, IOS Press, pp. 63-81.*
Suzuki et al., Self-Migrating Threads for Multi-Agent Applications, publication data: 1999, published by 1st IEEE computer socitiey international workshop, pp. 1-8.*
Fukuda t al., Messages versus Messengers in Distributed Programming, published by Hournal of Parallel and Distributed Computing vol. 57, Issue 2 May 1999, pp. 1-8.*
Lei Pan, et al., *Distributed Sequential Computing* (pp. 223-239), Applied Parallel and Distributed Computing (Advances in Computation: Theory and Practice, vol. 16), (Y. Pan and L.T. Yang, Eds.), Nova Science Publishers, Inc., New York, 2004.
Lei Pan, et al., *Facilitating Agent Navigation Using DSM—High Level Designs* (11 pages), The 7th Int'l Conf. on Integrated Design & Process Technology (IDPT03), Austin, Texas, Dec. 2003.

(Continued)

*Primary Examiner*—Tuan Q Dam
*Assistant Examiner*—Zheng Wei
(74) *Attorney, Agent, or Firm*—Orrick, Herrington & Sutcliffe LLP

(57) **ABSTRACT**

The present invention relates generally to computer programming, and more particularly to systems and methods for parallel distributed programming. Generally, a parallel distributed program is configured to operate across multiple processors and multiple memories. In one aspect of the invention, a parallel distributed program includes a distributed shared variable located across the multiple memories and distributed programs capable of operating across multiple processors.

**18 Claims, 8 Drawing Sheets**



**US 7,712,080 B2**

Page 2

OTHER PUBLICATIONS

Lei Pan et al., *From Distributed Sequential Computing to Distributed Parallel Computing* (8 pages), The 5th Workshop on High Performance Scientific and Engineering Computing with Applications (HPSECA-03, in conjunction with ICPP-03), Kaohsiung, Taiwan, Oct. 2003.

Lei Pan et al., *NavP Versus SPMD: Two Views of Distributed Computation* (8 pages), Int'l. Conf. on Parallel and Distributed Computing and Systems (PDCS 2003), Marina del Rey, CA, Nov. 2003.

Lei Pan et al., *Distributed Computing Using Navigational Programming* (37 pages), International Journal of Parallel Programming (IJPP), vol. 32, No. 1, pp. 1-37, Feb. 2004, 2004 Plenum Publishing Corporation.

Lei Pan, "*Navigational Programming*", Abstract of the Dissertation, University of California, Irvine (2005), pp. xvii-xx.

* cited by examiner

**U.S. Patent**        May 4, 2010        Sheet 1 of 8        US 7,712,080 B2

Fig. 1(a)
(Prior Art)



Processor 1                    Processor 2

Fig. 1(b)
(Prior Art)



Processor 1            Processor 2

Fig. 2







Fig. 4(a)

Fig. 4(b)

Fig. 5(a)                    Fig. 5(b)



Fig. 6



Fig. 7



500 — Explicit Navigation

600 — Compile-Time Strong Mobility

700 — DSM

800 — Physical

Fig. 8



US 7,712,080 B2

**1**

## SYSTEMS AND METHODS FOR PARALLEL DISTRIBUTED PROGRAMMING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority to U.S. Application No. 60/472,612 filed on May 21, 2003, which is incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates generally to computer programming, and more particularly to systems and methods for parallel distributed programming.

### BACKGROUND OF THE INVENTION

Developing a software application for a system with a single processor and a single memory can be straight forward. When viewing the source code for such an application, the source code is often very similar to its original algorithm that describes the computable operations needed to be executed, and thus is generally not too burdensome to follow or analyze given the original algorithm. On the other hand, a software application for operation on multiple processors that uses multiple memory areas may be more complex. Such applications are often referred to as "parallel distributed programs," and there are generally two approaches to developing such programs.

One approach to developing a parallel distributed program is often referred to as "message passing" ("MP"), which is illustrated in FIG. 1*a*. With this approach, the system is programmed as multiple tasks or threads, X and Y, that operate or execute on multiple processors, Processors **1** and **2**, and handle data residing in multiple memories (not shown). The tasks or threads, X and Y, communicate and cooperate with each other by sending and receiving "messages". This approach allows for the different tasks and threads to operate in parallel and communicate with each other when necessary, which may result in an efficient and high-performing system. However, the source code for such a system may be burdensome to develop because programming the multiple tasks and threads and having them send and receive messages to each other may dramatically change the code structure and data structure of the original algorithm, and hence may be complicated, tedious, and error-prone. The code structure and data structure of the MP-based programs may lose much of their original characteristics. The abilities to preserve these original characteristics are referred to as algorithmic integrity and data structure integrity. MP programs typically do not preserve algorithmic integrity and data structure integrity.

Another approach is often referred to as "distributed shared memory" ("DSM"), which is illustrated in FIG. 1*b*. In this approach, a memory space, which may span across multiple memories indifferent processors, Processors **1** and **2**, is dedicated for multiple threads or tasks to access, i.e., it is a globally accessible memory space built on distributed memories. Thus, a thread, X, on one processor, Processor **1**, can access data in a memory on another processor, Processor **2**, without having to establish another thread. Developing parallel distributed programs using this approach is often easier than using the MP approach, because DSM alleviates the need for major changes in code structure and data structure. However, this approach is generally not as efficient, because it may require a transfer of large amounts of data from the memory on the other processor, Processor **2**, to the processor having

**2**

thread X, Processor **1** and thus may not satisfy the need for high performance parallel computing.

Accordingly, improved systems and methods for parallel distributed programming are desirable.

### SUMMARY OF THE INVENTION

The present invention is generally directed to parallel distributed programs. Generally, a parallel distributed program is configured to operate across multiple processors/nodes and multiple memories. In one aspect of the invention, a parallel distributed program includes at least one distributed shared variable located across the multiple memories and one or more distributed programs configured to operate across multiple processors.

In another aspect of the invention, the one or more distributed programs include one or more self-migrating threads configured to migrate from one processor to another.

Other systems, methods, features and advantages of the invention will be or will become apparent to one with skill in the art upon examination of the following figures and detailed description. It is intended that all such additional systems, methods, features and advantages be included within this description, be within the scope of the invention, and be protected by the accompanying claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

A description of the present invention will be rendered by reference to specific embodiments thereof, which are illustrated in the accompanying drawings. It should be noted that the components in the figures are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention. Moreover, in the figures, like reference numerals designate corresponding parts throughout the different views. However, like parts do not always have like reference numerals. Moreover, all illustrations are intended to convey concepts, where relative sizes, shapes and other detailed attributes may be illustrated schematically rather than literally or precisely.

FIG. 1*a* is an illustration of the prior art operation of message passing.

FIG. 1*b* is an illustration of the prior art operation of distributed share memory.

FIG. 2 is an illustration of the operation of a self-migrating thread in accordance with a preferred embodiment of the present invention.

FIGS. 3(*a*)-(*b*) is an illustration of one approach to transform a DSC program to a DPC program in accordance with a preferred embodiment of the present invention.

FIGS. 4(*a*)-(*b*) is an illustration of another approach to transform a DSC program to a DPC program in accordance with a preferred embodiment of the present invention.

FIGS. 5(*a*)-(*b*) is an illustration of another approach to transform a DSC program to a DPC program in accordance with a preferred embodiment of the present invention.

FIG. 6 is an illustration of a Messenger in accordance with a preferred embodiment of the present invention.

FIG. 7 is an illustration of an explicit-navigation mobile agent system in accordance with a preferred embodiment of the present invention.

FIG. 8 is an illustration of an implicit navigation mobile agent system in accordance with a preferred embodiment of the present invention.

US 7,712,080 B2

**3**

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

Methods and systems for developing sequential or parallel applications, such as high performance numerical computing, bioinformatics, database, transaction-based, and Internet applications, on distributed memory systems, shared memory systems, and systems that incorporate both distributed and shared memory systems, will now be described. Some examples of the systems are multi-processor supercomputers, clusters, networks of workstations ("NOW"), the Grid, and the Internet.

An approach to developing sequential or parallel applications in accordance with a preferred embodiment of the present invention, referred to as "navigational programming," includes the programming and use of self-migrating threads or tasks, which are threads or tasks that can migrate from one processor to another. These self-migrating threads or tasks may be in the form of mobile agents with strong mobility. The approach is illustrated in FIG. **2**. These self-migrating threads may be programmed explicitly, e.g., with "migration statements" or implicitly, e.g., driven by data distribution. With this approach, a thread, M, may perform its computations on one processor, Processor **1**, and if the thread M needs to access memory belonging to another processor, e.g., Processor **2**, it may suspend its computations, migrate, or move, to the other processor, Processor **2**, and then resume its computations.

The source code to handle the explicit migration of threads may be in the form of the hop( ) command. The hop( ) commands may be used as annotations in conventional programming languages such as C.

In one aspect of navigational programming, a distributed shared variable ("DSV") may be used. DSVs and self-migration make shared variable programming possible beyond shared memory that provides single-address memory space. A DSV is logically a single variable that includes several variables that may be physically distributed across multiple memories. An example of a DSV is a global array. A global array, A[.], may include x+1 members, i.e., A[0] to A[x]. These members may be variables that are physically distributed across memories of multiple processors, e.g., members A[0] to A[x/2] may be located in the memory of Processor **1** and A[(x/2)+1] to A[x] may be located in the memory of Processor **2**. In accordance with navigational programming, a self-migrating thread may access all the entries within the DSV. For example, if thread M is located in Processor **1** and needed to access members A[(x/2)+1] to A[x], thread M would migrate to Processor **2**.

Another aspect of navigational programming is distributed sequential computing ("DSC"), which is computing using a single locus of computation over distributed data, possibly stored in a DSV. A self-migrating thread may be utilized to perform DSC. For example, for an algorithm that performs computations on a DSV, e.g., A[.], if the algorithm operates on Processor **1** and needs to access data on Processor **2**, a single thread, M, can migrate to Processor **2** to access the data in the memory of Processor **2** and then continue the computations.

DSC allows a programmer to develop threads that efficiently access multiple memories spanning across multiple processors without having to implement the complicated, tedious, time consuming, and error-prone low-level tasks of message handling in distributed programming. Further, it maintains the original code structure and data structure, i.e., it preserves algorithmic integrity and data structure integrity, in the resulting source code. Moreover, the programmer may

**4**

follow the principle of pivot-computes, which is defined as the principle under which a computation takes place on the node that owns the large-sized data. Thus, if the data is distributed over a plurality of nodes, e.g., multiple memory areas associated with separate processors, wherein the distribution is disproportionate, e.g., a large portion of the data resides in one area and a smaller portion resides in a separate area, the computation will take place on the node with the larger portion of data, i.e., the pivot node, instead of having the larger portion of data moved, which may affect performance. If the programmer follows the principle of pivot-computes, as an MP programmer usually would, then an application utilizing DSC may be as efficient and scalable as an application utilizing the MP approach.

To illustrate this feature, consider a program that sets each member of an array, A[i], to the value of the previous member, and then increments that member by one, wherein i is the number of members of A[.]. For a single processor, single memory system, the pseudo-code may be implemented as follows:

```
(1) for i = 2 to x
(2) A[i] = A[i-1] + 1
(3) end for
```

This program will (1) count from 2 to x, i.e., the number of members of array A, and (2) assign each member i the value of the previous member, i–1, and increment that member by 1. These three code lines may be viewed as a code building block, which may be represented by the following notation $B_T(D)$, where B represents the block of code, T represents the type of computation performed by the block of code (T is for in the above code), and D represents the data that the block of code B operates on (D is the loop index i and the array A[.] in the above code). The block may include any type of basic programming constructs, such as a loop, an if statement, a multi-way conditional statement, or a sequence of assignments. In the above code, A[.] resides in a single memory area.

In parallel distributed computing, the array A[.] is distributed, e.g., the array A[.] spans across multiple memory areas on different processors, P**1** and P**2**, where the first half of the array, A[1 to x/2] is on one processor, P**1**, and the other half the array, A[(x/2)+1 to x] is on the other processor, P**2**. A code block required to handle distributed data may be referred to as distributed code building blocks ("DBlocks"). DBlocks cannot be directly taken as implementations in non-shared-memory environments. The essence of implementing distributed memory programs is turning DBlocks into non-DBlocks, defined as "DBlock resolution."

If the prior art Message Passing approach is used to "resolve" the DBlock, then the pseudo-code may be written as follows:

```
(1) if μ == P1
(2)      for i = 2 to x/2
(3)          A[i] = A[i - 1] + 1
(4)      end for
(5)      t = A[x/2]
(6)      Send (t, P2)
(7) else if μ == P2
(8)      Recv (t, P1)
(9)      A[1] = t + 1
(10)     for i = 2 to x/2
```

**5**

-continued

```
(11)        A[i] = A[i − 1] + 1
(12)    end for
(13) end if
```

This program may run on both processors, and it will (1) check to see if the current processor, μ, on which the task is running, is P1. If it is, then the program will (2) count from 2 to half of the array x/2, which is the portion of the array A[.] in the memory of P1, and (3) assign each member i the value of the previous member, i−1, and increment that member by 1. Then, the program will (5) assign a variable t to the value of the last member of the array A in the memory of P1, x/2. Subsequently, (6) the program will send a message to P2 that will include the value of t. (7) if the current processor, μ, on which the task is running, is P2, then the program will (8) receive a message from P1 containing the value of the last member of the array A[.] on P1 via value t and (9) assign the first member of the array A[.] on P2 to the value in t+1. Then, the program will (10) count from 2 to half of the array x/2, which is the portion of array A[.] in the memory of P2 and (11) assign each member i the value of the previous member, i−1, and increment that member by 1.

Compare the operation of the pseudo-code using the prior art MP technique with the operation of the pseudo-code using navigational programming, as follows:

```
(1) for i = 2 to x
(2)     t = A[i − 1]
(3)     if i == x/2 + 1
(4)         hop (P2)
(5)     A[i] = t + 1
(6) end for
```

In this program, the task will (1) count from 2 to x, and for each count, the task will (2) assign the value of the member of the previous count i−1 to the variable t. This variable t is referred to as "agent variable," and is accessible by its owner thread from anywhere. (3) If the count reaches one more than half of the array A, then that means the task needs to access the other half of the array A[.] in P2. Thus, the task will (4) "hop" or migrate to P2 and continue its computation. If not, then the task will continue its computation on P1, and (5) assign the value of the previous member and increment it by one. Compared to the implementation done using MP, the DSC program preserves the original code structure (i.e., it does not break the loop into two or more blocks) and the original data structure (i.e., it maintains the global indexing of the array A[.]). DBlock resolution using navigational programming thus preserves the DBlock's code structure and data structure, and the implementation follows the principle of pivot-computes (the pivot node is P1 for the first half of the loop, and P2 for the second).

Another aspect of navigational programming is distributed parallel computing ("DPC"), which is computing using multiple concurrent DSC programs. With this aspect, original code structure and data structure may be preserved by virtue of using DSC programs. The "intersection" between each composing DSC program and the resulting DPC program may be minimal because it may consist of only local synchronizations, which minimizes the code "pollution" among all the composing DSC programs. The composing DSC programs are said to be "orthogonal" to the DPC program, and thus parallel distributed programming using DSC self-mi-

**6**

grating threads exhibits "composition orthogonality." Furthermore, a DPC application targeted to multi-processor environments may be utilized on a uni-processor and operates as a multi-threaded application. Since the memory location information is only used in the hop( ) commands used as annotations in the code to indicate migration, ignoring these commands would result in a multi-threaded program that runs on a uni-processor without further changing its code structure and data structure. In contrast, in a program developed using MP, the memory location information is used not only in the Send( ) and Recv( ) commands, but also in restructuring code structure and data structure, therefore such program would look awkward and become unnecessarily difficult to maintain for uni-processors.

To illustrate the feature of DPC, consider a sequential program that performs block-fashion matrix multiplication as follows:

```
(1) for i = 0 to p − 1
(2)     for j = 0 to p − 1
(3)         C_{ij} = A_i B_j
(4)     end for
(5) end for
```

In a distributed environment, we may use a processor to post-fetch the computed C sub-matrix and pre-fetch the next pair of A and B sub-matrices. The DSC program that performs the computation may be written as follows:

```
(1) for i = 0 to p − 1
(2)     for j = 0 to p − 1
(2.1)        inject (WR (i, j))
(2.2)        waitEvent (IO_{b(i,j)})
(3)         C_{ij} = A_i B_j
(3.1)        hop (!μ)
(4)     end for
(5) end for
```

In the program, WR( ) is a separate DSC program that performs fetching. It is "injected," or spawned, by the computing thread, and it hops to the other node to perform fetching, after which it "signals" an event to indicate that the fetching is done. The computing thread (2.2) wait for the event to make sure that the data is correctly post- and pre-fetched, (3) compute the sub-matrix multiplication, and, (3.1) hop to the other node to perform the computation for the next loop. The DSC program WR( ) may be written as follows:

```
(1) WR(int i, int j)
(2)     hop(!μ)
(3)     write (C_{i'j'})
(4)     read (A_{i'}, B_{j'})
(5)     signalEvent (IO_{b(i',j')})
(6) end
```

The computing DSC program and the fetching DSC program together make a DPC program. The two DSC threads of the DPC program run concurrently to perform parallel or pipelined computing. In this particular example, the computations and the fetching are pipelined.

If the prior art Message Passing approach is used, then the pseudo-code may be written as follows:

US 7,712,080 B2

7

```
(1)  if μ == P1
(2)    for i = 0 to p−1
(3)      for j = 0 to p−1
(4)        if(i*p+j)%2 == 0
(5)          Send("f", (i, j), P2)
(6)          C_ij = A_i B_j
(7)        else
(8)          Send("c", (i, j), P2)
(9)          write(C_i'j')
(10)         read(A_i', B_j')
(11)       end if
(12)       Recv(sync, P2)
(13)     end for
(14)   end for
(15)   Send("stop", (0, 0), P2)
(16) else if μ == P2
(17)   while (1)
(18)     Recv (s, (i, j), P1)
(19)     if s == "f"
(20)       write(C_ij)
(21)       read(A_i', B_j')
(22)     else if s == "c"
(23)       C_ij = A_i B_j
(24)     else if s == "stop"
(25)       exit
(26)     end if
(27)     Send(sync, P1)
(28)   end while
(29) end if
```

In the MP implementation, the code for the two different tasks, namely multiplication and fetching, is tangled, polluting each other. In contrast, the two DSC programs in the navigational programming approach are composed into a DPC program with only local events or injections as the intersection between the two. This demonstrates the composition othogonality of the navigational programming.

In yet another aspect of the invention, transformations are provided to convert a DSC application into a DPC application utilizing multiple DSC threads running sequentially or concurrently, thus utilizing parallelization and pipeline opportunities in the sequential computation. To illustrate different approaches for transformation, FIGS. 3(a), 4(a), and 5(a) depict sequential computations running in a two-dimensional space with spatial s and temporal t dimensions. These computations may be executing in loops, which means they could continue to spread along both dimensions (only two nodes are shown in FIGS. 3(a), 4(a), and 5(a)). Each box in the figures represents a computation. A box marked with R means the computation represented by the box produces intermediate result that will be required by the following computation on the next node, whereas a box marked with NR means the computation on the next node is independent of the computation represented by the box.

One approach for transformation is illustrated in FIGS. 3(a) and 3(b). In this approach the computation on the next node is scheduled as soon as the dependency condition allows it. That is, since in the DSC the computation on the next node only depends on the intermediate result from part of the computation on the current node, as shown in FIG. 3(a), the thread can clone itself as soon as the computation of R is done, and have the clone hop to the next node carrying the intermediate result and continue the computation at the same time when it continues the computation of NR on the current node, as shown in FIG. 3(b). A special case is when R=Ø in which case the computations on the two nodes are completely independent of each other and can be performed in parallel.

Another approach for transformation is depicted in FIGS. 4(a) and (b). This approach explores pipeline opportunity.

8

The computation of R1 on the next node only depends on the intermediate result from the computation of R1 on the current node, as shown in FIG. 4(a). The thread is split into two. The first thread would, after performing R1 on the current node, hop to the next node carrying the intermediate result and continue the computation of R1 there. The second thread will be transformed using the first transformation, as shown in FIG. 3(b), or using the second transformation recursively (i.e., to split R2 further). The two threads will be synchronized on the next node. That is, upon finishing its computation, the first thread will signal an event to allow the second thread to move on to its computation on the next node.

Another approach is illustrated in FIGS. 5(a) and (b). This approach illustrates parallel reduction. The computations on the two nodes each compute a partial result which is added to or multiplied by the total result, as shown in FIG. 5(a). If these computations do not depend on each other, they can be performed in parallel, and the total result can be collected by a separate DSC thread, as shown in FIG. 5(b).

Navigational programming may be facilitated by mobile agent systems. Self-migrating threads may be in the form of mobile agents. Such a mobile agent has the ability to halt its execution, encapsulate the values of its variables, move to another node, restore the state, and continue executing. This ability is often referred to as strong mobility.

There may be several ways of building mobile agent systems. One way is to build directly on top of message passing. An example of such a system is MESSENGERS, in which applications are developed as collections of mobile agents, which may be referred to as Messengers. In MESSENGERS, three levels of networks are used. The lowest level is the physical network (e.g., a LAN or WAN), which constitutes the underlying computational processing elements. Superimposed on the physical layer is the daemon network, where each daemon is a server process that receives, executes, and dispatches Messengers. The logical network is an application-specific computation network created on top of the daemon network. Messengers may be injected by a program, which is part of the MESSENGERS system, or by another Messenger into any of the daemon nodes, and they may start creating new logical nodes and links on the current or any other daemons. Based on application need, multiple logical nodes can be created on one physical node.

A "MESSENGERS daemon" executes compiled Messengers. A daemon and all Messengers running on it share one process, and the Messengers are linked to the process dynamically. Messengers are allowed to call C functions, grouped in a user library which is also dynamically linked to the process. There are four tasks for a daemon. First, to accept signals, such as UNIX signals, to inject Messengers. These signals are sent by the program minject or another messenger. Second, to respond to requests, such as "search node" and "complete link," from other Messengers. Third, to add incoming Messengers to a ready list. And fourth, to execute Messengers. In addition, a daemon also provides a function, the calling of which would result in the autonomous caller Messenger being sent to a destination daemon. Socket-level message passing is used by a daemon or a Messenger to communicate with remote daemons.

The structure of a Messenger is depicted in FIG. 6. A Messenger may include a small Messenger control block ("MCB") 100, which stores data such as "pointer to next function," library name, and Messenger size. The Messenger may further include agent variables 200, a vector of offsets 300 used to access memory in a Messenger heap used for dynamic arrays, and the heap itself 400.

US 7,712,080 B2

9

There are two types of variables in MESSENGERS: agent variables and node variables. An agent variable is private to a particular Messenger and travels with that Messenger as it migrates through the logical network. A node variable is stationary and is accessible by all Messengers currently at the logical node to which the variable belongs. Hence agent variables can be used to carry data between nodes, while node variables can be used for inter-agent communication.

A Messenger's programmer may tell it to migrate using the navigational statements, such as hop( ). A destination node's logical address or a logical link between the source and the destination nodes can be used as the argument for the statements. When a Messenger hops, it takes the data in its agent variables with it to wherever it migrates.

A Messenger can spawn another Messenger using a statement, such as inject( ). Synchronization among Messengers uses "events," and statements, such as signalEvent( ) and waitEvent( ). Since no remote data accessing is allowed, the events are local and so is synchronization. A Messenger's execution is not preempted between any two navigational statements. A Messenger must explicitly relinquish control to other Messengers using statements such as hop( ). We call this feature non-preemptive scheduling.

The Messenger compiler lies at the heart of the system. Messengers use strong mobility, is translated into stationary code communicating using message passing with sockets. The translated stationary code (in C) is then further compiled into machine native code for execution. Strong mobility in MESSENGERS means that computation migrates in the network in the form of a program counter. The actual mechanism for handling program counters can be seen from a simple example. The basic idea is to break a MESSENGERS program into smaller functions (in C) at navigational or other context-switching statements, and use the "pointer to next function" as an artificial program counter. Consider the following code:

```
(1) S1
(2) hop( )
(3) S2
```

This code shows two statements S1 and S2 separated by a context-switching statement hop( ). This code is compiled by the MESSENGERS compiler into two functions, each takes a pointer to an MCB 100 as its argument, shown in the following code:

```
(1) f1 (mcb)              (1) f2 (mcb)
(2)      S1               (2)      S2
(3)      mcb --> next_func = 2   (3) end
(4)      .../* code for hop( ) */
(5) end
```

In this program, f1( ) uses a "pointer to next function" to point to function f2( ), which is executed after migration. Line (4) in the program represents code that calls the daemon function mentioned earlier, and by calling this function the Messenger autonomously sends itself to a destination daemon.

One feature of the MESSENGERS system is that it allows code to either be loaded from a shared disk or, in a non-shared file system, be sent across the network at most once, irrespec-

10

tive of how many times the locus of computation moves across the network. This feature is the key to efficient agent migration.

The overhead of mobile agent navigation in MESSENGERS may be relatively small due to the following reasons. First, since a Messenger is compiled into smaller functions at navigational statements, it is not necessary to save the function stack but only the pointer to next function. Second, the extra information associated with a Messenger's status (i.e., MCB 100) is small. Third, no marshalling and unmarshalling of the agent variables is needed. Fourth, a Messenger runs in the same memory space of a daemon, which is why adding or removing it from the ready list takes only a few instructions to update some pointers in the list, instead of doing memory copying. The navigation of Messengers is almost as fast as sending TCP messages using a C program.

In another aspect of navigational programming, an explicit-navigation mobile agent system may be built on top of a DSM. A DSM system may be used to serve as communication media for the globally accessible data, or in other words, agent variables. FIG. 7 depicts the functional components of such a system and the dependencies. A DSM 700 may be built on top of a physical network of machines 800. The mobile agent system 600, which may include a compiler and a daemon system, may be built on the DSM 700. An application may be implemented to include explicit agent navigation 500 that uses the mobile agent system 600. The advantages of such a DSM based explicit-navigation system include: 1) It prevents false sharing; 2) Agent migration is faster using DSM; 3) DSM memory consistency protocols can help to reuse the agent variables when the owner agent visits the same node multiple times; 4) Daemon programming on DSM is dramatically simpler than using socket level message passing programming.

In another aspect of navigational programming, an implicit-navigation mobile agent system may be based on a DSM. In this system, a mechanism is included that decides for the agent when and where to migrate, and how the migration is achieved. FIG. 8 depicts a functional design of an implicit-navigation agent system. A DSM 1200 may be built on top of a physical network of machines 1300. The design further includes a navigation protocol 1100, which decides when a Messenger migrates and the destination. These protocols 1100 may be designed to follow the principle of pivot-computes. The other component is a mobile agent system 1150 that is able to support run-time strong mobility, i.e., a Messenger should be able to migrate at run-time anywhere in the program without any user direction. An application may be implemented to include implicit agent navigation 1000 that uses the mobile agent system 1150 and navigation protocol 1100. The run-time strong mobility may be used in conjunction with the logical program counter, i.e., the "next function pointer" in MESSENGERS. This may result in more efficient agent navigation combining both the programmer's knowledge of the application and the run-time system's capability in dynamic situations.

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention. For example, the reader is to understand that the specific ordering and combination of process actions shown in the process flow diagrams described herein is merely illustrative, and the invention can be performed using different or additional process actions or a different combination or ordering of process actions. The

US 7,712,080 B2

11

specification and drawings are, accordingly, to be regarded in an illustrative rather than restrictive sense.

What is claimed is:

1. A method of developing a distributed parallel computing program, comprising steps of:

establishing at least one distributed shared variable, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically distributed across multiple memories;

developing at least one distributed sequential computing program to access the at least one distributed shared variable; and

transforming the at least one distributed sequential computing program into at least one distributed parallel computing program by spawning at least one child distributed sequential computing program from the at least one distributed sequential computing program when at least one intermediate condition occurs within the at least one distributed sequential computing program, wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation.

2. The method of claim 1, wherein each of the at least one distributed sequential computing program includes at least one self-migrating thread, capable of migrating among at least one processor and capable of accessing the at least one distributed shared variable.

3. The method of claim 1, wherein the at least one distributed shared variable is configured to be located among a plurality of memories.

4. The method of claim 1, wherein the distributed parallel computing program is configured to operate across multiple processors.

5. The method of claim 1, wherein the distributed parallel computing program is configured to operate using multiple threads.

6. The method of claim 1, wherein the distributed parallel computing program is configured to operate across multiple nodes.

7. The method of claim 1, further comprising the step of configuring the at least one distributed sequential computing program to include at least one mobile agent.

12

8. The method of claim 7, wherein the at least one mobile agent is implemented using self-migrating threads.

9. A distributed parallel computing system, having at least one memory area and at least one processor, comprising:

at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area; and

at least one distributed sequential computing program, configured to operate in the at least one processor, configured to access the at least one distributed shared variable, and configured to transform into at least one distributed parallel computing program by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program, wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation.

10. The system of claim 9, wherein the at least one distributed sequential computing program comprises at least one mobile agent.

11. The system of claim 10, wherein the at least one mobile agent is implemented using self-migrating threads.

12. The system of claim 10, wherein the at least one mobile agent is an explicit-navigation mobile agent.

13. The system of claim 10, wherein the at least one mobile agent is an implicit-navigation mobile agent.

14. The system of claim 10, wherein the at least one mobile agent is configured to move from one processor to another processor.

15. The system of claim 10, wherein the at least one mobile agent operates within a distributed shared memory system.

16. The system of claim 9, wherein the at least one processor is located across a physical network.

17. The method of claim 1, wherein the distributed parallel computing program is configured to operate across a distributed shared memory system.

18. The method of claim 9, wherein the distributed parallel computing program is configured to operate across a distributed shared memory system.

*   *   *   *   *

# **<u>Exhibit 17</u>**

(12) **United States Patent**
Kulkarni et al.

(10) Patent No.: **US 7,721,282 B1**
(45) Date of Patent: **May 18, 2010**

(54) **BLOCK-LEVEL I/O SUBSYSTEM FOR DISTRIBUTED APPLICATION ENVIRONMENT MANAGEMENT**

(75) Inventors: **Pradip Kulkarni**, Pune (IN); **Mukul Kumar**, Pune (IN); **Adhir Potdar**, Maharahstra (IN); **Richard Au**, Woodside, CA (US); **James M. Mott**, Austin, TX (US); **Tung M. Nguyen**, Cupertino, CA (US)

(73) Assignee: **Panta Systems, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1084 days.

(21) Appl. No.: **11/395,816**

(22) Filed: **Mar. 30, 2006**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/026,622, filed on Dec. 30, 2004.

(51) **Int. Cl.**
*G06F 9/445* (2006.01)
*G06F 9/44* (2006.01)

(52) **U.S. Cl.** ........................ **717/176**; 717/175; 709/203

(58) **Field of Classification Search** ......... 717/172–177, 717/149; 709/203–204
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,113,523 A * | 5/1992 | Colley et al. | .................. | 712/12 |
| 5,127,104 A * | 6/1992 | Dennis | ........................ | 712/201 |
| 5,764,902 A * | 6/1998 | Rothrock | ................. | 709/205 |
| 5,999,734 A * | 12/1999 | Willis et al. | ................. | 717/149 |
| 6,018,747 A * | 1/2000 | Burns et al. | ................. | 707/203 |
| 6,195,680 B1 * | 2/2001 | Goldszmidt et al. | ......... | 709/203 |

| | | | | |
|---|---|---|---|---|
| 6,292,941 B1 * | 9/2001 | Jollands | ...................... | 717/176 |
| 6,502,238 B1 * | 12/2002 | Pavan et al. | ................... | 717/149 |
| 6,606,744 B1 * | 8/2003 | Mikurak | ..................... | 717/174 |
| 6,779,177 B1 * | 8/2004 | Bahrs et al. | ................... | 717/173 |
| 6,990,513 B2 * | 1/2006 | Belfiore et al. | .............. | 709/203 |
| 7,127,712 B1 * | 10/2006 | Noble et al. | ................... | 717/173 |
| 7,150,015 B2 * | 12/2006 | Pace et al. | ................... | 717/176 |
| 7,155,714 B2 * | 12/2006 | Makris et al. | ................. | 717/176 |
| 7,200,715 B2 * | 4/2007 | Kleiman et al. | .............. | 711/114 |
| 7,246,351 B2 * | 7/2007 | Bloch et al. | ................... | 717/175 |
| 7,263,551 B2 * | 8/2007 | Belfiore et al. | .............. | 709/219 |
| 7,331,047 B2 * | 2/2008 | Chu et al. | .................... | 717/178 |
| 7,454,462 B2 * | 11/2008 | Belfiore et al. | .............. | 709/203 |
| 7,467,293 B2 * | 12/2008 | Zhang et al. | ................... | 713/1 |
| 7,475,274 B2 * | 1/2009 | Davidson | ..................... | 714/4 |
| 7,496,739 B1 * | 2/2009 | Raghavan et al. | .............. | 713/1 |

OTHER PUBLICATIONS

Ohta et al, "Improving parallel write by node level request scheduling", IEEE, pp. 196-203, 2009.*
Li et al, "Design issue of a novel toolkit for parallel application performance monitoring and analysis in cluster and grid environments", IEEE ISPAN, pp. 1-6, 2005.*

(Continued)

*Primary Examiner*—Anil Khatri

(57) **ABSTRACT**

An embodiment of the present invention is directed to a system for distributing an application environment to a compute node. The system includes a first storage unit for storing blocks of a root image of the compute node and a second storage unit for storing a leaf image comprising new data blocks and changes to the blocks of the root image. The system further includes a union block device for interfacing between the compute node and the first and second storage units to distribute the application environment to the compute node. The union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the leaf image stored on the second storage unit.

**30 Claims, 3 Drawing Sheets**



**US 7,721,282 B1**

Page 2

OTHER PUBLICATIONS

Zhu et al, "Scheduling divisible loads in the dynamic heterogenous grid environment", ACM Infoscale, pp. 1-10, 2006.*

Chen et al, "Exploiting high level coherence information to optimize distributed shared state", ACM PPpPP, pp. 131-142, 2003.*

* cited by examiner



Figure 1



Figure 2



Figure 3

US 7,721,282 B1

**1**

## BLOCK-LEVEL I/O SUBSYSTEM FOR DISTRIBUTED APPLICATION ENVIRONMENT MANAGEMENT

### CLAIM OF PRIORITY UNDER 35 U.S.C. §120

The present Application for Patent is a Continuation-in-Part of patent application Ser. No. 11/026,622 entitled "BRANCING STORE FILE SYSTEM" filed Dec. 30, 2004, pending, and assigned to the assignee hereof and hereby expressly incorporated by reference herein.

### BACKGROUND

1. Field of the Invention

Embodiments of the present invention relate to the field of networked computing. Specifically, embodiments of the present invention relate to distributed application environment deployment in a multi-computer system.

2. Background

Over the years, as the interne has expanded and computers have multiplied, the need for clustered computing such as High Performance Computing (HPC) has increased. Clustered computing involves multiple compute nodes, usually a server grid, that work together to achieve a common task. For example, several (typically hundreds of) compute nodes may be clustered together to share the load of serving a high-traffic website. In large-scale systems such as this, a trend in software deployment is to centralize data management on a globally accessible file system with stateless computing nodes. A common example of this is Operating System (OS) software image management, where the compute nodes are activated with the distributed application environment by either diskless booting protocols or remote software installation to local storage. Under this architecture, a boot image is required for each compute node in the cluster. The boot image necessarily contains the kernel; it may additionally contain the application software that is intended to be run on the compute node.

The primary concern in clustered computing is low cluster bring-up time. The software that provides the boot images for the cluster typically stores a master boot image. It may then either pre-create clones of this master image for each such server, or it may create them "on the fly."

Creating a boot image on the fly involves copying the entire contents of the master image, which are typically in the range of 5-15 GB. Even with a significant amount of bandwidth by today's standards, this method will result in a large bring-up time.

Pre-creating a boot image for each server is advantageous from the point of view of cluster bring-up time. However, since one often does not know in advance how many servers will ever be booted, this scheme may result in wasted disk space.

Regardless of which of the preceding methods is used, both suffer from the same major problem—updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image.

A Branching Store File System, as described in patent application Ser. No. 11/026,622 entitled "BRANCING STORE FILE SYSTEM" filed Dec. 30, 2004, pending, and assigned to the assignee hereof, was developed as a solution to the above problem. In a branching store file system, a read-only base image (or "root" image) of the application environment is created. The root image is accessible by all compute nodes in the cluster. Changes made by a compute node to the root image are stored in a "leaf" image unique to that compute node. A filter operates between the compute

**2**

nodes and the file system(s), which merges the changes recorded on the leaf images with the root image and delivers the result to the appropriate compute node. From the point of view of the compute node, it is running its own unique and cohesive instance of the application environment. While this system allows for creation of boot images on the fly without severely diminishing bring-up time, a separate version of the system must be created for each unique operating system. Thus, migrating a computing cluster from one operating system to another is much more complicated than simply installing a new root image containing the new OS.

### SUMMARY

An embodiment of the present invention is directed to a system for distributing an application environment to a compute node (e.g., a server or a thin-client workstation). The system includes a first storage unit for storing blocks of a root image (e.g., an operating system) of the compute node and a second storage unit for storing a leaf image comprising new data blocks and changes to the blocks of the root image. The system further includes a union block device for interfacing between the compute node and the first and second storage units to distribute the application environment to the compute node. The union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the leaf image stored on the second storage unit.

Another embodiment of the present invention is directed to a method for distributing an application environment to a compute node. The method includes storing blocks of a root image of the compute node on a first storage unit and storing a leaf image comprising new data blocks and changes to the blocks of the root image on a second storage unit. The method further includes merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit to create the application environment. The application environment is created by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit. Lastly, the application environment is delivered to the computer node.

Thus, embodiments of the present invention provide an operating system-independent system and method for distributing an application environment to a compute node. By utilizing a root-leaf system of application environment storage, embodiments of the present invention allow creation of boot images on the fly without significantly diminishing bring-up time. This is due to the fact that creating a new root image does not require copying the contents of the root image. Rather it involves registering a new UBD with the system, which occurs very quickly. Moreover, updating the boot image for the entire cluster simply involves updating the root image.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram of a system for distributing an application environment, in accordance with an embodiment of the present invention.

FIG. **2** is a tree structure that illustrates a branching system, in accordance with an embodiment of the present invention.

US 7,721,282 B1

**3**

FIG. **3** is a flowchart illustrating a process **300** for distributing an application environment to a compute node, in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION

Reference will now be made in detail to the preferred embodiments of the invention, examples of which are illustrated in the accompanying drawings. While the invention will be described in conjunction with the preferred embodiments, it will be understood that they are not intended to limit the invention to these embodiments. On the contrary, the invention is intended to cover alternatives, modifications and equivalents, which may be included within the spirit and scope of the invention as defined by the claims. Furthermore, in the detailed description of the present invention, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be obvious to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well known methods, procedures, components, and circuits have not been described in detail as not to unnecessarily obscure aspects of the present invention.

Some portions of the detailed descriptions that follow are presented in terms of procedures, logic blocks, processing, and other symbolic representations of operations on data bits within a computer or digital system memory. These descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. A procedure, logic block, process, etc., is herein, and generally, conceived to be a self-consistent sequence of steps or instructions leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these physical manipulations take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated in a computer system or similar electronic computing device. For reasons of convenience, and with reference to common usage, these signals are referred to as bits, values, elements, symbols, characters, terms, numbers, or the like with reference to the present invention.

It should be borne in mind, however, that all of these terms are to be interpreted as referencing physical manipulations and quantities and are merely convenient labels and are to be interpreted further in view of terms commonly used in the art. Unless specifically stated otherwise as apparent from the discussion herein, it is understood that throughout discussions of the present embodiment, discussions utilizing terms such as "determining" or "outputting" or "transmitting" or "recording" or "locating" or "storing" or "displaying" or "receiving" or "recognizing" or "utilizing" or "generating" or "providing" or "accessing" or "checking" or "notifying" or "delivering" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data. The data is represented as physical (electronic) quantities within the computer system's registers and memories and is transformed into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission, or display devices.

Embodiments of the present invention provide methods and systems for distributing an application environment to one or more compute nodes. FIG. **1** is a diagram of a system **100** for distributing an application environment. In a preferred embodiment, system **100** is implemented in a multi-computer system, such as an HPC cluster. In one embodi-

**4**

ment, the application environment includes an operating system. In other embodiments, the application environment may contain other applications. System **100** has a number of compute nodes **120***a-n* coupled to first storage unit and a corresponding second storage unit **150***a-n* though a corresponding union block device (UBD) **130***a-n*. To compute nodes **120***a-n*, it appears that they have access to their own version of a distributed application. However, a separate and complete boot image is not created and stored for each compute node **120***a-n*.

System **100** has a first storage unit **140** for storing blocks of a root image of an application environment. The root image contains data initially common to the compute nodes **120***a-n*. The root image is not changed by compute nodes **120***a-n*. For example, in one embodiment, compute nodes **120***a-n* have read-only access to the first storage unit.

Moreover, each compute node **120***a-n* has a corresponding second storage unit **150***a-n* for storing a leaf image. The first storage unit **140** and second storage units **150***a-n* may each be contained on separate physical storage devices, on separate logical spaces on the same storage device, or any combination thereof. The leaf image may contain blocks of new data, blocks of changed data, or other blocks of data unique to the individual compute node. The leaf image may also contain a block modification log. In other words, a leaf image will describe the changes made by the respective compute node **120***a-n* to its instance of the application environment. Thus, when a compute node (e.g., node **120***a*) makes changes involving the root image, modifications are made to that compute node's leaf image (e.g., leaf image stored on second storage device **150***a*). With respect to changes to the root image, only the specific blocks that are changed are stored in the leaf image. For example, a particular file on the root image may comprise twenty blocks of data (e.g., blocks **1-20**). One compute node (e.g., compute node **120***a*) desires to make a change to this file which involves a modification of only a few specific blocks of the file (e.g., blocks **4-9**). In this example, only the modified blocks (e.g., blocks **4-9**) will be stored in the compute node's leaf image (e.g., leaf image stored on second storage device **150***a*) plus some small overhead.

A compute node **120***a-n* mounts its instantiation of the application environment via its respective UBD **130***a-n*. The UBDs **130***a-n* are effectively low-level drivers that operate as an interface between the first and second storage devices and the file system of each compute node **120***a-n*. The file system may reside on the server side of the system **100**. The file system may also reside on each of the compute nodes **120***a-n*. Because UBDs **130***a-n* operate below the file system, they are concerned merely with the blocks of data themselves, rather than files they form. As a result, system **100** is completely file system, and thus operating system, independent.

UBDs **130***a-n* determine what leaf image (from the appropriate second storage unit **150**) is needed for portions of the application environment that their respective compute nodes **120***a-n* have changed. UBDs **130***a-n* also locate the portions of the application environment that are not changed by their respective their respective compute nods **120***a-n*. These portions may reside in the root image. There may also be intermediate images (not depicted in FIG. **1**) comprising versions of the root image from which a compute node's instance of the application environment is derived. Further, UBDs **130***a-n* create a new leaf image on a respective second storage unit **150***a-n* when their respective compute nodes **120***a-n* make changes to their instantiations of the application environment. In one embodiment, the UBSs **130***a-n* obtain the information necessary to create the application from a block modification log located in its respective leaf image.

US 7,721,282 B1

5

UBDs **130***a-n* may also modify the leaf image in response to their respective compute node's access to its instance of the application environment. For example, upon receiving a write request from their respective compute nodes for a sector X, the UBDs **130***a-n* will create an appropriate persistent mapping for sector X and then write sector X onto their respective second storage units **150***a-n*, where sector X can then be modified. It will be appreciated that the data block being modified may already exist in the leaf image, in which case it does not need to be mapped and copied from the root image before modification.

By providing an application environment to multiple compute nodes via a branching store system, embodiments allow for a more streamlined update/patch procedure. In one embodiment, first storage device **140** may be refreshed with a new operating system patch, thereby automatically refreshing the image for all dependent compute nodes.

Application Groups

An embodiment of the present invention provides for application groups (AG). An AG is a way to provide a group of compute nodes their own instantiation of an application environment, while allowing versions of the application environment to be frozen from time to time. Thus, an archive of the application environment is created.

At creation time, an AG comprises the original root image. A number of leaf images are created to match the desired capacity demand of the AG. The leaf images can be created very quickly and require very little storage because the leaf images reflect only the changes to the root instance.

FIG. **2** is a tree structure **200** that illustrates a branching system, in accordance with an embodiment of the present invention. Some nodes are read-only, others are read-write-modify. A node may change from read-write-modify to read-only. For example, creating a new edition of the AG may be accomplished by freezing a current leaf image structure and creating a new set of leaf images therefrom. Referring now to FIG. **2**, the root node **140** (also referred to herein as the root image) is the base application environment. As previously discussed, the root node **140** is not modified by compute nodes for which the application environment is distributed.

The first level of the exemplary tree structure **200** comprises first branch node **210** and second branch node **220**. Branch node **210** has three leaf nodes **150***a-c*. The leaf nodes **150** may be for blocks from configuration files, for example. The compute nodes **150** can boot from the configuration files. The leaf nodes are also referred to herein as leaf images. In another embodiment, the leaf nodes **150** comprise block modification logs.

The branch node **220** also has three leaf nodes **150***d-f*, which are analogous to the leaf nodes **150***a-c*. However, branch node **220** also has a service group **221**, which reflects a change to the application environment. The service group **221** has leaf nodes **150***g-i*.

Embodiments provide for additional advanced features. In one embodiment for example, a particular branch, rather than the entire tree structure back to the root, is refreshed with an update to the application environment contained thereon, thereby automatically refreshing its dependent compute nodes. In another embodiment, a leaf node or a branch node may be completely detached from the original structure to make a new and completely independent branch.

FIG. **3** is a flowchart illustrating a process **300** for distributing an application environment to a compute node, in accordance with an embodiment of the present invention. Steps of process **300** may be stored as instructions on a computer readable medium and executed on a computer processor. Step **310** is storing blocks of a root image of the compute node on a first storage unit. By storing data at the block level, embodi-

6

ments are able to operate beneath the file system and thus are designed to be file system and operating system independent.

Step **320** is storing a leaf image on a second storage unit. The leaf image includes, but is not limited to, new data blocks for the compute node and blocks of the root image that the compute node has changed. The leaf image includes a block modification log in one embodiment.

Step **330** is merging the blocks of the root image with the blocks of the leaf image to create the application environment. Once the application environment has been created, it will appear to the compute node as one cohesive image rather than a base image plus its additions, deletions, and modifications. To the compute node, it appears that it has access to its own unique version of an application. However, a separate and complete boot image is not actually stored for the compute node.

Step **340** is delivering the application environment to the compute node. Step **340** may comprise a low-level driver determining which data blocks are needed for the compute node's instance of the application environment and delivering the application environment to the compute via the compute node's file system.

Step **350** is modifying the leaf image in response to the compute node's access to its instance of the application environment. The modifying of the leaf image may include copying one or more data blocks from the root image to the leaf image, and modifying the data block in the leaf image. It will be appreciated that the data block being modified may already exist in the leaf image, in which case it does not need to be copied from the root image before modification.

Step **360** is reconciling the root image and the leaf image to form a new root image. This may be desirable if, for example, the leaf image has grown to exceed a particular disk quota. Furthermore, if there are multiple compute nodes that access the root image, each having their own respective leaf image, and there is substantial commonality between the leaf images, it may also be beneficial to reconcile the leaf images with the root image.

Thus, by operating at the block level, embodiments of the present invention provide a file system and operating system independent system and method for distributing an application environment to a compute node. By utilizing a branching store system of application environment distribution, embodiments of the present invention allow creation of boot images on the fly without significantly diminishing bring-up time. This is due to the fact that creating a new boot image does not require copying the contents of the root image, but rather it involves registering a new UBD with the system, which occurs very quickly. Moreover, updating the boot image for the entire cluster simply involves updating the root image.

Embodiments of the present invention also allow for scalability and redundancy. For example, a server containing the root image may only have the resources to supply the root image to 100 compute nodes. Thus, in order to implement a 200-compute node system, two servers, each containing a copy of the root image, are used. This scalability provided by embodiments also lends itself to dynamic scaling. In other words, the number of root images required for a specific configuration can change based on the I/O workload, and new root images can be created on the fly accordingly. Moreover, additional servers containing the root image may be added into the system to provide redundancy and increase reliability. As an added security measure, some of the root nodes may be located remotely from each other (e.g., half located in a main office and half in a satellite office). In addition, it is possible to copy the contents of one or more leaf nodes into a non-UBD (regular block device) copy (e.g., for use as an isolated backup).

7

8

The previous description of the disclosed embodiments is provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

What is claimed is:

**1**. A system for distributing an application environment comprising:

a compute node comprising a computer system;

a first storage unit for storing blocks of a root image of the compute node, wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block;

a second storage unit for storing a leaf image, the leaf image comprising new data blocks and changes to the blocks of the root image, wherein the second storage unit comprises a second non-volatile memory; and

a union block device for interfacing between the compute node and the first and second storage units to distribute the application environment to the compute node, wherein the union block device comprises a driver, wherein the union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit; the union block device comprises a low-level driver for interfacing between the first and second storage units and the file system of the compute node; and the union block device, upon receiving a write request from the compute node for a sector X, creates an appropriate persistent mapping for sector X.

**2**. The system as recited in claim **1** wherein the compute node comprises a server.

**3**. The system as recited in claim **1** wherein the compute node comprises a thin-client workstation.

**4**. The system as recited in claim **1** wherein the root image comprises an operating system.

**5**. The system as recited in claim **1** wherein the root image is concurrently accessible to a plurality of compute nodes.

**6**. The system as recited in claim **1** wherein the first storage unit is remotely located from the compute node.

**7**. The system as recited in claim **1** wherein the second storage unit is remotely located from the compute node.

**8**. The system as recited in claim **1** wherein the second storage unit contains a block modification log for the compute node.

**9**. The system as recited in claim **1** wherein the first storage unit in contained within a first partition on a hard disk and the second storage unit is contained within a second partition on the hard disk.

**10**. The system as recited in claim **1** wherein the union block device writes sector X on the second storage unit.

**11**. The system as recited in claim **1** wherein the system operates in a high performance computing cluster.

**12**. The system as recited in claim **1** wherein the system operates in a grid computing cluster.

**13**. The system as recited in claim **1** wherein the first storage unit is read only.

**14**. The system as recited in claim **1** further comprising an intermediate image between the root image and the leaf image, wherein the intermediate image comprises an application environment service group.

**15**. A method for distributing an application environment comprising:

storing blocks of a root image of a compute node on a first storage unit, wherein the compute node comprises a computer system, and wherein the first storage unit comprises a first non-volatile memory, wherein the root image comprises a computer program, wherein the blocks comprise sections of data, and wherein a file of the root image comprises at least one block;

storing a leaf image comprising new data blocks and changes to the blocks of the root image on a second storage unit, wherein the second storage unit comprises a second non-volatile memory;

merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit to create the application environment; and

delivering the application environment to the compute node; wherein the modifying comprises: upon receiving a write request from the compute node for a sector X, creating an appropriate persistent mapping for sector X; and writing sector X on the second storage unit.

**16**. The method as recited in claim **15** further comprising: modifying the leaf image in response to the compute node's access to the application environment.

**17**. The method as recited in claim **15** further comprising: reconciling the root image and the leaf image to form a new root image.

**18**. The method as recited in claim **15** wherein the compute node comprises a server.

**19**. The method as recited in claim **15** wherein the compute node comprises a thin-client workstation.

**20**. The method as recited in claim **15** wherein the root image comprises an operating system.

**21**. The method as recited in claim **15** wherein the root image is concurrently accessible to a plurality of compute nodes.

**22**. The method as recited in claim **15** wherein the first storage unit is remotely located from the compute node.

**23**. The method as recited in claim **15** wherein the second storage unit is remotely located from the compute node.

**24**. The method as recited in claim **15** wherein the second storage unit contains a block modification log for the compute node.

**25**. The method as recited in claim **15** wherein the first storage unit is contained within a first partition on a hard disk and the second storage unit is contained within a second partition on the hard disk.

**26**. The method as recited in claim **15** wherein merging occurs at an operational level between the first and second storage units and file system of the compute node.

**27**. The method as recited in claim **15** wherein the method operates in a high performance computing cluster.

**28**. The method as recited in claim **15** wherein the system operates in a grid computing cluster.

**29**. The method as recited in claim **15** wherein the first storage unit is read only.

**30**. The method as recited in claim **15** further comprising: creating an intermediate image on a third storage unit between the root image and the leaf image, wherein the intermediate image comprises an application environment service group.

\* \* \* \* \*

# Exhibit 18

US011032000B2

(12) **United States Patent**　　　　　　(10) **Patent No.:**　　US 11,032,000 B2

Howard　　　　　　　　　　　　　　　　　　　(45) **Date of Patent:**　　　Jun. 8, 2021

(54) **COMMUNICATIONS IN A WIRELESS NETWORK**

(71) Applicant: **Intellectual Ventures II LLC**, Wilmington, DE (US)

(72) Inventor: **Paul Howard**, Bristol (GB)

(73) Assignee: **Intellectual Ventures II LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/682,854**

(22) Filed: **Nov. 13, 2019**

(65) **Prior Publication Data**

US 2020/0083952 A1　　Mar. 12, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 14/458,693, filed on Aug. 13, 2014, which is a continuation of application (Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *H04B 7/26* | (2006.01) |
| *H04W 72/04* | (2009.01) |
| *H04W 52/14* | (2009.01) |
| *H04J 3/16* | (2006.01) |
| *H04L 5/00* | (2006.01) |
| *H04W 52/54* | (2009.01) |

(52) **U.S. Cl.**
CPC .......... *H04B 7/2643* (2013.01); *H04J 3/1694* (2013.01); *H04L 5/0053* (2013.01); *H04W 52/146* (2013.01); *H04W 72/042* (2013.01); *H04W 72/0406* (2013.01); *H04W 72/0446* (2013.01); *H04W 52/54* (2013.01)

(58) **Field of Classification Search**
CPC .... H04B 7/2643; H04J 3/1694; H04L 5/0053; H04W 52/146; H04W 72/0406; H04W 72/042; H04W 72/0446

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,056,109 A | | 10/1991 | Gilhousen et al. |
| 5,265,119 A | | 11/1993 | Gilhousen et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 10201270 A1 | 8/2002 | |
| EP | 1467582 A1 | 10/2004 | |

(Continued)

OTHER PUBLICATIONS

"3 UMTS Interfaces," UMTS Protocols and Protocol Testing, pp. 9-14, located at <http://www.tek.com/Measurement/App.sub. --Notes/ 2F_sub. —14251 /eng/in!- erfaces.pdf>.

(Continued)

*Primary Examiner* — Ronald B Abelson
(74) *Attorney, Agent, or Firm* — Volpe Koenig

(57) **ABSTRACT**

A user equipment (UE) may, in a time interval that it is not sending information over a physical uplink shared channel, send an uplink physical signal based on received resource allocation information. The uplink physical signal may be used to determine channel conditions by a base station. The UE may receive, on a downlink control channel, control information. The control information may be based on the determined channel conditions.

**24 Claims, 5 Drawing Sheets**



## US 11,032,000 B2

Page 2

### Related U.S. Application Data

No. 13/176,298, filed on Jul. 5, 2011, now Pat. No. 8,811,356, which is a continuation of application No. 11/646,692, filed on Dec. 27, 2006, now Pat. No. 8,009,639.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,485,486 | A | 1/1996 | Gilhousen et al. |
| 6,061,784 | A | 5/2000 | Tarsky et al. |
| 6,567,459 | B1 | 5/2003 | Hakkinen et al. |
| 6,611,509 | B1 | 8/2003 | Hayashi et al. |
| 6,754,505 | B1 | 6/2004 | Baker et al. |
| 6,978,151 | B2 | 12/2005 | Choi et al. |
| 7,120,134 | B2 | 10/2006 | Tiedemann, Jr. et al. |
| 7,180,902 | B1 | 2/2007 | Raaf et al. |
| 7,215,657 | B2 | 5/2007 | Toshimitsu et al. |
| 8,009,639 | B2 | 8/2011 | Howard |
| 8,072,916 | B2 | 12/2011 | Dateki |
| 2001/0012276 | A1 | 8/2001 | Tsunehara et al. |
| 2001/0026543 | A1 | 10/2001 | Hwang et al. |
| 2001/0048711 | A1 | 12/2001 | Sun et al. |
| 2002/0061005 | A1 | 5/2002 | Lee et al. |
| 2002/0075891 | A1 | 6/2002 | Souissi |
| 2002/0077151 | A1* | 6/2002 | Matthews ............... H04Q 7/20 |
| 2002/0085522 | A1 | 7/2002 | Huber |
| 2002/0094834 | A1 | 7/2002 | Baker et al. |
| 2002/0105929 | A1 | 8/2002 | Chen et al. |
| 2002/0114311 | A1 | 8/2002 | Mazur et al. |
| 2002/0119798 | A1 | 8/2002 | Hamabe |
| 2002/0136193 | A1 | 9/2002 | Chang et al. |
| 2002/0150058 | A1 | 10/2002 | Kim et al. |
| 2002/0168993 | A1 | 11/2002 | Choi et al. |
| 2002/0172208 | A1* | 11/2002 | Malkamaki ............ H04L 12/28 |
| 2002/0196766 | A1 | 12/2002 | Hwang et al. |
| 2003/0022683 | A1 | 1/2003 | Beckmann et al. |
| 2003/0054850 | A1 | 3/2003 | Masseroni et al. |
| 2003/0069020 | A1 | 4/2003 | Speight |
| 2004/0022213 | A1* | 2/2004 | Choi ...................... H04Q 7/00 |
| 2004/0152473 | A1 | 8/2004 | Kuwano et al. |
| 2004/0170132 | A1* | 9/2004 | Shin ....................... H04L 5/14 |
| 2004/0203419 | A1 | 10/2004 | Crocker et al. |
| 2005/0002360 | A1 | 1/2005 | Lamontagne et al. |
| 2005/0013287 | A1 | 1/2005 | Wallentin et al. |
| 2005/0022098 | A1 | 1/2005 | Vayanos et al. |
| 2005/0058103 | A1* | 3/2005 | Jeong ..................... H04H 7/216 |
| 2005/0222948 | A1 | 10/2005 | Sato et al. |
| 2006/0093026 | A1 | 5/2006 | Montojo et al. |
| 2006/0211417 | A1 | 9/2006 | Pedlar |
| 2006/0221809 | A1 | 10/2006 | Malladi et al. |
| 2007/0058595 | A1* | 3/2007 | Classon ................ H04B 7/212 |
| 2007/0173256 | A1 | 7/2007 | Laroia et al. |
| 2007/0177656 | A1 | 8/2007 | Maruta et al. |
| 2007/0265017 | A1 | 11/2007 | Ishii et al. |
| 2008/0090528 | A1 | 4/2008 | Malladi |
| 2008/0144600 | A1* | 6/2008 | Anderson ............... H04J 3/06 |
| 2009/0262711 | A1 | 10/2009 | Ahn et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1615384 | A1 | 1/2006 |
| EP | 1681780 | A1 | 7/2006 |
| JP | 11261544 | A2 | 9/1999 |
| JP | 2006197318 | A2 | 7/2006 |
| JP | 2005-346319 | * | 9/2006 ............. H04L 12/56 |
| WO | 2005083897 | A1 | 9/2005 |
| WO | 2006015984 | A1 | 2/2006 |
| WO | 2006019263 | A2 | 2/2006 |
| WO | 2006063138 | A2 | 6/2006 |

OTHER PUBLICATIONS

"3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Feasibility Study for Evolved UTRA and UTRAN (Release 7)," (Mar. 2006). 3GPP:Valbonne, France, TS 25.912 v0.0.4:1-13.

"3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; 3GPP System Architecture Evolution: Report on Technical Options and Conclusions (Release 7)," (Jul. 2005). 3GPP:Valbonne, France, TA 23.882 v03.0:1-13.

"3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General UMTS Architecture (3G TS23.101 version 3.0.1 )," (Apr. 1999). 3GPP:Valbonne, France, TS 23.101 v3.0.1 :1-13.

3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Multimedia Broadcast/Multicast Service (MBMS); Architecture and Functional Description (Release 6); 3GPP: Valbonne, France; 3GPP TS 23.246 v.6.4.0 (Sep. 2004).

"UMTS Protocols and Protocol Testing," Tektronix, The International Engineering Consortium, pp. 1-45, located at <http://www.rfpeople.com/docs/umts.pdf>.

3RD Generation Partnership Project. "Technical Specification Group Radio Access Network; Radio Resource Control (RRC); Protocol Specification (Release 7)," 3GPP TS 25.331 V7.3.0, Dec. 2006.

Final Rejection issued by USPTO, dated Nov. 19, 2009 for U.S. Appl. No. 11/646,692.

Final Rejection, U.S. Appl. No. 13/176,298, dated Nov. 6, 2013.

Shadialy, Z. "Tutorial: Medium Access Control (MAC) in 3G/UMTS Protocol Stack," located at <http://www.3g4g.co.uk1Tutoriai/ZG/zg_sub.—mac.html> visited on Jun. 20, 2007. (9 pages).

International Engineering Consortium. "Universal Mobile Telecommunications System (UMTS) Protocols and Protocol Testing," located at <http://www.iec.org/online/tutorials/umts/topic02.html> visited on Jun. 20, 2007. (7 pages).

International Preliminary Report on Patentability dated Jun. 30, 2009 from PCT Application No. PCT/EP20071064483.

Non-Final Rejection issued by USPTO, dated May 14, 2009 for U.S. Appl. No. 11/646,692.

Non-Final Rejection issued by USPTO, dated May 28, 2010 for U.S. Appl. No. 11/646,692.

Non-Final Rejection, U.S. Appl. No. 13/176,298, dated Jul. 24, 2013.

Non-Final Rejection, U.S. Appl. No. 13/176,298, dated Apr. 10, 2013.

Notice of Allowance issued by USPTO, dated Feb. 2, 2011 for U.S. Appl. No. 11/646,692.

Notice of Allowance issued by USPTO, dated May 17, 2011 for U.S. Appl. No. 11/646,692.

Notice of Allowance, U.S. Appl. No. 13/176,298, dated Apr. 15, 2014.

Office Action, Japanese Patent Application No. 2009-543459, dated Dec. 18, 2012.

Final Rejection, U.S. Appl. No. 14/458,693, dated May 10, 2016.

Final Rejection, U.S. Appl. No. 14/458,693, dated Mar. 21, 2017.

Final Rejection, U.S. Appl. No. 14/458,693, dated May 17, 2018.

Non-Final Rejection, U.S. Appl. No. 14/458,693, dated Dec. 30, 2015.

Non-Final Rejection, U.S. Appl. No. 14/458,693, dated Dec. 2, 2016.

Non-Final Rejection, U.S. Appl. No. 14/458,693, dated Oct. 23, 2017.

Notice of Allowance, U.S. Appl. No. 14/458,693, dated Nov. 16, 2015.

Advisory Action, U.S. Appl. No. 14/458,693, dated Aug. 25, 2016.

Miscellaneous Communication to Applicant, U.S. Appl. No. 14/458,693, dated May 20, 2016.

Examiner's Answer to Appeal Brief, U.S. Appl. No. 14/458,693, dated Nov. 23, 2018.

Third Generation Partnership Project, "Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (Release 8)," 3GPP TS 36.300 V0.3.1 (Nov. 2006).

Third Generation Partnership Project, "Technical Specification Group Radio Access Network; Physical Channels and Modulation (Release 8)," 3GPP TS 36.211 V0.2.1 (Nov. 2006).

**US 11,032,000 B2**

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

Third Generation Partnership Project, "Technical Specification Group
Radio Access Network; Physical layer procedures (Release 8),"
3GPP TS 36.213 V0.1.0 (Oct. 2006).
Third Generation Partnership Project, "Technical Specification Group
Radio Access Network; Multiplexing and channel coding (Release
8)," 3GPP TS 36.212 V02.1 (Nov. 2006).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

US 11,032,000 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**COMMUNICATIONS IN A WIRELESS NETWORK**

CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/458,693, filed Aug. 13, 2014, which is a continuation of U.S. patent application Ser. No. 13/176,298, filed Jul. 5, 2011, which issued as U.S. Pat. No. 8,811,356 on Aug. 19, 2014, which is a continuation of U.S. patent application Ser. No. 11/646,692, filed Dec. 27, 2006, which issued as U.S. Pat. No. 8,009,639 on Aug. 30, 2011, which are all incorporated by reference as if fully set forth.

BACKGROUND OF THE INVENTION

Time division-code division multiple access (TD-CDMA) is an air interface technology that combines the benefits of the three elemental concepts in a universal mobile telecommunication system (UMTS): time division multiple access (TDMA); code division multiple access (CDMA); and time division duplex (TDD). TDD, in particular, uses the same radio channel for both uplink and downlink communications, and discriminates between signals by separating the transmissions in time. One of the benefits obtained by operating both links on the same frequency is the ability to exploit channel reciprocity.

Channel reciprocity gives equipment the ability to derive information about uplink channel conditions from downlink channel conditions based upon signals received by the user equipment (UE). Pathloss is one example of channel information that can be obtained from channel reciprocity. Knowledge of the uplink pathloss enables open-loop power control to be employed for uplink transmissions. For example, uplink power control is important for the operation of the CDMA element of TD-CDMA as it counteracts the near-far effect that would otherwise be encountered if all UEs transmitted at a fixed power regardless of the uplink pathloss.

The open-loop uplink power control feature provides a significant advantage when coupled with a multiple access data transmission system that is used for packet-based communication and/or shared channels. When access to a limited number of uplink channels is shared between a large population of terminals it is imperative that access to the channels can be switched between terminals with minimal latency. A data terminal that can derive information needed to access uplink channels from the downlink transmissions (beacon signals) has a significant advantage over a terminal that relies on the (lengthy) configuration of a dedicated channel in order to establish a feedback channel.

However, channel reciprocity cannot always be guaranteed. For example TDD transmissions may not be permitted in certain frequency spectrum allocations; this is a regulatory issue and may be used to protect other wireless equipment in the same or adjacent frequency bands. In these situations the correlation between uplink and downlink channels is lost because the channels are transported on carrier frequencies that are separated in frequency by an amount that is greater than the coherence bandwidth of the channel (usually, only a few MHz separation is sufficient to cause the uplink and downlink fading profiles to be independent).

In high speed mobile applications, the time delay between downlink and uplink transmissions may exceed the coherence time of the channel. The maximum time delay that can be tolerated is a function of the mobile speed and the RF carrier frequency used, with the coherence time reducing with increasing speed and RF carrier frequency. Also, the use of multiple transmit and/or receive antennas at the network and/or the mobile terminal can introduce unintentional decorrelation between the uplink and downlink channels.

If the TD-CDMA air interface is to be used in applications where the correlation between the uplink and downlink path loss is not guaranteed, then it would be advantageous to find a substitute for channel reciprocity.

BRIEF SUMMARY OF THE INVENTION

Although it is desirable to support air interfaces where the pathloss is not reciprocal, known conventional methods do not deal directly with the evolution or adaptation of an air interface that uses channel reciprocity to deliver key features and advantages where channel reciprocity is not guaranteed. The adaptation provided in embodiments of the invention introduces a new technique for uplink channel control that uses a feedback scheme as a substitute for the absence of channel reciprocity, with minimal impact on the ability of the air interface to support uplink shared channels.

Embodiments of the present invention enable active feedback control between a base station and user equipment (UE). In particular, the operation of a system designed for TDD, or unpaired operation, is expanded to operate in FDD, or paired, mode. For example, an uplink beacon function (for power control) and a modified random access process substitute for the information lost due to the lack of channel reciprocity in paired operation. Embodiments of the invention allow a terminal to transmit the uplink physical channel control signal (UL_Beacon) independently from the uplink physical channel. Therefore, the implementation of closed loop feedback may operate in the absence of an uplink physical channel. In one embodiment, a UE allocates a time slot for a beacon signal separated from the time slots for data in a frame. A second time slot is allocated within the frame for the base station to transmit a control signal in response to the beacon signal. The control signal instructs the UE to adjust a transmission parameter.

A UL_Beacon signal may be combined with a physical layer common control channel (PLCCH) to form a feedback system. A dedicated timeslot groups all of the UL_Beacon signals from multiple UEs in a specific uplink timeslot. By grouping the UL_Beacon signals together, embodiments obtain separation between the UL_Beacon signals and the standard uplink physical channels. Additionally, in a synchronous system embodiments of the invention detect and cancel the UL_Beacon signals from other cell sites (inter-cell interference). The PLCCH carries feedback information to the UEs that are transmitting UL_Beacon signals. The PLCCH can share a timeslot with other physical channels by exploiting the CDMA aspect of the system.

In other embodiments, the number of supported UEs can be increased by fractionating the use of the UL_Beacon and PLCCH across a multiframe period. Fractionation may also prevent timeslot blocking where half duplex UEs have a long UL/DL switching time. Additionally, support for half duplex terminals is implicit due to the nature of the TDMA frame structure. The system may manage the allocation of resource across the population of terminals such that the full capacity of the base station can be utilized even when only half-duplex terminals are deployed. In embodiments of the invention, full-duplex terminals can be still be supported along with half duplex UEs.

US 11,032,000 B2

3

Moreover, in other embodiments, a radio resource control (RRC) connected state covers the subset of terminals that are in cell forward access channel (Cell_FACH), which are also transmitting UL_Beacon and receiving PLCCH, thus creating an active control feedback channel. Management of the UEs that are in Cell_Active state may remove users that are less active, and may add users that are newly active while retaining users that may have on-going data transfer requirements.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a cellular communication system according to embodiments of the invention;

FIG. **2** illustrates a timeslot arrangement for uplink and downlink messages supporting the UL_Beacon and its corresponding PLCCH within a TD-CDMA frame structure modified to support FDD according to embodiments of the invention;

FIG. **3** illustrates fractionation in different frames at the base station according to embodiments of the invention;

FIG. **4** illustrates UTRA RRC connected modes according to embodiments of the invention;

FIG. **5** illustrates a computer system that may be employed to implement embodiments of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** illustrates an example of a cellular communication system according to embodiments of the invention. The network includes a user equipment (UE) domain, a radio access network (RAN) domain, and a core network domain. The UE domain includes user equipment **110** that communicate with at least one base station **112** in the RAN domain via a wireless interface. The RAN domain may also include a network controller (RNC) **118** (e.g., radio network controller), such as that used in UMTS systems. Alternatively, such functionality may be distributed between the Node Bs and an access gateway (AGW) (not shown) or other controller in the core network. FIG. **1** also illustrates an optional radio resource manager (RRM) **114**. The RRM may perform functions otherwise performed by the Node Bs or an AGW in some embodiments.

The core network (CN) **116** includes, in this example, a serving GPRS support node (SGSN) **120**, and a gateway GPRS support node (GGSN) **122**. The core network is coupled to an external network **124**. The SGSN **120** is responsible for session control, including keeping track of the location of the UEs. The GGSN **122** concentrates and tunnels user data within the core network **116** to the ultimate destination (e.g., an Internet service provider) in the external network **124**. Further details may be found in the 3GPP UMTS technical specifications, such as TS23.246 v6.4.0 "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Multimedia Broadcast/ Multicast Service (MBMS); Architecture and Functional Description (Release 6)," published by the 3GPP Support Office, 650 Route des Lucioles—Sophia Antipolis, Valbonne—FRANCE, which are incorporated by reference herein.

Further details regarding exemplary communications systems that may implement embodiments of the invention may be found in 3GPP UMTS technical specifications, such as TR 882, "3GPP System Architecture Evolution: Report on Technical Options and Conclusions"; TR 25.912, "Feasibility Study for Evolved UTRA and UTRAN"; TS 23.101,

4

"General Universal Mobile Telecommunications System (UMTS) Architecture," all of which are incorporated by reference herein.

TDD to FDD Evolution

A system designed for operation in Time Division Duplex (TDD) mode has base stations and terminals that transmit and receive at orthogonal points in time. In normal operation terminals are in receive mode when the base station is transmitting, and base stations are in receive mode when terminals are transmitting. In conventional TDD implementations, neither base stations nor the terminals are able to transmit and receive at the same points in time because the same frequency is used for uplink and downlink communication.

Such a system can be adjusted to operate in Frequency Division Duplex (FDD) mode, where the uplink and downlink communications occur on different frequencies. According to embodiments of the invention, to make full and efficient use of the frequency spectrum resources, the base stations are adapted to transmit and receive at the same time. This is possible since the uplink and downlink communications now occur on different frequencies. The terminals, however, retain the restriction of transmitting and receiving at orthogonal points in time to retain the simplicity of not having to transmit and receive at the same time (e.g., no duplexer required). The full use of the frequency spectrum is then obtained by allocating the resource across a plurality of terminals.

Additional measures may be needed if there are aspects of the air interface that rely on the channel reciprocity that can be assumed for TDD systems. In the case of TD-CDMA, modifications may be made for the correct operation of uplink power control and rate adaptation. This can be achieved by defining an uplink physical control channel used for estimating the uplink channel conditions and a downlink channel used to feed back control information to the terminal. These channels may not need an associated data physical channel to be operational.

Modifications may be made to the random access channel. This may be achieved by introducing an additional indicator step at the start of any physical random access. A new uplink physical channel carries the random access indicators. A new downlink physical channel carries the response to received uplink indicators.

Uplink Physical Channel Control Signal

When pathloss reciprocity is not available, the combination of an uplink physical channel control signal with a downlink feedback channel may be used to keep the terminal informed of the condition of the uplink channel. The uplink physical control signal is referred to herein as an "Uplink Beacon" (UL_Beacon).

In general, a system that supports shared channels may also support shared access to a large number of terminals. To extract the maximum benefit from the resulting trunking gain, shared channels can be quickly and efficiently reallocated between the population of UEs. To obtain rapid access to the uplink shared channels, terminals can transmit at the correct power with their first transmission so that latency can be kept to a minimum.

According to embodiments of the invention, the RNC or other controller (e.g., other controller having its functionality in the core network) allocates resources so that the physical channel control signal is separate from the uplink (shared) physical channel. Thus, terminals are able to transmit an UL_Beacon independently of their access to the uplink shared channel. The system may implement a closed loop control system, in which the base station detects the

US 11,032,000 B2

5

received power and/or other channel information from the UL_Beacon, and sends controlling commands back to each terminal to keep the terminal informed of the channel conditions observed at the base station.

In certain embodiments, the closed loop control system is simply based on the UL_Beacon power received at the base station. The base station may send power control commands on a shared downlink channel to each terminal based on the power received from the UL_Beacon signal. Each power control command may, for example, indicate whether terminal power should be increased or decreased by a predetermined amount. This downlink channel is referred to as the "Physical Layer Control Channel" (PLCCH). The capacity of the PLCCH may be matched to the number of bits required in the feedback field and the number of UL_Beacon signals that can be simultaneously supported. That is, each UL_Beacon may correspond to one bit of the PLLCH. All terminals transmitting UL_Beacon signals may receive this channel and extract the relevant feedback field.

It is possible to extend the complexity of the control loop by sending control commands based on other aspects of the UL_Beacon signal as received by the base station, such as time-of-arrival, and channel impulse response. The amount of resource that is required for the feedback channel increases with the size (in bits) of the feedback information to each UE.

For example, for air interface technologies with a TDMA element, it is possible to adapt the TDMA frame structure to provide separation between the UL_Beacon and the normal physical channels by dedicating at least one uplink time slot per frame (or at least one time slot per multi-frame) to carrying UL_Beacon signals.

By placing UL_Beacon signals in a dedicated timeslot, a dedicated detection scheme can be applied which may include performance enhancing features such as intra-cell cancelling (for alleviating the effects of cross-correlation interference between UL_Beacon signals transmitted by multiple terminals in the same cell), or inter-cell cancelling (for reducing the interference from neighboring cells in the case where the UL_Beacon timeslots are time synchronized). Cross-interference between UL_Beacon and normal uplink bursts is avoided by the separation obtained from the use of separate time slots.

Those skilled in the art will recognize that there are a large number of possibilities for the arrangement of a UL_Beacon and its associated PLCCH within the frame structure according to embodiments of the invention. More than one UL_Beacon and PLCCH per frame could be supported if the feedback update rate is required to be faster than the frame rate (at the expense of system capacity). For system applications that can tolerate a slower feedback rate, embodiments may fractionate the use of the UL_Beacon timeslot (and the associated PLCCH).

When fractionation is employed, the RNC or other controller may allocate the UL_Beacon timeslot in a given frame to a group of terminals depending on the current fractionation phase, thus increasing the number of terminals that can be supported with active physical channel feedback control. The maximum fractionation cycle length may be determined by the feedback update rate that the system requires in order to meet its performance targets.

FIG. 2 illustrates an example of a timeslot arrangement supporting the UL_Beacon and its corresponding PLCCH within a TD-CDMA frame structure modified to support FDD. In this example, the PLCCH 212 shares a timeslot with another downlink shared channel. This is possible since normal downlink physical channels are used to transmit the

6

PLCCH. The downlink frame also comprises a downlink beacon timeslot 206, an access control timeslot 208, and normal traffic carrying timeslots 210. The uplink frame comprises a UL_Beacon control timeslot 216, an access control timeslot 218, and normal traffic carrying timeslots 214.

FIG. 3 illustrates an example where fractionation is employed. The UL_Beacon and PLCCH timeslots are active in every frame at the base station 302. However, terminal 304, terminal 306, and terminal 308 have been assigned a different fractionation phase. FIG. 3 illustrates the case where the fractionation phase is 3. For example, the fractionation phase of terminal 304 occurs in frame #0 310, the fractionation phase of terminal 306 occurs in frame #1 312, and the fractionation phase of terminal 308 occurs in frame #2 314. Since the fractionation phase is 3, the phase for terminal 304 occurs again in frame #3 316.

Half Duplex Terminals

Embodiments of the invention enable terminals to operate in half duplex or full duplex mode. In a half duplex system, base stations and terminals do not transmit and receive simultaneously. When such a system is evolved to operate in paired spectrum, it becomes inefficient if base stations retain their half duplex operation. It is not necessarily inefficient for the terminals to do so, however, since half duplex operation may have some advantages in the design and implementation of the terminal.

Nonetheless, there are some points that should be considered. For example, a single terminal may not be able to access all transmit and all receive slots. Therefore, the system may have to manage resources across the population of terminals to ensure all the available resources at the base station are efficiently utilized. To prevent blocking of timeslots, half duplex terminals may be operated with a fractionation cycle of greater than one. In particular, this may also apply for the case where there are more than one UL_Beacon timeslot per, frame. There is a time delay for half duplex terminals to switch between transmit and receive functions. In some cases this delay exceeds the guard period inserted between consecutive timeslots. In the half duplex terminal case, the terminal is unable to transmit and receive on adjacent timeslots. This will affect the locations of the UL_Beacon, PLCCH, and other common channels. Accordingly, the timeslot arrangement may be adjusted when the system is configured.

Terminal Management

Embodiments of this invention separate uplink control from the uplink physical traffic. This allows the control feedback to operate even when the terminal does not have data to send, with the consequence that uplink shared channels can be used with maximum efficiency.

To use shared channels efficiently, a relatively large user base may be needed. At the same time, the network resources required to support the control feedback channels for these terminals need to be minimized. In general, the number of users that can be supported with active control feedback channels is smaller than the typical number of users per cell. Therefore, the terminals in this active state may be managed.

In UMTS terminology, embodiments of the invention provide a new Universal Terrestrial Radio Access-Radio Resource Control-Connected (UTRA RRC-Control) sub-state into the system. UTRA systems already support the idea of different RRC-Connected states (see, TS25.331 Radio Resource Control (RRC) Protocol Specification, which is incorporated herein by reference), e.g., CELL_DCH, CELL_FACH etc. This sub-state is referred to as the

US 11,032,000 B2

7

CELL_ACTIVE state. FIG. 4 illustrates this sub-state in context with other UTRA RRC-connected states. A UE in a Cell_Active sub-state transmits the physical channel control part of the uplink physical channel only, and nothing else (i.e., no data).

As shown in FIG. 4, CELL_ACTIVE sub-state is a sub-state of CELL_FACH state 404. In general, UEs in CELL_FACH state have an RRC connection, but they may not be actively transferring data. Out of the population of UEs in CELL_FACH state 404, a smaller number of UEs, determined by the network to be the most-active UEs, are supported in a CELL_ACTIVE state 406. In this state, the UEs transmit the physical channel control signal and listen to the associated feedback channel from the network. Because the UE is aware of the uplink pathloss conditions from the feedback channel, it can have instant access to the uplink shared channels, and the resource allocator (controller) in the network can treat the UE accordingly.

The rules governing which UEs are maintained in CELL_ACTIVE state are decided by the network (e.g., through the RNC) and may be based on factors such as the volume of data transfer required by the UE, the data transfer rate required by a UE, the frequency of short bursts of data transfer, the total number of UEs in CELL_FACH state, the time since the last data transfer, the UE power saving requirements, etc.

Note that UEs in CELL_ACTIVE state have their transmitters active, therefore it is necessary for these UEs to monitor the status of the downlink and automatically come out of CELL_ACTIVE state if the downlink is deemed to be out-of-synchronization (for example, very high downlink errors or low received signal strength). This feature prevents UEs continuing to transmit in a state where the feedback channel may be unreliable and thus causing interference.

While the invention has been described in terms of particular embodiments and illustrative figures, those of ordinary skill in the art will recognize that the invention is not limited to the embodiments or figures described. Although embodiments of the present invention are described, in some instances, using UMTS terminology, those skilled in the art will recognize that such terms are also used in a generic sense herein, and that the present invention is not limited to such systems.

Those skilled in the art will recognize that the operations of the various embodiments may be implemented using hardware, software, firmware, or combinations thereof, as appropriate. For example, some processes can be carried out using processors or other digital circuitry under the control of software, firmware, or hard-wired logic. (The term "logic" herein refers to fixed hardware, programmable logic and/or an appropriate combination thereof, as would be recognized by one skilled in the art to carry out the recited functions.) Software and firmware can be stored on computer-readable media. Some other processes can be implemented using analog circuitry, as is well known to one of ordinary skill in the art. Additionally, memory or other storage, as well as communication components, may be employed in embodiments of the invention.

FIG. 5 illustrates a typical computing system 500 that may be employed to implement processing functionality in embodiments of the invention. Computing systems of this type may be used in the radio controllers, the base stations, and the UEs, for example. Those skilled in the relevant art will also recognize how to implement the invention using other computer systems or architectures. Computing system 500 may represent, for example, a desktop, laptop, or notebook computer, hand-held computing device (PDA, cell

8

phone, palmtop, etc.), mainframe, server, client, or any other type of special or general purpose computing device as may be desirable or appropriate for a given application or environment. Computing system 500 can include one or more processors, such as a processor 504. Processor 504 can be implemented using a general or special purpose processing engine such as, for example, a microprocessor, microcontroller or other control logic. In this example, processor 504 is connected to a bus 502 or other communications medium.

Computing system 500 can also include a main memory 508, such as random access memory (RAM) or other dynamic memory, for storing information and instructions to be executed by processor 504. Main memory 508 also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor 504. Computing system 500 may likewise include a read only memory ("ROM") or other static storage device coupled to bus 502 for storing static information and instructions for processor 504.

The computing system 500 may also include information storage system 510, which may include, for example, a media drive 512 and a removable storage interface 520. The media drive 512 may include a drive or other mechanism to support fixed or removable storage media, such as a hard drive, a floppy disk drive, a magnetic tape drive, an optical disk drive, a CD or DVD drive (R, or RW), or other removable or fixed media drive. Storage media 518, may include, for example, a hard disk, floppy disk, magnetic tape, optical disk, CD or DVD, or other fixed or removable medium that is read by and written to by media drive 512. As these examples illustrate, the storage media 518 may include a computer-readable storage medium having stored therein particular computer software or data.

In alternative embodiments, information storage system 510 may include other similar components for allowing computer programs or other instructions or data to be loaded into computing system 500. Such components may include, for example, a removable storage unit 522 and an interface 520, such as a program cartridge and cartridge interface, a removable memory (for example, a flash memory or other removable memory module) and memory slot, and other removable storage units 522 and interfaces 520 that allow software and data to be transferred from the removable storage unit 522 to computing system 500.

Computing system 500 can also include a communications interface 524. Communications interface 524 can be used to allow software and data to be transferred between computing system 500 and external devices. Examples of communications interface 524 can include a modem, a network interface (such as an Ethernet or other NIC card), a communications port (such as for example, a USB port), a PCMCIA slot and card, etc. Software and data transferred via communications interface 524 are in the form of signals which can be electronic, electromagnetic, optical or other signals capable of being received by communications interface 524. These signals are provided to communications interface 524 via a channel 528. This channel 528 may carry signals and may be implemented using a wireless medium, wire or cable, fiber optics, or other communications medium. Some examples of a channel include a phone line, a cellular phone link, an RF link, a network interface, a local or wide area network, and other communications channels.

In this document, the terms "computer program product," "computer-readable medium" and the like may be used generally to refer to media such as, for example, memory 508, storage device 518, or storage unit 522. These and other forms of computer-readable media may store one or more

US 11,032,000 B2

9

instructions for use by processor **504**, to cause the processor to perform specified operations. Such instructions, generally referred to as "computer program code" (which may be grouped in the form of computer programs or other groupings), when executed, enable the computing system **500** to perform functions of embodiments of the present invention. Note that the code may directly cause the processor to perform specified operations, be compiled to do so, and/or be combined with other software, hardware, and/or firmware elements (e.g., libraries for performing standard functions) to do so.

In an embodiment where the elements are implemented using software, the software may be stored in a computer-readable medium and loaded into computing system **500** using, for example, removable storage drive **522**, drive **512** or communications interface **524**. The control logic (in this example, software instructions or computer program code), when executed by the processor **504**, causes the processor **504** to perform the functions of the invention as described herein.

It will be appreciated that, for clarity purposes, the above description has described embodiments of the invention with reference to different functional units and processors. However, it will be apparent that any suitable distribution of functionality between different functional units, processors or domains may be used without detracting from the invention. For example, functionality illustrated to be performed by separate processors or controllers may be performed by the same processor or controller. Hence, references to specific functional units are only to be seen as references to suitable means for providing the described functionality, rather than indicative of a strict logical or physical structure or organization.

Although the present invention has been described in connection with some embodiments, it is not intended to be limited to the specific form set forth herein. Rather, the scope of the present invention is limited only by the claims Additionally, although a feature may appear to be described in connection with particular embodiments, one skilled in the art would recognize that various features of the described embodiments may be combined in accordance with the invention.

Furthermore, although individually listed, a plurality of means, elements or method steps may be implemented by, for example, a single unit or processor. Additionally, although individual features may be included in different claims, these may possibly be advantageously combined, and the inclusion in different claims does not imply that a combination of features is not feasible and/or advantageous. Also, the inclusion of a feature in one category of claims does not imply a limitation to this category, but rather the feature may be equally applicable to other claim categories, as appropriate.

What is claimed is:

**1**. A user equipment (UE) comprising:

a receiver and a processor are configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

a transmitter and the processor are configured to send, over the physical uplink shared channel, data in assigned time intervals;

the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource alloca-

10

tion information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**2**. The UE of claim **1**, wherein the receiver and the processor are further configured to receive data on a physical downlink shared channel.

**3**. The UE of claim **2**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**4**. The UE of claim **1**, wherein the receiver and the processor are further configured to receive, on the physical control channel, power control information.

**5**. The UE of claim **4**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

**6**. The UE of claim **1**, wherein in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval.

**7**. A network device comprising:

a transmitter and a processor are configured to transmit resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

a receiver and the processor are further configured to receive, over the physical uplink shared channel, data in assigned time intervals;

the receiver and the processor are further configured, in a time interval that it is not receiving information over the physical uplink shared channel, to receive the uplink physical signal based on the transmitted resource allocation information, wherein the uplink physical signal is used to determine channel conditions by the network device and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

the transmitter and the processor are further configured to transmit, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**8**. The network device of claim **7**, wherein the transmitter and the processor are further configured to transmit data on a physical downlink shared channel.

US 11,032,000 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

**9**. The network device of claim **8**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**10**. The network device of claim **7**, wherein the transmitter and the processor are further configured to transmit, on the physical control channel, power control information.

**11**. The network device of claim **10**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

**12**. The network device of claim **7**, wherein in the time interval that the uplink physical signal is received by the network device, signals are received on other uplink physical control channels in the time interval from a plurality of UEs.

**13**. A method performed by user equipment (UE), the method comprising:

receiving resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

sending, over the physical uplink shared channel, data in assigned time intervals;

sending, in a time interval that it is not sending information over the physical uplink shared channel, the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

receiving, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**14**. The method of claim **13** further comprising receiving data on a physical downlink shared channel.

**15**. The method of claim **14**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**16**. The method of claim **13** further comprising receiving, on the physical control channel, power control information.

**17**. The method of claim **16**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

**18**. The method of claim **13**, wherein in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval.

**19**. A method performed by a network device, the method comprising:

transmitting resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

receiving, over the physical uplink shared channel, data in assigned time intervals;

receiving, in a time interval that it is not receiving information over the physical uplink shared channel, the uplink physical signal based on the transmitted resource allocation information, wherein the uplink physical signal is used to determine channel conditions by the network device in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

transmitting, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**20**. The method of claim **19** further comprising transmitting data on a physical downlink shared channel.

**21**. The method of claim **20**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**22**. The method of claim **19** further comprising transmitting, on the physical control channel, power control information.

**23**. The method of claim **22**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

**24**. The method of claim **19**, wherein in the time interval that the uplink physical signal is received by the network device, signals are received on other uplink physical control channels in the time interval from a plurality of UEs.

\* \* \* \* \*