AO 120 (Rev. 08/10)

| TO: | |
|---|---|
| **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Texas, Dallas Division on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 3:25-cv-02885-L-BN | 10/24/2025 | Northern District of Texas, Dallas Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| Intellectual Ventures I LLC<br>Intellectual Ventures II LLC | Southwest Airlines Co |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 8,332,844 | 12/11/2012 | INTELLECTUAL VENTURES II LLC |
| 2 8,407,722 | 3/26/2013 | INTELLECTUAL VENTURES I LLC |
| 3 7,257,582 | 8/14/2007 | INTELLECTUAL VENTURES I LLC |
| 4 8,027,326 | 9/27/2011 | INTELLECTUAL VENTURES I LLC |
| 5 7,324,469 | 1/29/2008 | INTELLECTUAL VENTURES II LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☑ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7,712,080 | 5/4/2010 | INTELLECTUAL VENTURES I LLC |
| 2 11,032,000 | 6/8/2021 | INTELLECTUAL VENTURES II LLC |
| 3 7,721,282 | 5/18/2010 | INTELLECTUAL VENTURES II LLC |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clerk of Court | s/K. Brown | 3/12/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

Print Save As... Reset