**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:26-CV-00782-L** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **SOUTHWEST AIRLINES CO.,** | § | |
| | § | |
| **Defendant.** | § | |

# JOINT STATUS REPORT

1. Pursuant to the Court's March 10, 2026 Memorandum Opinion and Order Granting Motion to Sever and Stay Claims (Dkt. 124), Defendant Southwest Airlines Co. ("Southwest") and Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Intellectual Ventures," and together with Southwest, the "Parties") respectfully submit this Joint Status Report to apprise the Court of the status of the declaratory judgment actions pending in the United States District Court for the District of Delaware captioned *Viasat, Inc. v. Intellectual Ventures I LLC*, No. 1:25-cv-00056 (D. Del.) (the "Viasat Action") and *Anuvu Corp. v. Intellectual Ventures I LLC*, No. 1:25-cv-00124 (D. Del.) (the "Anuvu Action") (collectively, the "Delaware Actions").

2. In January 2025, Southwest's in-flight connectivity suppliers, Viasat, Inc. ("Viasat") and Anuvu Corp. ("Anuvu"), filed declaratory judgment actions against Intellectual Ventures concerning U.S. Patent Nos. 7,324,469 (the "'469 Patent") and 8,027,326 (the "'326 Patent") in the District of Delaware.

3. On January 6, 2026, Viasat moved for judgment on the pleadings regarding the '469 patent. *See* Viasat Action at Dkt. 85. This motion remains pending.

4. On February 19, 2026, the Eastern District of Texas entered an order finding claim 24 of the '469 Patent invalid as indefinite. *See Intellectual Ventures I LLC v. American Airlines, Inc.*, No. 4:24-cv-00980, Dkt. 127 (E.D. Tex. Feb. 19, 2026). The parties to the Delaware Actions are conferring regarding Intellectual Ventures' infringement allegations on the '469 Patent in light of this order.

5. On March 13, 2026, the District of Delaware granted the parties' stipulation that claim construction was not necessary in the Delaware Actions. *See* Viasat Action at Dkt. 104; Anuvu Action at Dkt. 44. On April 6, the District of Delaware vacated all claim construction proceedings under the parties' stipulation.

6. On September 3, 2026, Viasat, Anuvu, and Intellectual Ventures agreed to extend the deadline for completion of discovery in the Delaware Actions to October 1, 2026.

7. The Delaware Actions remain pending. The Parties will continue to apprise the Court of the status of the Delaware Actions and will file a further joint status report within 60 days of this report or within 14 days of final disposition of the Delaware Actions, whichever is earlier. *See* Dkt. 124.

Dated: September 8, 2026

By: */s/ S. Wallace Dunwoody*
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
Lucas R. Dombroski
Texas Bar No. 24142846
ldombroski@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue
Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

By: */s/ Jonathan K. Waldrop*
William D. Ellerman (TX Bar No. 24007151)
wellerman@CJSJLAW.com
**Cherry Johnson Siegmund James PLLC**
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
Telephone: 254-732-2242
Facsimile: 866-627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway
Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for*
*Southwest Airlines Co.*

Facsimile: (415) 358-4408

Paul G. Williams (GA Bar No. 764925)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 8, 2026, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody